IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY )<br>COMPANY, )<br>)<br>Defendant. ) | C.A. No. |

### NOTICE OF REMOVAL

Defendant, Lumbermens Mutual Casualty Company ("Lumbermens") hereby removes this action from the Court of Chancery of the State of Delaware In and For New Castle County to the United States District Court for the District of Delaware. In support hereof, Lumbermens respectfully states:

1. On or about September 1, 2005, Plaintiff E.I. du Pont de Nemours and Company ("DuPont"), commenced this action by filing a Complaint in the Court of Chancery of the State of Delaware In and For New Castle County, under the above-captioned title and bearing Case No. 1601-N.

2. Lumbermens, the sole defendant in this action, was served with a Summons and a copy of the Complaint through the Delaware Secretary of State's Office on September 6, 2005. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3. This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 and is an action that Lumbermens can remove pursuant to 28 U.S.C. § 1441. Complete diversity of citizenship exists between Lumbermens, an Illinois corporation having its

WL: #176364 v1 (3S3001!.DOC)

principle place of business in Long Grove, Illinois, and DuPont, a Delaware corporation having its principle place of business in Wilmington, Delaware. See Compl. ¶¶ 8-9 (alleging diversity of citizenship as to Lumbermens and DuPont). The state law claims brought by DuPont against Lumbermens seek relief in excess of the jurisdictional amount. See Compl. ¶¶ 89-118 (alleging that the amount in controversy exceeds $75,000).

    4. The United States District Court for the District of Delaware is the District Court of the United States embracing New Castle County, Delaware. See 28 U.S.C. §87.

    5. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint and all processes and pleadings served on Lumbermens in this case are attached hereto as Exhibit "A" in the order they were chronologically e-filed with the Court of Chancery.

    6. The time provided under state law for Lumbermens to answer or otherwise plead to the Complaint has not yet expired.

    7. By filing this Notice of Removal, Lumbermens does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest personal jurisdiction, the sufficiency of service of process, and whether venue is proper in this Court or in the Court of Chancery.

WHEREFORE, Lumbermens hereby removes this action from the Court of Chancery of the State of Delaware In and For New Castle County to the United States Court for the District of Delaware.

Respectfully submitted,

/s/ David Stratton

David B. Stratton (DE Bar #960)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Tel No.: (302) 777-6500
Fax No.: (302) 421-8390

*Attorneys for Defendant
Lumbermens Mutual Casualty Company*

Of Counsel:

Michael M. Eidelman, Esquire
Randall M. Lending, Esquire
Jeffery M. Heftman, Esquire
VEDDER, PRICE, KAUFMAN &
    KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Tel No.: 312-609-7500

Dated: September 23, 2005

WL: #176364 v1 (3S3001!.DOC)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd [6th] day of September 2005, a true and correct copy of Defendant's Notice of Removal without Exhibits was served via first-class mail, postage prepaid on the following counsel of record:

> John E. James, Esq.
> Richard L. Horwitz, Esq.
> Potter Anderson & Corroon LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> *Attorneys for Plaintiff*

> David B. Stratton (De Bar #960)
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

WL: #176364 v1 (3S3001!.DOC)