PAID LOSS PREMIUM PAYMENT
(EXCLUDING NATLSCO SERVICE FEES)

THE DEPOSIT PREMIUM WILL BE COLLECTED IN THREE FORMS:

1.  Fixed Payments
2.  Reimbursement for Paid Losses
3.  Letter of Credit and Surety Bond

1.  Fixed payments representing Kemper expense, non-subject premium and taxes will be due and payable in cash on the first of each month as follows:

|  |  | MONTHLY FIXED |
|---|---|---|
| DUE DATE |  | PAYMENT |
| 1/1/02 |  | $  161,130 |
| 2/1/02 THRU 12/1/02 |  | 63,383 |
| TOTAL |  | $858,343 |

|  | QUARTERLY |
|---|---|
| DUE DATE | FIXED PAYMENT |
| 1-1-02 | $ 46,250 |
| 4-1-02 | 46,250 |
| 7-1-02 | 46,250 |
| 10-1-02 | 46,250 |
| TOTAL | $185,000 |

The cash figure of $858,343. is composed of $760,601 in required plan cash and $97,742. in surcharges and assessments.  The estimated Surcharges and Assessments (outside the basic) are to be collected in the first installment. Actual charges will be determined at audit. The cash figure of $185,000 represents front fees which are payable on a quarterly basis.

2.   Reimbursement for paid losses will be due and payable in cash on a weekly basis. A escrow fund in the amount of $167,000 will be required on 1-1-02. This amount will be reviewed periodically for adequacy. This amount applies to all years and lines of insurance, including self-insured W.C..

3.   The current security in the amount of $19,208,708 is adequate at this point to secure the unpaid portion of the expected ultimate WC Losses and Liability Deductible program. This will be provided by 50% LOC and 50% Surety Bond.

4.   Cash/Security Reconciliation

At each dividend adjustment cash and security will be adjusted as follows:

Cash:

The sum of audited premium and assessments plus or minus any dividend declared, plus workers' compensation paid losses, less all cash received, equals the balance due DUPONT or Kemper.

Security:

Security will be used to secure the estimated ultimate losses less the amount of losses paid to date. The actual amount of estimated ultimate losses will be established at inception and will be adjusted annually, on a calendar year basis. At inception of the January 1, 2002-2003 program year, the estimated ultimate loss amount is established as follows:
Insured W.C. - $4,842,000 , A.L. - $1,158,587 , G.L. - $190,610. , Total - $6,191,197

-11-

<u>SPECIAL NOTES</u>

1.  <u>DIVIDEND</u>

Recognizing that dividends cannot be promised or guaranteed and noting that dividends are declared at the sole discretion of the Company's Board of Directors, this quotation constitutes no more than an agreement to recommend the proposed formula, after the expiration of the term to which the dividend declarations shall be applicable to the Board of Directors for consideration and action.

Accordingly, at any given dividend determination, the Board of Directors may or may not adopt the proposed formula or may subject such formula to change as their authority allows.  All dividends are recallable.

Any dividend which is payable hereunder may be held by the Company as collateral against any amount owed the Company under this proposal or any other proposal accepted by E. I. DUPONT DE NEMOURS & CO., INC.  The Company in its sole discretion may offset any such dividend against the amount owed the Company by E. I. DUPONT DE NEMOURS & CO., INC.

For the record, the Board of Directors has never failed to declare the full dividend under the terms and conditions of the Large Risk Contributory Dividend Plan.

2.  <u>NEW EXPOSURES</u>

Future acquisitions as well as existing subsidiaries and casualty coverages not in existence as of this date or not included in this quotation will be considered for inclusion in the program at any time during the plan period provided underwriting data is submitted to the underwriter.  Such inclusion may necessitate redevelopment of the plan formula as well as revision of the rates.

3.  <u>BROKER REVIEW OF LOSSES</u>

Annual review of open claims (with the initial review to be completed no later than 5/15/203) prior to dividend determination shall be limited to those cases with reserves of not less than the following:

WC - $25,000  Each Claim
GL - $25,000.  Each Claim including Allocated Claim Expense.

<u>SPECIAL NOTES</u>
(Continued)

4.  <u>Annual Rates and Plan Provisions</u>

All rates in this quotation are subject to annual revision unless otherwise stated.

5.  <u>Warranty and Indemnity Agreement</u>

It is a condition of this proposal that an amended Warranty Agreement be duly signed and agreed to prior to coverage being effective, reflecting all program changes. The Indemnity Agreement will be updated to include program policies.

6.  <u>Loss Reserves for Multiple Claimants</u>

In the event of an occurrence with multiple claimants and reserves in excess of $1,000,000., such occurrence, subject to the loss limitation, will be included, in full in the calculation of the Large Risk Dividend Plan. As respects the cash reconciliation following the dividend determination, such occurrence will be excluded and alternate methods for securing these reserves will be pursued (including surety bonds or compensating balance accounts). Any substitution of security for cash reserves is subject to prior approval by Kemper.

7.  <u>Massachusetts Automobile Insurance</u>

Automobile Insurance for Massachusetts exposures will be provided by Arbella Mutual Insurance Company subject to 100% reinsurance by us. As Managing General Agent for this insurance, we will perform all necessary services including claim adjustment, underwriting, loss control engineering and audit to the extent such services are within the scope of this proposal. Arbella will not pay dividends on its policy, but its premium and losses will be included in the calculations under the Large Risk Dividend Plan.

-13-

<u>ATTACHMENTS</u>

NATLSCO Quote

Surcharge & Assessment Exhibit

Maryland & Texas Assessment Calculation Exhibit (Incl. in Basic)

WC Assigned Risk Burden Analysis  (01 vs 02)

WC Premium/Payroll Exhibit

WC Tax Calculation Exhibit

Program Comparison Exhibit  (01 vs 02)

KNS Service Fee Schedule

WC Experience Modification Exhibit

Large Risk Dividend Endorsement

WC Deductible Endorsements

<u>ACKNOWLEDGEMENT OF ACCEPTANCE</u>

Name: _Eugene J. Slenski_

Title: _CONSULTANT_

Date: _10/31/02_

Submitted by: _M Brudgen_

Date Submitted: _10-22-02_

-14-

### NATLSCO CLAIMS HANDLING PROPOSAL

### COST AND TERMS

### CLAIM SERVICE FEES

NATLSCO will provide claim and data services for an insured, self-insured, and deductible program as follows:

For the period January 1, 2002 to January 1, 2003, NATLSCO will provide claim services to E. I. DUPONT De Nemours for 8 0 percent of incurred losses, net of KNS FEES, with losses capped at $250,000.

R "Record only" cases, which are closed without investigation or payments, will be added to the data base for a fee of $59.00 per report.

NATLSCO will collect a service fee deposit of $816,000. in twelve monthly installments of $68,000 (1/1/02) and $68,000 (next 11) for claim services. Adjustments will be performed 18 months after inception and annually thereafter.

Liability occurrences involving more than 25 claimants will result in an additional charge per claimant of $75.00 per property damage claim and $175.00 per bodily injury claim. **General Liability claims in excess of 75 will be charge $850 per claim.**

The wire impress fund for 2002 will be $167,000.

The KRMSYSTEM,download and loss information service will be provided to DUPONT during 2002 for $68,950.
Cost Breakdown as follows:
Custom Electronic Issued check listing. - $13,000 ($250 per production, produced weekly)
2nd location structure - $950 ( $950 per year)
Ingenix quarterly data file - $3,000 ($750 per production , quarterly basis.)
Hard copy loss runs - ($75 per report over 36, est. reports 26)
Dedicated Line- $10,000
KRMSystems - $42,000 ( 1 @ $12,000 , 6 @ $5,000 each)

Additional KRMSYTEM's will be provided at additional cost, as follows:
Any additional $5,000 each. In addition a training fee for each additional pc of $1,550 per day will be levied.
Custom data requests - $150 per hour
Hard copy loss runs - $75 per report
Location structure overhalls - $60 per hour.

Medical Bill Audit

Kemper is willing to offer a cap of $450,000 this year. It should be noted that this will be the last year Kemper will offer the cap.

E.I. DUPONT 2002 RENEWAL
W.C. SURCHARGE & ASSESSMENTS

| ENTITY | ASSESSMENTS | EXP CONSTANT | TOTAL | N.Y. |
|---|---|---|---|---|
| CORPORATE | $67,554 | $510 | $68,064 | $19,667 |
| SABANCI | $62 | $180 | $242 | $0 |
| STRATUS | $0 | $140 | $140 | |
| SENTINEL | $790 | $210 | $1,000 | |
| DOW | $459 | $200 | $659 | |
| WASH. GROUP | $23,647 | $210 | $23,857 | $0 |
| H B ZACH | $0 | $140 | $140 | |
| KELLOG B & R | $0 | $180 | $180 | |
| F DANIEL | $0 | $210 | $210 | |
| MUNDY | $0 | $210 | $210 | |
| B E & K | $0 | $280 | $280 | |
| CHATTA | $0 | $140 | $140 | |
| M.DAVIS | $0 | $120 | $120 | |
| DON LEE | $0 | $120 | $120 | |
| TEIJIN | $0 | $180 | $180 | |
| PLAYHOUSE | $0 | $120 | $120 | |
| CLOVER | $0 | $180 | $180 | |
| | $0 | $0 | $0 | |
| IND. PAINT | $0 | $140 | $140 | |
| STAND. ELEC. | $0 | $140 | $140 | |
| PITT | $0 | $210 | $210 | |
| DIVERSIFIED | $0 | $180 | $180 | |
| KENCO | $0 | $140 | $140 | |
| CCW | $0 | $180 | $180 | |
| VOLUNTEER | $0 | $140 | $140 | |
| | $0 | $0 | $0 | |
| PENCO | $0 | $120 | $120 | |
| STAND. CORP. | $0 | $210 | $210 | |
| | $0 | $0 | $0 | |
| S. METAL | $0 | $120 | $120 | |
| WNI | $0 | $180 | $180 | |
| | $0 | $0 | $0 | |
| PRESTIGE | $0 | $140 | $140 | |
| TOTAL | $92,512 | $5,230 | $97,742 | $19,667 |

DUPONT 2002 RENEWAL          MD AND TEXAS ASSESS. CALCULATION EXHIBIT
MARYLAND/TEXAS ASSESS IN BASIC

| ENTITY | MD PAYROLL | TX.PREM. |
|--------|-----------|----------|
| CORP | $150,044 | $4,498,965 |
| PHOTOMASK | $0 | $0 |
| SENTINEL | $0 | $382,517 |
| DOW | $2,772,576 | $86,701 |
| WASH.GR. | $0 | $7,112 |
| ZACHRY | $0 | $725,307 |
| KELLOG B&R | $0 | $830,690 |
| | | |
| MUNDY | $0 | $878,386 |
| TOTAL | $2,922,620 | $7,409,678 |
| EST. ASSESS | $906 | $128,928 |
| EST. TOTAL | $129,834 | |

MARYLAND=.031 PER 100 OF PAYROLL
TEXAS=.01740 0F PREM.(EXCL.DED.CREDITS)

