**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E.I. Du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff E.I. Du Pont de Nemours and Company, by and through its undersigned counsel, hereby demands a trial by jury in the above-captioned suit.

                              Respectfully submitted,

                              POTTER ANDERSON & CORROON LLP

| OF COUNSEL | By: */s/ Richard L. Horwitz* |
|---|---|
| | John E. James (No. 996) |
| John M. Sylvester | Richard L. Horwitz (No. 2246) |
| Christopher C. French | Hercules Plaza |
| KIRKPATRICK & LOCKHART | 1313 North Market Street |
| NICHOLSON GRAHAM LLP | Wilmington, DE 19801 |
| Henry W. Oliver Building | (302) 984-6000 |
| 535 Smithfield Street | jjames@potteranderson.com |
| Pittsburgh, PA 15222 | rhorwitz@potteranderson.com |
| (412) 355-6500 | |
| | Attorneys for Plaintiff, |
| Dated: October 6, 2005 | E.I. Du Pont de Nemours and Company |

702217

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on October 6, 2005, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

*/s/ Richard L. Horwitz*
Richard L Horwitz

702283