IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-699 (KAJ) ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

### E. I. DU PONT DE NEMOURS AND COMPANY'S RULE 7.1 STATEMENT

There is no parent corporation of Plaintiff E. I. du Pont de Nemours and Company and there is no publicly held corporation that owns 10% or more of Plaintiff E. I. du Pont de Nemours and Company's stock.

*Of Counsel*:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
Telephone:  (412) 355-6500

POTTER ANDERSON & CORROON LLP

By:  /s/ John E. James
     John E. James (No. 996)
     Richard L. Horwitz (No. 2246)
     Hercules Plaza – Sixth Floor
     1313 North Market Street
     Wilmington, DE  19801
     Telephone:  (302) 984-6000

*Attorneys for Plaintiff E. I. du Pont de Nemours and Company*

Dated:  October 11, 2005
702918/20120-345

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of **E. I. du PONT de NEMOURS AND COMPANY'S RULE 7.1 STATEMENT** was served by hand and has been electronically filed with the Clerk of Court using CM/ECF, this 11th day of October 2005, upon the following counsel of record who has been notified that such document has been filed and is available for reviewing and downloading from CM/ECF:

> David B. Stratton
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE  19899-1709

> /s/ John E. James_____
> John E. James (No. 996)