**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF E. I. du PONT de NEMOURS AND COMPANY'S**
**MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**
**AND FOR PRELIMINARY INJUNCTION**

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") hereby moves, pursuant to Federal Rule of Civil Procedure Rule 65(b), for an extension of the temporary restraining order (the "TRO") entered by the Court of Chancery of the State of Delaware on September 2, 2005, which restrains Defendant Lumbermens Mutual Casualty Company and its affiliates (collectively, "Kemper") from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds. (A copy of the TRO is attached as Exhibit A). The TRO was entered by Chancellor Chandler of the Court of Chancery of the State of Delaware before Kemper removed this action to this Court. DuPont further moves to convert the TRO into a preliminary injunction.

In support of this motion, DuPont states that there is good cause for the extension of the TRO and the issuance of a preliminary injunction. In particular, the extension of the TRO is necessary to avoid irreparable harm to DuPont; there is no

-2-

potential injury to Kemper or others which would militate against extending the TRO; and DuPont's likelihood of success on the merits justifies the extension of the TRO. Further, DuPont also has made the necessary showing for the entry of a preliminary injunction. The grounds in support of this motion are more fully set forth in the accompanying Brief and in DuPont's Verified Complaint.

**WHEREFORE**, DuPont respectfully requests that the Court enter an Order, in the form attached hereto, enjoining Kemper from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

Respectfully submitted,

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester | |
| Christopher C. French | By:___/s/ John E. James_____ |
| Scott A. Bowan | John E. James (No. 996) |
| KIRKPATRICK & LOCKHART | Richard L. Horwitz (No. 2246) |
|    NICHOLSON GRAHAM LLP | Hercules Plaza – Sixth Floor |
| Henry W. Oliver Building | 1313 North Market Street |
| 535 Smithfield Street | Wilmington, DE  19801 |
| Pittsburgh, PA  15222 | Telephone:  (302) 984-6000 |
| Telephone:  (412) 355-6500 | |
| | *Attorneys for Plaintiff* |

Dated:  October 11, 2005
702890/20120-345

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of **PLAINTIFF E. I. du PONT de NEMOURS AND COMPANY'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** was served by hand and has been electronically filed with the Clerk of Court using CM/ECF, this 11th day of October 2005, upon the following counsel of record who has been notified that such document has been filed and is available for reviewing and downloading from CM/ECF:

> David B. Stratton
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

> /s/ John E. James
> John E. James (No. 996)