**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court for the extension of the temporary restraining order entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO"), the Court having considered that motion, and good cause having been shown therefore,

**IT IS HEREBY ORDERED** this ____ day of _____, 2005:

That the TRO is extended until _____ and Lumbermens Mutual Casualty Company and its affiliates (collectively, "Kemper") are restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

**IT IS FURTHER ORDERED** that, upon expiration of the TRO, a preliminary injunction shall issue enjoining Kemper from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

_____
United States District Judge