## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Christopher C. French, Esquire, of Kirkpatrick & Lockhart Nicholson Graham LLP, Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, PA 15222-2312, to represent Plaintiff *E. I. du Pont de Nemours and Company* in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ John E. James*
John E. James (No. 996)
Richard L. Horwitz (No. 2246)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
jjames@potteranderson.com
rhorwitz@potteranderson.com

Dated: October 12, 2005
702909/20120-345

*Attorneys for Plaintiff*
*E. I. du Pont de Nemours and Company*

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____                  _____
                                                          United States District Judge

Case 1:05-cv-00699-SLR-MPT    Document 6    Filed 10/12/2005    Page 2 of 4

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:   October 12, 2005     Signed:     */Christopher C. French/*
                                         Christopher C. French
                                         Kirkpatrick & Lockhart Nicholson Graham LLP
                                         Henry W. Oliver Building
                                         535 Smithfield Street
                                         Pittsburgh, PA  15222-2312
                                         Telephone:  (412) 355-6500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James , hereby certify that on October 12, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709

>By: /s/ John E. James_____
>John E. James (No. 996)
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000
>jjames@potteranderson.com

703065