**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court for the extension of the temporary restraining order entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO"), the Court having considered that motion, and good cause having been shown therefore, and by stipulation of the parties,

**IT IS HEREBY ORDERED** this ____ day of _____, 2005:

That the TRO is extended until October 21, 2005, and Lumbermens Mutual Casualty Company and its affiliates (collectively, "Kemper") are restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

**IT IS FURTHER ORDERED** that a status conference shall be held on October __, 2005, at _____ to discuss, among other matters, whether the TRO should be extended further, converted into a preliminary injunction, or be the subject of further briefing and argument.

_____
United States District Judge

703111/20120-345