

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

John E. James
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

October 12, 2005

**By Hand and By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:  **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

In anticipation of the brief conference call the parties will be having with Your Honor tomorrow morning at 9:30, I have enclosed on behalf of Plaintiff DuPont a Proposed Order with respect to the continuation of the Temporary Restraining Order that was entered in this action by the Court of Chancery on September 2, 2005, prior to the removal of this action to this Court. We have provided a copy of this Order to Mr. Stratton, counsel for Defendant. We have discussed the substance of the Order with Mr. Stratton, and there is an agreement in principle as to the duration of the extension. At the time of the writing of this letter, we have not received Mr. Stratton's comments with respect to the form of the Order.

Counsel will be available to respond to any questions the Court might have regarding this proposed Order during tomorrow's telephone conference.

Respectfully submitted,

*/s/ John E. James*

John E. James (No. 996)

JEJ/cml
Enclosure
703138/20120-345
cc:  Dr. Peter T. Dalleo, Clerk of the Court (by hand and by CM/ECF)
     David B. Stratton, Esquire (by CM/ECF)
     Christopher C. French, Esquire (by E-Mail)