

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018  Direct Phone
302 658-1192  Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

October 20, 2005

**By Hand and By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

>      RE:   **E. I. du Pont de Nemours and Company v.
>            Lumbermens Mutual Casualty Company
>            D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

   I write on behalf of plaintiff E. I. duPont de Nemours and Company ("DuPont") to advise the court that since the conference call with the Court last week the parties have made no progress in resolving this action, either on the merits or procedurally. Thus, DuPont requests that Your Honor enter an order, a proposed copy of which is attached hereto, that issues a preliminary injunction against the defendant for the reasons set forth in DuPont's previously filed Motion to Extend Temporary Restraining Order and For Preliminary Injunction and supporting brief. (D.I. 4-5)  Counsel for DuPont will be prepared to address the merits of DuPont's request for the entry of a preliminary injunction during the conference call with the Court tomorrow morning.  I have advised counsel for defendant, Mr. Stratton, that DuPont would be making this request to the Court.

                              Respectfully submitted,

                              /s/ John E. James

                              John E. James (No. 996)

JEJ/cml
Enclosure
704392/20120-345
cc:   Dr. Peter T. Dalleo, Clerk of the Court (by hand and by CM/ECF)
      David B. Stratton, Esquire (by CM/ECF)
      Christopher C. French, Esquire (by E-Mail)