IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court to convert the temporary restraining order entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO") and extended by Order of this Court through October 21, 2005, the Court having considered the motion, and good cause having been shown therefore,

**IT IS HEREBY ORDERED** this ____ day of October, 2005:

That the TRO shall become a preliminary injunction, and Lumbermens Mutual Casualty Company and its affiliates (collectively, "Kemper") are restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

2

**IT IS FURTHER ORDERED** that the preliminary injunction shall remain in effect unless, and until, it is vacated or modified by another Order of Court.

_____
United States District Judge

704391/20120-345