IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. duPONT de NEMOURS and COMPANY, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )   Civil Action No. 05-699-KAJ<br>)<br>LUMBERMENS MUTUAL CASUALTY )<br>COMPANY, )<br>)<br>Defendant. ) | |

### ORDER

At Wilmington this **21st** day of **October, 2005,**

IT IS ORDERED that a status teleconference has been scheduled for **November 21, 2005 at 10:00 a.m.** with the undersigned. **Defendant's counsel shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE