

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

October 21, 2005

**By Hand and By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE: **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

      Pursuant to the conference call with Your Honor this morning, I have enclosed two proposed Stipulated Orders for the Court's approval. One of the Stipulated Orders relates to the extension of the Temporary Restraining Order in this action until November 21, 2005, and the setting of a telephone status conference with the Court on that date to address the scheduling of briefing on Plaintiff's pending Motion for Preliminary Injunction, if necessary.

      The second Stipulated Order relates to an agreement between the parties extending the time within which Defendant must answer or otherwise move with respect to the Complaint in this action.

      If Your Honor has any questions concerning the enclosures, counsel for the parties are available at the Court's convenience.

      Respectfully submitted,

      /s/ John E. James

      John E. James (No. 996)

JEJ/cml
Enclosure
704496/20120-345
cc:   Dr. Peter T. Dalleo, Clerk of the Court (by hand and by CM/ECF)
      David B. Stratton, Esquire (by CM/ECF)
      Christopher C. French, Esquire (by E-Mail)