IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. Du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Lumbermens Mutual Casualty Company ("Lumbermens") shall file and serve its Answer or otherwise move with respect to the Complaint is stayed, through and including November 21, 2005, at which time, in the absence of the dismissal of this action, the parties will agree, subject to the approval of the Court, upon a date on which Lumbermens shall file and serve its Answer or otherwise move with respect to the Complaint.

| POTTER ANDERSON & CORROON LLP | PEPPER HAMILTON LLP |
|---|---|
| By:___/s/ John E. James_____<br>John E. James (No. 996)<br>Richard L. Horwitz (No. 2246)<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>E-Mail:  jjames@potteranderson.com<br>            rhorwitz@potteranderson.com | By:___/s/ David B. Stratton_____<br>David B. Stratton (No. 960)<br>Hercules Plaza – Suite 5100<br>1313 North Market Street<br>Wilmington, DE  19801<br>Telephone:  (302) 777-6500<br>E-Mail:  strattond@pepperlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  October 21, 2005
704473/20120-345

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge