## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

### STIPULATED ORDER

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court for a preliminary injunction and/or the extension of the temporary restraining order entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO"), the Court having considered that motion, the parties' stipulation hereto, and acknowledging that by consenting to the entry of this Order, Lumbermens Mutual Casualty Company and its affiliates (collectively "Kemper") does not admit or acknowledge that DuPont is entitled to any injunctive relief, and the entry of this Order is without prejudice to any rights or arguments that Kemper may assert in the captioned action,

**IT IS HEREBY ORDERED** this ____ day of _____, 2005:

That the TRO is extended until November 21, 2005, and Kemper is restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

2

**IT IS FURTHER ORDERED** that a status conference shall be held on November 21, 2005, at 10:00 a.m. If the parties have not resolved the issues raised in DuPont's motion for a preliminary injunction by November 21, 2005, then a briefing schedule for the motion will be established, and, absent further order of the Court, the TRO should remain in effect until the motion is decided by the Court.

| POTTER ANDERSON & CORROON LLP | PEPPER HAMILTON LLP |
|---|---|
| By: /s/ John E. James<br>John E. James (No. 996)<br>Richard L. Horwitz (No. 2246)<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>E-Mail: jjames@potteranderson.com<br>        rhorwitz@potteranderson.com | By: /s/ David B. Stratton<br>David B. Stratton (No. 960)<br>Hercules Plaza – Suite 5100<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-6566<br>E-Mail: strattond@pepperlaw.com |
| *Attorneys for Plaintiff E. I. du Pont de Nemours and Company* | *Attorneys for Defendant Lumbermens Mutual Casualty Company* |

_____
United States District Judge

704474/20120-345