

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

November 23, 2005

**By Hand and By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:   **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

    I have enclosed a courtesy copy of the proposed Stipulation and Order on Plaintiff's Motion for Preliminary Injunction and Case Scheduling, that was the subject of the short teleconference with the Court on Monday, November 21. The order reflects the scheduling for briefing on plaintiff's Motion for Preliminary Injunction, the date for defendant's Answer, the continuation of the TRO pendente lite, as well as the date for the submission of the parties' general Case Scheduling Order and the date and time (as provided by the Court's secretary) for the teleconference with the Court on such order. The parties apologize for the additional day's delay in submitting this order to the Court.

    If the Court has any questions with respect to the enclosure, counsel for the parties are available at the Court's convenience.

                                            Respectfully submitted,

                                            John E. James (No. 996)

JEJ/cml
Enclosure
708651/20120-345
    cc:   Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
           David B. Stratton, Esquire (by CM/ECF)
           Christopher C. French, Esquire (by E-Mail)