## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 (KAJ) |

**STIPULATION AND ORDER ON PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION AND CASE SCHEDULING**

WHEREAS, Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court for a preliminary injunction and the extension of the temporary restraining order (D.I. 4) (the "Motion for Preliminary Injunction") entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO"); and

WHEREAS, the Court having considered that motion, the parties' argument during a teleconference with the Court on November 21, 2005, and the stipulation hereto; and

WHEREAS, acknowledging that by consenting to the entry of this Order, Lumbermens Mutual Casualty Company and its affiliates (collectively "Kemper") does not admit or acknowledge that DuPont is entitled to any injunctive relief, and the entry of this Order is without prejudice to any rights or arguments that Kemper may assert in the captioned action,

**NOW, THEREFORE, IT IS HEREBY ORDERED** this ____ day of _____, 2005:

That the TRO is extended until such time as the Court decides DuPont's Motion for Preliminary Injunction in accordance with the schedule set forth herein, and absent further order of the Court, Kemper is restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

**IT IS FURTHER ORDERED** that the following schedule shall apply with respect to Kemper's Answer and briefing on DuPont's Motion for Preliminary Injunction:

1. Kemper shall answer the Complaint or otherwise move on or before January 9, 2006;

2. Kemper shall file an Answering Brief and any supporting papers in opposition to DuPont's Motion for Preliminary Injunction on or before January 9, 2006;

3. DuPont shall file a Reply Brief and any supporting papers in support of its Motion for Preliminary Injunction on or before February 13, 2006;

4. The parties shall complete discovery in connection with briefing on DuPont's Motion for Preliminary Injunction only; by February 6, 2006 and

5. The Court will hear argument on DuPont's Motion for Preliminary Injunction on February 24, 2006 at 9:00 A.M.

**IT IS FURTHER ORDERED THAT:**

1. The parties shall file a Scheduling Order, or competing Scheduling Orders, with the Court on November 30, 2005; and

2.      The Court will hold a telephone status conference with respect to the Scheduling Order on December 12, 2005 at 4:00 P.M.

| POTTER ANDERSON & CORROON LLP | PEPPER HAMILTON LLP |
|---|---|
| By:   /s/ John E. James<br>    John E. James (No. 996)<br>    Richard L. Horwitz (No. 2246)<br>    Hercules Plaza – Sixth Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 984-6000<br>    E-Mail:  jjames@potteranderson.com<br>              rhorwitz@potteranderson.com | By:   /s/ David B. Stratton<br>    David B. Stratton (No. 960)<br>    Hercules Plaza – Suite 5100<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 777-6566<br>    E-Mail:  strattond@pepperlaw.com |
| *Attorneys for Plaintiff E. I. du Pont de Nemours and Company* | *Attorneys for Defendant Lumbermens Mutual Casualty Company* |

_____
United States District Judge

704474/20120-345