

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

November 30, 2005

**By Hand and By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

      I have enclosed a proposed Scheduling Order in a form that has been approved by counsel for plaintiff and defendant. We are filing this Order in accordance with the schedule set in the Stipulation and Order entered by the Court on November 23, 2005 (D.I. 21). In accordance with the November 23, 2005 Stipulation and Order, counsel for plaintiff will initiate a telephone conference with Your Honor on December 12, 2005 at 4:00 P.M. to discuss the enclosed Scheduling Order. If Your Honor has any questions before December 12, 2005, counsel for the parties are available at the Court's convenience.

      Respectfully submitted,

      /s/ John E. James

      John E. James (No. 996)

JEJ/cml
Enclosure
709414/20120-345
cc:    Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
       David B. Stratton, Esquire (by CM/ECF)