

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**www.potteranderson.com**

December 13, 2005

**By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: **E. I. du Pont de Nemours and Company v.**
**Lumbermens Mutual Casualty Company**
**D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

I have enclosed the Scheduling Order that was the subject of the parties'
teleconference with the Court yesterday. The Scheduling Order reflects the various
event dates, length of trial, and time allotted to each side at trial, provided to the
parties by Your Honor yesterday. If Your Honor has any questions concerning the
attached Order, counsel for the parties are available at the Court's convenience.

Respectfully submitted,

/s/ John E. James

John E. James (No. 996)

JEJ/jmm
Enclosure
71128/20120-345
cc:   Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
      David B. Stratton, Esquire (by CM/ECF)