

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

December 14, 2005

**By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> RE: **E. I. du Pont de Nemours and Company v.
> Lumbermens Mutual Casualty Company
> D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

     As the parties advised Your Honor during the conference call on Monday, December 12, the parties have reached an agreement with respect to the continuance of the TRO in this action until final resolution of the matter herein, as reflected in the Stipulation and Order that is enclosed.

     If Your Honor has any questions concerning the enclosure, the parties are available at the Court's convenience.

     Respectfully submitted,

     /s/ John E. James

     John E. James (No. 996)

JEJ/cml
Enclosure
711461/20120-345
cc: Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
    David B. Stratton, Esquire (by CM/ECF)