IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, ) ) ) Plaintiff, ) v. ) ) LUMBERMENS MUTUAL CASUALTY COMPANY, ) ) ) Defendant. ) ) | C.A. No. 05-699 (KAJ) |

**AMENDED STIPULATION AND ORDER ON PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), having moved this Court for a preliminary injunction and the extension of the temporary restraining order (D.I. 4) (the "Motion for Preliminary Injunction") entered by the Court of Chancery of the State of Delaware on September 2, 2005 (the "TRO"); and

WHEREAS, the Court having considered that motion, the parties' positions during a teleconference with the Court on November 21, 2005, and the stipulation hereto; and

WHEREAS, acknowledging that by consenting to the entry of this Order, Lumbermens Mutual Casualty Company and its affiliates (collectively "Kemper") does not admit or acknowledge that DuPont is entitled to any injunctive relief, and the entry of this Order is without prejudice to any rights or arguments that Kemper may assert in the captioned action,

**NOW, THEREFORE, IT IS HEREBY ORDERED** this \_\_\_\_ day of _____, 2005:

That the TRO is extended until judgment is entered in this action and all rights of appeal have expired and, absent further order of the Court, Kemper is restrained from drawing down or presenting any demands for payment under any collateral or security provided by DuPont, including any letters of credit and/or surety bonds.

| POTTER ANDERSON & CORROON LLP | PEPPER HAMILTON LLP |
|---|---|
| By: /s/ John E. James<br>John E. James (No. 996)<br>Richard L. Horwitz (No. 2246)<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>E-Mail: jjames@potteranderson.com<br>rhorwitz@potteranderson.com | By: /s/ David B. Stratton<br>David B. Stratton (No. 960)<br>Hercules Plaza – Suite 5100<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-6566<br>E-Mail: strattond@pepperlaw.com |
| *Attorneys for Plaintiff E. I. du Pont de Nemours and Company* | *Attorneys for Defendant Lumbermens Mutual Casualty Company* |

_____
United States District Judge

711440/20120-345