

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

December 20, 2005

**By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

      In accordance with Your Honor's request, the parties have revised the Amended Stipulation and Order on Plaintiff's Motion for Preliminary Injunction to reflect that, by consent and without prejudice to Kemper's right to subsequently seek to modify or vacate this Order, Kemper is preliminarily enjoined from drawing down or presenting any demands for payment under any collateral or security provided by DuPont. The new version of the Amended Stipulation that is enclosed reflects Your Honor's request that the language of the Order be changed to indicate that a preliminary injunction be entered, rather than the continuation of the temporary restraining order.

      If Your Honor has any questions concerning this matter, counsel for the parties are available at the Court's convenience.

      Respectfully submitted,

      /s/ John E. James

      John E. James (No. 996)

JEJ/cml
Enclosure
712107/20120-345
cc:    Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
        David B. Stratton, Esquire (by CM/ECF)