# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## LUMBERMENS MUTUAL CASUALTY COMPANY'S
## MOTION TO DISMISS COUNTS III, IV, V, VI AND VII
## OF PLAINTIFF E.I. DUPONT DE NEMOURS AND COMPANY'S COMPLAINT

Defendant, Lumbermens Mutual Casualty Company ("Lumbermens"), by and through its attorneys, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), hereby submits its Motion to Dismiss Counts III (Unjust Enrichment), IV (Equitable Fraud), V (Equitable Estoppel), VI (Breach of Contract) and VII (Reformation) of Plaintiff E.I. DuPont De Nemours and Company's Complaint. In further support thereof, Lumbermens submits the attached brief, filed contemporaneously herewith.

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003

/s/ M. Duncan Grant
David B. Stratton (DE No. 960)
M. Duncan Grant (DE No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company

Dated: January 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed the foregoing

Lumbermens Mutual Casualty Company's Motion to Dismiss Counts III, IV, V, VI and VII of

Du Pont's Complaint using CM/ECF which will send notification of such filing to the following:

> John E. James, Esq.
> Richard L. Horwitz, Esq.
> Potter Anderson & Corroon
> Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801

and upon the following counsel by first class mail, postage prepaid:

> Christopher C. French, Esq.
> Kirkpatrick & Lockhart Nicholson Graham, LLP
> Henry W. Oliver Building
> 535 Smithfield Street
> Pittsburgh, PA 15222-2312

/s/ M. Duncan Grant
M. Duncan Grant (DE No. 2994)