IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-699 (KAJ) ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

**COMPENDIUM OF UNREPORTED CASES CITED IN
LUMBERMENS MUTUAL CASUALTY COMPANY'S
OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS
COUNTS III, IV, V, VI AND VII OF DUPONT'S COMPLAINT**

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003

Dated: January 9, 2006

David B. Stratton (DE No. 960)
M. Duncan Grant (DE No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company

1. <u>Auth Sausage Co., Inc. v. Dutch Oven II, Inc.</u>,
   No. 1989-86, 2001 WL 209817 (Del. Super. Jan. 16, 2001)

2. <u>Iotex Communications, Inc. v. Defries</u>,
   No. 15817, 1998 WL 914265 (Del. Ch. Dec. 21, 1998)

3. <u>Sprout v. Ellenberg Capital Corp.</u>,
   No. 95C-05-025, 1997 WL 716901 (Del. Super. Aug. 26, 1997)