IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. Du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-699 (KAJ) ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Defendant. | |

**STIPULATION AND ORDER
<u>EXTENDING BRIEFING SCHEDULE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiff E.I. Du Pont de Nemours and Company ("DuPont") shall file and serve its Answering Brief in opposition to Defendant Lumbermens Mutual Casualty Company's ("Lumbermens") Motion to Dismiss Counts III through VII ("Motion to Dismiss") of DuPont's Complaint is extended to and including February 13, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the time within which Lumbermens shall file its Reply Brief in support of its Motion to Dismiss shall be extended to and including February 27, 2006.

| POTTER ANDERSON & CORROON LLP | PEPPER HAMILTON LLP |
|---|---|
| By: /s/ John E. James<br>    John E. James (No. 996)<br>    Richard L. Horwitz (No. 2246)<br>    Hercules Plaza – Sixth Floor<br>    1313 North Market Street<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    E-Mail: jjames@potteranderson.com<br>             rhorwitz@potteranderson.com | By: /s/ David B. Stratton<br>    David B. Stratton (No. 960)<br>    M. Duncan Grant (No. 2994)<br>    Hercules Plaza – Suite 5100<br>    1313 North Market Street<br>    Wilmington, DE 19801<br>    Telephone: (302) 777-6500<br>    E-Mail: strattond@pepperlaw.com<br>             grantm@pepperlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: January 12, 2006
714617/20120-345

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge