IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>)<br>Defendant. ) | C.A. No. 05-699 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that on January 13, 2006, two copies of Lumbermens Mutual Casualty Company's Initial Rule 26(a)(1) Disclosures were served upon counsel as set forth below, in the manner indicated:

John E. James, Esq.                By Hand Delivery
Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19801

Christopher C. French, Esq.        By Federal Express
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

| OF COUNSEL: | /s/ M. Duncan Grant |
|---|---|
| | David B. Stratton (DE No. 960) |
| Michael M. Eidelman | M. Duncan Grant (DE No. 2994) |
| Randall M. Lending | PEPPER HAMILTON LLP |
| Jeffery M. Heftman | Hercules Plaza, Suite 5100 |
| Vedder, Price, Kaufman & Kammholz, P.C. | 1313 N. Market Street |
| 222 North LaSalle Street Suite 2600 | P.O. Box 1709 |
| Chicago, IL  60601-1003 | Wilmington, DE  19899-1709 |
| | (302) 777-6500 |
| | Attorneys for Defendant |
| Dated: January 13, 2006 | Lumbermens Mutual Casualty Company |