IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 13, 2006, true copies of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure were served, by hand delivery, on the following counsel of record, at the address indicated:

> David B. Stratton
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE  19899-1709

> POTTER ANDERSON & CORROON LLP
>
> By:   /s/ John E. James
>         John E. James (ID No. 996)
>         Hercules Plaza - 6th Floor
>         1313 North Market Street
>         Wilmington, DE  19801
>         Telephone:  (302) 984-6000
>         E-Mail:   jjames@potteranderson.com
>
> *Attorneys for Plaintiff*

Dated:  January 13, 2006
714971/20120-345

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on January 13, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorney of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709
>
>*Attorney for Defendant,*
>*Lumbermens Mutual Casualty Company*

>/s/ John E. James
>John E. James (#996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-Mail:   jjames@potteranderson.com