IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that on February 3, 2006, two copies of Lumbermens Mutual Casualty Company's First Set of Interrogatories, First Set of Request to Admit and First Requests for Production of Documents were served upon counsel as set forth below, in the manner indicated:

| | |
|---|---|
| John E. James, Esq.<br>Richard L. Horwitz, Esq.<br>Potter, Anderson & Corroon, LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801 | By Hand Delivery |
| Christopher C. French, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham, LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 | By Federal Express |

| | |
|---|---|
| OF COUNSEL:<br><br>Michael M. Eidelman<br>Randall M. Lending<br>Jeffery M. Heftman<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street Suite 2600<br>Chicago, IL 60601-1003<br><br>Dated: February 3, 2006 | /s/ M. Duncan Grant<br>David B. Stratton (DE No. 960)<br>M. Duncan Grant (DE No. 2994)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br>Attorneys for Defendant<br>Lumbermens Mutual Casualty Company |