## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed the foregoing Lumbermens Mutual Casualty Company's Reply Brief in Support of its Motion to Dismiss Counts III, IV, V, VI and VII of Du Pont's Complaint using CM/ECF which will send notification of such filing to the following:

> John E. James, Esq.
> Richard L. Horwitz, Esq.
> Potter, Anderson & Corroon
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> Wilmington, DE 19801

and upon the following counsel by first class mail, postage prepaid:

> Christopher C. French, Esq.
> Kirkpatrick & Lockhart Nicholson Graham, LLP
> Henry W. Oliver Building
> 535 Smithfield Street
> Pittsburgh, PA 15222-2312

/s/ M. Duncan Grant
M. Duncan Grant (DE No. 2994)