## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and<br>COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-699 |
| | ) | |
| LUMBERMENS MUTUAL CASUALTY<br>COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 8, 2006, true copies of the following documents:

1.    Plaintiff's First Set of Interrogatories;

2.    Plaintiff's First Set of Requests for Production of Documents; and

3.    Plaintiff's First Set of Requests for Admission,

were served, in the manner indicated, on the following counsel of record, at the address indicated:

**By Hand**

David B. Stratton
M. Duncan Grant
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

**By First Class Mail**

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003

*Of Counsel:*

POTTER ANDERSON & CORROON LLP

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
Telephone:  (412) 355-6500

By:    /s/ John E. James
    John E. James (No. 996)
    Richard L. Horwitz (No. 2246)
    Hercules Plaza - 6th Floor
    1313 North Market Street
    Wilmington, DE  19801
    Telephone:  (302) 984-6000

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

Dated:  March 8, 2006
722800/20120-345

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that, on March 8, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorney of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by hand on the following Delaware attorney of record:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801

and that a copy was served by First Class Mail on the following non-Delaware counsel for Defendant:

> Michael M. Eidelman
> Randall M. Lending
> Jeffery M. Heftman
> VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, IL  60601-1003

>    /s/ John E. James
> John E. James  (No. 996)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> Telephone:  (302) 984-6000
> E-Mail:  jjames@potteranderson.com