## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, true copies of the following documents:

1. Plaintiff's Objections and Responses to Lumbermens Mutual Casualty Company's First Set of Interrogatories;

2. Plaintiff's Objections and Responses to Lumbermens Mutual Casualty Company's First Set of Requests for Production of Documents; and

3. Plaintiff's Objections and Responses to Lumbermens Mutual Casualty Company's First Set of Requests to Admit,

were served, in the manner indicated, on the following counsel of record, at the address indicated:

**By Hand**

David B. Stratton
M. Duncan Grant
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

**By First Class Mail**

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester | |
| Christopher C. French | |
| Scott A. Bowan | By:__/s/ John E. James_____ |
| KIRKPATRICK & LOCKHART | John E. James (No. 996) |
| NICHOLSON GRAHAM LLP | Richard L. Horwitz (No. 2246) |
| Henry W. Oliver Building | Hercules Plaza - 6th Floor |
| 535 Smithfield Street | 1313 North Market Street |
| Pittsburgh, PA  15222 | Wilmington, DE  19801 |
| Telephone:  (412) 355-6500 | Telephone:  (302) 984-6000 |
| | *Attorneys for Plaintiff* |
| | *E.I. du Pont de Nemours and Company* |
| Dated:  March 16, 2006 | |
| 722800/20120-345 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

   I, John E. James, hereby certify that, on March 16, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorney of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by hand on the following Delaware attorney of record:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801

and that a copy was served by First Class Mail on the following non-Delaware counsel for Defendant:

> Michael M. Eidelman
> Randall M. Lending
> Jeffery M. Heftman
> VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, IL  60601-1003

            /s/ John E. James
           John E. James  (No. 996)
           POTTER ANDERSON & CORROON LLP
           Hercules Plaza, 6th Floor
           1313 North Market Street
           Wilmington, DE  19801
           Telephone:  (302) 984-6000
           E-Mail:  jjames@potteranderson.com