IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | C.A. No. 05-699 (KAJ) |
| ) | |
| LUMBERMENS MUTUAL CASUALTY COMPANY, ) ) ) | |
| Defendant. ) | |

NOTICE OF SERVICE -
RESPONSE TO PLAINTIFF'S FIRST
SET OF REQUESTS FOR ADMISSION

I hereby certify that on April 11, 2006, two copies of Response to Plaintiff's First Set of Requests for Admission were served upon counsel as set forth below, in the manner indicated:

John E. James, Esq.                          By Hand Delivery
Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Christopher C. French, Esq.                  By Federal Express
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

OF COUNSEL:                                  /s/ M. Duncan Grant
                                             David B. Stratton (DE No. 960)
Michael M. Eidelman                          M. Duncan Grant (DE No. 2994)
Randall M. Lending                           PEPPER HAMILTON LLP
Jeffery M. Heftman                           Hercules Plaza, Suite 5100
Vedder, Price, Kaufman & Kammholz, P.C.      1313 N. Market Street
222 North LaSalle Street Suite 2600          P.O. Box 1709
Chicago, IL 60601-1003                       Wilmington, DE 19899-1709
                                             (302) 777-6500
                                             Attorneys for Defendant
Dated: April 11, 2006                        Lumbermens Mutual Casualty Company