IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-699 (KAJ) ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

NOTICE OF SERVICE OF
KEMPER'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES

I hereby certify that on April 17, 2006, copies of the foregoing Objections and Responses to Plaintiff's First Set of Interrogatories were served upon the following counsel, in the manner stated for each:

| John E. James, Esq. (via hand delivery) Potter, Anderson & Corroon, LLP Hercules Plaza 1313 N. Market Street Wilmington, DE 19801 | Christopher C. French, Esq. (via Federal Express) Kirkpatrick & Lockhart Nicholson Graham, LLP Henry W. Oliver Building 535 Smithfield Street Pittsburgh, PA 15222-2312 |
|---|---|

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company