## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, copies of the foregoing Notice of Service of Kemper's Objections and Responses to Plaintiff's First Set of Interrogatories were served upon the following counsel, in the manner stated for each:

| John E. James, Esq. (via hand delivery)<br>Potter, Anderson & Corroon, LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801 | Christopher C. French, Esq. (via Federal Express)<br>Kirkpatrick & Lockhart Nicholson Graham, LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 |
|---|---|

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)