IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DEPOSITION

To:  John E. James               John M. Sylvester
     Richard L. Horowitz          Christopher C. French
     POTTER ANDERSON & CORROON    Scott A. Bowan
     Hercules Plaza - 6th Floor   KIRKPATRICK & LOCKHART
     1313 North Market Street     NICHOLSON GRAHAM LLP
     Wilmington, DE  19801        Henry W. Oliver Building
                                  535 Smithfield Street
                                  Pittsburgh, PA  15222

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Lumbermens Mutual Casualty Company ("Lumbermens"), will take the testimony of the following persons by way of deposition upon oral examination before a stenographic reporter duly authorized by law to administer oaths, at Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, commencing on the following days and continuing from day to day until completed:

Eugene Slesicki, May 15, 2006, at 9:00 a.m.

Kenneth Porter, May 16, 2006, at 9:00 a.m.

The deposition will be taken for all purposes authorized by law. You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | David B. Stratton (Del. Bar No. 960) |
| Michael M. Eidelman | M. Duncan Grant (Del. Bar No. 2994) |
| Randall M. Lending | PEPPER HAMILTON LLP |
| Jeffery M. Heftman | Hercules Plaza, Suite 5100 |
| Vedder, Price, Kaufman & Kammholz, P.C. | 1313 N. Market Street |
| 222 North LaSalle Street Suite 2600 | P.O. Box 1709 |
| Chicago, IL 60601-1003 | Wilmington, DE 19899-1709 |
| | (302) 777-6500 |
| | |
| | Attorneys for Defendant |
| Dated: April 20, 2006 | Lumbermens Mutual Casualty Company |