CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, copies of the foregoing Notice of Deposition were served upon the following counsel, in the manner stated for each:

John E. James, Esq. (via ECF)
Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19801

Christopher C. French, Esq. (via Federal Express)
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

/s/ M. Duncan Grant
M. Duncan Grant