**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  C.A. No. 05-699 (KAJ) ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT LUMBERMENS' NOTICE OF DEPOSITION**
**OF PLAINTIFF DUPONT PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

To:  John E. James                    John M. Sylvester
     Richard L. Horowitz              Christopher C. French
     POTTER ANDERSON & CORROON   Scott A. Bowan
     Hercules Plaza - 6th Floor      KIRKPATRICK & LOCKHART
     1313 North Market Street        NICHOLSON GRAHAM LLP
     Wilmington, DE  19801           Henry W. Oliver Building
                                     535 Smithfield Street
                                     Pittsburgh, PA  15222

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(6),

Defendant Lumbermens Mutual Casualty Company ("Lumbermens"), will take the testimony of

Plaintiff, E.I. du Pont de Nemours and Company ("DuPont"), by way of deposition upon oral

examination before a stenographic reporter duly authorized by law to administer oaths, on

May 9, 2006, at Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O.

Box 1709, Wilmington, DE 19899-1709, commencing at 9:00 A.M. and continuing from day to

day until completed.

Pursuant to Rule 30(b)(6), DuPont shall designate one or more officers, directors, managing agents, or other persons to testify regarding the matters identified on Schedule A attached to this Notice.

The deposition will be taken for all purposes authorized by law. You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.


OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003


Dated: April 20, 2006

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company