CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, copies of the foregoing Defendant Lumbermens' Notice of Deposition of Plaintiff DuPont Pursuant to Federal Rule of Civil Procedure 30(b)(6) were served upon the following counsel, in the manner stated for each:

John E. James, Esq. (via ECF)
Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Christopher C. French, Esq. (via Federal Express)
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

/s/ M. Duncan Grant
M. Duncan Grant