## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

E.I. du PONT de NEMOURS and )
COMPANY, )
                                   )
            Plaintiff, )
                                   )
        v. )         C.A. No. 05-699 (KAJ)
                                   )
LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
                                   )
           Defendant. )

## NOTICE OF SERVICE

       I hereby certify that on April 28, 2006, copies of Kemper's Objections and

Responses to Plaintiff's First Set of Requests for Production of Documents were served upon

counsel as set forth below, by e-mail:

           John E. James, Esq.
           Richard L. Horwitz, Esq.
           Potter, Anderson & Corroon, LLP
           Hercules Plaza
           1313 N. Market Street
           Wilmington, DE 19801

           Christopher C. French, Esq.
           Kirkpatrick & Lockhart Nicholson Graham, LLP
           Henry W. Oliver Building
           535 Smithfield Street
           Pittsburgh, PA 15222-2312

| OF COUNSEL: | /s/ M. Duncan Grant |
|---|---|
| | David B. Stratton (Del. Bar No. 960) |
| Michael M. Eidelman | M. Duncan Grant (Del. Bar No. 2994) |
| Randall M. Lending | PEPPER HAMILTON LLP |
| Jeffery M. Heftman | Hercules Plaza, Suite 5100 |
| Vedder, Price, Kaufman & Kammholz, P.C. | 1313 N. Market Street |
| 222 North LaSalle Street Suite 2600 | P.O. Box 1709 |
| Chicago, IL 60601-1003 | Wilmington, DE 19899-1709 |
| | (302) 777-6500 |
| | Attorneys for Defendant |
| Dated: May 2, 2006 | Lumbermens Mutual Casualty Company |