

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

May 11, 2006

**By CM/ECF**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:   **E. I. du Pont de Nemours and Company v. Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

    Pursuant to Your Honor's request, the parties have amended the enclosed Confidentiality Stipulation and Protective Order in the above-referenced matter. Specifically, we have revised paragraph 8 of the document to read as follows:

> "Unless otherwise ordered, the Court and its personnel shall treat all material designated as Confidential Material as confidential pursuant to this Protective Order."

    If the Court has any further questions or concerns regarding the Confidentiality Stipulation and Protective Order, counsel for the parties are available at the Court's convenience.

    Respectfully submitted,

    /s/ John E. James

    John E. James (No. 996)

JEJ/cml
Enclosure
731933/20120-345
cc:   Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
       M. Duncan Grant, Esquire (by CM/ECF)