# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 05-699 (KAJ) |

## NOTICE OF DEPOSITION

TO:    David B. Stratton
          M. Duncan Grant
          PEPPER HAMILTON LLP
          Hercules Plaza - Suite 5100
          1313 North Market Street
          Wilmington, DE  19801

*Attorneys for Defendant Lumbermens Mutual Casualty Company*

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30, Plaintiff E. I. du Pont de Nemours and Company will take the deposition upon oral examination of Jack McGregor, before a stenographic reporter duly authorized by law to administer oaths, on July 7, 2006 at Potter Anderson & Corroon LLP, Hercules Plaza - 6th Floor, 1313 North Market Street, Wilmington, DE  19801, commencing at 9:00 A.M. and continuing from day to day until completed.

The deposition will be taken for all purposes authorized by law.  You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

-2-

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester | |
| Christopher C. French | By:    /s/ John E. James |
| Scott A. Bowan |    John E. James (No. 996) |
| KIRKPATRICK & LOCKHART |    Richard L. Horwitz (No. 2246) |
| NICHOLSON GRAHAM LLP |    Hercules Plaza – 6th Floor |
| Henry W. Oliver Building |    1313 North Market Street |
| 535 Smithfield Street |    Wilmington, DE  19801 |
| Pittsburgh, PA  15222 |    Telephone: (302) 984-6000 |
| (412) 355-6500 | |
| | *Attorneys for Plaintiff* |
| | *E. I. du Pont de Nemours and Company* |

Dated:  May 24, 2006
733797/20120-345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on May 24, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801
>
> *Attorney for Defendant*
> *Lumbermens Mutual Casualty Company*

> /s/ John E. James
> John E. James (#996)
> Potter Anderson & Corroon LLP
> Hercules Plaza - 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> Telephone:  (302) 984-6000
> E-Mail:   jjames@potteranderson.com