**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S INITIAL EXPERT DISCLOSURE**

Plaintiff, E. I. du Pont de Nemours and Company, hereby designates the person set forth in this disclosure as an expert witness whom Plaintiff may call to testify at trial. Since discovery and motion practice is ongoing, and additional information may be developed about which the experts will testify at trial, Plaintiff reserves the right to designate additional expert(s) and to modify or supplement the designation and testimony of its expert(s) at a later date. In addition, Plaintiff's expert(s) may testify as to matters addressed in the testimony of Defendant's experts or otherwise raised by Defendant or otherwise dictated by the rulings of the Court or the evidence at trial.

    1.    Robert Hughes
           Robert Hughes Associates, Inc.
           508 Twilight Trail
           Suite 200
           Richardson, TX 75080-5120

Mr. Hughes generally is expected to testify about the issues in dispute in this case. It is anticipated that his testimony will cover insurance programs with significant self-insurance features such as the Kemper Insurance Program at issue. He also is expected to provide testimony regarding the "dividends" related to the 2002-03 policy year and the consequences to

-2-

the insurance program if such "dividends" are not included in the cash reconciliation formula. A copy of Mr. Hughes' CV is attached as Exhibit A hereto. As the parties agreed, Mr. Hughes will provide a more complete expert report on August 15, 2006, or on a later date established by the Court, after the parties conduct additional fact discovery.

                Respectfully submitted,

*Of Counsel*:              POTTER ANDERSON & CORROON LLP

John M. Sylvester
Christopher C. French     By:   /s/ John E. James
Scott A. Bowan              John E. James (No. 996)
KIRKPATRICK & LOCKHART    jjames@potteranderson.com
NICHOLSON GRAHAM LLP      Richard L. Horwitz (No. 2246)
Henry W. Oliver Building        rhorwitz@potteranderson.com
535 Smithfield Street           Hercules Plaza – Sixth Floor
Pittsburgh, PA 15222           1313 North Market Street
(412) 355-6500                 Wilmington, DE 19801
                                Telephone: (302) 984-6000

                                *Attorneys for Plaintiff,*
                                *E. I. du Pont de Nemours and Company*

Dated: July 10, 2006
740399/20120-345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on July 10, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>Wilmington, DE  19801
>
>*Attorney for Defendant*
>*Lumbermens Mutual Casualty Company*

>/s/ John E. James
>John E. James (#996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:   jjames@potteranderson.com