# EXHIBIT A

## ROBERT N. HUGHES, CPCU, ARM

**Home Address:**       7732 Briaridge Road
                        Dallas, TX 75248

**Office Address:**     **Robert Hughes Associates, Inc.**
                        **508 Twilight Trail, Suite 200**
                        **Richardson, TX 75080**



EXPERIENCE

ROBERT HUGHES ASSOCIATES, INC.        (1979 to date)

Mr. Hughes founded RHA in 1979 and has served continuously since as its President and Chairman.  RHA is a broadly based insurance consulting firm providing insurance consultations, litigation support, actuarial services, product design and insurance company administration.

In addition to his responsibilities as the chief operating officer of the company, Mr. Hughes acts as a consultant and expert witness.  Since 1990 he has been retained to assist policyholders, insurers and their attorneys in more than 600 cases.  He has testified in 170 of those cases and has testified at trial/arbitration/mediation 53 times in numerous states.

RIMCO, INC.   (1972 – 1979)

Mr. Hughes served as Executive Vice President of Rimco, Inc., a large Dallas-based insurance consulting firm.  His consulting specialties included banking, energy, property management and development, contractors and transportation.

Mr. Hughes' banking clients included most of the larger banks in Texas and their holding companies.  He was responsible for reviewing and negotiating all coverages including property, bankers' blanket bonds, general liability, directors' and officers' liability, workers' compensation, etc.

HUGHES INSURANCE AGENCY      (1960 – 1972)

Hughes was the owner of a local insurance agency in Pecos, Texas.  The agency served a farming and oil & gas related economy and also wrote a book of personal lines coverages.

U.S. ARMY AND ARMY NATIONAL GUARD        (1960 – 1968)

Served as a cavalry officer, achieving the rank of 1st Lieutenant.

*Robert N. Hughes, page 2*

## EDUCATION

Bachelor of Business Administration . . . With Honors (*Cum Laude*)
Southern Methodist University - 1960

## PROFESSIONAL

Chartered Property & Casualty Underwriter - 1973
Associate in Risk Management - 1976
Member, Society of CPCU
Texas Licensed Risk Manager
New Jersey Producers License
Fellow, Institute of Directors, London, England
Diplomate, American Board of Forensic Examiners
Fellow, American Academy of Forensic Examiners
Member, Academy of Experts (London)
Judge for the 2001 *Business Insurance* Risk Manager of the Year and Risk Management Honor Roll
Texas Local Recording Agent
Texas Managing General Agent
Texas Surplus Lines Agent

## OTHER BUSINESS AFFILIATIONS

Vice President and Director - British American Insurance Company (Formerly)
Director - Alexander Howden Group, U.S. (Formerly)
Director - Financial Casualty & Surety Company  (Formerly)
Director - Risk Management Assurance Corporation (Formerly)

## SPEAKING/TEACHING

Adjunct Faculty, Southern Methodist University MBA Program, "Introductory Risk Management"
Speaker, Australian Risk and Insurance Managers Association, "Quantitative Risk Management Techniques"
Seminar Chairman, "Scientific Risk Management," Sydney and Melbourne, Australia
Speaker, Second Annual Construction Insurance Conference, "Developing a Risk Management Philosophy for the Contractor"
Seminar Chairman and Speaker, "How to Profit for the London Market by Improving Coverages and Lowering Costs" 1978, 1979, 1980
Speaker, Fourth Annual Invitational Seminar on Engineering Geophysical and Soils Data, "Offshore Risk Management" 1979
Speaker, "How to Reduce Your Municipal Insurance Costs While Improving Your Coverage" 1979
Speaker, American Management Association - "The Captive Insurance Company Movement:  New Changes and Opportunities" 1980
Seminar Chairman and Speaker, American Management Association - "Workers' Compensation:  Costs, Coverages and Problems" 1980
Speaker, National Conference on Risk and Insurance Management, "Product and General Liability Cost and Coverage" 1981
Speaker, Society of Fellows, Calgary, Canada, "The Insurance Market Cycle" 1982
Speaker, Canadian Risk Management Conference, "Risk Retention" 1982
Speaker, International Risk Management Institute, Inc.'s, General Liability Conference II, "Special Hazards Coverage" 1982

