IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 (KAJ) |

## INTERIM STATUS REPORT

Pursuant to the Court's Scheduling Order of December 13, 2005, the parties hereby submit this Interim Status Report.

1. The Court has scheduled a telephonic Status Conference for July 18, 2006, at 4:30 p.m. The parties agree that there is nothing to report, nor anything to add to this Interim Status Report or to the Scheduling Order. The parties request, therefore, that the telephonic Status Conference be taken off the Court's calendar.

2. Both parties have served and responded to written discovery, including document requests, interrogatories, and requests for admission. The parties are still in the process of analyzing the documents produced and conferring on the parties' respective discovery responses. The parties have encountered some delay in the production of documents from a third party, Marsh Inc., in response to a subpoena served by Lumbermens Mutual Casualty Company on April 20, 2006. Consequently, although the parties have served deposition notices, no depositions have been taken because document discovery remains ongoing. As a result, although

- 2 -

the parties are working diligently to complete discovery in accordance with the current Scheduling Order, it may not be possible to do so.

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester | |
| Christopher C. French | By:   /s/ John E. James   |
| Scott A. Bowan | John E. James (No. 996) |
| KIRKPATRICK & LOCKHART | Richard L. Horwitz (No. 2246) |
| NICHOLSON GRAHAM LLP | POTTER ANDERSON & CORROON LLP |
| Henry W. Oliver Building | Hercules Plaza |
| 535 Smithfield Street | 1313 North Market Street |
| Pittsburgh, PA  15222 | Wilmington, DE  19801 |
| (412) 355-6500 | (302) 984-6000 |
| | |
| | *Attorneys for Plaintiff* |
| | *E. I. du Pont de Nemours and Company* |
| | |
| *Of Counsel*: | PEPPER HAMILTON LLP |
| Michael M. Eidelman | |
| Randall M. Lending | By:   /s/ David B. Stratton   |
| Jeffery M. Heftman | David B. Stratton (No. 960) |
| VEDDER, PRICE, | M. Duncan Grant (No. 2994) |
| KAUFMAN & KAMMHOLZ, P.C. | PEPPER HAMILTON LLP |
| 222 North LaSalle Street, Suite 2600 | Hercules Plaza, Suite 5100 |
| Chicago, IL  60601-1003 | 1313 North Market Street |
| (312) 609-7500 | Wilmington, DE 19899 |
| | (302) 777-6500 |
| | |
| | *Attorneys for Defendant* |
| | *Lumbermens Mutual Casualty Company* |

Dated:  July 11, 2006
740461/20120-345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on July 11, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801
>
> *Attorney for Defendant*
> *Lumbermens Mutual Casualty Company*

>     /s/ John E. James
> John E. James (No. 996)
> Potter Anderson & Corroon LLP
> Hercules Plaza - 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> Telephone:  (302) 984-6000
> E-Mail:   jjames@potteranderson.com