IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on July 11, 2006, copies of Lumbermens Mutual Casualty Company's Amended Response to Plaintiff's First Set of Requests for Admission were served upon counsel as set forth below, in the manner stated for each:

John E. James, Esq.              (By Hand Delivery)
Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Christopher C. French, Esq.      (By E-mail)
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003

Dated: July 11, 2006

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
Attorneys for Defendant
Lumbermens Mutual Casualty Company