IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. duPONT de NEMOURS and COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-699-KAJ |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

The court, having considered the parties' Interim Status Report (D.I. 68),

IT IS HEREBY ORDERED that the July 18, 2006 status teleconference is VACATED.

_____
UNITED STATES DISTRICT JUDGE

July 11, 2006
Wilmington, Delaware