IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSIONS**

Pursuant to Local Rule 83.5 and the attached certifications, defendant Lumbermens Mutual Casualty Company hereby moves the admission *pro hac vice* of Michael M. Eidelman and Randall M. Lending to represent it in this matter.

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6500

Dated: July 27, 2006            Attorneys for Defendant