<u>ORDER GRANTING MOTIONS FOR *PRO HAC VICE* ADMISSIONS</u>

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that the

foregoing Motion for *Pro Hac Vice* Admissions is granted, and that Michael M. Eidelman and

Randall M. Lending are admitted *pro hac vice* to represent defendant in this action.


_____

Kent A. Jordan, .J.