**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING AND SERVICE OF
PLAINTIFF E. I. DU PONT DE NEMOURS AND COMPANY'S
<u>EXPERT DISCLOSURE</u>**

    PLEASE TAKE NOTICE that Plaintiff E. I. du Pont de Nemours and Company ("DuPont") hereby designates Robert N. Hughes as an expert witness whom DuPont may call to testify at trial.  DuPont has attached Mr. Hughes's expert report hereto as Exhibit 1.  DuPont reserves the right to have Mr. Hughes testify as to matters addressed in the testimony of Defendant's experts or otherwise raised by Defendant or otherwise dictated by the rulings of the Court or evidence at trial.

                          Respectfully submitted,

*Of Counsel*:               POTTER ANDERSON & CORROON LLP

John M. Sylvester           By:  */s/ John E. James*
Christopher C. French            John E. James (No. 996)
Scott A. Bowan              jjames@potteranderson.com
KIRKPATRICK & LOCKHART       Richard L. Horwitz (No. 2246)
NICHOLSON GRAHAM LLP        rhorwitz@potteranderson.com
Henry W. Oliver Building          Hercules Plaza – Sixth Floor
535 Smithfield Street           1313 North Market Street
Pittsburgh, PA  15222           Wilmington, DE  19801
(412) 355-6500             Telephone:  (302) 984-6000

Dated:  August 15, 2006         *Attorneys for Plaintiff,*
746135/20120-345           *E. I. du Pont de Nemours and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on August 15, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>Wilmington, DE  19801
>
>*Attorneys for Defendant*
>*Lumbermens Mutual Casualty Company*

>          */s/ John E. James*
>John E. James (#996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:   jjames@potteranderson.com
>
>*Attorneys for Plaintiff E. I. du Pont de Nemours and Company*