## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO EXTEND DISCOVERY
## AND DISPOSITIVE MOTION DEADLINES

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and Defendant Lumbermens Mutual Casualty Company ("Kemper") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 29 and Local Rule 16.5, file this Joint Motion to Extend Discovery and Dispositive Motion Deadlines. In support thereof, the Parties state as follows:

1. Discovery is scheduled to close in this matter on September 8, 2006.

2. The Parties are now, and have been, actively engaged in discovery.

3. As explained in their Interim Status Report on July 11, 2006, both Parties have served and responded to written discovery, including document requests, interrogatories, and requests for admission. The Parties are still in the process of analyzing the documents produced and conferring on the Parties' respective discovery responses.

4. In addition, the Parties made their initial expert disclosures on July 10, 2006, and served their expert reports on August 15, 2006.

5. The Parties have encountered some delay in the production of a significant volume of documents from a third party, Marsh Inc. ("Marsh"), in response to a subpoena served by Kemper on April 20, 2006. Counsel for Kemper has been working with Marsh to achieve compliance with the subpoena. To date, Marsh has produced more than 7100 pages of documents (approximately four banker's boxes) and has indicated that additional documents are forthcoming.

6. In addition, DuPont is in the process of reviewing additional electronic documents that may be responsive to Kemper's document requests.

7. Consequently, although the Parties have served deposition notices, no depositions have been taken because document discovery remains ongoing.

8. The Parties request, therefore, a sixty-day extension of discovery, which would move the discovery cut-off date to November 7, 2006.

9. The Parties also request that the date for filing case dispositive motions be advanced by sixty days, from October 20, 2006, to December 19, 2006.

10. The Parties are not seeking to alter the dates currently scheduled for the pretrial conference or trial.

11. Pursuant to Local Rule 16.5, the undersigned counsel certify that they have sent copies of this request to extend the discovery deadline to their respective clients.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Joint Motion to Extend Discovery and Dispositive Motion Deadlines and enter an order in the form attached hereto.

                                              Respectfully submitted,

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Sylvester | |
| Christopher C. French | By:   */s/ John E. James* |
| Scott A. Bowan |     John E. James (No. 996) |
| KIRKPATRICK & LOCKHART |     Richard L. Horwitz (No. 2246) |
| NICHOLSON GRAHAM LLP |     Hercules Plaza – Sixth Floor |
| Henry W. Oliver Building |     1313 North Market Street |
| 535 Smithfield Street |     Wilmington, DE  19801 |
| Pittsburgh, PA  15222 |     (302) 984-6000 |
| (412) 355-6500 | |
| | *Attorneys for Plaintiff,* |
| | *E. I. du Pont de Nemours and Company* |
| | |
| *Of Counsel*: | PEPPER HAMILTON LLP |
| | |
| Michael M. Eidelman | |
| Randall M. Lending | By:   */s/ M. Duncan Grant* |
| Jeffery M. Heftman |     David B. Stratton (No. 960) |
| VEDDER, PRICE, |     M. Duncan Grant (No. 2994) |
| KAUFMAN & KAMMHOLZ, P.C. |     Hercules Plaza - Suite 5100 |
| 222 North LaSalle Street, Suite 2600 |     1313 North Market Street |
| Chicago, IL  60601-1003 |     Wilmington, DE  19801 |
| (312) 609-7500 |     (302) 777-6500 |
| | |
| | *Attorneys for Defendant,* |
| | *Lumbermens Mutual Casualty Company* |

Dated: August 29, 2006
748086/20120-345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on August 29, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>Wilmington, DE  19801
>
>*Attorney for Defendant*
>*Lumbermens Mutual Casualty Company*

>  */s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:    jjames@potteranderson.com