**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

AND NOW, on this ____ day of _____, 2006, upon consideration of the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby **ORDERED** that said Motion is **GRANTED**. It is **FURTHER ORDERED** that the discovery cut-off date is now November 7, 2006, and the date for filing case dispositive motions is now December 19, 2006. All other dates set forth in the Court's Scheduling Order of December 13, 2005, remain unchanged.

_____
Hon. Kent A. Jordan
United States District Judge

748089/20120-345