## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

AND NOW, on this ____ day of _____, 2006, upon consideration of the parties' Amended Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby **ORDERED** that said Motion is **GRANTED**.  It is **FURTHER ORDERED** that the discovery cut-off date is now October 8, 2006, and the date for filing case dispositive motions (which is also the deadline for filing *Daubert* objections to expert testimony) is now November 19, 2006.  All other dates set forth in the Court's Scheduling Order of December 13, 2005, remain unchanged.

_____
Hon. Kent A. Jordan
United States District Judge

748390/20120-345