IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. duPONT de NEMOURS and COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Defendant. | Civil Action No. 05-699-KAJ |

### ORDER

AND NOW, on this 1st day of September, 2006, upon consideration of the parties' Amended Joint Motion to Extend Discovery and Dispositive Motion Deadlines (D.I. 75), it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the discovery cutoff date is now October 10, 2006, and the date for filing case dispositive motions (which is also the deadline for filing *Daubert* objections to expert testimony) is now November 20, 2006. All other dates set forth in the Court's Scheduling Order of December 13, 2005 (D.I. 27), remain unchanged.

                                                        UNITED STATES DISTRICT JUDGE

Wilmington, Delaware