**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-699 (KAJ) |
| | ) | |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF DEPOSITION</u>**

TO:     David B. Stratton
        M. Duncan Grant
        PEPPER HAMILTON LLP
        Hercules Plaza - Suite 5100
        1313 North Market Street
        Wilmington, DE  19801

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30, Plaintiff, E. I. du Pont de Nemours and Company, will take the deposition upon oral examination of Michael Brundage before a stenographic reporter duly authorized by law to administer oaths, on October 10, 2006, at Kirkpatrick & Lockhart Nicholson Graham LLP, 599 Lexington Avenue, New York, NY  10022, commencing at 9:00 A.M. and continuing from day to day until completed.

The deposition will be taken for all purposes authorized by law.  You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

*Of Counsel*:

POTTER ANDERSON & CORROON LLP

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
(412) 355-6500

By:   /s/ John E. James
    John E. James (No. 996)
    Richard L. Horwitz (No. 2246)
    Hercules Plaza – 6th Floor
    1313 North Market Street
    Wilmington, DE  19801
    Telephone: (302) 984-6000

*Attorneys for Plaintiff*
*E .I. du Pont de Nemours and Company*

Dated:  September 14, 2006
750418/20120-345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, John E. James, hereby certify that, on September 14, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

David B. Stratton
M. Duncan Grant
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

*Attorney for Defendant*
*Lumbermens Mutual Casualty Company*

/s/ John E. James
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-Mail:     jjames@potteranderson.com