IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of Scott A. Bowan and Jeffrey A. Vitek of Kirkpatrick & Lockhart Nicholson Graham LLP, Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, PA  15222, to represent Plaintiff E .I. du Pont de Nemours and Company in this matter.

*Of Counsel*:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
(412) 355-6500

Dated:  September 15, 2006
750460/20120-345

POTTER ANDERSON & CORROON LLP

By: ___/s/ John E. James_____
    John E. James (No. 996)
    Richard L. Horwitz (No. 2246)
    Hercules Plaza – 6th Floor
    1313 North Market Street
    Wilmington, DE  19801
    Telephone: (302) 984-6000

*Attorneys for Plaintiff
E .I. du Pont de Nemours and Company*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 15, 2006      Signed:   */s/ Scott A. Bowan*
　　　　　　　　　　　　　　　　　　　Scott A. Bowan
　　　　　　　　　　　　　　　　　　　Kirkpatrick & Lockhart Nicholson Graham LLP
　　　　　　　　　　　　　　　　　　　Henry W. Oliver Building
　　　　　　　　　　　　　　　　　　　535 Smithfield Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　Telephone:  (412) 355-6714

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 15, 2006        Signed:    */s/ Jeffrey A. Vitek*
                                            Jeffrey A. Vitek
                                            Kirkpatrick & Lockhart Nicholson Graham LLP
                                            Henry W. Oliver Building
                                            535 Smithfield Street
                                            Pittsburgh, PA  15222
                                            Telephone:  (412) 355-6714

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

       I, John E. James, hereby certify that, on September 15, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

       David B. Stratton
       M. Duncan Grant
       PEPPER HAMILTON LLP
       Hercules Plaza, Suite 5100
       1313 North Market Street
       Wilmington, DE 19801

       *Attorney for Defendant*
       *Lumbermens Mutual Casualty Company*

          */s/ John E. James*
       John E. James (#996)
       Potter Anderson & Corroon LLP
       Hercules Plaza - 6th Floor
       1313 North Market Street
       Wilmington, DE 19801
       Telephone: (302) 984-6000
       E-Mail: jjames@potteranderson.com