IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY,  )<br>)<br>Defendant.  ) | C.A. No. 05-699 (KAJ) |

## MOTION FOR *PRO HAC VICE* ADMISSIONS

Pursuant to Local Rule 83.5 and the attached certification, defendant Lumbermens Mutual Casualty Company hereby moves the admission *pro hac vice* of Jeffery M. Heftman to represent it in this matter.

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE  19899-1709
(302) 777-6500

Dated:  September 18, 2006          Attorneys for Defendant

#6201084 v1 (130888.3