CERTIFICATION OF JEFFERY M. HEFTMAN FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendant in this action; that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and the United States District Court for the Northern District of Illinois, and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL  60601

September 15, 2006