ORDER GRANTING MOTIONS FOR *PRO HAC VICE* ADMISSIONS

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that the foregoing Motion for *Pro Hac Vice* Admissions is granted, and that Jeffery M. Heftman is admitted *pro hac vice* to represent defendant in this action.

_____
Kent A. Jordan, .J.