## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, the foregoing Motion for *Pro Hac Vice* Admission, certification, and proposed Order were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

John E. James, Esq.
Richard L. Horwitz, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE 19801

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del. Bar No. 2994)

#6201084 v1 (130888.3