IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY,<br><br>       Plaintiff,<br>  vs.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-699 (KAJ)<br>)<br>)<br>)<br>) |

**SECOND JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and Defendant Lumbermens Mutual Casualty Company ("Kemper") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 29 and Local Rule 16.5, file this Second Joint Motion to Extend Discovery Deadline. In support thereof, the Parties state as follows:

1. Discovery was originally scheduled to close in this matter on September 8, 2006.

2. The Parties jointly requested, and the Court granted, a 30-day extension of discovery that moved the discovery cut-off date to October 10, 2006.

3. Although the Parties have been actively engaged in discovery and have used their best efforts to complete all outstanding discovery by October 10, it has become evident to the Parties that they will be unable to complete fact discovery by the discovery cut-off date. Therefore, the Parties now jointly petition the Court for an additional 45-day extension of discovery.

      4.      Both Parties have served and responded to written discovery, including document requests, interrogatories, and requests for admission. To date, over 75,000 pages of documents have been produced in this matter.

      5.      In addition, the Parties served their expert reports on August 15, 2006.

      6.      As they reported in support of their first motion to extend the discovery deadline, the Parties have encountered some delay in the production of a significant volume of documents from a third party, Marsh Inc. ("Marsh"), in response to a subpoena served by Kemper on April 20, 2006.

      7.      Since that time, Marsh has produced additional documents on September 5, 2006. Marsh has produced a total of approximately 7,300 pages of documents. Kemper does not regard Marsh's production as complete and is in the process of working with Marsh's counsel to address deficiencies in production. In addition, DuPont will be producing a privilege log regarding documents that DuPont asked Marsh to withhold on the basis of privilege.

      8.      On September 14, following Marsh's document production on September 5, and Kemper's review of Marsh's documents, Kemper served six subpoenas on former or current employees of Marsh commanding their appearance for depositions at various dates and times on or before October 10, 2006. Due to scheduling conflicts of the witnesses and counsel, the Marsh witnesses which Kemper has subpoenaed will not be able to produced for their depositions by October 10, 2006.

      9.      In addition to the aforementioned six Marsh depositions noticed by Kemper, Kemper has noticed three depositions of DuPont employees. DuPont has noticed seven depositions of current and former Kemper employees. In total, sixteen depositions have been noticed.

10. As the Parties previously advised the Court would be occurring, DuPont produced 23,0000 pages of electronic documents to Kemper on September 15, 2006, in supplement of DuPont's prior production of hard-copy documents. DuPont expects to produce additional substantial electronic documents in the next 10 to 14 days.

11. Although the Parties are unable to meaningfully engage in depositions until all document productions have been completed, the Parties are now in the process of scheduling the sixteen noticed depositions. As of the filing of this Motion, a number of these depositions have been scheduled and confirmed.

12. There are less than seventeen days available for the sixteen noticed depositions because of various intervening holidays, including two Jewish holidays and Columbus Day.

13. In addition, a Mediation Conference has been scheduled in this matter for October 4, thus making that day and the preceding day, which is necessary for travel, also unavailable for depositions.

14. Further complicating the Parties' efforts to schedule the remaining depositions is the fact that nine of the sixteen persons noticed for deposition are non-parties or former employees.

15. Therefore, the Parties request an additional 45-day extension of discovery, which would move the discovery cut-off date to November 24, 2006.

16. Although the Parties are not seeking to alter the trial date, the Parties are not opposed to moving that date if the Court so desires.

17.     Pursuant to Local Rule 16.5, the undersigned counsel certify that they have sent copies of this request to extend the discovery deadline to their respective clients.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Second Joint Motion to Extend Discovery Deadline and enter an order in the form attached hereto. The Parties are available at the Court's convenience for a teleconference to discuss this Motion.

Respectfully submitted,

*Of Counsel*:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
(412) 355-6500

POTTER ANDERSON & CORROON LLP

By: ___*/s/ John E. James*___
    John E. James (No. 996)
    Richard L. Horwitz (No. 2246)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE  19801
    (302) 984-6000

*Attorneys for Plaintiff,*
*E. I. du Pont de Nemours and Company*

*Of Counsel*:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
VEDDER, PRICE,
KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

PEPPER HAMILTON LLP

By: ___*/s/ M. Duncan Grant*___
    David B. Stratton (No. 960)
    M. Duncan Grant (No. 2994)
    Hercules Plaza - Suite 5100
    1313 North Market Street
    Wilmington, DE  19801
    (302) 777-6500

*Attorneys for Defendant,*
*Lumbermens Mutual Casualty Company*

Dated:  September 18, 2006
750995/20120-345

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on September 18, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801
>
> *Attorney for Defendant
> Lumbermens Mutual Casualty Company*

> _____*/s/ John E. James*_____
> John E. James (No. 996)
> Potter Anderson & Corroon LLP
> Hercules Plaza - 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> Telephone:  (302) 984-6000
> E-Mail:   jjames@potteranderson.com