IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 (KAJ) |

## **ORDER**

AND NOW, on this ____ day of _____, 2006, upon consideration of the parties' Second Joint Motion to Extend Discovery Deadline, it is hereby **ORDERED** that said Motion is **GRANTED** and the discovery cut-off date is now November 24, 2006.

BY THE COURT:

_____
Hon. Kent A. Jordan
United States District Judge

750996/20120-345