IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699 (KAJ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:   William Loughan             David B. Stratton
      742 Salem Road              M. Duncan Grant
      Hadley, PA  16130           PEPPER HAMILTON LLP
                                  Hercules Plaza – Suite 5100
                                  1313 North Market Street
                                  Wilmington, DE  19801

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff, E. I. du Pont de Nemours and Company, will take the deposition upon oral examination of William Loughan before a stenographic reporter duly authorized by law to administer oaths, on October 3, 2006 at Kirkpatrick & Lockhart Nicholson Graham LLP, 535 Smithfield Street, Pittsburgh, PA  15222, commencing at 9:00 A.M. and continuing from day to day until completed.

The deposition will be taken for all purposes authorized by law.  You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

-2-

*Of Counsel*:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
(412) 355-6500

Dated:  September 22, 2006
752099/20120-345

POTTER ANDERSON & CORROON LLP

By: _____/s/ John E. James_____
John E. James (No. 996)
Richard L. Horwitz (No. 2246)
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000

*Attorneys for Plaintiff,*
*E. I. du Pont de Nemours and Company*

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that, on September 22, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>Wilmington, DE 19801
>
>*Attorneys for Defendant,*
>*Lumbermens Mutual Casualty Company*

and that the foregoing was served by Certified Mail, postage pre-paid, upon the following:

>William Loughan
>742 Salem Road
>Hadley, PA 16130

>John E. James (No. 996)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-Mail: jjames@potteranderson.com