IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. duPONT de NEMOURS and COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Defendant. | Civil Action No. 05-699-KAJ |

### ORDER

At Wilmington this **27th** day of **September, 2006**,

IT IS HEREBY ORDERED that a teleconference relating to a discovery dispute has been scheduled for **October 6, 2006 at 4:30 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

IT IS FURTHER ORDERED that the parties' Second Joint Motion to Extend Discovery Deadline (D.I. 80), is DENIED. The parties shall be prepared to discuss the bases for that request and any other issues regarding discovery during the October 6 teleconference.

_____
UNITED STATES DISTRICT JUDGE