## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   C.A. No. 05-699 (KAJ)<br>) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | )<br>)<br>) |
| Defendant. | ) |

### JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and Defendant Lumbermens Mutual Casualty Company ("Kemper") (collectively, the "Parties") file this Joint Motion for Continuance of Trial Date. In support thereof, the Parties state as follows:

1. Discovery was originally scheduled to close in this matter on September 8, 2006.

2. The Parties jointly requested, and the Court granted, a 30-day extension of discovery that moved the discovery cut-off date to October 10, 2006.

3. Although the Parties have been actively engaged in discovery and have used their best efforts to complete all outstanding discovery by October 10, it has become apparent that they will be unable to complete fact discovery by the discovery cut-off date. The Parties, therefore, filed a Second Joint Motion to Extend Discovery Deadline requesting an additional 45-day extension of discovery, which was denied.

4. The Parties understand that the Court may be concerned with shortening the time period between the filing of case dispositive motions and the trial date (which is currently scheduled for April 23-27, 2007). Consequently, the Parties now jointly move to continue the trial date. The Parties have been advised by the Court that August 27-31, 2007, and December 17-21, 2007, are possible future trial dates.

5. The principal reasons that the Parties need additional time are related to difficulties in completing document productions and depositions by the discovery deadline.

6. Both Parties have served and responded to written discovery, including document requests, interrogatories, and requests for admission. To date, over 75,000 pages of documents have been produced in this matter.

7. As they have previously reported, the Parties have encountered some delay in the production of a significant volume of documents from a third party, Marsh Inc. ("Marsh") in response to a subpoena served by Kemper on April 20, 2006. Although Marsh produced a total of approximately 7,300 pages of documents by September 5, 2006, Kemper does not regard Marsh's production as complete and is in the process of working with Marsh's counsel to address deficiencies in production.

8. In addition, as the Parties previously advised the Court would be occurring, DuPont has been producing electronic documents to Kemper on a rolling basis. DuPont expects to complete that production within the next seven days.

9. On September 14, following Marsh's document production on September 5, and Kemper's review of Marsh's documents, Kemper served six subpoenas on former or current employees of Marsh commanding their appearance for depositions at various dates and

times on or before October 10, 2006.  Due to scheduling conflicts of the witnesses and counsel, as well as intervening religious holidays, the Parties cannot complete the Marsh depositions by October 10, 2006.

10. Including the aforementioned Marsh depositions, the Parties have noticed a total of seventeen depositions.  Of those, two have been completed, and another four have been scheduled.

11. There are less than six days available to complete fifteen depositions and to resolve deficiencies relating to Marsh's and the Parties' document productions.

12. In addition, a Mediation Conference has been scheduled in this matter for October 4, thus making that day and the preceding day, which is necessary for travel, also unavailable for depositions.

13. Further complicating the Parties' efforts to schedule the remaining depositions is the fact that ten of the sixteen persons noticed for deposition are non-parties or former employees.

14. Therefore, to enable the Parties to complete their document productions and depositions, while still giving the Parties and the Court sufficient time to prepare and consider case dispositive motions, the Parties request that the trial date be continued to August 27-31, 2007, or December 17-21, 2007, or to such other date as may be convenient to the Court.

15. Pursuant to Local Rule 16.5, the undersigned counsel certify that they have sent copies of this request to extend the discovery deadline to their respective clients.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Joint Motion for Continuance of Trial Date and enter an order in the form

attached hereto.  The Parties are available at the Court's convenience for a teleconference to discuss this Motion.

                     Respectfully submitted,

*Of Counsel:*                             POTTER ANDERSON & CORROON LLP

John M. Sylvester
Christopher C. French            By:   */s/ John E. James*
Scott A. Bowan                       John E. James (No. 996)
KIRKPATRICK & LOCKHART     Richard L. Horwitz (No. 2246)
NICHOLSON GRAHAM LLP       POTTER ANDERSON & CORROON LLP
Henry W. Oliver Building          Hercules Plaza – Sixth Floor
535 Smithfield Street               1313 North Market Street
Pittsburgh, PA  15222              Wilmington, DE  19801
Telephone:  (412) 355-6500        Telephone:  (302) 984-6000

                                     *Attorneys for Plaintiff,*
                                     *E. I. du Pont de Nemours and Company*

*Of Counsel:*                             PEPPER HAMILTON LLP

Michael M. Eidelman
Randall M. Lending              By:   */s/ M. Duncan Grant*
Jeffery M. Heftman                 David B. Stratton (No. 960)
VEDDER, PRICE,                   M. Duncan Grant (No. 2994)
KAUFMAN & KAMMHOLZ, P.C.    PEPPER HAMILTON LLP
222 North LaSalle Street - Suite 2600  Hercules Plaza, Suite 5100
Chicago, IL 60601-1003            1313 North Market Street
Telephone: (312) 609-7500         Wilmington, DE 19899
                                     Telephone:  (302) 777-6500

                                     *Attorneys for Defendant,*
                                     *Lumbermens Mutual Casualty Company*

Dated: October 2, 2006
753649/20120-345

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on October 2, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza - Suite 5100
>1313 North Market Street
>Wilmington, DE  19801
>
>*Attorney for Defendant*
>*Lumbermens Mutual Casualty Company*

Further, a copy of this Motion will be sent by electronic and first-class mail to:

>Michael M. Eidelman
>Randall M. Lending
>Jeffrey M. Heftman
>VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
>222 North LaSalle Street - Suite 2600
>Chicago, IL  60601-1003

>           */s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:    jjames@potteranderson.com