## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) LUMBERMENS MUTUAL CASUALTY COMPANY, ) ) ) ) Defendant. ) | C.A. No. 05-699 (KAJ) |

## **ORDER**

AND NOW, on this ____ day of _____, 2006, upon consideration of the parties' Joint Motion for Continuance of Trial Date, it is hereby **ORDERED** that said Motion is **GRANTED** and the new trial date is _____. It is **FURTHER ORDERED** that the Parties shall jointly submit within ten days an amended scheduling order that accounts for the new trial date.

BY THE COURT:

_____
Honorable Kent A. Jordan
United States District Judge