IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-699-KAJ |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : |
| Defendant. | : |

### ORDER

At Wilmington this **4th** day of **October, 2006**,

IT IS ORDERED that the continued telephonic mediation has been scheduled for **Tuesday, November 7, 2006** beginning at **10:00 a.m. Counsel for DuPont shall be responsible for setting up the teleconference call. The dial-in number and participant code have been previously provided to counsel. Should counsel need that information, they may contact the Magistrate Judge or David Burt, Esquire.** There shall be no further submissions of the parties. All other provisions of the Court's February 1, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE