IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. duPONT de NEMOURS and COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LUMBERMENS MUTUAL CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-699-KAJ ) ) ) ) ) ) |

## ORDER

AND NOW, on this 10th day of October, 2006, upon consideration of the parties' Joint Motion for Continuance of Trial Date (D.I. 85),

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel shall confer and submit a proposed revised scheduling order.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware