

Potter
Anderson
& Corroon LLP

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302  984-6018  Direct Phone
302  658-1192  Facsimile

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

October 13, 2006

**By CM/ECF and By Hand**

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

> RE:    **E. I. du Pont de Nemours and Company v.**
> **Lumbermens Mutual Casualty Company**
> **D. Del., C.A. No. 05-699 (KAJ)**

Dear Judge Jordan:

I have enclosed a courtesy copy of the Revised Scheduling Order that reflects the dates, including the new trial date, which Your Honor provided to the parties during the teleconference on October 6.  The parties have agreed with respect to other matters, such as the cutoff date for fact discovery, consistent with Your Honor's direction.  One additional change which is now included, that differs from the previous Order, is that the number of hours for depositions has been increased from 35 hours per side to 50 hours per side.  This change has been made at the request of Kemper.  DuPont does not think the change is necessary but does not oppose the increase of deposition hours requested by Kemper, subject to Your Honor's approval.

If Your Honor has any questions, counsel for the parties are available at the Court's convenience.

Respectfully,

/s/ John E. James

John E. James
(Del. Bar No. 996)

JEJ/cml
Enclosure
755759/20120-345
cc:    Dr. Peter T. Dalleo, Clerk of the Court (By CM/ECF and by Hand)
       M. Duncan Grant, Esquire (by CM/ECF)