# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-699-KAJ |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **December, 2006**,

IT IS ORDERED that the continued telephonic mediation scheduled for Monday, December 11, 2006 at 11:00 a.m. has been rescheduled to **Wednesday, January 17, 2007 beginning at 2:30 p.m. Counsel for DuPont shall be responsible for setting up the teleconference call and providing counsel with the dial-in number and participant code.** There shall be no further submissions of the parties. All other provisions of the Court's February 1, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE