IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY )<br>COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 |

**NOTICE OF SERVICE OF DEFENDANT'S
<u>SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

I hereby certify that on December 15, 2006, copies of Lumbermens Mutual Casualty Company's Second Set of Requests for Production of Documents were served by email upon the following counsel for plaintiffs:

> John E. James, Esq.
> Potter, Anderson & Corroon, LLP
> 1313 North Market Street
> Wilmington, DE  19801
>
> Scott A. Bowan, Esq.
> Kirkpatrick & Lockhart Nicholson Graham, LLP
> Henry W. Oliver Building
> 535 Smithfield Street
> Pittsburgh, PA  15222-2312

<u>OF COUNSEL:</u>

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL  60601-1003

Dated:  December 18, 2006

<u>/s/ M. Duncan Grant</u>
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
(302) 777-6500
Attorneys for Defendant
Lumbermens Mutual Casualty Company