**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND NOTICE OF DEPOSITION OF DEFENDANT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff E. I. du Pont de Nemours and Company ("DuPont") will take the testimony of Defendant Lumbermens Mutual Casualty Company ("Kemper") by way of deposition upon oral examination before a stenographic reporter duly authorized by law to administer oaths, on January 10, 2007 at Potter Anderson & Corroon LLP, Hercules Plaza - 6th Floor, 1313 N. Market Street, Wilmington, DE 19801, commencing at 9:30 A.M. and continuing from day to day until completed.

Pursuant to Rule 30(b)(6), Kemper shall designate one or more officers, directors, managing agents, or other persons to testify regarding the matters identified on Schedule A attached to this Notice.

The deposition will be taken for all purposes authorized by law. You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

-2-

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester | |
| Christopher C. French | By:___/s/ John E. James_____ |
| Scott A. Bowan | John E. James (No. 996) |
| KIRKPATRICK & LOCKHART | Richard L. Horwitz (No. 2246) |
| NICHOLSON GRAHAM LLP | Hercules Plaza - 6th Floor |
| Henry W. Oliver Building | 1313 North Market Street |
| 535 Smithfield Street | Wilmington, DE  19801 |
| Pittsburgh, PA  15222 | Telephone:  (302) 984-6000 |
| Telephone:  (412) 355-6500 | |
| | *Attorneys for Plaintiff* |
| | *E. I. du Pont de Nemours and Company* |

Dated:  December 28, 2006
769619/20120-345

## SCHEDULE "A"

## DEFINITIONS

1. "**DUPONT**" means E. I. du Pont de Nemours and Company.

2. "**INSURANCE PROGRAM**" means the insurance policies, insurance proposals, warranty agreements, indemnity agreements, dividend plans, and all other insurance agreements that you issued or sold to **DUPONT** from 1972 to the present, including the endorsements, riders, binders, cover notes, placing slips, and other documents issued in connection therewith.

3. "**KEMPER**" means the Kemper Insurance Companies, including Lumbermens Mutual Casualty Company, American Manufacturers Mutual Insurance Company, American Motorists Insurance Company, Kemper Casualty Insurance Company, Kemper Lloyds Insurance Company, Specialty Surplus Insurance Company, and Universal Bonding Insurance Company.

## TOPICS FOR INQUIRY

1. **KEMPER'S** initial creation of Large Risk Contributory Dividend plans such as those utilized in the **INSURANCE PROGRAM**.

2. The reason(s) **KEMPER** utilized Large Risk Contributory Dividend plans, such as those utilized in the **INSURANCE PROGRAM**, with policyholders instead of other types of loss-sensitive insurance programs.

3. The initial creation of the **INSURANCE PROGRAM**.

4. The initial creation, drafting, and meaning of the language reflected in the following terms, phrases or endorsements contained in the **INSURANCE PROGRAM** for the January 1, 2002-03 program year:

-2-

      (a)    "Basic Premium";

      (b)    "Subject Premium";

      (c)    "Audited Subject premium";

      (d)    "loss conversion factor";

      (e)    the "Large Risk Contributory Dividend Plan Endorsement";

      (f)    "Converted Limited Losses";

      (g)    "dividend";

      (h)    "Dividend Formula"; and

      (i)    the "Special Notes" on page 12.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on December 28, 2006, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

>David B. Stratton
>M. Duncan Grant
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>Wilmington, DE  19801
>
>*Attorney for Defendant*
>*Lumbermens Mutual Casualty Company*

>    */s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:  jjames@potteranderson.com