IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-699 |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF LUMBERMENS
MUTUAL CASUALTY COMPANY'S
SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

I hereby certify that on January 9, 2007, copies of Lumbermens Mutual Casualty Company's Supplemental Rule 26(a)(1) Disclosures were served upon the following counsel for plaintiffs in the manner stated for each:

John E. James, Esq.            (via hand delivery)
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE  19801

Scott A. Bowan, Esq.           (via first class mail, postage prepaid)
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL  60601-1003

Dated: January 9, 2007

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
(302) 777-6500
Attorneys for Defendant
Lumbermens Mutual Casualty Company