## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) |
| Plaintiff, | ) |
| v. | )   C.A. No. 05-699 *** |
| | ) |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

TO:   David B. Stratton/M. Duncan Grant
PEPPER HAMILTON LLP
Hercules Plaza - Suite 5100
1313 North Market Street
Wilmington, DE  19801

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30, Plaintiff E. I. du Pont de Nemours and Company will take the deposition upon oral examination of Charity Elmendorf before a stenographic reporter duly authorized by law to administer oaths, on January 12, 2007 at Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza - 6th Floor, Wilmington, Delaware 19801, commencing at 9:00 a.m. and continuing from day to day until completed.

The deposition will be taken for all purposes authorized by law. You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

*Of Counsel*:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Dated:  January 9, 2007
771086/20120-345

POTTER ANDERSON & CORROON LLP

By:___/s/ John E. James_____
   John E. James (No. 996)
   Richard L. Horwitz (No. 2246)
   Hercules Plaza – 6th Floor
   1313 North Market Street
   Wilmington, DE  19801
   Telephone:  (302) 984-6000

*Attorneys for Plaintiff
E .I. du Pont de Nemours and Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on January 9, 2007, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following attorneys of record stating that document is available for viewing and downloading from CM/ECF:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801
>
> *Attorneys for Defendant*
> *Lumbermens Mutual Casualty Company*

> */s/ John E. James*
> John E. James (No. 996)
> Potter Anderson & Corroon LLP
> Hercules Plaza - 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> Telephone:  (302) 984-6000
> E-Mail:  jjames@potteranderson.com