IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

E.I. du PONT de NEMOURS and COMPANY,     )
                                          )
              Plaintiff,                   )
        v.                                )     C.A. No. 05-699-***
                                          )
LUMBERMENS MUTUAL CASUALTY                )
COMPANY,                                  )
                                          )
              Defendant.                   )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 16, 2007, a true copy of Plaintiff's Objections and Responses to Lumbermens Mutual Casualty Company's Second Set of Requests for Production of Documents was served, in the manner indicated, on the following counsel of record, at the address indicated:

**By Hand**

David B. Stratton/M. Duncan Grant
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

*Of Counsel:*

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500

Dated: January 16, 2007
772527/20120-345

**By E-Mail**

Michael M. Eidelman/Randall M.
Lending/Jeffery M. Heftman
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003

POTTER ANDERSON & CORROON
LLP

By_____
      John E. James (No. 996)
      Richard L. Horwitz (No. 2246)
      Hercules Plaza - 6th Floor
      1313 North Market Street
      Wilmington, DE 19801
      Telephone: (302) 984-6000

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, John E. James, hereby certify that, on January 16, 2007, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorney of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by hand on the following Delaware attorney of record:

> David B. Stratton
> M. Duncan Grant
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> Wilmington, DE  19801

and that a copy was served by e-mail on the following non-Delaware counsel for Defendant:

> Michael M. Eidelman
> Randall M. Lending
> Jeffery M. Heftman
> VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, IL  60601-1003

John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-Mail:  jjames@potteranderson.com