IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | C.A. No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO EXTEND
## DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and Defendant Lumbermens Mutual Casualty Company ("Kemper") (collectively "the parties"), pursuant to Federal Rule of Civil Procedure 29 and Local Rule 16.5, file this Joint Motion to Extend Discovery and Dispositive Motion Deadlines. In support thereof, the Parties state:

1.  On October 16, 2006, the Court entered a revised Scheduling Order, which provided, in part, for discovery to close on January 12, 2007 and for case dispositive motions to be filed by February 23, 2007.

2.  The parties have worked diligently in attempting to complete discovery by the January 12, 2007 discovery cut-off.

3.  In this regard, Kemper has produced 39,665 pages of documents and DuPont has produced 323,813 pages of documents. In addition, the Parties have completed fourteen (14) party and non-party depositions.

4.  Due to unavoidable scheduling conflicts of certain witnesses and several remaining discovery issues that the Parties are attempting to resolve without the need for judicial intervention, the Parties have been unable to complete discovery by the January 12, 2007 discovery cut-off.

5. The Parties jointly request a forty-five day extension in which to complete all discovery, and a corresponding forty-five day extension to the dispositive motion deadline.

6. The Parties are not seeking to alter the dates currently scheduled for the pretrial conference or trial.

7. Pursuant to Local Rule 16.5, the undersigned counsel certify that they have sent copies of this request to extend the discovery deadline to their respective clients.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Joint Motion to Extend Discovery and Dispositive Motion Deadlines, extend the discovery cut-off to February 27, 2007 and the dispositive motion deadline to April 2, 2007, and enter an order in the form attached hereto.

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| John M. Sylvester<br>Christopher C. French<br>Scott A. Bowan<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: (412) 355-6500 | By:＿＿/s/ John E. James＿＿＿＿＿<br>　　John E. James (No. 996)<br>　　Richard L. Horwitz (No. 2246)<br>　　Hercules Plaza – Sixth Floor<br>　　1313 North Market Street<br>　　Wilmington, DE 19801<br>　　Telephone: (302) 984-6000<br><br>*Attorneys for Plaintiff*<br>*E. I. du Pont de Nemours and Company* |
| *Of Counsel:* | PEPPER HAMILTON LLP |
| Michael M. Eidelman<br>Randall M. Lending<br>Jeffery M. Heftman<br>VEDDER, PRICE,<br>KAUFMAN & KAMMHOLZ, P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Telephone: (312) 609-7500<br><br>Dated: January 17, 2007<br>772919/20120-345 | By:＿＿/s/ M. Duncan Grant＿＿＿＿＿<br>　　David B. Stratton (No. 960)<br>　　M. Duncan Grant (No. 2994)<br>　　Hercules Plaza - Suite 5100<br>　　1313 Market Street<br>　　Wilmington, DE 19801<br>　　Telephone: (302) 777-6566<br><br>*Attorneys for Defendant*<br>*Lumbermens Mutual Casualty Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-699-***<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, on this ____ day of _____, 2007, upon consideration of the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby ORDERED that said Motion is GRANTED. The discovery cut-off date is now February 27, 2007, and dispositive motions are to be filed by April 2, 2007.

BY THE COURT:

_____
Honorable Mary Pat Thynge
United States Magistrate Judge