

# Potter
# Anderson
# Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

John E. James
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

January 17, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699-***__

Dear Judge Thynge:

Pursuant to our discussion with Your Honor during the teleconference today in the above-referenced matter, I have enclosed a courtesy copy of the Joint Motion to Extend Discovery and Dispositive Motion Deadlines for the Court's review and approval.

If Your Honor has any questions concerning this Motion, counsel for the parties are available at the Court's convenience.

Respectfully,

John E. James

JEJ/cml
Enclosure
773015/20120-345
cc: Randall M. Lending, Esquire (by e-mail)
    M. Duncan Grant, Esquire (by e-mail)
    Christopher C. French, Esquire (by e-mail)