IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | C.A. No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

AND NOW, on this _18_ day of _January_, 2007, upon consideration of the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby ORDERED that said Motion is GRANTED. The discovery cut-off date is now February 27, 2007, and dispositive motions are to be filed by April 2, 2007.

BY THE COURT:

_/s/ Mary Pat Thynge_
Honorable Mary Pat Thynge
United States Magistrate Judge