

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

John E. James
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

January 23, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> RE:  **E. I. du Pont de Nemours and Company v.
> Lumbermens Mutual Casualty Company
> D. Del., C.A. No. 05-699-***_

Dear Judge Thynge:

In accordance with Your Honor's directive in the teleconference last week, I write to inform the Court that the parties have elected not to waive their rights to have an Article III judge determine those matters reserved by law to such a judge in this action.

Respectfully,

John E. James

JEJ/cml
773956/20120-345
cc:  Dr. Peter T. Dalleo, Clerk of the Court (by CM/ECF and by hand)
    M. Duncan Grant, Esquire (by CM-ECF and by hand)
    Christopher C. French, Esquire (by e-mail)