## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No. 05-699-*** |
| | : |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **24th** day of **January, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, February 20, 2007 at 4:00 p.m. Eastern Time** to discuss the status of the parties/counsel settlement discussions and further mediation. **Plaintiff's counsel shall initiate the teleconference call.**

IT IS FURTHER ORDERED that as a result of the discussions during the teleconference held on January 17, 2007, the scheduling teleconference tentatively set for January 26, 2007 at 9:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE