IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-699-***<br>)<br>)<br>)<br>)<br>) |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I certify that counsel for Plaintiff has made reasonable efforts to reach an agreement with counsel for Defendant regarding the matters set forth in the attached letter.

*Of Counsel:*

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500

POTTER ANDERSON & CORROON LLP

By: _____
John E. James (No. 996)
Richard L. Horwitz (No. 2246)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000

*Attorneys for Plaintiff*
*E. I. du Pont de Nemours and Company*

Dated: February 2, 2007
776064/20120-345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on February 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> M. Duncan Grant
> David B. Stratton
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

By: _/s/ John E. James_
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza - 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
jjames@potteranderson.com