# EXHIBIT C

**VEDDER PRICE**

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

JEFFERY M. HEFTMAN
312-609-7728
jheftman@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

January 26, 2007

**BY E-MAIL SBOWAN@KLNG.COM**

Scott A. Bowan
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Re:   DuPont v. Kemper

Dear Scott:

I am writing it response to your letter of January 22, 2007 with respect to the following matters.

Mr. McGregor will be produced in response to DuPont's Second Notice of Deposition pursuant to Rule 30(b)(6). We expect to provide dates for his deposition to you in the coming week. Kemper's agreement to produce Mr. McGregor for a second Rule 30(b)(6) deposition is subject to the objections as noted in our letter of January 8, 2007. Please be advised that Mr. McGregor will not testify concerning matters which were the subject of DuPont's First Rule 30(b)(6) deposition and which Mr. McGregor has already provided testimony.

Kemper's supplemental production (Kemper 39666-43241 and Conger 1182-1203), to include Mr. Conger's notes from the January 12, 2007 deposition of Mr. Hughes, are available for DuPont's inspection and copying. Please have your vendor contact me at their convenience to pick up and copy the documents.

With respect to documents formerly located in Kemper's New Jersey office, the facility has long since closed. Documents formerly kept in the New Jersey office were transferred to either Kemper's Long Grove facility or to an off-site storage facility. All such responsive documents have been obtained and produced.

To the extent that you wish a further explanation of documents produced by Kemper with respect to the manner in which premium was booked for the 2002 policy year, Kemper will consider such a request upon receipt of an appropriate Rule 30(b)(6) notice. DuPont's request for accounting documents from 1997 to 2001 is overbroad, unduly burdensome and disingenuous to the extent that

CHICAGO/#1599503.1

VEDDERPRICE

Scott A. Bowan
January 26, 2007
Page 2

DuPont continues to refuse to produce prior executed insurance proposals, drafts thereof and correspondence for this very same time frame. Only Kemper has produced such pre-2002 proposals, drafts and correspondence. We are reviewing the audit recapitulation document, Kemper 38923, with respect to the dates therein referenced in your letter and will respond to your inquiry next week.

Contrary to your representations, Kemper has produced responsive documents discussing its financial condition in 2002 and 2003, as well as documents referring to Kemper's decision not to declare dividends. Available documents referring to Kemper's ratings downgrades, as well as additional Pay for Performance will be made available for production. Kemper stands by its objections with respect to what DuPont refers to as the Berkshire-Hathaway transaction.

You also inquired into the matter of outstanding discovery depositions. It is my understanding that Mr. Pluard and Mr. Vlahos will be deposed on February 8 and 9, 2007 respectively. Ms. Charity Elmondorf will be available for a deposition on February 16, 2007 in Vedder Price's New York office. If you have any questions or would like to discuss any of these matters, please do not hesitate to call.

Regards,

Jeffery M. Heftman

JMH/lr
cc:    Randall M. Lending, Esq.

CHICAGO/#1599503.1