IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF SUBPOENAS DUCES TECUM**

PLEASE TAKE NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure Plaintiff E. I. du Pont de Nemours and Company issued a subpoena duces tecum with accompanying schedule of document requests (attached hereto as Exhibit A), which has been or will be served, on the third party listed below.

**Name**

State of Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767

**Date/Location of Document Production**

February 22, 2007 at 9:00 a.m.
State of Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767

Of Counsel:

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500

Dated: February 16, 2007
778229/20120-345

POTTER ANDERSON & CORROON LLP

By: _/s/ John E. James_
    John E. James (No. 996)
    Richard L. Horwitz (No. 2246)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000

*Attorneys for Plaintiff*
*E. I. du Pont de Nemours and Company*

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

E. I. du Pont de Nemours and Company

V.

Lumbermens Mutual Casualty Company

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-699 (District of Delaware)

TO: State of Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED RIDER

| PLACE  State of Illinois Department of Insurance  320 West Washington Street, Springfield, IL 62767 | DATE AND TIME  2/22/2007 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  ATTORNEY FOR PLAINTIFF | DATE  2/8/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Scott A. Bowan, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP, 535 Smithfield Street, Pittsburgh, PA 15222, (412) 355-6714

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

2007-02-14 23:59          2175286436 >>    6308182806                                            P 1/1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| E.I. DU PONT DE NEMOURS & CO. | COURT DATE: 2/22/2007 |
| PLAINTIFF(S) | Case No 05-699 |
| VS | |
| LUMBERMENS MUTUAL CASUALTY CO. | AFFIDAVIT OF SERVICE OF SUBPOENA IN A CIVIL CASE; RIDER |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein

On **Feb 09, 2007**, at **12:22 PM**, I served the above described documents upon **STATE OF ILLINOIS DEPARTMENT OF INSURANCE** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JIM RUNDBROM / ATTORNEY FOR DEPARTMENT OF INSURANCE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **320 W. WASHINGTON ST, SPRINGFIELD, IL 62767**.

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **54**  Hgt **6'1"**  Wgt **200**  Hair: **BROWN**  Glasses **YES**

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge

_____
Kyle Clutter, Lic.#: 0129-296616
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009-5526
(800) 243-8773

SUBSCRIBED AND SWORN to before me this 15th day of February, 2007

_____
NOTARY PUBLIC

CLIENT NAME: Capitol Process Services, Inc.
FILE #:

"OFFICIAL SEAL"
William R. Clutter
Notary Public, State of Illinois
My Commission Exp. 07/12/2008

ORIGINAL PROOF OF SERVICE

TRACKING #
29330

# SUBPOENA RIDER FOR STATE OF ILLINOIS DEPARTMENT OF INSURANCE

## REQUESTS FOR DOCUMENTS

### Definitions and Instructions

1. "COMMUNICATION" means any transmission of information, the information transmitted, and any process by which information is transmitted, whether written or oral.

2. "DOCUMENT" means any kind of written, typewritten, or printed material whatsoever, any kind of graphic material, and any computer readable media including, but without limitation, papers, agreements, contracts, notes, memoranda, correspondence, electronic mail messages (e-mail), studies, working papers, letters, telegrams, invoices, personal diaries, reports, records, books, forms, indexes, transcriptions and recordings, magnetic tapes, disks and printed cards, data sheets, data processing cards, personal calendars, journals, diaries, interoffice memoranda, minutes and records of any sorts of meetings, financial statements, financial calculations, estimates, reports of telephone or other oral conversations, appointment books, maps, drawings, charts, graphs, photographs, sound recordings, videotape recordings, computer printouts, microfilms, information sent or received via the Internet, information stored electronically or on computer chips, disks or databases, all other compilations of data from which information can be obtained or translated, if necessary, through detector devices into reasonable, usable form, and all other writings and recordings of every kind, however produced or reproduced, whether signed or unsigned. The term "DOCUMENT" includes, without limitation, the original and all file copies and other copies that are not identical to the original, no matter how or by whom prepared, and all drafts prepared in connection with any DOCUMENTS, whether used or not. If the original of any DOCUMENT is not in your possession, custody, or control, a copy of that DOCUMENT should be produced.

3.  "**KEMPER**" means the Kemper Insurance Companies, including Lumbermens Mutual Casualty Company, American Manufacturers Mutual Insurance Company, American Motorists Insurance Company, Kemper Casualty Insurance Company, Kemper Lloyds Insurance Company, Specialty Surplus Insurance Company, and Universal Bonding Insurance Company.

4.  "**RELATES TO**" (or any form thereof) means constituting, reflecting, representing, supporting, contradicting, referring to, stating, describing, recording, noting, embodying, containing, mentioning, studying, analyzing, discussing, evaluating, comprising, or relevant to.

5.  "**YOU**" or "**YOUR**" means A.M. Best Company, Inc. and its agents, predecessors and successors in interest, parents, subsidiaries, affiliates, divisions, area or regional offices, directors, officers, employees, managing general agents, or representatives of the foregoing.

6.  In construing these requests:

    (a) the singular form of a word includes the plural form and vice versa;

    (b) "and" and "or" are to be construed either disjunctively or conjunctively as is necessary to bring within the scope of each request any matter, information, or document that might otherwise be construed as outside its scope; and

    (c) each request should be construed independently and not by reference to any other request for purposes of limitation.

7.  YOU are requested to identify and provide an identification log for any documents responsive to these requests that are withheld under any claim of privilege, the work product doctrine, or any other protection or immunity from disclosure.

8.  This subpoena for the production of documents shall be deemed as continuing in nature. Further supplemental responses and productions shall be served upon counsel for E. I. du

Pont de Nemours and Company (as identified in this subpoena) from time to time if and when additional documents responsive to this subpoena come into the possession of **YOU** or **YOUR** attorneys.

### Documents To Be Produced

1. All **DOCUMENTS**, including all **COMMUNICATIONS**, exchanged between **YOU** and **KEMPER** from January 1, 2000 to the present.

2. All **DOCUMENTS RELATING TO KEMPER'S** financial condition, ability to declare and/or pay dividends, and run-off plan that were prepared from January 1, 2000 to the present.

3. All **DOCUMENTS**, including all **COMMUNICATIONS**, exchanged between **YOU** and any third-party, including any state insurance guarantee association/fund and any insurer rating agency or company (e.g., A.M. Best Company, Inc, Moody's Investors Services, Standard and Poor's), **RELATING TO KEMPER's** financial condition, ability to declare and/or pay dividends, and run-off plan from January 1, 2000 to the present.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on February 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

>M. Duncan Grant
>David B. Stratton
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709

By: /s/ John E. James
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza - 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
jjames@potteranderson.com