IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 05-699-*** <br> : |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : <br> : <br> : |
| Defendant. | : |

### ORDER

At Wilmington this **21ˢᵗ** day of **February, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, March 21, 2007 at 4:00 p.m. Eastern Time** to discuss the status of the parties/counsel settlement discussions and further mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge <br>
                                                  UNITED STATES MAGISTRATE JUDGE