IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

E.I. du PONT de NEMOURS and
Company,

       Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

       Defendant.

C.A. No. 05-699 ***

## DEFENDANT LUMBERMENS' NOTICE OF DEPOSITION OF MARSH & MCLENNAN COMPANIES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

To:   Rachel Schwartz, Esq.
KAPLAN THOMASHOWER &
LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004

John E. James
POTTER, ANDERSON & CORROON, LLP
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE 19801

John M. Sylvester
Christopher C. French
Scott A. Bowan
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Lumbermens Mutual Casualty Company ("Lumbermens"), will take the testimony of Marsh & McLennan Companies, Inc. ("Marsh") by way of deposition upon oral examination before a stenographic reporter duly authorized by law to administer oaths, on March 6, 2007, at Vedder, Price, Kaufman & Kammholz, P.C., 805 Third Avenue, New York, NY 10022, commencing at 9:00 A.M. and continuing from day to day until completed.

Pursuant to Rule 30(b)(6), Marsh shall designate one or more officers, directors, managing agents, or other persons to testify regarding the matters identified on Schedule A attached to this Notice.

The deposition will be taken for all purposes authorized by law.  You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL  60601-1003

Dated:  February 27, 2007

/s/ M. Duncan Grant
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company