## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, two copies of Defendant Lumbermens' Notice of Deposition of Marsh & McLennan Companies, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) were served upon the following counsel for plaintiff in the manner stated for each:

| | |
|---|---|
| John E. James, Esq.<br>POTTER, ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | (via ECF and hand delivery) |
| John M. Sylvester<br>Christopher C. French<br>Scott A. Bowan<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222 | (via first class mail, postage prepaid) |

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)