## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-699-*** |
| | : | |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **19th** day of **March, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 23, 2007 at 10:15 a.m. Eastern Time** to discuss the discovery dispute. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE