

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

March 20, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:  **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699-*****

Dear Judge Thynge:

    Your Honor has scheduled a telephone conference for 10:15 A.M. on Friday in the above-styled matter to hear argument on a discovery dispute raised by Defendant Kemper. The letters relating to this Motion are due tomorrow and Thursday.

    DuPont has two discovery disputes that it also would like to address with the Court on Friday after the Court resolves Kemper's matter. One issue relates to DuPont's discovery request seeking other policyholder information that DuPont requires in order to determine whether the "dividend" issue (that is central to this litigation) has arisen with other policyholders and how it has been resolved with them. In that connection, DuPont has requested documents and transcripts of depositions relating to such other policyholder information.

    The second issue that is the subject of a discovery dispute between DuPont and Kemper relates to a matter of privilege. Kemper has withheld all documents relating to the decision of Kemper's Board not to issue a "dividend" to DuPont on the grounds that the communications relating to that decision are privileged. DuPont believes that such documents, of which there are only a few in number, should be produced.

    DuPont believes that as a matter of judicial economy, it would be helpful to have its issues decided at the same time as the ones being presented by Kemper. Kemper is aware that DuPont intends to seek relief from the Court on this issue. Since Kemper obtained the Friday hearing date from Your Honor without input from DuPont's counsel on their availability, they should have no issue with the addition of DuPont's disputes to a time when it is convenient for their counsel. Accordingly, I would be most appreciative if Your Honor could advise me at the Court's earliest

Magistrate Judge Mary Pat Thynge
Page 2
March 20, 2007

convenience whether DuPont will be permitted to file its submissions tomorrow in reference to the above matters.

Respectfully,

John E. James

JEJ/cml
784557/20120-345
cc:    Peter T. Dalleo, Clerk of Court (by CM/ECF)
       Randall M. Lending, Esquire (by e-mail)
       M. Duncan Grant, Esquire (by CM/ECF)
       Christopher C. French, Esquire (by e-mail)