# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, )<br>Plaintiff, )<br>v. )<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>Defendant. ) | C.A. No. 05-699-*** |

## ORDER

AND NOW, on this _1*t*_ day of _January_, 2007, upon consideration of the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby ORDERED that said Motion is GRANTED. The discovery cut-off date is now February 27, 2007, and dispositive motions are to be filed by April 2, 2007.

BY THE COURT:

_/s/ Mary Pat Thynge_
Honorable Mary Pat Thynge
United States Magistrate Judge