E.I.DUPONT 2002 RENEWAL
ASSIGNED RISK BURDEN ANALYSIS

| STATE | 2001 PREMIUM | NET-ARO | ARO-$ | 2002 PREMIUM | NET-ARO | ARO-$ | PREMIUM CHANGE | NET-ARO $ CHANGE | ARO-% CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| AL | $51,009 | 4.4% | $2,244 | $113,853 | 4.4% | $5,010 | $62,844 | $2,765 | 0.0% |
| AK | $0 | 0.0% | $0 | $0 | 0.0% | $0 | $0 | $0 | 0.0% |
| AZ | $5,354 | 0.5% | $27 | $3,830 | 0.5% | $19 | ($1,524) | ($8) | 0.0% |
| AR | $1,583 | 0.0% | $0 | $1,527 | 0.0% | $0 | ($55) | $0 | 0.0% |
| CA | $236,405 | 0.0% | $0 | $214,149 | 0.0% | $0 | ($22,255) | $0 | 0.0% |
| CO | $5,553 | 0.0% | $0 | $5,066 | 0.0% | $0 | ($487) | $0 | 0.0% |
| CT | $9,611 | 1.1% | $106 | $10,259 | 1.1% | $113 | $648 | $7 | 0.0% |
| DE | $484,535 | 0.0% | $0 | $533,242 | 0.0% | $0 | $48,707 | $0 | 0.0% |
| FL | $3,418 | 0.5% | $52 | $3,294 | 0.5% | $51 | ($124) | ($1) | 0.0% |
| GA | $14,832 | 0.0% | $0 | $40,325 | 0.0% | $0 | $25,493 | $0 | 0.0% |
| HI | $162,234 | 0.6% | $973 | $287,190 | 0.6% | $1,543 | $94,956 | $570 | 0.0% |
| ID | $3,140 | 0.8% | $0 | $3,574 | 0.0% | $0 | $434 | $0 | 0.0% |
| IL | $14,090 | 0.9% | $128 | $13,723 | 0.9% | $124 | ($277) | ($2) | 0.0% |
| IN | $1,920 | 0.2% | $2 | $202 | 0.0% | $0 | ($18) | ($1) | 0.0% |
| IA | $5,332 | 0.3% | $0 | $7,008 | 0.0% | $0 | ($464) | $0 | 0.0% |
| KS | $7,905 | 0.3% | $20 | $7,667 | 0.3% | $19 | ($238) | ($1) | 0.0% |
| KY | $120,463 | 0.0% | $0 | $91,005 | 0.0% | $0 | ($29,458) | $0 | 0.0% |
| LA | $81,533 | 0.0% | $0 | $54,389 | 0.0% | $0 | ($27,144) | $0 | 0.0% |
| MD | $13,440 | 0.0% | $0 | $21,058 | 0.0% | $0 | $7,618 | $0 | 0.0% |
| MA | $8,206 | 0.0% | $0 | $6,846 | 0.0% | $0 | ($1,360) | $0 | 0.0% |
| ME | $509 | 5.0% | $25 | $320 | 5.0% | $16 | ($189) | ($9) | 0.0% |
| MI | $32,041 | 0.3% | $108 | $31,857 | 0.3% | $105 | ($164) | ($4) | 0.0% |
| MN | $32,240 | 0.5% | $151 | $34,679 | 0.5% | $163 | ($339) | $2 | 0.0% |
| MS | $175,853 | 0.5% | $879 | $126,844 | 0.5% | $533 | ($49,209) | ($246) | 0.0% |
| MO | $38,245 | 0.5% | $191 | $36,615 | 0.5% | $183 | ($1,630) | ($8) | 0.0% |
| MT | $4,844 | 0.0% | $0 | $4,812 | 0.0% | $0 | ($532) | $0 | 0.0% |
| NE | $27,938 | 0.5% | $140 | $15,832 | 0.5% | $79 | ($12,106) | ($61) | 0.0% |
| NH | $1,234 | 6.8% | $84 | $842 | 6.8% | $44 | ($392) | ($40) | 0.0% |
| NM | $2,837 | 1.1% | $358 | $997 | 1.7% | $88 | ($24,740) | ($70) | 0.0% |
| NV | $260 | 0.0% | $0 | $311 | 0.0% | $0 | $51 | $0 | 0.0% |
| NY | $46,842 | 0.0% | $0 | $45,357 | 0.0% | $0 | $1,485 | $0 | 0.0% |
| NC | $72,682 | 0.0% | $0 | $23,901 | 0.0% | $0 | ($48,781) | $0 | 0.0% |
| OK | $329,907 | 0.2% | $660 | $288,245 | 0.2% | $576 | ($41,662) | ($53) | 0.0% |
| OR | $513 | 0.0% | $0 | $88 | 0.0% | $63 | ($425) | $9 | 0.0% |
| PA | $3,178 | 1.7% | $54 | $3,735 | 1.7% | $557 | $557 | $0 | 0.0% |
| SC | $80,605 | 0.0% | $0 | $53,198 | 0.0% | $0 | ($13,457) | $0 | 0.0% |
| SD | $5,921 | 0.0% | $0 | $7,950 | 0.0% | $0 | $2,029 | $0 | 0.0% |
| TN | $59,931 | 0.0% | $0 | $3,171 | 0.0% | $0 | ($3,760) | $0 | 0.0% |
| TX | $912,891 | 2.4% | $21,908 | $1,041,764 | 2.4% | $25,002 | $128,873 | $3,093 | 0.0% |
| — | $2,995,014 | 0.0% | $0 | $1,670,338 | 0.0% | $0 | ($1,324,676) | $0 | 0.0% |
| UT | $2,210 | 0.0% | $0 | $2,298 | 0.0% | $0 | $88 | $0 | 0.0% |
| VT | $29 | 0.0% | $0 | $3 | 0.0% | $0 | ($26) | $0 | 0.0% |
| VA | $418,603 | 2.2% | $9,209 | $611,215 | 2.2% | $13,467 | $192,612 | $4,237 | 0.0% |
| WA | $3,318 | 1.5% | $280 | $48,046 | 1.5% | $280 | $44,662 | ($10) | 0.0% |
| RI | $3,208 | 5.0% | $160 | $2,303 | 5.0% | $115 | ($905) | ($45) | 0.0% |
| TOTAL | $6,648,856 | 0.72% | $47,872 | $5,601,980 | 0.72% | $40,334 | ($1,046,866) | ($7,537) | |

**E.I. DUPONT 2002 RENEWAL**
**W.C. PREMIUMS/PAYROLL**

11/15/01

| ENTITY | PAYROLL | UNMODIFIED STAND. PREM | MODIFIED STAND. PREM. | DED. CREDITED STAND. PREM. | DISCOUNTED PREMIUM | ASSMTS & EXP. CONST. |
|---|---|---|---|---|---|---|
| CORPORATE * | $508,001,472 | $14,350,279 | $7,603,889 | $1,349,297 | $1,347,619 | $68,064 |
| PHOTOMASKS * | $0 | $0 | $0 | $0 | $0 | $0 |
| SENTINEL * | $10,895,602 | $984,114 | $503,663 | $159,328 | $159,328 | $1,000 |
| TOTAL CORP. | $518,897,134 | $15,314,393 | $8,107,552 | $1,508,625 | $1,507,147 | $69,064 |
| DOW/JV | $18,111,114 | $210,490 | $120,939 | $120,939 | $112,054 | $659 |
| TEIJIN/JV | $537,935 | $5,798 | $3,505 | $3,505 | $3,505 | $180 |
| SABANCI INT'L | $12,564,000 | $467,433 | $229,828 | $229,828 | $220,011 | $242 |
| TOTAL/JV | $31,213,049 | $683,721 | $354,272 | $354,272 | $335,570 | $1,081 |
| CONTRACTORS WASH. GROUP* | $14,834,052 | $965,301 | $579,757 | $180,865 | $180,865 | $23,857 |
| ZACHRY * | $16,382,956 | $1,748,286 | $981,558 | $268,275 | $268,275 | $140 |
| KELLOG B & R * | $28,489,964 | $2,167,882 | $2,187,882 | $624,350 | $624,350 | $180 |
| F DANIEL * | $22,935,599 | $2,101,003 | $822,684 | $240,223 | $240,223 | $210 |
| CHATTA * | $12,358,330 | $770,124 | $592,996 | $181,457 | $181,457 | $140 |
| MUNDY * | $26,052,468 | $3,044,229 | $1,248,133 | $339,492 | $339,492 | $210 |
| BE & K * | $13,645,197 | $1,175,531 | $847,011 | $181,163 | $181,163 | $200 |
| L.D.GENERAL | $0 | $0 | $0 | $0 | $0 | $0 |
| STAND. ELEC. | $1,455,618 | $84,717 | $66,926 | $66,926 | $64,758 | $140 |
| DON LEE MARGIN | $5,566,703 | $274,474 | $170,448 | $170,448 | $163,601 | $120 |
| PITT SERV. | $950,000 | $40,286 | $33,841 | $33,841 | $32,831 | $210 |
| DIVERSIFIED | $3,435,702 | $35,208 | $31,334 | $31,334 | $30,492 | $180 |
| KENCO * | $9,788,056 | $619,132 | $581,794 | $581,794 | $552,852 | $140 |
| CCW GROUP | $9,605,249 | $211,078 | $170,972 | $170,972 | $164,554 | $180 |

| ENTITY | PAYROLL | UNMODIFIED STAND. PREM | MODIFIED STAND. PREM. | DED. CREDITED STAND. PREM. | DISCOUNTED PREMIUM | ASSMTS & EXP. CONST. |
|---|---|---|---|---|---|---|
| VOL.STATE | $1,080,507 | $69,904 | $44,039 | $44,039 | $42,673 | $140 |
| SHENANDOAH | $0 | $0 | $0 | $0 | $0 | $0 |
| PENCO | $707,692 | $64,551 | $28,661 | $28,661 | $27,833 | $120 |
| STAND. WHSE. * | $16,133,529 | $353,168 | $307,256 | $106,310 | $106,310 | $210 |
| M. DAVIS* | $3,400,000 | $365,866 | $270,740 | $96,925 | $96,925 | $120 |
| SOUTH METAL | $275,441 | $22,876 | $20,749 | $20,749 | $20,198 | $120 |
| PRESTIGE | $8,035,424 | $187,943 | $146,596 | $146,596 | $140,942 | $140 |
| STRATUS | $3,122,000 | $111,421 | $111,421 | $111,421 | $107,525 | $140 |
| CLOVER | $4,708,584 | $78,553 | $54,201 | $54,201 | $52,626 | $180 |
| IND. PAINT | $639,600 | $73,048 | $57,708 | $57,708 | $55,863 | $140 |
| WNI IND | $8,309,518 | $116,681 | $82,844 | $82,844 | $80,354 | $180 |
| PLAY THEATER | $182,411 | $3,109 | $3,109 | $3,109 | $3,109 | $120 |
| TOTAL/CONTRAC. | $208,971,590 | $14,684,369 | $9,202,660 | $3,823,703 | $3,759,271 | $22,597 |
| TOTAL RENEWAL | $759,071,773 | $30,682,483 | $17,664,484 | $5,686,600 | $5,601,988 | $97,742 |

* DEDUCTIBLE POLICIES

E.I. DUPONT 2002 RENEWAL
W.C. PREMIUM TAX CALCULATION

| STATE | PREMIUM | TAX MULTIPLIER | TAXED PREMIUM |
|---|---|---|---|
| AL | $113,853 | 1.059 | $120,570 |
| AZ | $3,830 | 1.021 | $3,910 |
| AR | $1,527 | 1.062 | $1,622 |
| CA | $214,149 | 1.033 | $221,216 |
| CO | $5,066 | 1.080 | $5,471 |
| CT | $10,259 | 1.060 | $10,875 |
| DE | $533,242 | 1.111 | $592,432 |
| DC | $294 | 1.131 | $333 |
| FL | $40,325 | 1.093 | $44,075 |
| GA | $257,190 | 1.139 | $292,939 |
| ID | $3,574 | 1.046 | $3,738 |
| IL | $13,723 | 1.004 | $13,778 |
| IN | $202 | 1.026 | $207 |
| IA | $1,068 | 1.029 | $1,099 |
| KS | $7,667 | 1.127 | $8,641 |
| KY | $91,005 | 1.008 | $91,733 |
| LA | $54,389 | 1.090 | $59,284 |
| ME | $320 | 1.053 | $337 |
| MD | $21,058 | 1.033 | $21,753 |
| MA | $6,846 | 1.065 | $7,291 |
| MI | $34,857 | 1.030 | $35,903 |
| MN | $32,579 | 1.115 | $36,326 |
| MS | $126,644 | 1.061 | $134,369 |
| MO | $36,615 | 1.005 | $36,798 |
| MT | $4,812 | 1.045 | $5,029 |
| NE | $15,832 | 1.053 | $16,671 |
| NH | $642 | 1.025 | $658 |
| NJ | $7,997 | 1.037 | $8,293 |
| NM | $311 | 1.059 | $329 |
| NY | $23,901 | 1.025 | $24,499 |
| NC | $288,245 | 1.055 | $304,098 |
| OK | $88 | 1.063 | $94 |
| OR | $3,735 | 1.005 | $3,754 |
| PA | $53,198 | 1.054 | $56,071 |
| RI | $2,303 | 1.085 | $2,499 |
| SC | $197,850 | 1.168 | $231,089 |
| SD | $3,171 | 1.034 | $3,279 |
| TN | $1,041,764 | 1.053 | $1,096,977 |
| TX | $1,670,338 | 1.043 | $1,742,163 |
| UT | $2,298 | 1.071 | $2,461 |
| VA | $611,215 | 1.020 | $623,439 |
| WI | $18,646 | 1.039 | $19,373 |
| VT | $3 | 1.026 | $3 |
| NV | $45,357 | 1.040 | $47,171 |
| | | | |
| TOTAL/AVERAGE | $5,601,988 | 1.059 | $5,932,649 |

DUPONT 1-1-02/03          PROGRAM COMPARISON EXHIBIT 02 VS 01

| EXPOSURES/PREMIUM | 2002 | 2001 | VARIANCE | % CHANGE |
|---|---|---|---|---|
| W.C. PAYROLL | $ 7,590,717.73 | $ 8,972,430.00 | $(1,381,712.27) | -15% |
| W.C. DISC. PREM. | $ 5,601,988.00 | $ 6,648,856.00 | $(1,046,868.00) | -16% |
| EXP. LOSS W.C. | $ 4,842,000.00 | $ 5,640,000.00 | $ (798,000.00) | -14% |
| BASIC COMPONENTS | | | | |
| CO. EXPENSE | $ 274,965.00 | $ 249,218.00 | $ 25,747.00 | 10% |
| BUREAU | $ 38,000.00 | $ 38,000.00 | $ - | 0% |
| W.C. ARO | $ 40,334.00 | $ 42,553.00 | $ (2,219.00) | -5% |
| MD/TX ASSESS | $ 129,834.00 | $ 143,814.00 | $ (13,980.00) | -10% |
| W.C. LLC | $ 235,093.00 | $ 130,000.00 | $ 105,093.00 | 81% |
| TOTAL BASIC | $ 718,226.00 | $ 603,585.00 | $ 114,641.00 | 19% |
| OUTSIDE ASSESS (EXCLUDING N.Y.) | $ 78,075.00 | $ 67,249.00 | $ 10,826.00 | 16% |
| TOTAL BASIC/ASSESS | $ 796,301.00 | $ 670,834.00 | $ 125,467.00 | 19% |
| OTHER CHARGES | $ 185,000.00 | $ 185,000.00 | $ - | 0% |
| TOTAL | $ 981,301.00 | $ 855,834.00 | $ 125,467.00 | 15% |

## _KEMPER NATIONAL SERVICES, INC. (KNS)_

KRMG/NATLSCO will provide managed care services based upon the following current schedule. These fees are subject to change during the contract period.