*Robert N. Hughes, page 3*

## SPEAKING/TEACHING (CONTINUED)

Speaker, International Risk Management Institute, Inc., "Risk Financing Conference" 1984
Speaker, American Bus Association Annual Meeting, "The Insurance Cycle and How It Affects You" 1984
Speaker, Governmental Risk Management, Insurance and Employee Benefits Conference, "Risk Funding for Governmental Entities" 1986
Planning Committee Member, 7th Annual Petroleum Insurance Conference, 1986
Seminar Chairman and Speaker, CPCU National Briefing on The Risk Retention Act of 1986
Speaker, 8th Annual Petroleum Insurance Conference, "Post Event Loss Control" 1987
Speaker, American Petroleum Institute Risk Management Section, "The Liability Risk Retention Act of 1986" 1988
Speaker, 15th Annual Petroleum Insurance & Environmental Protection Conference, "Pollution Coverage Found Within the General Liability Policy" 1994
Seminar Chairman and Speaker, Texas Department of Insurance Continuing Education Course, "Avoiding Insurance Litigation" 1994-95
Speaker, Strategic Research Institute's Contract Risk Management Conference, "Environmental Liability: Past, Present & Future" 1996
Speaker, 17th Annual Petroleum Insurance & Environmental Protection Conference, "Environmental Liability: Past, Present & Future" 1996
Speaker, Strategic Research Institute's Environmental Litigation in the Petroleum Industry Conference, "Insurance Recoveries for Environmental Liabilities" 1996 & 1997
Speaker, 10th Annual ABA Insurance Coverage Litigation Committee Mid-Year Meeting, "Effective Use of Experts" 1998
Speaker, Dallas/Fort Worth Chapter RIMS, "Enterprise Risk Management & Convergence" 1999
Speaker, Association of Energy Service Companies' National Winter Meeting, "Surviving the Insurance Crisis" 2002
Speaker, ABA Insurance Coverage Litigation Committee Annual CLE Meeting, "The Care and Feeding of Experts" 2005
Presenter, The American College of Forensic Examiners 13th National Conference, "Preparation of a Federal Rule 26 Expert Report" 2005

## PUBLISHED ARTICLES

"Blowout: What Is Your Liability And What Can You Do About It?" *Drilling-DCW* (November 1977)
"Buyer Demands Meld Functions Of Brokers And Risk Consultants" *Business Insurance* (June 11, 1979)
"Financial Fright: Outside Audit Can Stop Potential Horror Show Of Unforeseen Problems" *Business Insurance* (February 18, 1980)
"Rig Cost Versus Value: Better Understanding Of Insurance Assures Best Deal For The Money" *Drilling-DCW* (March 1980)
"Get Prepared For A Long Insurance Siege" *The Bus Operator*
"The Polluter's Exclusion Was No 'Accident'" CPCU Journal (June 1994)
"Will The Parachute Open? — Avoiding 'Coverage Nullification Through Litigation'" *The RHA Review* (November 1994) and *Texas Dealer* (August 1997) and *Texas Lawyer* E-Alert/Insurance (January 2006)
"Holes In The Parachute: Common Insurance Company Defenses" The RHA Review (February 1995) and *Texas Lawyer* E-Alert/Insurance (February 2006)
"Landing On Your Feet In Liability Claims" Public Risk (November/December 1995)
"More Holes In The Parachute" *The RHA Review* (November 1995) and *Texas Lawyer* E-Alert/Insurance (March 2006)
"The Lowest Common Denominator Syndrome" *Public Risk* (March 1996)
"Who's Afraid Of The Big Bad Wolf?" *The RHA Review* (May 1996) and *CPCU Society E/S/SL Newsletter* (February 1998)
"Is 'Big Brother' Becoming A Reality?" *The RHA Review* (November 1996)
"Ambiguous Is As Ambiguous Does" *The RHA Review* (February 1997)