### Managed Care Pricing

| Product | Current Fee |
|---|---|
| Medical Bill Review | 25% of Savings |
| PPO | 25% of Savings; 30% in NY |
| Telephonic Care Mgmt | $82/hour     $87/hour West Coast (WA, OR, CA, NV, AK, HI) |
| Utilization Mgmt | $82/hour     $87/hour West Coast (WA, OR, CA, NV, AK, HI) |
| Behavioral Health Specialist | $85/hour |
| Field Care Mgmt | Varies by State |
| Catastrophic Care Mgmt | Varies by State     $100/hour |
| Life Care Plan | $100/hour |
| Rehab Ergonomics | $85/hour $95/hour in CA |
| Critical Incident Stress | $100/hour |
| IME | $250 Flat rate (except Maryland: $100 flat rate) |
| QRR (CA) | $250 Flat rate |
| Medical Consulting Services | $95/hour |

## *Field Care Management Fees Effective 1/1/2002*

| State | Medical & Vocation | State | Medical & Vocational |
|-------|--------------------|-------|----------------------|
| Alabama | $70 | Montana | $70 |
| Alaska | $70 | Nebraska | $75 |
| Arizona | $75 | Nevada | $75 |
| Arkansas | $75 | New Hampshire | $75 |
| California | $85/$65 Voc. | New Jersey | $75 |
| Colorado | $75 | New Mexico | $77 |
| Connecticut | $75 | New York | $75 |
| Delaware | $75 | New York (Metro) | $85 |
| D. C. | $75 | North Carolina | $72 |
| Florida | $75 | North Dakota | $70 |
| Georgia | $70 | Ohio | $75 |
| Hawaii | $85/$100 Voc. | Oklahoma | $77 |
| Idaho | $85 | Oregon | $75 |
| Illinois | $75 | Pennsylvania | $75 |
| Indiana | $75 | Puerto Rico | $70 |
| Iowa | $75 | Rhode Island | $75 |
| Kansas | $70 | South Carolina | $72 |
| Kentucky | $72 | South Dakota | $70 |
| Louisiana | $75 | Tennessee | $72 |
| Maine | $75 | Texas | $77 |
| Maryland | $75 | Utah | $75 |
| Massachusetts | $75 | Vermont | $75 |
| Michigan | $78 | Virginia | $75 |
| Minnesota | $75 | Washington | $85 |
| Mississippi | $75 | West Virginia | $70 |
| Missouri | $75 | Wisconsin | $75 |

DUPONT EXPERIENCE MODIFICATION 2002-2003

| | INTERSTATE | CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY | PENNSYLVANIA |
|---|---|---|---|---|---|---|
| DUPONT CORP. | 910392344<br>05/01/01<br>.58 | 1-47-9513-F<br>1/1/00<br>.76 | 200606<br>1/1/01<br>1.175<br>2985089<br>5% Merit | 090-404-0-B<br>1/1/96<br>B3 | 170600<br>1/1/01<br>.717 | 200606<br>1/1/01<br>.711<br>5% MERIT<br>2985089 |
| OPTIMUM | 03/01/00<br>.73 | | | | | |
| QUALICON | 01/01/01<br>.923 | | | | | |
| DUPONT DOW ELASTOMERS | 917-932751<br>1/1/01<br>.55 | | | 280-360-7-A<br>1/1/00<br>.93 | | 01/01/01<br>2950196<br>5% Merit |
| DUPONT TEIJIN | | | | | | |
| BE & K | 910826107<br>4/1/01<br>.50 | | 679992<br>1/1/94<br>.747 | | | |
| CHATTANOOGA | ID#41061305<br>01/01/02<br>.79 | | | | | |
| CLOVER YARNS, INC. | ID#918075275<br>01/01/02<br>.69 | | | | | |
| DIVERSIFIED CONVERTERS | 450419842<br>1/1/01<br>.89 | | | | | |
| KELLOGG BROWN & ROOT | | | | | | |

Page # 1    12/07/01

| | | | | | | |
|---|---|---|---|---|---|---|
| FLOUR DANIEL | ID#910397478<br>11/01/00<br>.50 | | ID#34848<br>11/1/01<br>.248 | | | |
| ZACHRY | ID#910455664<br>6/1/01<br>.55 | | | | | |
| KENCO | ID#910838660<br>1/1/01<br>.92 | | | | | |
| | | | | | | |
| | | | | | | |
| MUNDY<br>INDUSTRIAL | 910-579827<br>11/15/01<br>.41 | | 2985295<br>1/1/02<br>.492 | | | |
| | | | | | | |
| PENCO | 190280276<br>2/9/00<br>.93 | | ID#599271<br>1/9/99<br>.444 | | | |
| PITT SERVICES | ID#06627200<br>1/1/00<br>.84 | | | | | |

Page # 2

| | | | | | | |
|---|---|---|---|---|---|---|
| PLAYHOUSE THEATER | | | 2724711 1/1/01 5% Merit | | | |
| PRESTIGE PRINTING | ID410554089 1/1/02 .78 | | | | | |
| STRATUS, INC. | | | | | | |
| KVAERNER | | | | | | |
| | | | | | | |
| SOUTHERN METAL | 910876368 5/20/99 .73 | | 2688224 1/1/01 .907 | | | |
| STAND ELECTRIC | 910001736 1/1/00 .79 | | | | | |
| STANDARD CORP. | 917-584443 8/1/00 .87 | | | | | |
| VOLUNTEER STATE | 917-410046 1/1/00 .63 | | | | | |
| W.N.I. INDUSTRIAL SERVICES | 450-382507 1/1/00 .71 | | | | | |

Page # 3

| | | | | | | |
|---|---|---|---|---|---|---|
| THE CCW GROUP | 910-69780 1/1/01 .81 | | | | | |
| DON LEE MARGIN | | | 2323359 1/1/01 .621 | | | |
| INDUSTRIAL PAINTNG LTD. | 917-599106 01/01/01 .79 | | | | | |
| WASHINGTON GROUP | 910339826 04/01/01 .60 | | | | | |
| M.DAVIS & SONS | 190014525 04/01/01 .74 | | | | | |
| | | | | | | |

Page # 4

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

NCCI CARRIER NO.

LARGE RISK CONTRIBUTORY DIVIDEND PLAN ENDORSEMENT

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective    01/01/2002    Policy No    5CL 947 509-10    Endorsement No. A

Insured                                              Premium    Not Applicable

                                              Policy Effective Date
                                              Transaction Date

Insurance Company

                          Countersigned by _____

The Named Insured under the policy shall be entitled to receive such refunds of unabsorbed premium (herein called dividends) as shall be determined in the absolute discretion of the Board of Directors under the contributory dividend plan applicable to this policy. Such contributory dividend plan is one under which premium earnings in excess of requirement for losses, expenses, reserves and surplus additions are declared by the Board of Directors to be paid to such insured

It is mutually agreed that the following provisions shall apply:

I.  **PRELIMINARY AND ANNUAL INTERIM DETERMINATION AND REDETERMINATION AGREEMENT**

The dividend shall be determined on a cumulative basis, encompassing all policies described in paragraph VI below which are effective on or after 01/01/2002 and terminating on or before 01/01/2003 The preliminary dividend determination shall be based upon incurred losses valued as of a date approximately six months after the expiration date of 01/01/2003 and such determination shall be made by the Board of Directors as soon as practicable after such valuation date. Such dividend shall be subject to periodic redeterminations, the first five of which will be made by the Company at approximately twelve-month intervals following the preliminary determination. Thereafter, twelve months will continue to be the minimum interval between redeterminations but there will be no maximum time interval. Subject to the twelve-month minimum time interval, subsequent redeterminations will be made whenever incurred losses increase as the result of changes in any existing or newly reported claims, or upon the written request from the Named Insured. There shall be no limit to the number of redeterminations or the time interval between redeterminations    Accordingly, no dividend determination shall be final unless (1) zero dividend is earned on the basis of the total losses from closed claims, or (2) the Named Insured and the Company mutually agree in writing that further redeterminations shall be waived

## II.  CANCELATION OR NONRENEWAL

Cancellation prior to the end of the plan period, of one or more of the policies listed in the Schedule of Policies below and identified by an asterisk, shall terminate the dividend plan as of the date such cancellation becomes effective.

In the event of such cancellation the next dividend determination shall be based upon incurred losses valued as of a date approximately six months after such termination of the plan and such determination shall be made by the Board of Directors as soon as practicable after such valuation date. Redetermination of dividend at succeeding intervals shall be as previously stated in paragraph I.

## III.  PAYMENT OR RECALL OF DIVIDEND

If on redetermination of the dividend, the dividend so declared is:

A.  Less than the dividend previously paid the Named Insured, the Named Insured, upon request by the Company, shall immediately return to the Company the amount by which such previous dividend exceeds the latest dividend so determined.

B.  Greater than the dividend previously paid the Named Insured, the Company shall immediately pay to the Named Insured, the additional dividend due

## IV.  LOSS LIMITATION PROVISION

A.  For the purpose of determining the dividend under this plan the incurred losses resulting from:

1.  A single accident shall be limited to $1,000,000 for Workers Compensation and Employers Liability combined including allocated claim expense.

For the purpose of the loss limitation expressed in paragraph A.1. above, incurred losses arising out of bodily injury by disease, including death at any time resulting therefrom, sustained by any one employee shall be deemed to arise out of a single accident.

B.  As used in this endorsement, "Incurred losses" means the sum of the following:

1.  All losses, including medical, actually paid,

2.  Reserves for unpaid losses as estimated by the Company,

3.  Premiums on bonds paid by the Company in accordance with the provisions of the policies,

4.  Interest accruing after entry of a judgment against the insured,

5. Allocated claim expenses, and

6. Expenses incurred in seeking recovery against a third party,

provided Items 3 , 4. and 5. shall not apply to Automobile Physical Damage insurance

C. As used in this endorsement, "Allocated claim expenses" means actual payments and reserves for legal expenses, excluding the cost of investigation and adjustment of claims by salaried Company employees and fee adjusters, but including attorney's fees, court costs, interest, expense for expert testimony, examination, X-ray, autopsy or medical expenses of any kind not incurred for the benefit of the injured or any other expenses incurred under the policies other than payment of indemnity or medical treatment, provided that only those items of expense which can be directly allocated to a specific claim involving litigation or possible litigation when necessary to determine the insured's liability shall be included and the costs for performing cost containment services.