*Robert N. Hughes, page 4*

## PUBLISHED ARTICLES (CONTINUED)

"1998!  Where Do We Go From Here?" *The RHA Review* (February 1998) and *CPCU Society Agent/Broker Newsletter* and *CPCU Society Underwriting Trends Newsletter* (March 1998)
"Insurance and the Millennium Bug" *The RHA Review* (August 1998)
"What's New in Who(m) to Sue" *The RHA Review* (May 1999)
"Sophisticated Lady" *The RHA Review* (November 1999) and *Texas Lawyer* E-Alert/Insurance (July 2006)
"A Hard Day's Night" *The RHA Review* (August 2000)
"Welcome to Alice's World" *The RHA Review* (August 2001)
"Jam Today, Tomorrow or Yesterday" *The RHA Review* (November 2001)
"Top Ten Worst Excuses for Buying Lousy Insurance" *The RHA Review* (August 2003)
"Risk Transfer? Maybe, Maybe Not" *The RHA Review* (August 2004)
"Oh, Those Four Little Words!" *The RHA Review* (November 2004)
"The Starr in Their Crown" *The RHA Review* (May 2005)
"How Quickly We Forget" *The RHA Review* (November 2005) ) and *Texas Lawyer* E-Alert/Insurance (April 2006)

## TESTIMONY EXPERIENCE

Qualified by the court as an insurance expert in the following jurisdictions:

*Arkansas*
   Circuit Court, Sebastian County, Arkansas
*California*
   Los Angeles Superior
   Superior Court of California, Alameda
   Superior Court of California, San Francisco County
   United States District Court, Central District of California
*Colorado*
   District Court, City and County of Denver, State of Colorado
*Delaware*
   Superior Court of the State of Delaware, New Castle County
*Illinois*
   17th Judicial Circuit of Winnebago County, Illinois
*Indiana*
   Hendricks Superior County #1, Danville, Indiana
*Kansas*
   US District Court, District of Kansas (Mediation)
*Louisiana*
   19th JD, East Baton Rouge, Louisiana
*Maryland*
   Circuit Court for Baltimore County
   United States District Court for the District of Maryland
*Michigan*
   Schoolcraft County Circuit Court, Michigan
*Minnesota*
   District Court of the Second Judicial Circuit, Ramsey County, Minnesota
*Missouri*
   Circuit Court of Jackson County, Missouri at Kansas City
*New Jersey*
   Superior Court of New Jersey, Middlesex County
   US District Court of New Jersey (Arbitration)
*New York*
   US District Court, Southern District of New York
   Supreme Court of the State of New York, County of New York (Arbitration)

*Robert N. Hughes, page 5*

TESTIMONY EXPERIENCE (CONTINUED)

*Oklahoma*
  US Bankruptcy for the Northern District of Oklahoma
  Oklahoma County, State of Oklahoma
*Pennsylvania*
  United States District Court for the Eastern District of Pennsylvania
*Texas*
  285th Judicial District Court – Dallas County, Texas
  District Court for the Southern District of Texas, Houston Division
  116th Judicial Court, Dallas County
  District Court, Harris County, Texas, 80th Judicial District
  398th Judicial District, Hidalgo County, Texas
  US District Court for the Northern District of Texas, Dallas Division
  District Court of Travis County, Texas, 201st Judicial District
  259th Judicial District Court, Travis County, Texas
  260th Judicial District Court of Travis County, Texas
  District Court of Travis County, Texa s, 53rd Judicial District
  US District Court for Northern Texas, Dallas Division (Arbitration)
  151st Judicial District Court of Harris County, Texas (Mediation)
*Washington*
  Superior Court of the State of Washington, in and for the County of King

Has also testified at deposition or offered opinions in matters litigated in the following jurisdictions:

*Alabama*
  US District Court, Southern District of Alabama
*Alaska*
  Superior Court for the State of Alaska, 3rd Judicial District
*Arkansas*
  Circuit Court of Union County, Arkansas Second Division
*Arizona*
  US District Court for the District of Arizona (Phoenix) Division
*California*
  Southern California, Los Angeles County
  Superior Court of the State of California, County of Los Angeles
  Superior Court of the State of California for the County of San Diego
  San Joaquin Superior Court, California
  Superior Court of the State of California for the County of San Francisco
  United States District Court, Central District of California
  United States Bankruptcy Court, Central District of California, Los Angeles Division
  United Stated Bankruptcy Court for the Northern District of California, Oakland Division
*Colorado*
  US District Court of Colorado
*District of Columbia*
  Superior Court of the District of Columbia, Civil Division
*Florida*
  US District Court for the Middle District of Florida, Tampa Division
  4th Judicial Circuit, Duval County, Florida
  US Bankruptcy Court, Middle District of Florida
*Georgia*
  United States District Court for the Northern District of Georgia, Atlanta Division
*Illinois*
  118th Judicial District, DuPage County, Illinois
  Circuit Court of Cook County, Illinois, County Department, Chancery Division