## V. AGENT FOR ALL INSUREDS

Marsh USA, Inc.

shall be deemed the agent for all Named Insureds with respect to all dividend debits or credits declared by the Board of Directors for this policy and all other policies described in paragraph VI below

## VI. COMBINATION OF POLICIES

For the purpose of determining the dividend under this plan the policy to which this endorsement is attached shall be combined with these policies indicated below in the Schedule of Policies and any other policy which carries an endorsement stating that such policy shall be combined with this policy for dividend purposes

### SCHEDULE OF POLICIES

5CL 945 444-12
5BA 038 393-07
5CL 947 509-10
5BA 129 538-02
5BA 038 569-06
5CL 947 517-10
5BA 129 829-01

THIS ENDORSEMENT CHANGES THE POLICY TO WHICH IT IS ATTACHED AND IS EFFECTIVE ON THE DATE ISSUED UNLESS OTHERWISE STATED.

EFiled: Sep 1 2005 10:20A
Transaction ID 6611290

# EXHIBIT

# 2



GLOBAL TRADE SERVICES
MAIL CODE IL 1-0236
CHICAGO, ILLINOIS 60670-0236 U.S.A.
Telex: ITT 4330253 FNBCUI    Swift Address: FNBCUS44
TEL: (312) 954-1969    FAX: (312) 954-1963

AMENDMENT                              DATE: MAY 22, 2001

                              MAIL

LUMBERMANS MUTUAL CASUALTY COMPANY   DRAFTS DRAWN MUST BE MARKED:
AMERICAN MOTORISTS INSURANCE CO                      00321801
AMERICAN MANUFACTURERS MUTUAL        OPENER'S REFERENCE NO:
ONE KEMPER DRIVE                                     00321801
LONG GROVE, IL  60049

GENTLEMEN:

WE ARE INSTRUCTED BY :

E.I. DU PONT DE NEMOURS & CO
CENTER ROAD BUILDING
WILMINGTON, DE  19898

TO AMEND CREDIT 00321801 AS ISSUED  IN YOUR FAVOR.

THIS AMENDMENT IS AN INTEGRAL PART OF THE ORIGINAL CREDIT.
ALL OTHER TERMS AND CONDITIONS OF THE LETTER OF CREDIT INCLUDING
PREVIOUS AMENDMENTS REMAIN UNCHANGED.

AMENDED TERMS:

1. EXPIRATION DATE: DECEMBER 31, 2001

2. THE PAYMENT SCHEDULE IN THE ORIGINAL LETTER OF CREDIT HAS BEEN
CHANGED TO READ AS:
(QUOTE)

| MONTH | INCREASE (USD) | AVAILABLE AMOUNT (USD) FOR DRAWING |
|---|---|---|
| 1-JAN-01 | $157,800.00 | $7,869,654.00 |
| 1-FEB-01 | $157,700.00 | $8,027,354.00 |
| 1-MAR-01 | $157,700.00 | $8,185,054.00 |
| 1-APR-01 | $157,700.00 | $8,342,754.00 |
| 1-MAY-01 | $157,700.00 | $8,500,454.00 |
| 1-JUN-01 | $157,700.00 | $8,658,154.00 |
| 1-JUL-01 | $157,700.00 | $8,815,854.00 |
| 1-AUG-01 | $157,700.00 | $8,973,554.00 |
| 1-SEP-01 | $157,700.00 | $9,131,254.00 |
| 1-OCT-01 | $157,700.00 | $9,288,954.00 |
| 1-NOV-01 | $157,700.00 | $9,446,654.00 |
| 1-DEC-01 | $157,700.00 | $9,604,354.00 |

THIS IS AMENDMENT NUMBER ONE.

                              YOURS VERY TRULY
                              BANK ONE, NA, CHICAGO, IL

                              AUTHORIZED SIGNER

                              AUTHORIZED SIGNER



**GLOBAL TRADE SERVICES**
**MAIL CODE IL 1-0238**
**CHICAGO, ILLINOIS 80670-0236 U.S.A.**
Telex: ITT 4330253 FNBCUI    Swift Address: FNBCUS44
TEL: (312) 954-1969        FAX: (312) 954-1963

IRREVOCABLE STANDBY LETTER OF CREDIT NO.: 00321801

ACCOUNT HOLDER/APPLICANT:
            (REINSURER)
E. I. DUPONT DE NEMOURS AND COMPANY
1007 MARKET STREET  D8058
WILMINGTON  DE  19898
ATTN: JACKIE THOMAS

BENEFICIARY'S STATE OF DOMICILE:    STATE OF ILLINOIS

ISSUE DATE: JANUARY 1, 2000

TO BENEFICIARY:
LUMBERMENS MUTUAL CASUALTY COMPANY
AMERICAN MOTORISTS INSURANCE COMPANY
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
AMERICAN PROTECTION INSURANCE COMPANY
NATLSCO, INC.

ONE KEMPER DRIVE
LONG GROVE, IL 60049-0001

ATTN:  DAWN GRANT / RMG COLLECTIONS, M-1

WE HAVE ESTABLISHED THIS CLEAN, IRREVOCABLE, AND UNCONDITIONAL
LETTER OF CREDIT IN YOUR FAVOR AS BENEFICIARY FOR DRAWINGS UP TO
U.S.DOLLAR 7,711,854.00 (U.S.DOLLAR SEVEN MILLION SEVEN HUNDRED ELEVEN
THOUSAND  EIGHT HUNDRED FIFTY FOUR AND 00/100. EFFECTIVE IMMEDIATELY,
IN ACCORDANCE WITH THE SCHEDULE SHOWN BELOW. THIS LETTER OF CREDIT
IS ISSUED, PRESENTABLE AND PAYABLE AT OUR OFFICE AT 1 BANK ONE PLAZA,
CHICAGO, IL 60670-0236 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON
DECEMBER 31, 2000.UNLESS RENEWED AS HEREINAFTER PROVIDED.  EXCEPT
WHEN THE AMOUNT OF THIS LETTER OF CREDIT IS INCREASED, THIS CREDIT
CANNOT BE MODIFIED OR REVOKED WITHOUT YOUR CONSENT.

THIS LETTER OF CREDIT IS AVAILABLE FOR DRAWINGS IN ACCORDANCE WITH
THE FOLLOWING SCHEDULE:

| MONTH | | INCREASE | TOTAL AMOUNT |
|---|---|---|---|
| JANUARY - | USD | - | 5,748,354.00 |
| FEBRUARY | | 178,500.00 | 5,926,854.00 |
| MARCH | | 178,500.00 | 6,105,354.00 |
| APRIL | | 178,500.00 | 6,283,854.00 |
| MAY | | 178,500.00 | 6,462,354.00 |
| JUNE | | 178,500.00 | 6,640,854.00 |
| JULY | | 178,500.00 | 6,819,354.00 |
| AUGUST | | 178,500.00 | 6,997,854.00 |
| SEPTEMBER | | 178,500.00 | 7,176,354.00 |



**GLOBAL TRADE SERVICES**
**MAIL CODE IL 1-0236**
**CHICAGO, ILLINOIS 60670-0236 U.S.A.**
Telex: ITT 4530253 FNBCUI        Swift Address: FNBCUS44
TEL: (312) 954-1969              FAX: (312) 954-1983

| | | |
|---|---|---|
| OCTOBER | 178,500.00 | 7,354,854.00 |
| NOVEMBER | 178,500.00 | 7,533,354.00 |
| DECEMBER | 178,500.00 | 7,711,854.00 |

ANY DRAWINGS/PAID WILL BE DEDUCTED FROM THE AVAILABLE BALANCE IN
SUBSEQUENT MONTHS

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW
OF THE NAMED BENEFICIARY. IF A COURT OF LAW APPOINTS A SUCCESSOR IN
INTEREST TO THE NAMED BENEFICIARY, THEN THE NAMED BENEFICIARY
INCLUDES AND IS LIMITED TO THE COURT APPOINTED DOMICILIARY RECEIVER
(INCLUDING CONSERVATOR, REHABILITATOR OR LIQUIDATOR).

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN
ON US, INDICATING OUR CREDIT NO. 00321801 FOR ALL OR ANY PART OF THIS
CREDIT UPON PRESENTATION OF YOUR DRAFT DRAWN ON US ON OR BEFORE
THE EXPIRATION DATE HEREOF OR ANY AUTOMATICALLY EXTENDED EXPIRY
DATE.

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO
ANY AGREEMENT, REQUIREMENT OR QUALIFICATION, THE OBLIGATION OF
BANK ONE, NA UNDER THIS CREDIT IS THE INDIVIDUAL OBLIGATION OF BANK
ONE, NA AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT
THERETO, OR UPON OUR ABILITY TO PERFECT ANY LIEN, SECURITY INTEREST OR
ANY OTHER REIMBURSEMENT.

THIS LETTER OF CREDIT IS DEEMED TO BE AUTOMATICALLY EXTENDED
WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRATION DATE OR ANY
FUTURE EXPIRATION DATE, UNLESS THIRTY DAYS PRIOR TO SUCH EXPIRATION
DATE, WE NOTIFY YOU BY REGISTERED MAIL THAT THIS LETTER OF CREDIT
WILL NOT BE RENEWED FOR ANY SUCH ADDITIONAL PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE
STATE OF ILLINOIS AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND
PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF
COMMERCE (PUBLICATION NO. 500) AND, IN THE EVENT OF ANY CONFLICT, THE
LAWS OF THE STATE OF ILLINOIS WILL CONTROL. IF THIS CREDIT EXPIRES
DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID
PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT
PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN 30 DAYS AFTER THE
RESUMPTION OF BUSINESS.

VERY TRULY YOURS,
BANK ONE, NA

PREPARER/AUTHORIZED SIGNER

E. Abban #9958
AUTHORIZED SIGNER

05/21/2003   16:04    FINANCE KEMPER → 913027733428                    NO.895    D29



**GLOBAL TRADE SERVICES**
**MAIL CODE IL 1-0236**
**CHICAGO, ILLINOIS 60670-0236 U.S.A.**
Telex: ITT 4330253 FNBCUI      Swift Address: FNBCUS44
TEL: (312) 954-1969            FAX: (312) 954-1903

AMENDMENT                              DECEMBER 15, 2000

LUMBERMANS MUTUAL CASUALTY COMPANY
AMERICAN MOTORISTS INSURANCE COMPANY
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
AMERICAN PROTECTION INSURANCE COMPANY
NATLSCO, INC.
ONE KEMPER DRIVE
LONG GROVE, IL   60049

GENTLEMEN:

  WE ARE INSTRUCTED BY :

E.I. DU PONT DE NEMOURS & COMPANY
CENTER ROAD BUILDING
WILMINGTON, DE   19898

  TO AMEND CREDIT 00321801 AS ISSUED IN YOUR FAVOR.

TO AMEND LETTER OF CREDIT  #00321801 AS ISSUED IN YOUR FAVOR.
   OTHER TERMS AND CONDITIONS OF THIS LETTER OF CREDIT REMAIN
UNCHANGED.

WE HEREBY RESCIND OUR NOTICE OF NON-RENEWAL DATED NOVEMBER 13, 2000.

THIS LETTER OF CREDIT IS EXTENDED TO DECEMBER 31, 2001 AS PER THE
AUTOMATIC EXTENSION PROVISIONS.


THIS IS AMENDMENT NUMBER ONE.


YOURS VERY TRULY,

_____          _____
PREPARER / AUTHORIZED SIGNER                AUTHORIZED SIGNER



ORIGINAL

NO. 895    P02

## BOND TO SECURE PREMIUM AND DEDUCTIBLE OBLIGATIONS

Bond Number: ___6196949___

KNOW ALL MEN BY THESE PRESENTS:

That E.I. DUPONT DE NEMOURS & COMPANY, as principal ("Principal") and SAFECO INSURANCE COMPANY OF AMERICA, as surety ("Surety"), are held and firmly bound unto Lumbermens Mutual Casualty Company, American Motorists Insurance Company, American Manufactures Insurance Company, American Protection Insurance Company, Kemper Casualty, Inc., Kemper Casualty Insurance Company, Kemper Surplus Lines Insurance Company, Kemper Indemnity Insurance Company, NATLSCO, Inc. and each of its affiliates and subsidiaries, as obligee (herein collectively and individually referred to as "Obligee") for the payment of the Obligations (herein defined), up to the maximum penal sum of NINE MILLION SIX HUNDRED FOUR THOUSAND THREE HUNDRED FIFTY FOUR AND NO/100 (S9,604,354.00) lawful money of the United States to payment of which sum, Principal and Surety hereby bind themselves, their successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Obligee has issued certain insurance policies on behalf of the Principal (hereinafter collectively referred to as the "Policies") and has entered into certain other related premium payment, deductible reimbursement, collateral and other related agreements with the Principal including but not limited to those agreements which are described on Exhibit A hereto (herein collectively referred to as the "Agreement(s)" each of such Policies or Agreements as may be amended and/or renewed from time to time; (such Policies and Agreements shall collectively be referred to herein as the Underlying Insurance Program); and:

WHEREAS, the Obligee requires security for all of the Principal's Obligations to Obligee under each of the Policies and Agreements. For purposes of this Bond, "Obligations" shall have the same definition as that provided for "Insured's Obligations" in the Agreements.