*Robert N. Hughes, page 6*

TESTIMONY EXPERIENCE (CONTINUED)

*Indiana*
   Circuit Court of Porter County, Valparaiso, Indiana
   Montgomery Circuit Court, County of Montgomery, State of Indiana
   County of Marion Superior Court, State of Indiana

*Louisiana*
   19th Judicial District, E. Baton Rouge, Louisiana
   US District Court, Western District of Louisiana, Lafayette-Opelousas Division
   Middle District of Louisiana
   Div. "N", Sec. 8, Civil District Court, Parish of Orleans, State of Louisiana
   Div. "M", Sec. 7, Civil District Court, Parish of Orleans, State of Louisiana

*Massachusetts*
   US District Court, District of Massachusetts

*Michigan*
   US District Court, Eastern District of Michigan, Northern Division
   US District Court for the Eastern District of Michigan, Southern Division
   State of Michigan in the Circuit Court for the County of Wayne
   State of Michigan, The Circuit Court for the County of Washtenaw
   Eastern District of Michigan, Northern Division

*Minnesota*
   US District Court, District of Minnesota, Fifth Division

*Missouri*
   US District Court, Western District of Missouri
   US District Court, Eastern District of Missouri, Eastern Division

*Montana*
   US District Court for the District of Montana, Billings Division

*New Jersey*
   Superior Court of New Jersey, Law Division, Union County
   Superior Court of New Jersey, Law Division, Middlesex County
   Superior Court of New Jersey, Law Division, Morris County
   Superior Court of New Jersey, Somerset County
   US District Court, District of New Jersey

*Ohio*
   US District Court for the Southern District of Ohio Eastern Division
   State Court in Ohio, Monroe County
   Court of Common Pleas of Franklin County, Ohio
   Court of Common Pleas, Summit County, Ohio

*Oklahoma*
   US District Court, Western District of Oklahoma

*Pennsylvania*
   Court of Common Pleas of Chester County, Pennsylvania

*South Carolina*
   Court of Common Pleas, South Carolina, Greenville County

*Texas*
   US District Court for the Eastern District of Texas, Beaumont Division
   73rd Judicial District Court, Bexar County, Texas
   57th Judicial District Court of Bexar County, Texas
   35th Judicial District Court of Cameron County, Texas
   162nd Judicial District, Dallas County, Texas
   District Court of Dallas County, TX 298th JD
   134th Judicial District Court, Dallas
   US District Court for the Northern District of Texas, Dallas Division
   County Court at Law Number Two, El Paso County, Texas
   US District Court for the Northern District of Texas, Fort Worth Division
   10th Judicial Court, Galveston County, Texas
   District Court of Gregg County, TX 188th JD
   127th District Court, Harris County, Texas

*Robert N. Hughes, page 7*

TESTIMONY EXPERIENCE (CONTINUED)

*Texas (continued)*
   District Court of Harris County, TX 152nd JD
   District Court of Harris County, TX 189th JD
   164th Judicial District Court of Harris County, Texas
   215th Judicial District Court, Harris County, Texas
   District Court, Harris County Civil Court at Law #2
   334th Judicial District Court of Harris County, Texas
   District Court of Harris County, Texas, 61st Judicial District
   71st Judicial District Court of Harrison County, Texas
   US District Court for the Southern District of Texas, Houston Division
   District Court of Hunt County, 196th District Court
   District Court of Jefferson County, Texas
   District Court, Montgomery County, Texas
   17th Judicial District Court, Tarrant County, Texas
   236th Judicial District Court of Tarrant County, Texas
   250th Judicial District Court of Travis County, Texas
   201st Judicial District Court of Travis County, Texas
   261st Judicial District, Travis County, Texas

*Washington*
   Superior Court of the State of Washington, Spokane County
   Superior Court of the State of Washington in and for the County of King
   Supreme Court of the State of Washington

*West Virginia*
   West Virginia Circuit Court

*Wisconsin*
   Dane County, Circuit Court, Wisconsin
   United States Bankruptcy Court for the Eastern District of Wisconsin