NOW, THEREFORE, if and when the Obligations shall be fully and finally paid and satisfied this Bond shall be null and void; otherwise this Bond shall remain in full force and effect and Principal and Surety in any event agree as follows:

1) Within ten (10) business days of Surety's receipt of a demand for payment under this Bond ("Demand"), Surety shall pay to the Obligee the amount of such Demand. In the event of the Obligee's Demand to the Surety of an amount due, whether as security, for payment or reimbursement pursuant to the Policies and Agreement(s), or based upon the failure of the Principal to provide replacement collateral security in the event that the Surety becomes unacceptable to the Obligee, or in the event that the Obligee receives notification of non-renewal of the Bond, such a Demand shall be conclusive evidence and absolute proof of the existence and extent of the liability of the Principal and the Surety to the Obligee hereunder. The Obligee may

Revised 12/13/2002

present one or more Demands at any time in its sole discretion, provided however, Surety shall not be obligated to pay an aggregate amount in excess of the penal sum of the bond.

2) In the event that the Obligee shall demand the entire penal sum of the Bond under a Demand (less any previous amounts paid to Obligee under the Bond), Obligee shall hold all funds ("Bond Collateral") received as security for the Obligations and shall apply such funds to the Obligations from time to time in its sole discretion. At such time as Obligee determines in its sole discretion that all of the Obligations are fully and finally paid and such payment is not subject to avoidance or other turnover, Obligee shall return to the Surety the unapplied portion of the Bond Collateral. The Surety, whether in its capacity as surety or subrogee of the Principal, waives, to the fullest extent permitted by applicable law, each and every right which it may have to seek reimbursement, restitution or recovery of any Bond Collateral. Obligee shall not be required to (i) segregate Bond Collateral from its general funds (ii) hold or invest Bond Collateral in an interest-bearing or income-producing investment or (iii) account to Surety for interest or income in the event the same would be otherwise attributable to Bond Collateral. The Principal shall not at any time have any rights or property interests in this Bond, the Bond Collateral or other proceeds of this Bond.

3) Failure to pay or reimburse the Obligee as herein provided shall cause the Surety to be additionally liable for any and all reasonable costs and expenses, including attorney's fees and interest, incurred by the Obligee in enforcing this bond, such liability to be in addition to the bond penalty.

4) Surety's obligations hereunder shall not be affected by (i) any other collateral security which the Obligee may hold for the benefit of the Principal; (ii) any failure by the Obligee to assert any claim or demand or to enforce any right or remedy against Principal or its property, or any other party liable with respect to the Obligations, (iii) any failure to perfect an interest in, or any release, impairment or other diminution of, any collateral (including, but not limited to rights of recoupment or setoff) held by Obligee which secures any of the Obligations, (iv) any matter or proceeding arising in connection with any modification, limitation, discharge, assumption, or reinstatement with respect to any Agreements or Obligations, (v) any modification of or amendment to any Agreements or Obligations without Surety's consent or prior notification, or (vi) any other circumstances which might otherwise constitute a legal or equitable discharge of defense for Surety.

5) This Bond is an annual obligation for the term of JANUARY 1, 2003 to JANUARY 1, 2004. Except when the maximum penal amount is increased, this Bond may not be modified without the consent of the Obligee. This Bond will be automatically renewed for one year annual terms unless the Obligee and Principal are notified of non-renewal by cancellation notice from the Surety, with notice provided not later than ninety (90) days in advance of the anniversary date of this Bond. Subject to receipt of such notice, and upon expiration of this Bond as of the anniversary date of this Bond, the Surety shall be fully and unconditionally released of any and all liability thereunder.

Revised 12/13/2002

5) Any notice, demand, certification or request for payment, given or made under this Bond shall be made in writing and shall be given by a personal delivery or expedited delivery service, postage pre-paid, addressed to the parties at the addresses specified below or to such other address as shall have been specified by such parties to each of the parties to the transactions contemplated hereby.

If to Surety:  SAFECO Insurance Company of America
               2055 Sugarloaf Circle
               Duluth, GA 30097
               Attention: Ms. Lisa Brissey

If to Obligee:  Lumbermens Mutual Casualty Company
                1 Kemper Drive, 11SW
                Long Grove, IL 60049
                Attention: Collateral Manager

If to Principal:  E. I. DuPont De Nemours & Company
                  1007 Market Street
                  D-8065
                  Wilmington, DE 98198
                  Attention: Mr. Eugene J. Slesicki

Notice by overnight courier shall be deemed to have been given and received on the date scheduled for delivery, notice by mail shall be deemed to have been given and received three (3) calendar days after the date first deposited in the United States Mail, and notice by personal/hand delivery shall be deemed to have been given and received upon delivery.

In Witness Thereof, the said Principal and Surety have signed and sealed this instrument on this 9th day of January, 2003.

E. I. DUPONT DE NEMOURS & COMPANY

By _____
       Principal

SAFECO INSURANCE COMPANY OF AMERICA

By _____
TINA MARIE FOSTER, Attorney-in-fact

Revised 12/13/2002

E. I. DU PONT DE NEMOURS AND COMPANY

* * * * *

AUTHORITY TO EXECUTE PROPOSALS
CONTRACTS AND/OR INDEMNITY, SURETY
OR GUARANTY BONDS OR AGREEMENTS

RESOLVED, that any member of the Office of the Chief Executive or any Vice President of DuPont Finance, together with the Secretary or any Assistant Secretary, of this Company, hereby are authorized to sign and execute on behalf of the Company any and all proposals, contracts and/or indemnity, surety or guaranty bonds or agreements necessary in connection with its business with national, state or local governments, corporations, partnerships or individuals, whether in the United States or foreign countries;

RESOLVED FURTHER, that resolution on this subject, adopted by the Board of Directors on May 20, 1946, hereby is rescinded.

This is to certify that the foregoing is a true copy of action duly taken by the BOARD OF DIRECTORS of E. I. du Pont de Nemours and Company on October 17, 1949, as last amended by the Office of the Chief Executive on February 14, 1996, pursuant to resolution adopted by the Board of Directors of E. I. du Pont de Nemours and Company on March 17, 1975, and still is in force and effect.

The authority to sign and execute proposals, contracts and/or indemnity, surety or guaranty bonds or agreements on behalf of E. I. du Pont de Nemours and Company has been delegated by the Vice President and Treasurer to the Director, Corporate Insurance, and the Consultant, Global Risk Management, Du Pont Finance. Eugene J. Slesicki is the Consultant, Global Risk Management.

ASSISTANT SECRETARY
E. I. DU PONT DE NEMOURS AND COMPANY

Date 1/10/03

NO.895    P06

EXHIBIT A TO BOND NUMBER <u>6196949</u>

"Agreement(s)" shall be defined as those Agreements listed below, including any modifications that may be made from time to time, and the insurance policies described therein:

1. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1994</u>    Date: _____

2. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1995</u>    Date: _____

3. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1996</u>    Date: _____

4. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1997</u>    Date: _____

5. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1998</u>    Date: _____

6. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 1999</u>    Date: _____

7. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 2000</u>    Date: _____

8. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 2001</u>    Date: _____

9. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 2002</u>    Date: _____

10. Agreement(s): Workers' Compensation Deductible <u>and Liability Program – 2003</u>    Date: _____

Revised 12/13/2002

FINANCE KEIFER 9 51302773428   NO.895   D87

EXHIBIT A TO BOND NUMBER- 6196949

**E.I. DuPont De Nemours & Company, Inc.    1/1/1994 to 1/1/1995 POLICY NUMBERS**

| Workers Compensation | Policy Numbers |
|---|---|
| **Corporate** | |
| DuPont | 5CL945444-04 All other |
| DuPont | 5CL 945446-04 OR |
| Dupont | 5CL947509-02 |
| Dupont Playhouse | 5CL945775-03 |
| Dupont | 5CL947755-04 |
| DuPont Teijin | 5CL947517-02 |
| Consol · | 5CL947515-02 |
| | |
| **Contractors** | |
| Service Environmental | 5BA038122-01 |
| AMEC | 5BA038140-01 |
| Prestige | 5BA038156-01 |
| Cherne | 5BA038205-01 |
| Vortoil | 5BA038211-01 |
| TX Ind. | 5BA038220-01 |
| BE&K Ded | 5BA038231-00 |
| BE&K Ded | 5BA038235-00 |
| Castlewood | 5CL945459-04 |
| PDS | 5CL945462-04 |
| PDS | 5CL945463-04 |
| Volunteer | 5CL945464-04 |
| Marco | 5CL945465-04 |
| Kenco | 5CL945466-04 |
| Cincar | 5CL945467-04 |
| CPPC | 5CL945472-04 |
| CPPC | 5CL945474-04 |
| CPPC | 5CL945475-04 |
| Hendersen | 5CL945748-04 |
| Cardinal | 5CL945751-04 |
| Fuji | 5CL945764-04 |
| Penco | 5CL945765-04 |
| CSI | 5CL945766-04 |
| Dry Storage | 5CL945767-64 |
| CPPC | 5CL945768-04 |
| Patco | 5CL945769-04 |
| S. Metal | 5CL945772-03 |
| Merck | 5CL945772-03 All other |
| Merck | 5CL95477-03 OR |
| Kingston | 5CL945774-03 |
| Pltt Serv | 5CL945776-03 |

EXHIBIT A TO BOND NUMBER- 6196949

E.I. DuPont De Nemours & Company, Inc. (Cont'd)
01/01/1994 to 01/01/1995 POLICY NUMBERS

Workers Compensation
Contractors (cont'd)

| | |
|---|---|
| Mundy Ded | 5CL9457777-03 |
| Zachry | 5CL947510-02 |
| Ferguson | 5CL947511-02 |
| Brown | 5CL947512-02 |
| Fluor | 5CL947513-02 |
| Merck | 5CL947514-02 |
| Merck | 5SC041104-01 |
| Danalco | 5BA038233-00 |

Workers Comp Excess      Policy Numbers
Corporate

| | |
|---|---|
| DuPont | 5CL945448-04 MA |
| | 5CL945449-04-NY |
| | 5CL945450-04-MS |
| | 5CL945452-04-All other |
| | 5CL045453-04-NC |
| | 5CL947519-02 |
| | 5CM578395-11 |

General Liability      Policy Numbers
Corporate

| | |
|---|---|
| DuPont (US) | 5YL 945 444-001 |
| DuPont/Pioneer(Canada) | 5YL 855 948-07 |
| Dupont | 5YL945447-01 |
| Dupont | 5YL945761-01 |
| Dupont | F5D006305-50 |

Automobile Liability      Policy Numbers
Corporate

| | |
|---|---|
| DuPont (A/O) | F5B003961-01 |
| DuPont (VA) | 5ZL945444-01 |
| Dupont PR | F5C003699-01 |
| Dupont | F5D006300-00 |
| Dupont MA | X3P018783-05 |

EXHIBIT A TO BOND NUMBER- 6196949

E.I. DuPont De Nemours & Company, Inc. (Cont'd)
01/01/1994 to 01/01/1995 POLICY NUMBERS

| Automobile Liability | Policy Numbers |
|---|---|
| Corporate | |
| Dupont Canada | 5ZL855948-07 |
| Dupont US Simp | 5ZL945444-01 |

| Contractors | |
|---|---|
| C.A. Dist | F5D006301-00 |
| Prestige | F5D006302-00 |
| Warehouse | F5D006303-00 |
| Volunteer | F5D006304-00 |

EXHIBIT A TO BOND NUMBER-___6196949___

E.I. DuPont De Nemours & Company, Inc.    1/1/1995 to 1/1/1996 POLICY NUMBERS

**Workers Compensation**
**Corporate**          **Mode of Renewal**
DuPont                 **All new policies (WC only)**
                       5BA 038 393-00 (Ded - AZ, LA)
Dupont                 5CL 947 509-03 (Ded – AK, AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, KY, MA,
                           MI, MN, MO, NH, NJ, NM, NY, NC, OK, PA, SC, SD, TN, TX,
                           UT, VA)

**Joint Ventures**
Merck Pharmaceutical   5CL 947 514-03 (Ded – AL, AR, CA, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KY,
                           MD, MI, MN, MO, MS, NC, NH, NJ, NM, NY, PA, RI, SC, SD,
                           TN, TX, UT, VA, VT)
Merck Pharmaceutical   5BA 038 390-00 (Ded – AZ, KS, LA)

**Construction, Maintenance & Design Contractors**
BE&K Construction      5CL 945 755-05(Ded - MS)
BE&K Construction      5BA 038 231-01(Ded - LA)
Kellogg Brown & Root   5CL 947 512-03(Ded - AL, TX, VA)
Fluor Daniel           5CL 947 513-03(Ded – DE, NC, SC, TN, VA)
H B Zachry             5CL 947 510-03(Ded - TN, TX)
M.K. Ferguson          5CL 947 511-03(Ded - DE, KY, NJ, NY, NC, TN, TX, VA)
Mundy Industrial       5BA 038 236-01(Ded - DE, NC, SC, TX)
Raytheon Engineer      5BA 038 492-00(Ded - KY)
Day & Zimmerman        5BA 038 473-00(Ded – VA)

**Warehouse**
Standard Corporation   5CL 945 768-05(Ded - NC, SC)

**Service**
Chattanooga General    5BA 038 235-01 (Ded – TN)
Kentec                 5CL 945 774-04 (Ded – NC)

EXHIBIT A TO BOND NUMBER-_____ 6196949 _____ (con't)

E.I. DuPont De Nemours & Company, Inc.    1/1/1996 to 1/1/1997 POLICY NUMBERS

**Workers Compensation**

| Corporate | Mode of Renewal |
|---|---|
| | **All new policies (WC only)** |
| DuPont | 5BA 038 393-01 (Ded - AZ, LA) |
| Dupont | 5CL 947 509-04 (Ded – AK, AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, KY, MA, MI, MN, MO, NH, NJ, NM, NY, NC, OK, PA, SC, SD, TN, TX, UT, VA) |

**Joint Ventures**

| Merck Pharmaceutical | 5CL 947 514-04 (Ded – AL, AR, CA, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KY, MD, MI, MN, MO, MS, NC, NH, NJ, NM, NY, PA, RI, SC, SD, TN, TX, UT, VA, VT) |
|---|---|
| Merck Pharmaceutical | 5BA 038 390-01 (Ded – AZ, KS, LA) |

**Construction, Maintenance & Design Contractors**

| BE&K Construction | 5CL 945 755-06 (Ded - MS) |
|---|---|
| BE&K Construction | 5BA 038 231-02 (Ded - LA) |
| Kellogg Brown & Root | 5CL 947 512-04 (Ded - AL, TX, VA) |
| Fluor Danial | 5CL 947 513-04 (Ded – DE, NC, SC, TN, VA) |
| H B Zachry | 5CL 947 510-04 (Ded - TN, TX) |
| M.K. Ferguson | 5CL 947 511-04 (Ded - DE, KY, NJ, NY, NC, TN, TX, VA) |
| Mundy Industrial | 5BA 038 236-02 (Ded - DE, NC, SC, TX) |
| Raytheon Engineer | 5BA 038 492-01 (Ded - KY) |
| Day & Zimmerman | 5BA 038 473-01 (Ded – VA) |

**Warehouse**

| Standard Corporation | 5CL 945 768-06 (Ded - NC, SC) |
|---|---|

**Service**

| Chattanooga General | 5BA 038 235-02 (Ded – TN) |
|---|---|
| Kentec | 5CL 945 774-05 (Ded – NC) |

EXHIBIT A TO BOND NUMBER-____6196949____ (con't)

**E.I. DuPont De Nemours & Company, Inc.    1/1/1997 to 1/1/1998 POLICY NUMBERS**

| Workers Compensation | Mode of Renewal |
|---|---|
| **Corporate** | **All new policies (WC only)** |
| DuPont | 5BA 038 393-02 (Ded - AZ) |
| Dupont | 5CL 947 609-04 (Ded – AK, AL, AR, CA, CT, CO, DC, DE, GA, ID, IN, KY, MI, MT, NH, NJ, NM, NY, NC, PA, SD, TX, UT) |
| **Majority Owned Companies** | |
| DuPont Photomasks | 5BA 038 883-00 (Ded – CA, CT, NJ, NY, TX) |
| **Joint Ventures** | |
| Merck Pharmaceutical | 5CL 947 514-05 (Ded – AL, AR, CA, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KY, MD, MI, MT, MS, NC, NE, NH, NJ, NM, NY, OK, PA, RI, SC, SD, TN, TX, UT, VA, VT) |
| Merck Pharmaceutical | 5BA 038 390-02 (Ded – AZ, KS, LA) |
| **Construction, Maintenance & Design Contractors** | |
| BE&K Construction | 5CL 945 755-07(Ded - MS) |
| BE&K Construction | 5BA 038 231-03(Ded - LA) |
| Kellogg Brown & Root | 5CL 947 512-05(Ded - AL, TX, VA) |
| Fluor Daniel | 5CL 947 513-05(Ded – DE, NC, SC, TN, VA) |
| H B Zachry | 5CL 947 510-05(Ded - TX) |
| M.K. Ferguson | 5CL 947 511-05(Ded - DE, KY, NJ, NY, NC, TN, TX, VA) |
| Mundy Industrial | 5BA 038 236-03(Ded - NC, SC, TX) |
| Raytheon Engineer | 5BA 038 492-02(Ded - KY) |
| Day & Zimmerman | 5BA 038 473-02 (Ded – VA) |
| **Warehouse** | |
| Standard Corporation | 5CL 945 788-07(Ded - NC, SC) |
| **Service** | |
| Chattanooga General | 5BA 038 235-03 (Ded – TN) |
| Kentec | 5CL 945 774-06 (Ded – NC) |

EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)

**E.I. DuPont De Nemours & Company, Inc.    1/1/1998 to 1/1/1999 POLICY NUMBERS**

| **Workers Compensation** | **Mode of Renewal** |
|---|---|
| **Corporate** | **All new policies (WC only)** |
| DuPont | 5BA 038 393-03 (Ded – AZ, KS) |
| Dupont | 5CL 947 509-06 (Ded – AK, AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, KY, MA, MN, MD, MI, MO, MT, NJ, NM, NY, NC, PA, SD, TN, TX, UT, VA) |

**Majority Owned Companies**
DuPont Photomasks          5BA 038 883-01 (Ded – CA, CT, NY, TX)

**Construction, Maintenance & Design Contractors**
BE&K Construction          5CL 945 756-06(Ded - MS)
BE&K Construction          5BA 038 231-04(Ded - LA)
Kellogg Brown & Root       5CL 947 512-06(Ded - AL, TX, VA)
Fluor Daniel               5CL 947 513-06(Ded – CO, NC, SC, TN, VA)
H B Zachry                 5CL 947 510-06(Ded - TX)
M.K. Ferguson              5CL 947 511-06(Ded - DE, KY, NY, NC, TN, TX, VA)
Mundy Industrial           5BA 038 236-04(Ded – DE, NC, SC, TX)
Day & Zimmerman            5BA 038 473-03 (Ded -- VA)

**Warehouse**
Standard Corporation       5CL 945 768-06(Ded - NC, SC)

**Service**
Chattanooga General        5BA 038 235-04 (Ded – TN)
The CCW Group, Inc.        5BA 038 427-00 (Ded – NC, SC, VA)

EXHIBIT A TO BOND NUMBER- _____ 6196949 _____ (con't)

E.I. DuPont De Nemours & Company, Inc.     1/1/1998 to 1/1/2000 POLICY NUMBERS

**Workers Compensation**          **Mode of Renewal**
**Corporate**                      **All new policies (WC only)**
DuPont                             5BA 038 393-03 (Ded – AZ, KS)
Dupont                             5CL 947 509-08 (Ded – AK, AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, KY, MA,
                                   MN, MD, MI, MO, MT, NJ, NM, NY, NC, PA, SD, TN, TX, UT,
                                   VA)

**Majority Owned Companies**
DuPont Photomasks                  5BA 038 883-01 (Ded – CA, CT, NY, TX)

**Construction, Maintenance & Design Contractors**
BE&K Construction                  5CL 945 755-09(Ded - MS)
BE&K Construction                  5BA 038 231-05(Ded - LA)
Kellogg Brown & Root               6CL 947 512-07(Ded - AL, TX, VA)
Fluor Daniel                       5CL 947 613-07(Ded – CO, NC, SC, TN, VA)
H B Zachry                         5CL 947 510-07(Ded – TN, TX)
M.K. Ferguson                      5CL 947 511-07(Ded - DE, KY, MI, NY, NC, SC, TN, TX, VA)
Mundy Industrial                   5BA 038 236-05(Ded – DE, NC, SC, TX)
Day & Zimmerman                    5BA 038 473-04 (Ded – VA)

**Warehouse**
Standard Corporation               5CL 945 768-09(Ded - NC, SC)

**Service**
Chattanooga General                5BA 038 235-05 (Ded – TN)
The CCW Group, Inc.                5BA 038 427-01 (Ded – NC, SC, VA)

EXHIBIT A TO BOND NUMBER-_____ 6196949 _____(con't)

E.I. DuPont De Nemours & Company, Inc.
1/1/00-01 POLICY NUMBERS

| Workers Compensation | Mode of Renewal |
|---|---|
| Corporate | All new policies (WC only) |
| DuPont | 5CL 945 444-10 (Non-Ded – NV, OR, WI) |
| DuPont | 5BA 038 393-05 (Ded - AZ, KS, LA) |
| Dupont | 5CL 947 509-08 (Ded - AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, IA, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NJ, NM, NY, NC, OK, PA, RI, SC, SD, TN, TX, UT, VA, HI) |

| Wholly Owned Companies | |
|---|---|
| Qualicon Inc. | 5BA 038 342-02 (Non-Ded – DE, GA, MA, MN, NC, PA) |
| Optimum Quality Grains | 5BA 038 256-01(Non-Ded – DE, IL, IN, IA, MI, MN, NE, PA, WI) |

| Majority Owned Companies | |
|---|---|
| DuPont Photomasks | 5BA 038 884-03 (Non-Ded - OR) |
| DuPont Photomasks | 5BA 129 442-01 (Ded – AZ) |
| DuPont Photomasks | 5BA 038 883-03 (Ded - CA, CT, NY, PA, TX) |
| Sentinel Transp LLC. | 5BA 129 538-00 (Ded - AL, CA, DE, GA, MI, MT, PA, TX, UT) |
| Sentinel Transp LLC. | 5BA 129 539-00 (Non-Ded - NV) |

| Joint Ventures | |
|---|---|
| Dupont Dow Elastomers | 5BA 038 569-04 (Non-Ded -- (AZ, CA, GA, IL, IN, MA, MD, MI, PA, TN, TX) |
| DuPont Teijin Films U.S. Limited Partnership | 5CL 947 517-08 (Non-Ded - GA, TN) |

| Construction, Maintenance & Design Contractors | |
|---|---|
| BE&K Construction | 5CL 945 755-10(Ded - MS) |
| BE&K Construction | 5BA 038 231-06(Ded - LA) |
| Kellogg Brown & Root | 5CL 947 512-08(Ded - AL, TX, VA) |
| Fluor Daniel | 5CL 947 513-08(Ded – DE, NC, SC, TN, VA) |
| H B Zachry | 5CL 947 510-08(Ded - TN, TX) |
| M.K. Ferguson | 5CL 947 511-08(Ded - DE, KY, NJ, NY, NC, TN, TX, VA) |
| Mundy Industrial | 5BA 038 236-06(Ded - DE, NC, SC, TX) |
| Raytheon Engineer | 5BA 038 492-05(Ded - KY) |
| Standard Electric | 5CL 945 472-10(Non-Ded - TN) |
| Industrial Painting Ltd. | 5BA 129 512-01 (Non-Ded – TN) |

| Warehouse/Services | |
|---|---|
| Don Lee Margin Corp. | 5BA 038 896-02 (Non-Ded – DE) |
| Kenco Group (Incl. Athena) | 5CL 945 466-10(Non-Ded - GA, TN) |
| Patco Trucking | 5CL 945 769-10(Non-Ded - VA) |
| Penco Corp. | 5CL 945 765-10(Non-Ded - DE) |
| Shenandoah Distribution | 5CL 945 463-10(Non-Ded - VA) |
| Standard Corporation | 5CL 945 768-10(Ded - NC, SC) |
| Volunteer State | 5CL 945 464-10(Non-Ded - TN) |
| Chattanooga General | 5BA 038 235-06 (Ded - TN) |
| Pit Services | 5CL 945 776-09 (Non-Ded - NC) |
| Southern Metal | 5CL 945 771-09 (Non-Ded - DE) |
| The CCW Group, Inc. | 5BA 038 427-02 (Ded - NC, SC, VA) |

| Processing | |
|---|---|
| Clover Yarns, Inc. | 5BA 038 248-06(Non-Ded - VA) |
| Diversified Converters | 5BA 038 540-04(Non-Ded - VA) |
| Prestige Printing | 5BA 038 156-07(Non-Ded - TN) |
| WNI Industrial | 5BA 038 364-05(Non-Ded - VA) |

| Playhouse | |
|---|---|
| DuPont Playhouse Theater | 5CL 945 775-10 (Non-Ded - DE) |

EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)

**E.I. DuPont De Nemours & Company, Inc.**
**1/1/01-02 POLICY NUMBERS**

| Workers Compensation | Mode of Renewal |
|---|---|
| **Corporate** | **All new policies (WC only)** |
| DuPont | 5CL 945 444-11 (Non-Ded – OR, WI) |
| DuPont | 5BA 038 393-06 (Ded – AZ, LA) |
| DuPont | 5CL 947 509-09 (Ded – AL, AR, CA, CT, CO, DC, DE, GA, FL, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NJ, NM, NY, NV, NC, OK, PA, RI, SC, SD, TN, TX, UT, VA, HI) |

**Majority Owned**
Sentinel Transportation      5BA 129 538-01 (Ded – AL, CA, DE, GA, MI, MT, PA, TX, NV, UT)

**Joint Ventures**
DuPont Dow       5BA 038 569-05 (Non-Ded – AZ, CA, GA, IL, IN, MA, MD, MI, PA, TN, TX)
DuPont Teijin      5CL 947 517-09 (Non-Ded – GA, TN)

**Construction, Maintenance & Design Contractors**
| | |
|---|---|
| BE&K Construction | 5CL 945 755-11(Ded - MS) |
| BE&K Construction | 5BA 038 231-07(Ded - LA) |
| Kellogg Brown & Root | 5CL 947 512-09(Ded – AL, TX, VA) |
| Fluor Daniel | 5CL 947 513-09(Ded – DE, NC, SC, TN, VA) |
| H B Zachry | 5CL 947 510-09(Ded - TN, TX) |
| Mundy Industrial | 5BA 038 236-07(Ded - DE, NC, SC, TX) |
| Standard Electric | 5CL 945 472-11(Non-Ded - TN) |
| Industrial Painting Ltd. | 5BA 129 512-02 (Non-Ded – TN) |
| Don Lee Margin Corp. | 5BA 038 896-03 (Non-Ded – DE) |
| Washington Group Int'l | 5BA 129 731-00 (Ded – KY, TN) |
| M. Davis & Sons | 5BA 129 742-00 |

**Warehouse/Services**
| | |
|---|---|
| Kenco Group (incl. Athena) | 5CL 945 466-11(Non-Ded - GA, TN) |
| Patco Trucking | 5CL 945 769-11(Non-Ded - VA) |
| Penco Corp. | 5CL 945 765-11(Non-Ded - DE) |
| Shenandoah Distribution | 5CL 945 463-11(Non-Ded - VA) |
| Standard Corporation | 5CL 945 768-11(Ded - NC, SC) |
| Volunteer State | 5CL 945 464-11(Non-Ded - TN) |
| Chattanooga General | 5BA 038 235-07 (Ded - TN) |
| Pitt Services | 5CL 945 776-10 (Non-Ded - NC) |
| Southern Metal | 5CL 945 771-10 (Non-Ded - DE) |
| The CCW Group, Inc. | 5BA 038 427-03 (Ded - NC, SC, VA) |

**Processing**
| | |
|---|---|
| Clover Yarns, Inc. | 5BA 038 248-07(Non-Ded - VA) |
| Diversified Converters | 5BA 038 540-05(Non-Ded - VA) |
| Prestige Printing | 5BA 038 156-08(Non-Ded - TN) |
| NMI Industrial | 5BA 038 364-06(Non-Ded - VA) |

**Playhouse**
DuPont Playhouse Theater      5CL 945 775-11 (Non-Ded - DE)

**Design Contractors**
Washington Group Int'l      5BA 129 727-00 (Non-Ded – DE, KY, NJ, NY, NC, TN, TX, VA)

EXHIBIT A TO BOND NUMBER-_____6196949_____ (con't)

1/1/01-02 POLICY NUMBERS (CONTINUED)

**General Liability**
**Corporate**
| | |
|---|---|
| 5YL 945 444-02 | DuPont (US) |
| 5YL 855 948-09 | DuPont (Canada) |
| 5MF 814 471-00 | DuPont (PKG) |
| 5AA 038249-00 | Pioneer Hi-Bred Ltd. |

**Contractors**
| | |
|---|---|
| 5AA 038 009-00 | Clover Yarns (DE) |
| 5AA 038 009-00A | Don Lee Margin (DE) |
| 5AA 038 009-00B | Diversified Con (VA) |
| 5AA 038 009-00C | Patco Trucking (VA) |
| 5AA 038 009-00D | BE&K (AL) |
| 5AA 038 009-00E | M.K. Ferguson (OH) |
| 5AA 038 009-00F | Standard Electric (TN) |
| 5AA 038 009-00H | Kellogg Brown & Root (TX) |
| 5AA 038 009-00I | H B Zachry (TX) |
| 5AA 038 009-00J | Fluor Daniel (SC) |
| 5AA 038 009-00K | Kenco Group (TN) |
| 5AA 038 009-00M | Volunteer State (TN) |
| 5AA 038 009-00N | Shenandoah Distribution (VA) |
| 5AA 038 009-00O | Mundy Industrial (TX) |
| 5AA 038 009-00P | Pitt Services (NC) |
| 5AA 038 009-00Q | The CCW Group, Inc. (VA) |
| 5AA 038 009-00R | Prestige Printing (TN) |
| 5AA 038 009-00S | Standard Corp. (SC) |
| 5AA 038 009-00U | J.B.E.&K. (DE) |
| | |
| 5AA 038 009-00V | Industrial Painting Ltd., Inc. (TN) |
| 5AA 038 009-00W | Raytheon Engineering (KY) |
| 5AA 038 009-00Z | M. Davis & Sons |

**Automobile Liability**
**Corporate**
| | |
|---|---|
| F5B 003 961-02 | DuPont (Simp.) |
| 5ZL 945 444-02 | DuPont (Non-Simp.VA) |
| F5D 006 919-00 | DuPont (Non-Simp.HI) |
| X3P 018 783-12 | DuPont (Mass) |
| F5D 006 101-03 | DuPont (Texas) |
| F5C 003 699-02 | DuPont (Puerto Rico) |
| F5D 007 138-02 | DuPont (Canada) |

**Contractors**
| | |
|---|---|
| F5D 006 303-01 | Clover Yarns (Simp.) |
| F5D 006 920-00 | Clover Yarns (N-Simp. VA) |
| F5D 006 302-01 | Prestige Printing (Simp.) |
| F5D 006 303-01 | Standard Warehouse (Simp) |
| F5D 006 304-01 | Volunteer State (Simp.) |
| F5D 006 306-01 | Patco Trucking (Non-Simp.) |

EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)

E.I. DuPont De Nemours & Company, Inc.
01/01/2002 to 01/01/2003 POLICY NUMBERS

| Workers Compensation | Policy Numbers | |
|---|---|---|
| Corporate | | |
| DuPont | 5CL 945 444-12 | Non-Ded - WI |
| DuPont | 5BA 038 393-07 | Ded - AZ, LA |
| Dupont | 5CL 947 509-10 | Ded - All States |
| Sentinel Transportation | 5BA 129 538-02 | Ded |
| DuPont Dow | 5BA 038 569-06 | Non-Ded |
| DuPont Teijin | 5CL 947 517-10 | Non-Ded |
| DuPont Sabanci | 5BA 129 829-01 | Non-Ded. |

| Construction, Maintenance & Design Contractors | | |
|---|---|---|
| BE&K Construction | 5CL 945 755-12 | Ded |
| BE&K Construction | 5BA 038 231-08 | Ded |
| Kellogg Brown & Root | 5CL 947 512-10 | Ded |
| Fluor Daniel | 5CL 947 513-10 | Ded |
| Zachry | 5CL 947 510-10 | Ded |
| Mundy Industrial | 5BA 038 236-08 | Ded |
| Standard Electric | 5CL 945 472-12 | Non-Ded |
| Industrial Painting Ltd. | 5BA 129 512-03 | Non-Ded |
| Washington Group Int'l | 5BA 129 731-01 | Ded |
| Kvaerner | 5BA 165 225-00 | Non-Ded |

| Warehouse/Services | | |
|---|---|---|
| Kenco Group (incl. Athena) | 5CL 945 466-12 | Non-Ded |
| Penco Corp. | 5CL 945 765-12 | Non-Ded |
| Standard Corporation | 5CL 945 768-12 | Ded |
| Volunteer State | 5CL 945 464-12 | Non-Ded |
| Chattanooga General | 5BA 038 235-08 | Ded |
| Pitt Services | 5CL 945 776-11 | Non-Ded |
| Southern Metal | 5CL 945 771-11 | Non-Ded |
| The CCW Group, Inc. | 5BA 038 427-04 | Non-Ded |
| Stratus, Inc. | 5BA 129 870-01 | Non-Ded |

| Processing | | |
|---|---|---|
| Crover Yarns, Inc. | 5BA 038 248-08 | Non-Ded |
| Diversified Converters | 5BA 038 540-06 | Non-Ded |
| Prestige Printing | 5BA 038 156-09 | Non-Ded |
| WNI Industrial | 5BA 038 364-07 | Non-Ded |
| Don Lee Margin Corp | 5BA 038 896-04 | Non-Ded |

| Playhouse | | |
|---|---|---|
| DuPont Playhouse Theater | 5CL 945 775-12 | Non-Ded |

**EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)**

E.I. DuPont De Nemours & Company, Inc. (Cont'd)
01/01/2002 to 01/01/2003 POLICY NUMBERS

| Workers Comp Excess Corporate | Policy Numbers |
|---|---|
| DuPont | 5SC 040 994-01KS |
| | 5SC 040 995-01MA |
| | 5SC 040 996-01NY |
| | 5SC 040 997-01MI |
| | 5SC 040 999-01NC |
| | 5SC 041 149-03CT |
| | 5SC 040 998-01AII |

| Joint Ventures | |
|---|---|
| DuPont Dow | 5SC 041 137-04NJ |

| General Liability Corporate | Policy Numbers |
|---|---|
| DuPont - US | 5YL 945 444-03 |
| DuPont – Canada | 5YL 855 948-10 |
| DuPont – Package | 5MF 814 471-01 |
| Pioneer Hi-Bred | 5AA 038 249-01 |

| Contractors | |
|---|---|
| Clover Yarns | 5AA 038 009-01 |
| Don Lee Margin | 5AA 038 009-01A |
| Diversified Converters | 5AA 038 009-01B |
| BE & K | 5AA 038 009-01D |
| Washington Group | 5AA 038 099-01E |
| Standard Electric | 5AA 038 009-01F |
| Kellogg Brown & Root | 5AA 038 009-01H |
| Zachry | 5AA 038 009-01I |
| Fluor Daniel | 5AA 038 009-01J |
| Kenco Group | 5AA 038 009-01K |
| Volunteer State | 5AA 038 009-01M |
| Mundy Industrial | 5AA 038 009-01O |
| Pitt Services | 5AA 038 009-01P |
| The CCW Group, Inc. | 5AA 038 009-01Q |
| Prestige Printing | 5AA 038 009-01R |
| Standard Corporation | 5AA 038 009-01S |
| JBE&K | 5AA 038 009 01U |
| Industrial Painting | 5AA 038 009-01V |

NO.895    D20

EXHIBIT A TO BOND NUMBER-_____ 6196949 _____ (con't)

E.I. DUPONT DENEMOURS & CO.
01/01/2002 TO 01/01/2003

| Automobile Liability | Policy Numbers |
|---|---|
| **Corporate** | |
| DuPont | F5B 003 961–03 |
| DuPont Non-Simp VA | SZL 945 444–03 |
| DuPont Non-Simp HI | F5D 006 919–01 |
| DuPont MA | X3P 018 783–13 |
| DuPont TX | F5D 006 101–04 |
| DuPont PR | F5C 003 699–03 |
| DuPont Canada | F5D 007 138–03 |
| | |
| **Contractor** | |
| Clover Yarns | F5D 006 308–02 |
| Clover Yarns Non-Simp VA | F5D 006 920–01 |
| Prestige Printing | F5D 006 302–02 |
| Standard Corporation | F5D 006 303–02 |
| Volunteer State | F5D 006 304–02 |

EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)

E.I. DUPONT DENEMOURS & CO.
01/01/2003 TO 01/01/2004

| Workers Compensation | Policy Numbers | |
|---|---|---|
| Corporate | | |
| DuPont | 5CL 945 444-13 (WI) | |
| DuPont | 5BA 038 393-08 (AZ,LA) | |
| Dupont | 5CL 947 509-11 (A/O) | |
| | | |
| Sentinel Transportation | 5BA 129 538-03 | Ded |
| DuPont Dow | 5BA 038 569-07 | Non-Ded |
| DuPont Teijin | 5CL 947 517-11 | Non-Ded |
| DuPont Sabanci | 5BA 129 829-02 | Non-Ded. |
| Liquibox, Corp. | 5BA 168 133-01 | Ded. |

| Construction, Maintenance & Design Contractors | | |
|---|---|---|
| BE&K Construction | 5CL 945 755-13 | Ded |
| BE&K Construction | 5BA 038 231-09 | Ded |
| Kellogg Brown & Root | 5CL 947 512-11 | Ded |
| Fluor Daniel | 5CL 947 513-11 | Ded |
| Zachry Construction Corp | 5CL 947 510-11 | Ded |
| Mundy Industrial | 5BA 038 236-09 | Ded |
| Standard Electric | 5CL 945 472-13 | Non-Ded |
| Industrial Painting Ltd. | 5BA 129 512-04 | Non-Ded |
| Washington Group Int'l | 5BA 129 731-02 | Ded |
| Kvaerner | 5BA 165 225-02 | Non-Ded |

| Warehouse/Services | | |
|---|---|---|
| Kenco Group (incl. Athena) | 5CL 945 466-13 | Non-Ded |
| Penco Corp. | 5CL 945 765-13 | Non-Ded |
| Standard Corporation | 5CL 945 768-13 | Ded |
| Volunteer State | 5CL 945 464-13 | Non-Ded |
| Chattanooga General | 5BA 038 235-09 | Ded |
| Pitt Services | 5CL 945 776-12 | Non-Ded |
| Southern Metal | 5CL 945 771-12 | Non-Ded |
| The CCW Group, Inc. | 5BA 038 427-05 | Non-Ded |
| Stratus, Inc. | 5BA 129 870-02 | Non-Ded |

| Processing | | |
|---|---|---|
| Clover Yarns, Inc. | 5BA 038 248-09 | Non-Ded |
| Diversified Converters | 5BA 038 540-07 | Non-Ded |
| Prestige Printing | 5BA 038 156-10 | Non-Ded |
| WNI Industrial | 5BA 038 364-08 | Non-Ded |
| Playhouse | | |
| DuPont Playhouse Theater | 5CL 945 775-13 | Non-Ded |

**EXHIBIT A TO BOND NUMBER-_____6196949_____(con't)**

**E.I. DuPont De Nemours & Company, Inc. (Cont'd)**
<u>01/01/2003 to 01/01/2004 POLICY NUMBERS</u>

| <u>Workers Comp Excess</u> <u>Corporate</u> | <u>Policy Numbers</u> |
|---|---|
| DuPont | 5SC 040 994-01 |
| | 5SC 040 995-01 |
| | 5SC 040 996-01 |
| | 5SC 040 997-01 |
| | 5SC 040 999-01 |
| | 5SC 041 149-03 |
| | 5SC 040 998-01 |

| <u>Joint Ventures</u> | |
|---|---|
| DuPont Dow | 5SC 041 137-04 |

| <u>General Liability</u> | <u>Policy Numbers</u> |
|---|---|
| <u>Corporate</u> | |
| DuPont (US) | 5YL 945 444-03 |
| DuPont/Pioneer(Canada) | 5YL 855 948-11 |
| DuPont | 5MF 814 471-01 |
| Kvaerner Songer | 5AA 059 499-00 |
| People of State of NY | 5AA 059 367-00 |

| <u>Contractors</u> | |
|---|---|
| Clover Yarns | 5AA 038 009-01 |
| Diversified Converters | 5AA 038 009-01B |
| BE & K | 5AA 038 009-01D |
| Washington Group | 5AA 038 099-01E |
| Standard Electric | 5AA 038 009-01F |
| Kellogg Brown & Root | 5AA 038 009-01H |
| H.B. Zachry | 5AA 038 009-01I |
| Fluor Daniel | 5AA 038 009-01J |
| Kenco Group | 5AA 038 009-01K |
| Volunteer State | 5AA 038 009-01M |
| Munay Industrial | 5AA 038 009-01O |
| Pitt Services | 5AA 038 009-01P |
| The CCW Group, Inc. | 5AA 038 009-01Q |
| Prestige Printing | 5AA 038 009-01R |
| Standard Corporation | 5AA 038 009-01S |
| JBE&K | 5AA 038 009 01U |
| Industrial Painting | 5AA 038 009-01V |
| M. Davis & Sons | 5AA 038 009-01Z |

**EXHIBIT A TO BOND NUMBER-** _____ 6196948 _____ (con't)

E.I. DuPont De Nemours & Company, Inc. (Cont'd)
01/01/2003 to 01/01/2004 POLICY NUMBERS

| Automobile Liability | Policy Numbers |
|---|---|
| **Corporate** | |
| DuPont (A/O) | F5B 003 961-03 |
| DuPont (VA) | 5ZL 945 444-03 |
| DuPont (HI) | F5D 006 919-01 |
| DuPont (MA) | X3P 018 783-14 |
| DuPont (TX) | F5D 006 101-04 |
| DuPont (PR) | F5C 003 699-03 |
| DuPont (Canada) | F5D 007 138-04 |
| | |
| **Contractors** | |
| Clover Yarns (A/O) | F5D 006 308-02 |
| Clover Yarns (VA) | F5D 006 920-01 |
| Prestige Printing | F5D 006 302-02 |
| Standard Corporation | F5D 006 303-02 |
| Volunteer State | F5D 006 304-02 |

05/21/2003    15:04    FINANCE KEIFER 9 915027755420                                NO.655    P24

# SAFECO. POWER OF ATTORNEY

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE WASHINGTON 98185

No. 5214

## KNOW ALL BY THESE PRESENTS:

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint

*****FRANK A. WORD, JR.; DONALD BRUCE WAKE; SAMUEL FRANKLIN ROBINSON; DEBRA ELAINE CLARK; HAROLD W. CUNNINGHAM, JR.; TINA MARIE FOSTER; JOY M WILLIAMS; JOSEPH R. POPLAWSKI; Knoxville, Tennessee**************************************************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this    2nd                          day of    December        , 2002

CHRISTINE MEAD, SECRETARY                          MIKE MCGAVICK, PRESIDENT

## CERTIFICATE

### Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

### Extract from a Resolution of the Board of Directors of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
   (i)   The provisions of Article V, Section 13 of the By-Laws, and
   (ii)   A copy of the power-of-attorney appointment, executed pursuant thereto, and
   (iii)   Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Christine Mead, Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this    9TH            day of    JANUARY        , 2003



CHRISTINE MEAD, SECRETARY

S-0974/SAEF 2/01

® A registered trademark of SAFECO Corporation
12/02/2002 PDF

SURETY RIDER

To be attached to and form a part of

Bond No. 6196949

Type of PREMIUM AND DEDUCTIBLE OBLIGATIONS
Bond:

dated
effective JANUARY 1, 2003
              (MONTH-DAY-YEAR)

executed by E.I. DUPONT DE NEMOURS AND COMPANY                                    , as Principal,
              (PRINCIPAL)

and by SAFECO INSURANCE COMPANY OF AMERICA                                        , as Surety,
          (SURETY)
            Lumbermens Mutual Casualty Company, American Motorists Insurance Company, American Manufacturers Insurance Company,
            American Protection Insurance Company, Kemper Casualty, Inc., Kemper Casualty Insurance Company, Kemper Surplus Lines
in favor of Insurance Company, Kemper Indemnity Insurance Company, NATLSCO, Inc. and each of its affiliates and subsidiaries.
            (OBLIGEE)

in consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to changing


BOND AMOUNT IS HEREBY DECREASED FROM: Nine Million Six Hundred Four Thousand Three Hundred Fifty Four and
00/100***($9,604,354.00) TO: Five Million Nine Hundred Ninety Five Thousand Six Hundred Forty Six and 00/100***($5,995,646.00).

OBLIGEE IS HEREBY AMENDED FROM THE ABOVE TO: Lumbermens Mutual Casualty Company, American Motorists Insurance
Company, American Manufacturers Mutual Insurance Company and American Protection Insurance Company.


Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

This rider is effective        May 16, 2005
                               (MONTH-DAY-YEAR)
Signed and Sealed              May 17, 2005
                               (MONTH-DAY-YEAR)

                    E.I. DUPONT DE NEMOURS AND COMPANY
                      (PRINCIPAL)
            By: _____
                    (PRINCIPAL)  Eugene J. Slesicki, Consultant

            SAFECO INSURANCE COMPANY OF AMERICA
                (SURETY)
            By: _____
                    Joseph R. Poplawski, Attorney-In-Fact


S-0443/GEEF 10/99

 **Safeco** ™

**POWER
OF ATTORNEY**

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

No. ___M0001_____

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

Joseph R. Poplawski, Knoxville, Tennessee

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

**IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA** have each executed and attested these presents

this ___23rd___ day of _____APRIL_____ , ___2003___ .

**CHRISTINE MEAD, SECRETARY**

**MIKE MCGAVICK, PRESIDENT**

---

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business. On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
   i.   The provisions of Article V, Section 13 of the By-Laws, and
   ii.  A copy of the power-of-attorney appointment, executed pursuant thereto, and
   iii.  Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, R.A. Pierson, Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the facsimile seal of said corporation

this 17th _____ day of May _____ , 2005 .

**CHRISTINE MEAD, SECRETARY**

S-0974/SAEF 2/01

® A registered trademark of SAFECO Corporation
DOC



# EXHIBIT B

## IMPORTANT NOTICE TO SURETY BOND CUSTOMERS REGARDING THE <u>TERRORISM RISK INSURANCE ACT OF 2002</u>

As a surety bond customer of one of the SAFECO insurance companies (SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company, American States Insurance Company or American Economy Insurance Company), it is our duty to notify you that the Terrorism Risk Insurance Act of 2002 extends to "surety insurance". This means that under certain circumstances we may be eligible for reimbursement of certain surety bond losses by the United States government under a formula established by this Act.

Under this formula, the United States government pays 90% of losses caused by certified acts of terrorism that exceed a statutorily established deductible to be paid by the insurance company providing the bond. The Act also establishes a $100 billion cap for the total of all losses to be paid by all insurers for certified acts of terrorism. Losses on some or all of your bonds may be subject to this cap.

This notice does not modify any of the existing terms and conditions of this bond, the underlying agreement guaranteed by this bond, any statutes governing the terms of this bond or any generally applicable rules of law.

At this time there is no premium change resulting from this Act.

S-6248 2/03

E. I. DU PONT DE NEMOURS AND COMPANY

* * * * *

AUTHORITY TO EXECUTE PROPOSALS
 CONTRACTS AND/OR INDEMNITY, SURETY
 OR GUARANTY BONDS OR AGREEMENTS

RESOLVED, that any member of the Office of the Chief Executive or any Vice President of

DuPont Finance, together with the Secretary or any Assistant Secretary, of this Company, hereby are

authorized to sign and execute on behalf of the Company any and all proposals, contracts and/or

indemnity, surety or guaranty bonds or agreements necessary in connection with its business with

national, state or local governments, corporations, partnerships or individuals, whether in the United

States or foreign countries;

RESOLVED FURTHER, that resolution on this subject, adopted by the Board of Directors

on May 20, 1946, hereby is rescinded.

This is to certify that the foregoing is a true copy of action duly taken by the BOARD OF

DIRECTORS of E. I. du Pont de Nemours and Company on October 17, 1949, as last amended by the

Office of the Chief Executive on February 14, 1996, pursuant to resolution adopted by the Board of

Directors of E. I. du Pont de Nemours and Company on March 17, 1975, and still is in force and effect.

The authority to sign and execute proposals, contracts and/or indemnity, surety or guaranty

bonds or agreements on behalf of E. I. du Pont de Nemours and Company has been delegated by the

Vice President and Treasurer to the Director, Corporate Insurance, and the Consultant, Global Risk

Management, Du Pont Finance.  Eugene J. Slesicki is the Consultant, Global Risk Management.

ASSISTANT SECRETARY
E. I. DU PONT DE NEMOURS AND COMPANY

Date  5/19/05