# EXHIBIT 3

# PART 2

Page 174

1   Q. And in this case it's Kemper, correct?
2   **A. They are the insurer.**
3   Q. Did anybody from Kemper ever make any
4   representation to you that a dividend was guaranteed?
5   **A. The guarantee came in the form that they never**
6   **have not declared, as they call it, a dividend. But,**
7   **here again, what we have is a program that we're not**
8   **earning any part of Kemper's premium. We are earning**
9   **a credit based on our loss experience and the fees**
10  **that we're paying.**
11  Q. Sir, you understand that the last sentence on
12  the proposal on page 12 which has the language you
13  just referred to, "For the record, the Board of
14  Directors has never failed to declare the full
15  dividend under the terms and conditions of the Large
16  Risk Contributory Dividend Plan" to be a guarantee to
17  DuPont that they would continue to do so?
18  **A. Based on past experience, yes.**
19  Q. And despite the language in the first sentence
20  that says that dividends cannot be promised or
21  guaranteed and they're at the sole discretion of the
22  board, you still took that to be a guarantee?
23  **A. Yes.**
24  Q. Has DuPont ever made a statement like that to

Page 175

1   its shareholders about declaration of dividends?
2        MR. FRENCH: Objection to form. No
3   foundation.
4   Q. If you know.
5   **A. I don't know.**
6        **(Slesicki Deposition Exhibit No. 10 was**
7   **marked for identification.)**
8   **BY MR. LENDING:**
9   Q. Mr. Slesicki, I'm going to hand to you Slesicki
10  Exhibit No. 10.
11  **A. This is 2005.**
12  Q. This is for the record the 2005 10-K of DuPont.
13       I assume that you may have general
14  knowledge about the 10-K, correct?
15       MR. FRENCH: Objection to form. No
16  foundation.
17  **A. Once in a great while I may read it.**
18  Q. I want you to turn, if you would, to page 16 of
19  this 10-K.
20       Just for the record, I've just copied the
21  first 17 pages and the last page of the 10-K. It's a
22  much larger document, as you could expect.
23       Let's take a look at page 16. It relates
24  to Market For Registrant's Common Equity, Related

Page 176

1   Stockholder Matters And Issuer Purchases Of Equity
2   Securities.
3        Do you see where I am directing you, item
4   5?
5   **A. Yes.**
6   Q. Under that after it talks about the common
7   stock where it's listed, the second paragraph starts
8   off "Holders of the company's common stock are
9   entitled to receive dividends when they are declared
10  by the Board of Directors. While it is not a
11  guarantee of future conduct, the company has
12  continuously paid a quarterly dividend since the
13  fourth quarter 1904."
14       Do you see that?
15  **A. Yes.**
16  Q. Do you interpret this to be a guarantee by
17  DuPont that it will pay its shareholders a dividend?
18  **A. This dividend has --**
19       MR. FRENCH: Objection.
20       Let me make my objection before you
21  answer.
22       Objection to form. No foundation. It's
23  argumentative. This obviously has nothing to do with
24  the deposition notice that you sent to us either,

Page 177

1   Counsel. I gather this is another topic you're
2   planning to inquire about in the capacity of a
3   designated fact witness?
4        MR. LENDING: It relates to the dividend,
5   the general dividend, his understanding of the
6   dividend.
7        MR. FRENCH: DuPont's 10-K statements
8   relate to Kemper's definition of dividend in its
9   insurance proposal?
10       MR. LENDING: I'm looking at this
11  individual. That's fine. I'll ask him in his
12  individual capacity if you have knowledge.
13       MR. FRENCH: There's also no foundation.
14  But go ahead.
15       THE WITNESS: The question again?
16       MR. LENDING: Can you read it back?
17       (The reporter read back the pending
18  question.)
19       THE WITNESS: I don't look at DuPont
20  Company's dividends in the same respect to the
21  arrangements that we had with Kemper. So with respect
22  to DuPont, there is no guarantee as stated here for
23  future conduct.
24       However, I do not agree with Kemper's

1 definition of what dividends they're providing us
2 because it was not a dividend. It was an adjustment
3 of losses, plus expenses.
4 BY MR. LENDING:
5 Q. Do you understand this to give rise, the
6 statement that I just read in the 10-K, does this give
7 rise to any expectation in your view on the part of
8 the shareholders that a dividend will be paid since
9 it's been paid since the fourth quarter of 1904?
10       MR. FRENCH: Objection. No foundation.
11 It calls for speculation. Argumentative.
12 **A. I don't know.**
13 Q. Do you believe that this would indicate that
14 the shareholders have some right to be paid a
15 dividend?
16       MR. FRENCH: Same objections.
17 **A. I don't know.**
18 Q. Take a look, if you would, on the last page of
19 the 10-K under Dividends. It states "Holders of the
20 company's common stock are entitled to receive
21 dividends when they are declared by the Board of
22 Directors."
23       MR. FRENCH: I'm sorry, Counsel. We're
24 confused as to what page you're on.

1       MR. LENDING: The very last page where it
2 says Dividends down on the left-hand side, the fourth
3 highlighted section.
4       MR. FRENCH: Thank you. I'm with you now.
5 Thank you.
6 BY MR. LENDING:
7 Q. "Holders of the company's common stock are
8 entitled to receive dividends when they are declared
9 by the Board of Directors. While it is not a
10 guarantee of future conduct, the company has
11 continuously paid a quarterly dividend since the
12 fourth quarter 1904."
13       Do you see that?
14 **A. Yes.**
15 Q. Do you believe this statement gives rise to a
16 guarantee that a dividend will be paid in the future?
17       MR. FRENCH: Same objections.
18 **A. No.**
19 Q. Do you believe that these statements lead to an
20 expectation on the part of shareholders that a
21 dividend will be declared and paid?
22       MR. FRENCH: Same objection. No
23 foundation. Calls for speculation. Argumentative.
24 **A. I don't know.**

1 Q. Sir, back to Exhibit 9, which is the policy, if
2 you would, take a look at page 3718.
3 **A. What's the policy? This (indicating)?**
4 Q. Yes. I'll get you the page.
5 **A. Sorry.**
6 Q. The policy includes the large risk contributory
7 dividend plan endorsement that we looked at
8 previously, correct?
9 **A. Yes.**
10 Q. In fact, this refers to a specific,
11 incorporates policy number 5CL 947 509-10, correct?
12 **A. Yes.**
13 Q. And that policy, just for the record --
14       MR. LENDING: We will mark this as
15 Slesicki Exhibit 11.
16       (Slesicki Deposition Exhibit No. 11 was
17 marked for identification.)
18 BY MR. LENDING:
19 Q. This is policy number 5CL 947 509-10. Is that
20 correct?
21 **A. Yes.**
22 Q. And this is the insurance policy for the list
23 it states under item 3A, correct?
24 **A. Yes.**

1 Q. And if you would, take a look at where I put a
2 tab. The tab takes us to the large risk contributory
3 dividend plan endorsement which is also referred to in
4 Exhibit 9 that we saw.
5       And this is the actual language of that
6 dividend plan endorsement that we saw that was
7 attached to the proposal, correct?
8 **A. You're saying it's part of the proposal?**
9 Q. Yes. I'll direct you here. The proposal is
10 Exhibit 5 and it's DuPont 1648 document. That's the
11 same. You can just look at mine.
12 **A. Yes.**
13       MR. FRENCH: I'm sorry, counsel. You're
14 saying that, you're asking him if Exhibit 11 is the
15 same as 1648 in Exhibit 5?
16 Q. Well, let's just look at the language here.
17 Back to Exhibit No. 11, the large risk contributory
18 plan endorsement, do you see the language at the top,
19 first paragraph, first full paragraph, "The name
20 insured under the policy shall be entitled to receive
21 such refunds of unabsorbed premium herein called
22 dividends as shall be determined in the absolute
23 discretion of the Board of Directors under the
24 contributory dividend plan applicable to this policy"?

Page 182

1        Do you see that language?
2   A.  Yes.
3   Q.  That was the same language that I referred you
4   to that is attached to the 2002 program agreement,
5   correct, that I have highlighted on my copy?
6   A.  Yes.
7        MR. FRENCH:  Let me note for the record
8   while we're here what is attached to Exhibit 5, which
9   is what we have been calling the program agreement
10  today, is for 2001 and has a different policy number
11  than what you are referencing as Exhibit 11 which is
12  for 2002.
13       MR. LENDING:  Well, that's fine.  Exhibit
14  5 came from the file of DuPont and it attached -- it
15  came from DuPont's file.  This is not a Kemper
16  document.
17       THE WITNESS:  The policy that you refer to
18  is, but the proposal -- the policy is a Kemper
19  document.
20       MR. FRENCH:  Exhibit 11.
21       THE WITNESS:  Exhibit 11.
22  BY MR. LENDING:
23  Q.  And Exhibit 5 is a DuPont document, which is
24  the signed program agreement?

Page 183

1   A.  Which is what I received from Kemper.
2   Q.  But, nevertheless, it's the same language that
3   we saw?
4        MR. FRENCH:  That one paragraph that we
5   just saw?
6   Q.  That first paragraph, correct?
7   A.  Yes.  I read both and they are the same.
8   Q.  Sir, was there a separate policy also for the
9   states of Wisconsin and Louisiana?  Do you recall
10  that, there's a separate policy?
11  A.  You mentioned Arizona and Louisiana previously.
12  Q.  I'm sorry.  Arizona and Wisconsin?
13  A.  This one is Arizona and Louisiana.
14  Q.  Okay.  I'm sorry.  Arizona and Louisiana.
15  A.  There may be another policy.
16  Q.  A Wisconsin policy?
17  A.  There may be, yes.
18  Q.  Because they provided worker's comp insurance
19  coverage for Wisconsin.  Is that correct?
20  A.  They provided the policies.
21  Q.  Sir, I want to refer you back to the 30(b)(6)
22  deposition notice and if you would -- let me move some
23  of the policies out of the way.
24       Sir, take a look at item No. 9.  Is it

Page 184

1   DuPont's assertion in this case that --
2        MR. FRENCH:  You're talking about under
3   the topics for inquiry?
4        MR. LENDING:  Correct.
5   BY MR. LENDING:
6   Q.  Is it DuPont's position in this case that
7   Kemper's payment of a dividend to DuPont was not
8   discretionary?
9   A.  It's DuPont's assertion that this is a
10  self-insured program where we're paying the fees, the
11  assessments, the losses that are guaranteed by the
12  warranty agreement, as well as an insurance premium
13  that's paid with respect to the contractors' program.
14  Therefore, we don't even consider it a dividend.  We
15  consider it a self-insurance adjustment for us to do
16  business within the U.S. for our coverages, as well as
17  provide contractors with insurance policies.
18  Q.  So DuPont isn't even taking the position that
19  there's a dividend at play in this case?
20  A.  It is not a dividend.  It's an adjustment based
21  on actual fees and assessments paid in and adjustment
22  to actual at the end.
23  Q.  But the adjustment that we're talking about is
24  the same adjustment that Kemper has called a

Page 185

1   disallowed dividend, correct?  You have seen that
2   terminology used by Kemper?
3   A.  No, that's not the adjustment I'm talking
4   about.  I'm talking about the adjustment between the
5   basic cost and the actual basic cost.  And the
6   adjustment is really a self-insurance adjustment that
7   Kemper would take because DuPont is paying for it,
8   it's all of its losses under this program, except
9   those if they ever apply to the contractors' program.
10       MR. FRENCH:  Excuse me.  Can we go off the
11  record for a second?
12       MR. LENDING:  Sure.
13       (Discussion off the record.)
14  BY MR. LENDING:
15  Q.  Back, sir, to item No. 9 on the 30(b)(6).  It's
16  not DuPont's position in this case that Kemper's
17  payment of a dividend was not discretionary?  Is that
18  correct?
19       MR. FRENCH:  I'm sorry, Counsel.  You
20  might have a double negative in there.
21       MR. LENDING:  I probably do and I
22  apologize.
23       MR. FRENCH:  Let me object to form.  I
24  don't understand it.

Page 186

1   A.  And I thought I just answered that exact
2 question right before we broke.
3      MR. FRENCH:  I'm sorry, counsel.  We're
4 all sort of waiting.  Are you trying to ask a new
5 question or are you waiting for Mr. Slesicki to try to
6 answer the last one?
7   Q.  Well, let's see.  Mr. Slesicki, do you see item
8 No. 9?  It says, "The basis for DuPont's assertion
9 that Lumbermens' payment of a dividend to DuPont under
10 the Insurance Proposal is not discretionary."
11      That came from certain pleadings that,
12 that statement came from pleadings that I have
13 reviewed in this case that's been filed on DuPont's
14 behalf where DuPont has taken the position that the
15 payment of a dividend is not discretionary.
16      Is that consistent with your
17 understanding?
18   A.  That's my understanding.  However, our program
19 was never negotiated over the last 30 years that we
20 would not have an adjustment to our actual experience,
21 plus an adjustment to actual expenses.
22   Q.  Other than the 30-year history that you talked
23 about, is there any other basis for DuPont's assertion
24 that a payment of a dividend to DuPont under the

Page 187

1 insurance proposal is not discretionary, other than
2 that 30-year history that you just talked about?
3      MR. FRENCH:  Objection.  Asked and
4 answered.  It misstates his prior testimony.
5   A.  It's item 10.  That's all I have.
6   Q.  On item 10, if you could, take a look at item
7 10.  I asked you as DuPont's corporate representative
8 to set forth the basis for DuPont's assertion that
9 Kemper made false statements, explanations or
10 assurances with regard to how the insurance program
11 would function.
12      Do you see that item?
13   A.  Yes.
14   Q.  Is it DuPont's position that Kemper has made
15 false statements, explanations or assurances with
16 regard to how the insurance program would function?
17   A.  Well, that's why we're here today, because they
18 have, the current Kemper personnel have asserted that
19 we have a dividend program whereas we really have an
20 adjustment based on our losses or in the case of 2002
21 it's an adjustment of our basic premium costs, which
22 includes an insurance premium for the contractors'
23 program and it's backed up by a warranty that we would
24 be paying all the losses.

Page 188

1      So that is the explanation.
2   Q.  Who at Kemper do you believe has ever made a
3 false statement to you regarding how the insurance
4 program would function?
5   A.  I don't know who, but it's in the documents
6 that we received as the adjustment where it would not
7 allow this adjustment to occur for the year 2002.  So
8 whoever produced those documents would be the person
9 who made the statement.
10   Q.  Do you believe above and beyond that person,
11 whoever produced the statement that showed that the
12 dividend would not be paid or credited to DuPont --
13 that's what you're talking about?
14   A.  I'm talking about the adjustment not being made
15 or credited.
16   Q.  That's the $4.5 million adjustment that we
17 talked about previously?
18   A.  In other words, if we would have a charge of
19 4.5 as if we had a real insurance program, they would
20 not adjust it based on our 30 years of program where
21 we would be adjusting it to our self-insurance cost,
22 which was really the fees and assessments, as well as
23 the premium for the contractors' program and also us
24 paying for the losses for the year 2002 on the

Page 189

1 pay-as-you-go basis, which is backed up by the
2 warranty agreement.  If there was any losses that
3 would exceed these program limits, we would continue
4 to pay to exhaustion.
5   Q.  Sir, other than that person who generated the
6 statement that you just identified, do you believe
7 anybody else from Kemper has ever made a false
8 statement to DuPont in connection with how the program
9 would function?
10   A.  In discussions of a novation Kemper's
11 representative, Jerry...
12   Q.  Pluard?
13   A.  Pluard.  When we were discussing the novation,
14 he did mention that if there was no novation agreement
15 that they would still be pursuing the payment of this
16 amount of money, the 4.5.
17   Q.  You believe that to be a misrepresentation or a
18 false statement?
19   A.  I believe that to be incorrect.
20   Q.  But that's not a false statement because Kemper
21 is, in fact, pursuing the payment of 4.5 million,
22 correct?
23   A.  They are pursuing it but under false reasoning
24 because our program is to pay for the fees and

Page 190

1  assessments and we're indemnifying Kemper for all of
2  the costs of the program, other than if there was a
3  claim under the contractors' program.
4    Q.  Regardless of Kemper's reasoning, I want to
5  know who has made false statements to you by Kemper
6  or who has made false statements to DuPont by
7  Kemper.
8        Are you aware of anybody else other than
9  the individuals you have identified?
10   A.  No.
11   Q.  Is DuPont aware of anybody from Kemper who has
12  made a false explanation or assurance to DuPont as to
13  how the insurance program would function?
14   A.  State that again.  Give it back to me one more
15  time.
16       MR. LENDING:  Go ahead.
17       (The reporter read back the last
18  question.)
19       THE WITNESS:  The way the program was
20  explained is the way I have been explaining it to you,
21  so I consider that a true statement and anything that
22  has been presented by Kemper such as the two
23  individuals that I mentioned or persons, there hasn't
24  been any false statements.

Page 191

1  BY MR. LENDING:
2    Q.  Nobody from Kemper has ever told you or persons
3  at DuPont that they are guaranteeing the payment of a
4  dividend, correct?
5    A.  We're not talking about dividends.  We're
6  talking about adjustments to the self-insurance
7  program, that we're paying all the losses, that the
8  dividend really didn't enter into the discussions with
9  respect to this program.  It was DuPont wanting a
10  self-insure program.
11       Kemper would say here's the program that
12  we can provide to you to facilitate your self-
13  insurance program and give us an indemnity
14  agreement and warranty agreement and, therefore, that
15  replaces any of the other adjustments that Kemper
16  would be making.
17   Q.  Did Mike Brundage ever give you a false
18  explanation or assurance?
19   A.  As I explained to you is what I believe was the
20  discussions, if ever, I had them with Mike, would be
21  around the self-insurance program, that we would
22  self-insure and have a warranty agreement, so it was
23  with respect to how we would view the adjustment.
24   Q.  Did you, in fact, do you recall any specific

Page 192

1  discussions with Mr. Brundage along those lines?
2    A.  Not related to year 2002.  It could have been
3  with respect to any of the years where he was a
4  representative.
5    Q.  Do you recall any specific discussions with
6  Mr. Brundage along those lines?
7    A.  There could have been discussions around the
8  self-insurance aspect of this and the warranty
9  agreement that backs up all of the payments that
10  DuPont would be making with respect to losses and
11  payment of the fees.
12   Q.  I'm not asking you whether there could have
13  been discussions.
14       I'm asking you if you have any specific
15  recollection of discussions along those lines with
16  Mr. Brundage?
17   A.  No.
18   Q.  I want you to take a look at item 13.
19   A.  Of?
20   Q.  Of the 30(b)(6), Exhibit 3.
21       Is it your understanding, sir, and I'm
22  pulling out a quote from DuPont's pleadings in this
23  case, that "'it was never the intent of the parties
24  that DuPont would be required to pay the full audit

Page 193

1  premium without credit for the 'dividend'"?
2        Do you see that?
3    A.  Yes.
4    Q.  Do you believe that to be DuPont's position in
5  this case?
6    A.  With respect to the quote on dividend, that was
7  to use Kemper's words for the adjustment.  And, yes,
8  it is our intent that we would never be required to
9  pay a full audit premium.
10   Q.  And the dividend that DuPont is referring to
11  when it's making that quote is the $4.5 million amount
12  that is at issue, what you call an adjustment which
13  Kemper is calling a dividend, correct?
14   A.  That's what they're calling it, yes.
15   Q.  What is your basis for your assertion that it
16  was never the intent of the parties that DuPont would
17  be required to pay the full audit premium without
18  credit for the dividend?
19   A.  That we would be paying them the deposit amount
20  related to the fixed cost of the basic premium, which
21  also included an insurance premium of a million
22  dollars for the contractors' losses, excluding the
23  chemical release, and we would indemnify them through
24  a warranty agreement for any losses under this plan.

49  (Pages 190 to 193)

Page 194

1   Q.  Do you have any other basis other than that
2   assertion?
3   A.  That this was the program for the last 30
4   years.  This was the intent of the program and this
5   was another year of renewal with respect to this 2002
6   and, therefore, it was a self-insurance adjustment
7   because we paid for all the losses outside of the
8   program on a weekly basis, reimbursed Kemper/NATLSCO
9   for those claims that they paid.
10  Q.  Did anybody from Kemper ever say to DuPont that
11  DuPont would be required to pay the full audit premium
12  without credit for the dividend?
13  A.  State it again.  I just want to make sure.  I
14  didn't know if you put a negative or positive in
15  there, so that's my point.
16  Q.  Let me restate it.
17      Did anybody from Kemper ever tell you that
18  DuPont would not be required to pay the full audit
19  premium without credit for the dividend?
20  A.  There was never a statement that we would pay
21  the full audit premium.
22  Q.  Was there ever a statement that you would not
23  have to pay the full audit premium?
24  A.  The statements, as I referred to before, were

Page 195

1   based on the 30 years knowledge and how the
2   adjustments were made and there was never an intent
3   that we would have to pay the full audit premium for
4   getting nothing in return.  This was always an
5   adjustment that was made for the audit and gave us
6   credit for our self-insurance program.
7   Q.  Well, we have seen the language in the
8   proposal.  Beyond what's in the proposal or the
9   program agreement or the policy, did anybody from
10  Kemper ever have discussions with DuPont about the
11  amount of premium that it would be required to pay?
12  A.  Only with respect to the basic premium.  There
13  was never a discussion outside that amount that DuPont
14  would owe anything above that.
15  Q.  But did anybody from Kemper ever say to you or
16  to anybody else at DuPont that all DuPont would be
17  required to pay Kemper is the deposit premium or basic
18  premium?
19  A.  I don't recollect any statement.
20  Q.  I want to go back, if you would, to item 7.
21  A.  Back to 7.  All right.
22  Q.  What is DuPont's understanding of the risks
23  Kemper assumed under the insurance program for the
24  policy year 2002-2003?  Is it just the contractors'

Page 196

1   risk that you have talked about above and beyond a
2   million dollars with the exclusion of the chemical
3   explosions?
4   A.  Yes.
5   Q.  Do they also assume a risk and an obligation to
6   pay all claims subject to reimbursement by DuPont?
7   A.  There was a risk.  However, we reimbursed them
8   weekly as we agreed to in the indemnity agreements and
9   warranty agreements and signing the proposals.  So
10  we -- there was little or no risk to Kemper.
11  Q.  Kemper was on the hook for that, correct?
12  A.  If we did not reimburse them.  However, we
13  always reimbursed them on a timely basis for the last
14  30 years.
15  Q.  Take a look at item 8.
16      Why is it that DuPont elected to obtain
17  coverage, insurance coverage from Kemper under the
18  insurance program agreement that we have looked at
19  rather than electing to be entirely self-insured?
20  A.  The insurance coverage that we obtained from
21  Lumbermens or Kemper was related to the contractors'
22  program as they were willing to insure that risk above
23  a million dollar loss.  We decided to insure that risk
24  because there were contractors at very many of our

Page 197

1   business sites and the business sites were willing to
2   allocate some of that cost to their business rather
3   than assume a risk of a million dollars.
4   Q.  Above and beyond that insurance coverage risk,
5   you have testified previously about a number of other
6   things that Kemper provided to DuPont in the 30 or so
7   states where DuPont has not self-insured with the
8   various states.
9       Do you recall that?
10  A.  Not insured?
11  Q.  Not self-insured with the states.
12      Why did DuPont decide to get Kemper
13  involved to provide coverage for those 30 or so states
14  as opposed to DuPont just being self-insured in all of
15  those states?
16  A.  DuPont is self-insured.  You have it the
17  opposite.  DuPont is self-insured in the 30 states and
18  what Kemper provided was an excess worker's comp
19  coverage that was statutorily needed which was part of
20  the complete front agreement or indemnity agreement.
21  Q.  I'm sorry.  I got that backwards.  You're
22  right.
23      30 states where DuPont is self-insured
24  directly with the states, correct?

Page 198

1    A.  Approximately.
2    Q.  And 20 states where Kemper comes into play,
3    correct?
4    A.  Approximately.  Recognizing we're talking about
5    DuPont Company.  We're not talking about the
6    contractors' program at this point.
7    Q.  Right.  Why is it in those states where DuPont
8    is not directly self-insured with the states that they
9    brought in Kemper?
10    A.  In order to do business in those states either,
11    A, the state qualifications to self-insure DuPont did
12    not meet that test, it wasn't financially feasible for
13    us to self-insure directly or the administrative
14    burden was far in excess of providing self-insurance
15    directly.
16        So I would pay Kemper a fee,
17    administrative fee to provide those insurance policies
18    for the proof of insurance.  We would pay for the
19    claims as if we are self-insured.  We're indirectly
20    self-insured financially for all of those costs.
21    Q.  But for the reason that you just identified,
22    DuPont made a decision that they wanted to go with a
23    program of insurance in those 20 or so states as
24    opposed to being directly self-insured, correct?

Page 199

1    A.  We wanted to go indirectly self-insured through
2    a fronting company such as Kemper to provide that
3    proof of insurance to the state agencies.
4    Q.  But those states wouldn't consider DuPont in
5    those 20 or so states, they would not consider DuPont
6    to be self-insured, correct?
7    A.  They could if it's under the deductible.  They
8    knew that the company would be paying those deductible
9    amounts, so in one sense I believe the states
10    recognize that a company like DuPont is really paying
11    for these claims.
12    Q.  But for one reason or another, be it not
13    wanting to comply with the administrative burdens of
14    the regulatory scheme or not being able to comply with
15    the burdens of the regulatory scheme of those 20 or so
16    states, DuPont decided to get this program of
17    insurance with Kemper, correct?
18    A.  It requested Kemper to provide proof of an
19    insurance policy where we would pay the fees and
20    assessments and the losses.
21    Q.  Take a look at item 16.
22        In the 20 or so states where Kemper
23    provides insurance coverage under its insurance
24    program agreement as opposed to the 30 states where

Page 200

1    DuPont is directly filing with the states as a
2    self-insured, in those 20 states that I'm talking
3    about, does DuPont consider itself to be, quote,
4    self-insured?
5    A.  Financially self-insured.
6    Q.  But not from a regulatory standpoint, correct?
7    A.  Yes.  From a regulatory standpoint Kemper is
8    the insurance company for that.  However, all
9    financial aspects of it was paid for by DuPont.
10    Q.  In those 20 states DuPont considers itself
11    mostly self-insured?
12        MR. FRENCH:  Objection.
13    A.  No.
14    Q.  Go ahead.
15        MR. FRENCH:  Objection.  No foundation.
16    Misstates the testimony.
17    Q.  Go ahead.
18    A.  What the mostly self-insured was referring to
19    is the contractors' portion of that program.  When we
20    define self-insurance we define it from a financial
21    standpoint.
22    Q.  I want to direct your attention to item No. 5
23    which is the financial condition of Kemper.
24        Are you the person most knowledgeable from

Page 201

1    DuPont as to --
2    A.  Excuse me.  Before you go on, can I have one
3    more bio break, if you don't mind?
4    Q.  That's fine.
5        (A brief recess was taken.)
6        (Slesicki Deposition Exhibit No. 12 was
7    marked for identification.)
8    BY MR. LENDING:
9    Q.  Mr. Slesicki, before I get into item 5, which I
10    mentioned right before the break, I just want you to
11    identify Exhibit 12, which I will tell you is the
12    insurance proposal for 2003, for the 2003 program
13    year.
14        MR. FRENCH:  I'm sorry.  Did you give me a
15    copy of it?
16        MR. LENDING:  No.
17        MR. FRENCH:  What's the number?
18        MR. LENDING:  Exhibit 12.
19        MR. FRENCH:  Thank you.
20    BY MR. LENDING:
21    Q.  This is, in fact, the program agreement for the
22    2003 policy year, correct?
23    A.  (Reviewing document)  Yes.
24    Q.  Mr. Porter signed it on April 8, 2004, correct?

Page 202

1   A.  Yes.
2        MR. FRENCH:  Counsel, does this have all
3   of the attachments to it that it's supposed to?  I
4   notice this is a lot smaller than the other one.
5        MR. LENDING:  This is what they produced.
6        MR. FRENCH:  What Marsh produced to you?
7        MR. LENDING:  Yes.  It's Marsh 1682
8   through 1712.
9        Maybe if you could go back to your files
10  and if you can just pull out the entire, what DuPont
11  believes to be the entire 2002 and 2003 policies,
12  proposals and program agreements --
13       MR. FRENCH:  The 2003 one is not even at
14  issue in this case.  Is there some reason why we need
15  to spend time on it?
16  BY MR. LENDING:
17  Q.  I just want to have you take a look at it.
18       This 2003 agreement on page 12 has the
19  same dividend language that we saw in the 2002
20  proposal, correct?
21  A.  It appears to look the same, but without
22  comparing word for word --
23  Q.  That's fine.  You don't need to go word by
24  word.

Page 203

1        That's all I have on that document.
2        (Slesicki Deposition Exhibit No. 13 was
3   marked for identification.)
4   BY MR. LENDING:
5   Q.  I'm going to hand to you Exhibit 13, which is
6   an e-mail with attachments dated 7-12-02 and below at
7   6-25-02 and the document is marked DuPont 278 through
8   317.
9        Sir, do you see -- if you would, take a
10  look at the third page, this insurance program
11  agreement.  It looks like a draft of a document.
12  A.  Yes.
13  Q.  Have you ever seen this document before?
14  A.  Yes.
15  Q.  Tell us what that document is.
16  A.  It was Kemper's proposal to change the
17  agreements for future years.  And actually this is the
18  document that was compared to with the other document
19  that we talked about previously on an Excel
20  spreadsheet that Quetzy Rivera prepared back in
21  December of '02.
22  Q.  That's Exhibit No. 4.  Is that correct?
23  A.  Yes.
24  Q.  What happened with respect to this document,

Page 204

1   Exhibit 13, the insurance program agreement?
2   A.  Nothing after that.  This was something that
3   was provided by Kemper, I believe it was Mike
4   Brundage, for consideration in future years.
5   Q.  So for the 2003 program year?
6   A.  It could have been.  I don't remember that
7   being a specific discussion.
8   Q.  Was there negotiation back and forth regarding
9   this insurance program agreement?
10  A.  Not with respect to these agreements.
11  Q.  Was this agreement ever signed by and between
12  the parties?
13  A.  No.
14  Q.  Did DuPont agree to those terms?
15  A.  We didn't discuss them.  The standard agreement
16  that you gave for -- is this Exhibit 12?
17  Q.  That's the 2003 program agreement.
18  A.  Yes.  That was the document that, as in prior
19  years, was signed.
20       This (indicating) was never pursued by
21  Kemper any further than us getting that analysis.
22  Q.  What the parties ultimately agreed to for the
23  2003 program year was what we see in Exhibit 12, which
24  is very similar to the prior one we looked at for

Page 205

1   2002, which was Exhibit 5, correct?
2   A.  Yes, similar, except for financial matters.
3   Q.  Sir, are you the person from DuPont most
4   knowledgeable about Kemper's financial condition?
5   A.  Currently?
6   Q.  Currently.
7   A.  With respect to what's on their Web site.
8   That's the knowledge I have.
9   Q.  Well, let's take a look at item 5 of the
10  30(b)(6) asks for DuPont's understanding of the
11  financial condition of Kemper at three different
12  times.
13       Is it fair to say that during 2002 Marsh
14  as you understood it was closely monitoring Kemper's
15  financial condition?
16  A.  They prepared a document that indicated what
17  their financial condition was after they received a
18  decrease in their rating.
19  Q.  Marsh would make DuPont advised whenever they
20  learned new information about Kemper's financial
21  condition, they would advise DuPont, correct?
22  A.  They would provide that information.  As to
23  advisement, there was not any advice that Marsh would
24  provide.  They would provide the information as

Page 206

1 analyzed by their in-house Marsh personnel.
2 Q. Was it your understanding that they were
3 closely monitoring Kemper's financial condition during
4 the year 2002?
5 A. They were monitoring it as it changed
6 throughout the year.
7 Q. When there would be changes in Kemper's
8 financial condition, downgrades, you would be advised
9 by Marsh of that, correct?
10 A. I would be advised by an e-mail that a
11 downgrade had occurred and they would provide me with
12 that information.
13 I also received information from Kemper
14 when a rating was reconfirmed as being the same by a
15 rating agency. I believe -- I can't remember the
16 name, but it might have been like Moody's or Best's or
17 one of those rating agencies.
18 Q. So were you also advised by Kemper if there
19 was -- with respect to certain downgrades?
20 A. There may have been, I believe there were
21 e-mails that stated their downgrade and they were
22 taking care of those matters to assure that they were
23 a company where you could continue to do business
24 with, like an A minus excellent rating.

Page 207

1 (Slesicki Deposition Exhibit No. 14 was
2 marked for identification.)
3 BY MR. LENDING:
4 Q. I'm going to hand to you Exhibit 14. For the
5 record, Exhibit 14 is an e-mail dated August 21, '02
6 with an attachment from Kemper to DuPont with the
7 Bates DuPont 363 through 365.
8 Is this an example of a communication that
9 you would have received from Kemper during the 2002
10 time frame advising DuPont of a downgrade?
11 A. Yes.
12 Q. And here Kemper was advising you that Moody's
13 downgraded Kemper's financial strength rating from an
14 A2 to a Baa1 and Moody's also downgraded Kemper's
15 surplus notes rating from a Baa2 to Ba1? Is that
16 correct, sir?
17 A. Yes.
18 Q. You also would have had communications with
19 Marsh relating to this downgrade as well, correct?
20 A. Yes.
21 Q. Sir, on item 11 of the 30(b)(6), if we will go
22 back to 5 for a minute, item 11, is it DuPont's
23 position in this case that Kemper has made false
24 statements, explanations or assurances with respect to

Page 208

1 Kemper's financial condition?
2 A. Yes. Because they never really told us how bad
3 it was. Their notes indicated that they can change,
4 as in this case with Dennis Kane's note of August
5 16th, that their strategy with Moody's "and I believe
6 that is why they changed our outlook to 'developing,'
7 which signals that they believe something positive
8 could occur that would trigger an improvement in our
9 ratings," which means to me that they felt that they
10 were doing the appropriate changes in their corporate
11 structure. That would have us believe that they would
12 continue to be in business as an A minus type company.
13 And that's what Charity was saying here, that "It is
14 equivalent of Best's rating of A minus, which is the
15 rating Best gives us."
16 So that provided me with assurances that
17 Kemper was under control with their financial
18 condition and that there was no need to further look
19 at it other than from what Marsh's perspective was.
20 Q. At this time it was your understanding that
21 Kemper was rated A minus by Best, correct?
22 A. That's my understanding.
23 Q. Do you believe that Charity's statement to you
24 was false or misleading?

Page 209

1 A. I believe Kemper may not have told us
2 everything that was occurring throughout this period
3 of time and was giving its customers, especially
4 DuPont, who has been with them for 30 years, an
5 indication that they would continue to be doing
6 business as usual and this did not affect the DuPont
7 relationship.
8 Q. Did you have any direct communications with
9 Ms. Elmendorf about this e-mail?
10 A. I don't recollect. I may have chatted about
11 what she stated.
12 Q. But you don't have any specific recollection of
13 such conversation?
14 A. No. No.
15 Q. Do you recall discussing Kemper's financial
16 condition with anyone at Kemper during the 2002
17 period?
18 A. It was in e-mail communications with respect to
19 the various changes in their financial condition,
20 either stabilizing it or in the end on December 23rd
21 that's when their financial condition became
22 underrated or not qualified to be an insurance company
23 where they could provide the services that were needed
24 for the DuPont account.

Page 210

1  Q. Other than the written communication, do you
2  recall any oral communications, were you aware of any
3  oral communications by and between DuPont and Kemper
4  relating to Kemper's financial condition during 2002?
5  **A. No, I don't recollect.**
6  Q. Do you believe that Mr. Kane's comments in this
7  release of August 16, 2002 is false?
8  **A. Yes. Because Kemper --**
9  Q. What's false?
10 **A. Because only Kemper would know how their**
11 **financial condition was and this note makes it appear**
12 **that they had their business in order, and I believe**
13 **that would be a false statement.**
14 Q. Show me what statement in this document by
15 Mr. Kane is false in your view.
16 **A. (Reviewing document) The paragraph where**
17 **"We've shared our strategy with Moody's and I believe**
18 **that is why they changed our outlook to 'developing,'**
19 **which signals that they believe something positive**
20 **could occur that would trigger an improvement in our**
21 **ratings."**
22 Q. You think that to be a false statement?
23 **A. Yes. Because I believe that Kemper was not**
24 **analyzing their situation correctly to their customers**

Page 211

1  **as to the possibilities of the downside aspects of**
2  **them, of their performance in the future. They were**
3  **being one-sided.**
4  Q. What facts do you have to support your belief
5  that this statement is false?
6  **A. December 23rd, 2002 where their rating was then**
7  **downgraded only four months after stating that it was**
8  **a positive outlook.**
9  Q. Any other facts other than the December 23, '02
10 downgrade?
11 **A. No.**
12 Q. You're just speculating that Kemper wasn't
13 telling you the full story. Is that correct?
14 **A. I believe they were not telling me the full**
15 **story.**
16 Q. But that's your speculation, correct?
17 **A. That's my belief.**
18 Q. The reason for that is just the 12-23-02
19 downgrades, correct?
20 **A. Yes.**
21 Q. Did you ever see fit to contacting anybody from
22 Kemper, Mr. Kane or anybody else from Kemper to ask
23 them about is there more to the story than what you're
24 seeing in Exhibit 14?

Page 212

1  **A. Are you meaning other than Charity Elmendorf?**
2  **No.**
3  Q. Well, when you say, "other than Charity
4  Elmendorf," I believe I already asked you if you had
5  any specific discussions with her about this e-mail
6  and you said you don't recall?
7  **A. I don't recollect.**
8  Q. Do you recollect any or ever trying to contact
9  anybody from Kemper to discuss with them during 2002
10 specifics regarding their financial situation?
11 **A. No, I don't recollect.**
12 Q. Item 11 asks you, asks the corporate
13 representative of DuPont to give the basis for
14 DuPont's assertion that Lumbermens made false
15 statements, explanations or assurances with regard to
16 Lumbermens' financial condition.
17       Do you see that?
18 **A. Yes.**
19 Q. What basis do you have for that statement?
20 **A. They were also at this period of time**
21 **advertising in trade articles that they were in the**
22 **business of writing insurance. It was in I would say**
23 **I believe in December of '02 at the same time they**
24 **later that week or two they were further downgraded.**

Page 213

1  **So the assertion is that they weren't**
2  **really in the insurance business and they did not**
3  **supply us with details of their financial condition**
4  **until that date.**
5  Q. Are you referring to the Business Insurance
6  article that you referred to in the complaint in
7  December?
8       Is that what you're referring to?
9  **A. Yes.**
10 Q. Above and beyond that Business Insurance
11 article, are you aware of any other false statements,
12 explanations or assurances with regard to Kemper's
13 financial condition that Kemper made to DuPont during
14 2002?
15 **A. There's no additional other than what I have**
16 **stated in various other statements.**
17       MR. FRENCH: Let's go off the record for a
18 second.
19       (Discussion off the record.)
20       MR. FRENCH: Let me just note for the
21 record that off the record I had a discussion with
22 counsel and I informed him that there was additional
23 information responsive to this topic and asked him if
24 he wanted to hear it in this deposition or not, and he

Page 214

1  declined that invitation.
2      MR. LENDING: Well, no. I said that if
3  there's additional information you can certainly bring
4  it up and raise it by way of supplement or questioning
5  this witness after I'm through with the witness.
6      MR. FRENCH: But you don't want me to
7  refresh his memory now so he can provide it to you
8  right now, right?
9      MR. LENDING: You're dying to do it, so
10 let's hear it.
11     MR. FRENCH: You told me you don't want
12 to.
13     MR. LENDING: Just make a statement on the
14 record. Go ahead.
15     What else did Mr. Slesicki forget to tell
16 me in terms of the basis for false statements,
17 explanations or assurances with regard to Kemper's
18 financial condition in 2003? Go ahead.
19     MR. FRENCH: You don't want the testimony
20 of the witness? I'm not here to testify, Counsel.
21     MR. LENDING: No. You wanted to
22 supplement the record here. Go ahead. Supplement it.
23     MR. FRENCH: You want the witness's
24 testimony or you want mine?

Page 215

1      MR. LENDING: I've already got the
2  witness's testimony.
3      MR. FRENCH: I'm not here to testify,
4  Counsel.
5      MR. LENDING: If you believe there's
6  something else --
7      MR. FRENCH: There is. But it's not my
8  place to put it on the record. Move on then.
9      MR. LENDING: What do you want to do? Do
10 you want to meet with your client and talk to your
11 client and have him spit it out? Is that what you
12 want?
13     MR. FRENCH: He is the corporate
14 representative.
15     MR. LENDING: Okay. That's fine. He's
16 already answered the questions that I have asked.
17     MR. FRENCH: I'm just making a record that
18 you don't want me to confer with the witness to have
19 him supplement his answer. That's all I'm pointing
20 out on the record.
21     MR. LENDING: I believe that you should
22 supplement this witness's answer, but it's 4:15 right
23 now and I already got his answer. I would like it to
24 be supplemented and if there's a supplementation, I

Page 216

1  think you should supplement the answer either by a
2  letter or further offer of proof here or through your
3  examination of this witness when I'm done with him.
4      MR. FRENCH: Okay.
5      (Slesicki Deposition Exhibit No. 15 was
6  marked for identification.)
7  BY MR. LENDING:
8    Q.  Sir, is this the Business Insurance article
9  that you're referring to which I have marked as
10 Exhibit 15?
11   A.  Yes.
12   Q.  What is the false statement that you believe to
13 be in this Business Insurance article?
14      For the record, it's an article from
15 12-16-2002 Business Insurance and an advertisement
16 that was placed by Kemper in that magazine.
17   A.  "You'll always have the integrity of" your
18 "reputation for financial stability" — excuse me.
19 It's hard to read here.
20      "Financial stability and strength."
21   Q.  That you believe to be a misstatement by
22 Kemper?
23   A.  Yes.
24   Q.  When did you read this article?

Page 217

1    A.  I don't recollect the exact time, but it would
2  be in most likely in 2003, not 2002.
3    Q.  When do you believe you read it in 2003 for the
4  first time?
5    A.  After the beginning of the year in January.
6    Q.  This was after DuPont elected to go forward
7  with Kemper for the 2003 program year, correct?
8    A.  Excuse me?
9    Q.  You read this after DuPont elected to continue
10 with Kemper for the 2003 program year, correct?
11      MR. FRENCH: 2003 or 2002?
12      MR. LENDING: 2003.
13   A.  I read it, yes, after, after January 1st, 2003.
14   Q.  So sometime in January?
15   A.  Yes.
16   Q.  How did you rely upon this?
17   A.  That they were stating that they were a viable
18 company and by December 23rd of 2002 they were not.
19 So it was only a short time after the article was
20 printed that they were downgraded further and so I
21 relied on their information over the many years of
22 their stability and the information that they supplied
23 about their financial condition.
24      We were a 30-year company with them, a

Page 218

1  customer of theirs and we expected them to tell us
2  about their financial condition.  And obviously this
3  is an example where they were advertising to the
4  whole, to their insurance customer base where they
5  were financially stable where in fact they weren't.
6  And to take that 30 years of a program and being part
7  of our self-insurance program and saying that they're
8  financially stable was incorrect and was not a true
9  statement.
10  Q.  Well, they didn't say they're financially
11  stable.  They say, "You'll always have the integrity
12  of our reputation for financial stability and
13  strength," correct?  That's what it says?
14  A.  Yes.
15  Q.  And do you believe that Kemper did have a
16  reputation for financial stability and strength
17  historically?
18  A.  Yes.
19  Q.  As of the time you read this Business Insurance
20  article in January of 2003, you were aware, were you
21  not, that Kemper had been downgraded, as you said, on
22  or about December 23rd or 24th 2002, correct?
23  A.  Yes.
24  Q.  You were aware at the time you read that that

Page 219

1  Kemper no longer met Marsh's minimum guidelines for an
2  insurance company, correct?
3  A.  We were aware of that.
4  Q.  Correct.
5  A.  Yes.
6  Q.  You were aware of that back on December 24,
7  2002, correct?
8  A.  Yes, I was aware of it.
9  Q.  And also by the time you had seen this Business
10  Insurance article you had seen a number of financial
11  analyses and reviews by Marsh of Kemper that were very
12  detailed, had you not?
13  A.  Yes.
14  Q.  By this time, by the time you reviewed this
15  article from Business Insurance in January of 2003,
16  you were certainly aware that Marsh was very closely
17  monitoring the financial position of Kemper, correct?
18  A.  I was aware that they were monitoring.
19  Q.  And providing information to DuPont about that,
20  correct?
21  A.  They were providing information.
22  Q.  So how did you or how did DuPont rely on this
23  Business Insurance article to its detriment?  What did
24  DuPont do to rely on this?

Page 220

1  A.  It was an example of where Kemper was pursuing
2  insurance customers while they were also in a
3  financial condition that was contradictory to what
4  that article statement said.
5  Q.  Did DuPont rely to its detriment on this
6  Business Insurance article?
7  A.  We relied on them because we had a 30-year
8  relationship and we expected them to be open and
9  telling us what their real financial condition was for
10  year 2002 and not the statements that they were
11  looking at alternatives to continue to be a viable
12  insurance carrier.
13  Q.  What I am asking you is how did DuPont, if at
14  all, rely to its detriment on these statements in the
15  December 16 Business Insurance publication?
16  A.  It did not rely on that document only.
17  Q.  Did DuPont rely on this document at all to its
18  detriment?
19  A.  It did not rely on that document.
20  Q.  Are you aware of any other false statements,
21  explanations or assurances with regard to Lumbermens'
22  financial condition other than what you previously
23  testified to?
24  A.  I don't recollect at this time, but I may have

Page 221

1  forgotten.
2  Q.  Sir, after DuPont learned that Kemper no longer
3  met the minimum financial guidelines of Marsh on or
4  about December 24, 2002, DuPont proceeded to renew its
5  insurance agreement with Kemper for the 2003 program
6  year, correct?
7  A.  It renewed it because of the time frame of the
8  announcement and not having the capability of finding
9  insurers, fronting companies, claims handling
10  companies to proceed on the January 1st date.
11      We were also told that Kemper was trying
12  to have their large accounts, such as DuPont, to
13  assign them to another insurance company.  At that
14  time I believe it was Argonaut.  And that we were
15  attempting to, because we wanted to continue with our
16  self-insurance program whereby we would just pay the
17  assessments and the fees under the program, we were
18  attempting to have that assigned to another insurance
19  carrier with Kemper taking the lead with that.
20      That failed at the end of January and then
21  we proceeded with to be able to place the new or the
22  program with AIG.
23  Q.  When did DuPont start discussions with AIG
24  about moving its insurance program to AIG?

Page 222

1    A. Once Kemper provided this information that
2  Argonaut was not willing to take any large risk
3  accounts, we proceeded -- I believe that was the
4  fourth week in January. We then instructed Marsh to
5  put the package together which was the same
6  information we provided Kemper in October of 2002.
7         They proceeded to give two markets, AIG
8  and Old Republic, the information, with the objective
9  to have it effective February 1st, which was three to
10  five days. However, that was not feasible because AIG
11  and Old Republic had to look at the arrangement.
12    Q. When was it that DuPont started considering
13  having Argonaut be involved, as you testified?
14    A. When it was announced by Kemper that they were
15  trying to assign it to Argonaut or they were in
16  negotiations to sell what they called the renewal
17  rights to Argonaut.
18         However, that negotiation fell through.
19    Q. When was it that DuPont learned that?
20    A. Near the end of January.
21    Q. No. When was it that DuPont learned from
22  Kemper that Kemper was looking or in negotiations to
23  assign its renewal rights to Argonaut?
24    A. Beginning of January.

Page 223

1    Q. So that early January, is that the first week
2  of January?
3    A. Yes.
4    Q. What did DuPont do from the December 24 date of
5  '02 when it learned that Kemper did not meet the
6  minimum guidelines of Marsh through the end of the
7  year?
8    A. We determined that the issues that it presented
9  to DuPont were with some of our customers where our
10  contracts with our customers indicated a minimum
11  investment grade like A minus or A, A minus, excuse
12  me, A minus type grade and our customers in I believe
13  it was January, we were getting feedback from our
14  businesses that they were requiring us to change
15  insurance carriers because the contract said you must
16  have insurance policy with an A minus rated insurance
17  carrier.
18    Q. So from the period of 12-24 through the end of
19  the year before you received this feedback from the
20  business units that certain customers were requiring
21  you to have an A minus insurer, what was DuPont doing?
22    A. Doing?
23    Q. With respect to the insurance program with
24  Kemper.

Page 224

1    A. Well, we alerted the businesses that we were
2  going to look at alternatives and that that matter
3  couldn't be addressed until the new year because the
4  December month end is a busy time for all of these
5  fronting carriers to do the business that they already
6  have marketed or renewed for the year end. Plus with
7  vacations or holidays it was impossible to have anyone
8  there.
9         And then the next phase was Argonaut was
10  an option and then when that fell through we made a
11  decision to obtain quotes from AIG and Old Republic,
12  who were fronting companies as well.
13    Q. Isn't it true that the reason DuPont continued
14  with Kemper for the 2003 program year was because
15  Kemper was cheaper than the alternative carriers that
16  you guys were considering?
17         MR. FRENCH: Objection. No foundation.
18    A. No.
19    Q. No?
20    A. No. They were actually -- what happened was my
21  recollection is Kemper permitted our broker to provide
22  the agreements that we have under Kemper to the
23  insurance carriers such as Old Republic and AIG and
24  the pricing was approximately the same of what was

Page 225

1  agreed to with AIG.
2         The hangup with AIG was having a TPA which
3  was being renamed from NATLSCO to Kemper Services on
4  their approved list of claims handlers and that took
5  actually the time from February to get that approval
6  through AIG's internal program.
7         (Slesicki Deposition Exhibit No. 25 was
8  marked for identification.)
9  BY MR. LENDING:
10    Q. Sir, I am handing to you what I have marked as
11  Slesicki Exhibit 25. Take a look at that.
12         For the record, this is a document, it's
13  an e-mail dated 12-24-02 from Quetzy Rivera to you
14  with the Bates range DuPont 534 through 564.
15         Sir, attached to this document is the
16  Kemper 2003 program agreement proposal, correct?
17    A. 2003, correct.
18    Q. Then if you take a look at pages 551, if you
19  can identify that. What is this spreadsheet on 551?
20    A. What is it?
21    Q. Yes.
22    A. It's small print. Excuse me.
23         This is a document from Marsh's database
24  as to what types of programs that they had in their

Page 226

1  database that were considered primary programs or
2  fronting programs or guaranteed cost programs.
3     Q.  Similar to what you had with Kemper?
4     A.  Don't know.  It's just a listing for
5  information.
6     Q.  Take a look back on the first page of the text
7  of the e-mail.  Take a look, if you would, at the last
8  sentence which is talking about 15 percent increase
9  with Kemper to provide its program agreement services.
10       Do you recall that, that Kemper had
11  approximately a 15 percent increase during the 2003
12  program year?
13    A.  This was dealing with the claims handling fees
14  and really not considered as part of the worker's
15  comp.  This is the cost of handling claims.
16    Q.  That was part of the overall program?
17    A.  The overall program.
18    Q.  And here Ms. Rivera is telling you that even
19  with the 15 percent increase Kemper falls on the low
20  end as compared to other Marsh accounts, correct?
21    A.  Yes.  And it's believed because of our 30-year
22  relationship that their pricing was competitive
23  because when you have a long-term customer you don't
24  have to go through various additional administrative

Page 227

1  work as you would with a client who's been with an
2  insurance carrier or a claims handler for a long time.
3     Q.  At this time as of 12-24-02 you were aware of
4  the downgrades of Kemper, correct?
5     A.  I don't recollect when I received the
6  announcement.  This is probably a timing -- I don't
7  know when Quetzy received this versus when she sent
8  it.  She sent it probably the same day.
9         MR. LENDING:  I am going to mark Exhibit
10  26.
11        (Slesicki Deposition Exhibit No. 26 was
12  marked for identification.)
13  BY MR. LENDING:
14    Q.  Exhibit 26 is notification to you by John Ball
15  of certain downgrades by Kemper.
16        As of 12-24-02 you received this e-mail at
17  9:44 a.m., right?
18        MR. FRENCH:  I'm sorry, counsel.  I think
19  you want this back.
20        MR. LENDING:  Wait a second.
21        (Discussion off the record.)
22  BY MR. LENDING:
23    Q.  If you look at Exhibit 26, you received
24  notification from Mr. Ball about certain downgrades

Page 228

1  for Kemper by Moody's and Standard & Poor's that took
2  place on December 20, 2002, correct?
3     A.  Yes.
4     Q.  And that was prior to your receiving this
5  information that we saw on Exhibit 25, correct?
6     A.  Yes.  One hour before.
7     Q.  And then you also learned eventually, I believe
8  later that day, that Moody's -- I'm sorry.  Not
9  Moody's.
10       Best had downgraded Kemper to below an A
11  minus through a press release which I will mark as
12  Slesicki Exhibit 27.
13       (Slesicki Deposition Exhibit No. 27 was
14  marked for identification.)
15  BY MR. LENDING:
16    Q.  Is that correct?  This is the press release
17  that was from DuPont, DuPont 1528 and 1536.  Forget
18  the second page.  It looks like that's just a bad
19  copy.  Let's just take that off.
20       Exhibit 27, if you would just take the
21  second page off of that and hand me that.  It's just a
22  different -- let me see that.
23       I will mark that later.  Let me throw that
24  in this pile.

Page 229

1         So that's when you learned about A.M. Best
2  lowering the financial strength rating from an A minus
3  to a B plus, correct, at about this time?
4     A.  Yes, as well as learning the decision by Kemper
5  to repurchase the equity business back from Berkshire
6  Hathaway.
7     Q.  But as of December 24, 10:27 a.m. when you
8  learned about this downgrade you understood that
9  Kemper no longer met Marsh's minimum guidelines,
10  correct?
11    A.  Yes.  And DuPont's minimum requirements as per
12  its contracts with various customers.
13    Q.  Well, you learned that.  When did you learn
14  that?
15        MR. LENDING:  I think I made a mistake.
16        (Discussion off the record.)
17        MR. LENDING:  For the record, apparently I
18  grabbed the stack when I started with 25, so Exhibit
19  16 through 24 of Slesicki deposition exhibits are no
20  longer, there are no exhibits for that range.
21        (Slesick Deposition Exhibit No. 28 was
22  marked for identification.)
23  BY MR. LENDING:
24    Q.  So, Mr. Slesicki, I want to hand you Slesicki

Page 230

1 Exhibit 28. Take a look at Exhibit 28.
2       This is an e-mail from Quetzy Rivera to
3 you dated 12-30-02, DuPont 614 and 615.
4       As of this time you certainly, DuPont
5 certainly had knowledge of the downgrades and
6 certainly had knowledge that Kemper was not meeting or
7 no longer met Marsh's minimum guidelines, correct?
8   A. Yes.
9   Q. And if you would, take a look at the second
10 paragraph which talks about Kemper's pricing. Again,
11 you're talking pricing or she's talking pricing with
12 respect to the 2003 program year, correct?
13   A. Excuse me? I didn't hear the last part of your
14 statement.
15   Q. Ms. Rivera is relaying to you information about
16 Kemper's pricing for the 2003 program year, correct?
17   A. She's saying all markets, all accounts and
18 assuming that includes DuPont, yes.
19   Q. So Kemper's costs are rising requiring at least
20 a 15 percent increase on all accounts, correct? It's
21 the first paragraph.
22   A. Yes, that's what she's saying.
23   Q. And then the second paragraph advises you that
24 she's trying to get Kemper to come down on their

Page 231

1 pricing, but the bottom line is that Kemper is
2 cheaper.
3       Do you see that?
4   A. Yes.
5   Q. Compared to other carriers that they were
6 looking at?
7   A. They were looking at it from their other book
8 of business, not compared to DuPont's account.
9   Q. But from based compared to other accounts that
10 Marsh had, they were telling you that the prices that
11 you're getting from Kemper is cheaper than those
12 others?
13   A. Correct.
14   Q. You elected or DuPont elected to continue with
15 Kemper for insurance for the 2003 program year,
16 correct?
17   A. As this note indicates and I wrote to Quetzy,
18 "since the DuPont program is a cost plus program what
19 are the reasons for the price increase being
20 proposed?"
21       She didn't really answer that. So all I'm
22 saying back to her is to find out from Kemper as to
23 why the reasons for the price increase.
24   Q. And her response to you is that essentially

Page 232

1 Kemper is still cheaper than others that we're seeing?
2   A. But she didn't answer the question. That was
3 the intent. What she was saying was not material to
4 my question.
5   Q. What number was that? Let me just see that.
6       MR. FRENCH: 28.
7   A. That was 28.
8       (Slesicki Deposition Exhibit No. 29 was
9 marked for identification.)
10 BY MR. LENDING:
11   Q. I'm going to hand to you what I have marked as
12 Slesicki Exhibit No. 29. This is an e-mail, series of
13 e-mails between you and Mr. Ball and Ms. Rivera on or
14 about November 25 with the DuPont Bates stamp 1001 and
15 1002.
16       If you would, take a look at the third
17 bullet, third paragraph on the second e-mail on this
18 page, the one from John Ball to you.
19       Do you see that?
20   A. Yes.
21   Q. And she's telling you that or he is telling you
22 that Quetzy has researched current market trends with
23 respect to excess worker compensation market on your
24 behalf.

Page 233

1       Do you see that?
2   A. Yes. That dealt with the contractors' program.
3   Q. And that's what we had looked at previously on
4 Deposition Exhibit No. 4, the different contracts?
5   A. No. That dealt with determining if the price
6 increase or any increases in the cost of providing,
7 Kemper providing the insurance for the contractors'
8 program above a million dollar loss, excluding
9 chemical explosion, was reasonable. Guy Carpenter is
10 a unit within Marsh who is a reinsurance facility
11 market.
12   Q. So this was part of the renewal process for
13 2003 to have Marsh take a look at competitive
14 information, correct?
15   A. To see if what Kemper is stating is within the
16 reason of the insurance market.
17   Q. Sir, are you aware of any discussions DuPont
18 has had with any former employee of Kemper concerning
19 Kemper's failure to declare a dividend?
20   A. Former employee?
21   Q. Correct.
22   A. No, I have not.
23   Q. Are you aware of any discussions with
24 Mr. Logan?

Page 234

1    A.  No, I am not.
2    Q.  Have you had any discussions with Mr. Logan?
3    A.  No.
4    Q.  Are you aware of anybody from DuPont having any
5    discussions with Mr. Logan?
6    A.  Not that I'm aware of.
7    Q.  Are you aware of any discussions between DuPont
8    and any employee of Kemper, former employee of Kemper
9    as to any matter?
10   A.  Any work-related matter?
11   Q.  Correct.
12   A.  No.
13   Q.  Are you currently communicating with any former
14   employees regarding a non-work-related matter?
15   A.  When I was up at Berkeley Heights, New Jersey
16   where Charity Elmendorf lives around, she came in for
17   15 minutes to say hello.
18   Q.  When was that?
19   A.  That was -- what month is this?  That was
20   September 14th and 15th, I believe.  It's 12, 13, 14,
21   15th, somewhere in there.
22   Q.  So last month sometime?
23   A.  Yeah.  It's the middle of September, just a few
24   weeks ago.

Page 235

1    Q.  Did you have any discussion with Ms. Elmendorf
2    that there was a dispute by and between Kemper and
3    DuPont?
4    A.  No.
5    Q.  Did you have any discussion about this lawsuit?
6    A.  No.
7    Q.  Any discussion about her providing any type of
8    testimony?
9    A.  No.
10   Q.  The lawsuit and the dispute didn't come up at
11   all?
12   A.  No.  It was purely personal.
13   Q.  Other than that meeting with Ms. Elmendorf you
14   said for about fifteen minutes --
15   A.  Fifteen, twenty minutes, that range, yes.
16   Q.  -- have you met with or spoken to any other
17   former Kemper employee?
18   A.  When you define Kemper employee, there are now
19   employees of Broadspire who happened to be Kemper
20   employees at the time of 2002.
21   Q.  But those discussions would relate to claims
22   handling matters?
23   A.  Yes.  They would be work-related matters, but
24   there was no discussion with any of those employees.

Page 236

1    Q.  About this lawsuit or this dispute, correct?
2    A.  Yes.
3    Q.  Are you aware of any discussions by and between
4    DuPont with any other Kemper insured about Kemper's
5    failure to declare a dividend?
6    A.  Ask that question again.
7    Q.  Are you aware of any discussions by and between
8    DuPont and any other insured of Kemper about Kemper's
9    failure to declare a dividend or this dispute?
10   A.  With respect to our lawsuit?
11   Q.  Correct.
12   A.  I had a verbal discussion with Wyeth.
13   Q.  Who did you talk to there?
14   A.  Their insurance manager, and I don't recollect
15   his name.
16   Q.  What did you discuss?
17   A.  He asked us if we had a program with Kemper and
18   about any of these adjustments that were not being
19   credited to the DuPont account and we had a dispute
20   about it.
21   Q.  And did you make the call to him or did he call
22   you?
23   A.  He called me.
24   Q.  Did he say that they had a dispute with Kemper

Page 237

1    along the same lines?
2    A.  We didn't discuss his, except that Kemper was
3    charging them for items that he felt that were not
4    chargeable.
5    Q.  Was Kemper charging Wyeth for the dividend the
6    same way that --
7    A.  I don't recollect the details.
8    Q.  Did the gentleman from Wyeth tell you that they
9    had a dispute with Kemper regarding the failure to
10   declare a dividend?
11   A.  He felt he had a dispute and he wanted to
12   determine if DuPont had one.
13   Q.  And you told him that you did have a dispute?
14   A.  Yes.
15   Q.  And anything further that was discussed?
16   A.  No.  That's all he needed to know to pursue it.
17   Q.  Did you share with him any of the documents
18   involved in the litigation?
19   A.  No.
20   Q.  Are there any other discussions with any other
21   Kemper insured other than the discussions you told me
22   about with the insurance manager from Wyeth?
23   A.  Not that I can recollect.
24   Q.  When was that discussion with Wyeth?

Page 238

1   A. Sometime in 2005, last year. I don't recollect
2   when.
3   Q. Sir, I want to direct your attention to item
4   No. 12 on this sheet on the 30(b)(6), Exhibit 3.
5        Does DuPont assert that it suffered some
6   type of prejudicial change in condition as a
7   consequence of Lumbermens, any alleged conduct by
8   Kemper in this case? Again, these are words that are
9   taken from your pleadings.
10  A. Well, the change is that we moved the program
11  to another insurance carrier. We have had to go
12  through this lawsuit to clearly define DuPont's
13  intentions and agreements over the last 30 years of
14  the program that it was a cost plus.
15  Q. Anything else, sir?
16  A. That a there's self-insured aspect of the
17  program, the surety bonds, the letters of credit that
18  we still have in place around this program where they
19  should be drastically reduced.
20  Q. Anything else?
21  A. The legal fees that are involved in this
22  litigation, that Kemper also owes us a credit, owes us
23  money because the fees that we deposited is actually
24  higher than the actual fees that were under the

Page 239

1   program for 2002.
2   Q. Anything else?
3   A. I believe that's most of it.
4   Q. There may be others? You just don't recollect?
5   A. I just don't recollect at this point.
6        (Slesicki Deposition Exhibit No. 30 was
7   marked for identification.)
8   BY MR. LENDING:
9   Q. I'm going to hand you Exhibit 30. This is a
10  May 12, 2005 statement from Kemper to Marsh which has
11  been Bates stamped 1247 through 1282.
12       Are those your handwritten notes, sir?
13  A. No.
14  Q. Do you know whose they are?
15  A. It would be either Paul Martelloni's or Shelley
16  Birmantas'.
17  Q. You don't recognize it. Take a look, if you
18  would, at page 1265.
19       Do you see at the bottom towards the lower
20  part there's a disallowed dividend due insured, do you
21  see that, of $4,532,579?
22  A. Yes.
23  Q. Is that the amount that DuPont believes that it
24  should be credited for through this adjustment

Page 240

1   process?
2   A. Yes. That's the credit for our self-insurance.
3   Q. And you would agree with the calculation of the
4   4,532,579, but what the dispute is is that Kemper is
5   saying we're not going to credit DuPont that amount.
6   Is that correct?
7   A. I agree that's the adjustment in order to
8   reduce the bill where it says due Kemper for the 2002.
9   Instead of a charge, it should be a minor adjustment
10  as explained before around the basic premium estimate
11  which was paid in cash and then the adjustment, there
12  should be a minor credit of about $97,000.
13  Q. So DuPont's not challenging the formulaic
14  calculation of the $4,532,000, correct?
15  A. I'm not challenging that this is what Kemper's
16  representation of what they feel they are owed, but
17  I'm challenging that it is ever owed.
18  Q. But the calculation of this $4.5 million
19  amount, you're not disputing that calculation? You're
20  just, DuPont is just saying we're entitled to a credit
21  for that amount?
22  A. There are other things that are in this value
23  such as the converted losses where we paid them
24  amounts and that was one of the open items that was

Page 241

1   provided by Marsh to Kemper stating that there should
2   be no adjustment for losses as DuPont pays all its
3   losses on a pay-as-you-go basis, so I am disputing the
4   calculation as they're presenting it.
5   Q. And you think the amount should be higher by
6   297,000 or lower by 297,000 or not affected by that
7   $297,000 number?
8   A. As this is confusing, this is only one side of
9   the calculation. The offset of this, there should be
10  an amount in one of these documents that say we have
11  received the actual cash related to the losses because
12  this is saying that we did not reimburse them for the
13  losses. In actuality we're reimbursing them weekly
14  for these losses and the calculation of the program is
15  on a pay-as-you-go basis.
16       So I don't see a credit in their document
17  at this point that offsets the amount for the
18  converted losses at all.
19       MR. FRENCH: Counsel, let's go off the
20  record.
21       MR. LENDING: Yes.
22       (Discussion off the record.)
23       MR. FRENCH: It's seven after 5:00. We
24  have just been conferring off the record as to what to

Page 242

1  do today. We have been here since 9:00 o'clock. We
2  took a half an hour lunch break at counsel for
3  Kemper's request to try to expedite the deposition.
4          He's informed me that he's not done with
5  the deposition at this point in time. He's got at
6  least another hour to go. He's not sure even if at
7  the end of the hour if he will be complete.
8          He also has advised me that he plans to
9  reserve his right to further question Mr. Slesicki
10  beyond that hour based upon what documents may still
11  be produced by DuPont in the case.
12          I also have questions to ask Mr. Slesicki,
13  but under these circumstances I don't see any point in
14  continuing on today. And I think each party will
15  reserve their rights with respect to the continuation
16  of Mr. Slesicki's deposition and whether or not we
17  will continue it or not and if we don't agree to
18  continue it, we can take it to the Court, if
19  necessary.
20          MR. LENDING: I will say that this is the
21  30(b)(6) deposition of Mr. Slesicki. He is the person
22  from DuPont who has had primary responsibility for the
23  insurance program with Kemper for over 30 years,
24  during this 30-year relationship.

Page 243

1          I have endeavored to ask him most of the
2  questions relating to the 30(b)(6) outline. I have
3  also endeavored, where applicable, to use this time so
4  as to cover common areas and to ask him questions in
5  his individual capacity. I believe that I have moved
6  this thing on as quickly as I can.
7          There are a number of areas and a number
8  of documents that I have not yet been able to examine
9  Mr. Slesicki on, including topics of the 30(b)(6) such
10  as the interrogatory responses, the document requests
11  response and the request for admissions response,
12  DuPont's efforts to secure documents in this case and
13  other items on the 30(b)(6) deposition notice.
14          And I would reserve the right to inquire
15  further with Mr. Slesicki at a mutually agreeable date
16  and time.
17          MR. FRENCH: Just so we're clear, today
18  you can't make a commitment on how much time you need
19  to complete the deposition, correct?
20          MR. LENDING: I think that I would need a
21  minimum of an hour and hopefully I can be done in an
22  hour, but I can't commit that that's all I need.
23          MR. FRENCH: Okay. So with that statement
24  by counsel and myself, I think we're adjourned for

Page 244

1  today and each party is reserving its rights.
2          (Deposition adjourned at 5:10 p.m.)
3
4              I N D E X
5  DEPONENT: EUGENE J. SLESICKI          PAGE
6    Examination by Mr. Lending        2
7          E X H I B I T S
8  SLESICKI DEPOSITION EXHIBITS          MARKED
9    1              2
10   2             22
11   3             40
12   4             49
13   5             68
14   6             71
15   7            107
16   8            163
17   9            165
18   10           175
19   11           180
20   12           201
21   13           203
22   14           207
23   15           216
24

Page 245

1  (REPORTER'S NOTE: Slesicki Deposition Exhibit
   Nos. 16 through 24, respectively, were skipped over
2  and no documents were marked with those numbers.)
3  SLESICKI DEPOSITION EXHIBITS          MARKED
4    25            225
5    26            227
6    27            228
7    28            229
8    29            232
9    30            239
10
   ERRATA SHEET/DEPONENT'S SIGNATURE       PAGE 246
11
   CERTIFICATE OF REPORTER           PAGE 247
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 246

```
 1
 2
 3          REPLACE THIS PAGE
 4          WITH THE ERRATA SHEET
 5          AFTER IT HAS BEEN
 6          COMPLETED AND SIGNED
 7          BY THE DEPONENT.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 247

```
 1   State of Delaware   )
                          )
 2   New Castle County   )
 3
 4           CERTIFICATE OF REPORTER
 5
             I, Kurt A. Fetzer, Registered Diplomate
 6   Reporter and Notary Public, do hereby certify that
     there came before me on Wednesday, September 27, 2006,
 7   the deponent herein, EUGENE J. SLESICKI, who was duly
     sworn by me and thereafter examined by counsel for the
 8   respective parties; that the questions asked of said
     deponent and the answers given were taken down by me
 9   in Stenotype notes and thereafter transcribed by use
     of computer-aided transcription and computer printer
10   under my direction.
11           I further certify that the foregoing is a true
     and correct transcript of the testimony given at said
12   examination of said witness.
13           I further certify that I am not counsel,
     attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17           Kurt A. Fetzer, RDR, CRR
             Certification No. 100-RPR
18           (Expires January 31, 2008)
19
     DATED:
20
21
22
23
24
```

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki          C.A. # 05-699 (KAJ)          September 27, 2006

Page 248

| A | | | | |
|---|---|---|---|---|
| **ability** 128:9 150:4 | 54:3,9,22 55:9 | 155:9 | 126:24 128:7 | **agent** 24:20 42:2,7 |
| **able** 199:14 221:21 | 59:9 | **adjusting** 116:21 | 131:18 134:5 | **ago** 6:6 9:5 37:21 |
| 243:8 | **act** 11:21 75:16 | 119:23 120:2 | 136:2,4 151:15 | 39:2 86:19 234:24 |
| **absent** 155:4 | **acting** 42:1 43:9 | 121:5 129:5,10,20 | 159:13 170:23 | **agree** 63:17 88:10 |
| **absolute** 151:6,23 | **action** 1:8 130:12 | 152:4 188:21 | 191:6,15 195:2 | 101:11 102:12 |
| 152:10 181:22 | **activity** 155:12,14 | **adjustment** 56:20 | 236:18 | 103:6 108:12 |
| **accept** 149:24 | **actual** 30:20 56:21 | 57:15,21 58:3,12 | **administer** 44:1 | 127:1 135:20 |
| 150:1 | 57:14,21 58:5,12 | 62:8,9,12,17,19 | **administration** | 148:22 150:9 |
| **acceptable** 105:13 | 61:3 62:8,13 63:6 | 62:21,22 65:5 | 32:2 37:6 47:21 | 162:15,24 177:24 |
| 105:14 | 66:17 67:1,6 68:4 | 66:14,16,17,19,23 | **administrative** | 204:14 240:3,7 |
| **acceptance** 74:4,19 | 97:13 109:19 | 67:2,5,9,13,15,21 | 12:24 14:6,14 | 242:17 |
| **accepted** 156:19 | 120:2,3,14 125:3 | 67:24 68:2,3,6,8 | 18:11 21:1,20 | **agreeable** 243:15 |
| 161:1 | 125:3,12 131:19 | 69:12,13,15,20 | 25:12 45:1,23 | **agreed** 63:3 100:4,7 |
| **accidents** 141:10 | 131:21 132:17 | 70:3 102:16 | 113:17 125:5 | 100:23 101:4,14 |
| **account** 77:8 84:23 | 133:1 140:8 149:9 | 104:14 109:14,15 | 198:13,17 199:13 | 101:17,18,20 |
| 85:1,12,22 87:19 | 150:11 153:20 | 113:24 114:1,2,6 | 226:24 | 102:14,19 103:7 |
| 87:20 157:6 | 160:10 163:16 | 115:13 116:22 | **administrator** | 103:24 104:11,13 |
| 158:15,16 160:4 | 167:4 181:5 | 118:10,14,14,17 | 31:16 142:1 | 105:22 106:9 |
| 160:21 161:7 | 184:21,22 185:5 | 118:21 119:3,5,17 | **administrators** | 111:17,19 112:19 |
| 209:24 231:8 | 186:20,21 238:24 | 119:18,21 120:3 | 31:10 41:19 | 112:24 113:1 |
| 236:19 | 241:11 | 120:13,17 122:14 | **admissions** 243:11 | 114:21 115:4 |
| **accountant** 20:19 | **actuality** 241:13 | 122:16,18 124:7,8 | **adopt** 134:17 | 131:11 159:7 |
| 21:4,10,11 | **add** 99:1 100:5 | 124:13,18 125:2 | **advertisement** | 196:8 204:22 |
| **accountants** 15:13 | 116:3,5 132:1 | 125:11 126:17 | 216:15 | 225:1 |
| **accounted** 157:12 | **adding** 93:24 94:3 | 127:13 129:7 | **advertising** 212:21 | **agreeing** 95:22 98:2 |
| 157:17 160:15 | **addition** 6:23 30:22 | 130:17,20 131:12 | 218:3 | 99:7,14 100:17 |
| **accounting** 4:13,14 | 33:8 47:14 65:18 | 131:20,21 132:23 | **advice** 205:23 | 106:16,21 117:2,3 |
| 4:20,23 11:21,24 | 82:4 146:5 147:11 | 132:24 133:3,24 | **advise** 27:19,20,20 | **agreement** 24:24 |
| 12:2 13:3 17:16 | 149:14 | 134:3 136:3 | 205:21 | 28:22 36:9 57:23 |
| 19:12,13,14 20:6 | **additional** 6:23 7:1 | 145:22 146:4 | **advised** 27:16 28:6 | 63:4,5,11 69:6,9 |
| 21:23 61:3 62:12 | 111:15 112:4,10 | 151:18 153:19,21 | 52:2 205:19 206:8 | 69:10 70:17 80:14 |
| 65:4 67:15 90:3 | 112:12 213:15,22 | 159:3,21,24 160:3 | 206:10,18 242:8 | 81:7,15 94:19 |
| 107:18 114:6 | 214:3 226:24 | 160:4,5,10 178:2 | **advisement** 28:21 | 96:11 100:15 |
| 133:22 151:18 | **addressed** 71:23 | 184:15,20,21,23 | 205:23 | 118:12 125:17 |
| 156:16,18,19,22 | 224:3 | 184:24 185:3,4,6 | **advises** 230:23 | 126:10 127:15 |
| 158:12,13 160:2 | **adequate** 47:11,19 | 185:6 186:20,21 | **advising** 207:10,12 | 130:9 131:3,7 |
| 161:1,2 162:4 | **adjective** 62:21 | 187:20,21 188:6,7 | **advisor** 37:22 38:15 | 136:5,12 137:7,8 |
| **accounts** 158:16 | **adjourned** 243:24 | 188:14,16 191:23 | 38:16,16,24 39:1 | 139:11 141:6 |
| 221:12 222:3 | 244:2 | 193:7,12 194:6 | 39:2 | 142:17 146:13 |
| 226:20 230:17,20 | **adjust** 111:21 118:4 | 195:5 239:24 | **affect** 209:6 | 147:18,22 148:1 |
| 231:9 | 125:3 128:10 | 240:7,9,11 241:2 | **affirmative** 2:22 | 149:2,3,8,10 |
| **accurate** 79:18 | 135:15 188:20 | **adjustments** 57:11 | **AFTERNOON** | 150:3,9,16 156:11 |
| **accurately** 22:21 | **adjusted** 56:21 | 75:21 82:14 | 121:15 | 156:12 160:17 |
| 72:6,18 107:23 | 57:14 58:4 97:13 | 114:15 117:4 | **agencies** 137:22 | 162:7,11 164:20 |
| **ACE** 53:15,17 54:1 | 100:9 109:12 | 118:6 122:11,12 | 199:3 206:17 | 164:20 165:9 |
| | 135:12 140:7 | 124:17 126:22,22 | **agency** 206:15 | 169:3,6 182:4,9 |

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                    C.A. # 05-699 (KAJ)          September 27, 2006

Page 249

182:24 184:12
189:2,14 191:14
191:14,22 192:9
193:24 195:9
196:18 197:20,20
199:24 201:21
202:18 203:11
204:1,9,11,15,17
221:5 225:16
226:9
agreements 33:17
33:17 62:24 71:13
79:23 108:10
140:8 161:17
167:19 196:8,9
202:12 203:17
204:10 224:22
238:13
agrees 167:21
ahead 27:24 28:3
42:21 59:1 63:20
63:24 66:1 67:17
69:19 72:10 75:20
75:20 96:8 98:24
105:3 112:16
116:4 140:4
177:14 190:16
200:14,17 214:14
214:18,22
AIG 48:3,4 80:7,10
80:15 81:15,23
83:2 221:22,23,24
222:7,10 224:11
224:23 225:1,2
AIG's 225:6
AI 22:2
alerted 224:1
alleged 238:7
allocate 137:21
197:2
allocated 141:8
142:23
allocation 89:4
90:2,3 142:24
allocations 107:12
allow 80:22 124:7

171:23 172:16
188:7
allowed 124:19
allowing 73:22
152:7 170:22
allows 134:19
Alshannon 22:1,3,5
22:8
alternative 45:4
83:21 224:15
alternatives 220:11
224:2
ambiguous 128:2
128:14,18
amendments 173:2
amount 33:16
69:23 109:11,12
110:7 113:21
120:20 125:12
131:21 132:7,21
139:10,20 140:6
140:12 142:7
155:1 156:8,14
157:13,15,19,20
157:21 158:21,22
159:6,23 160:10
189:16 193:11,19
195:11,13 239:23
240:5,19,21 241:5
241:10,17
amounts 57:12
58:12,13 88:21
90:3 137:22
138:19 140:8
148:2 153:9 199:9
240:24
analyses 219:11
analysis 53:13
204:21
analyst 11:8,9,14
12:4 37:22
analyzed 206:1
analyzing 210:24
anniversary 172:8
172:9
announced 222:14

announcement
221:8 227:6
annual 137:11,18
138:4,7,10,16
142:9,10,19
152:17,21,22
155:23 156:4
157:20 161:7
annually 46:9
57:15
answer 27:23,24
29:24 34:4 42:5
42:21 55:13 59:4
60:4 63:20 74:14
74:15 96:8 98:6
98:12,19,21 99:2
100:3,6,21 102:4
102:6,21,22 103:1
103:3 104:15,18
104:24 105:12,19
106:1,21 119:15
129:4 134:14
146:15 156:13
176:21 186:6
215:19,22,23
216:1 231:21
232:2
answered 59:2,3
96:3,7 97:3,7 98:5
98:9,13 100:19
128:16 140:3
186:1 187:4
215:16
answers 2:20
105:17 247:8
anticipated 158:2
anybody 21:19
28:23 29:3 49:2
55:17,22 56:2
78:5,9 87:23
121:6 123:6,11,17
127:3 134:9,11
174:3 189:7 190:8
190:11 194:10,17
195:9,15,16
211:21,22 212:9

234:4
anyway 105:6
130:5
apart 146:6 147:1,2
apologize 185:22
apparently 229:17
appear 210:11
APPEARANCES
1:17
appears 166:22
202:21
applicability
135:18 136:6
146:14
applicable 50:20
130:11 151:8
156:14 173:2
181:24 243:3
applied 128:21
139:9,11 145:22
145:23 168:8
apply 185:9
appreciate 105:20
approached 83:19
appropriate 208:10
approval 37:9
225:5
approve 133:12
approved 225:4
approximate 18:12
23:4,5
approximately
5:18 6:6 11:10
12:6,7,16,17
13:23 15:3,19
17:17 19:10,18
26:9 35:15 47:6
147:15 158:24
198:1,4 224:24
226:11
April 201:24
area 138:22
areas 74:4 243:4,7
Argonaut 221:14
222:2,13,15,17,23
224:9

argument 60:2
argumentative
96:7 98:4 101:3
176:23 178:11
179:23
Arizona 145:5,11
166:12 167:12
183:11,12,13,14
arose 123:12,15
arrangement 14:7
55:15 79:6 129:12
222:11
arrangements
11:16 14:12 82:20
128:6 177:21
arrow 24:11
article 213:6,11
216:8,13,14,24
217:19 218:20
219:10,15,23
220:4,6
articles 212:21
aside 70:11
asked 33:3 47:19
53:20 58:23 59:2
59:23 96:1,7 97:2
98:5 100:18
128:15 140:3
168:19 187:3,7
212:4 213:23
215:16 236:17
247:8
asking 2:15 61:24
66:8 73:19 74:1
81:12 91:23 98:14
98:18 102:1,6
171:20 181:14
192:12,14 220:13
asks 205:10 212:12
212:12
aspect 25:18 29:19
65:3,7 77:3 86:10
110:10,14 111:19
120:16 131:5
134:24 136:4
155:2 156:10

CONFIDENTIAL          E.I. duPont de Nemours & Company      v.          Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)            September 27, 2006

Page 250

| | | | | |
|---|---|---|---|---|
| 192:8 238:16 | **Assistant** 5:16 | 195:3,5 | 87:10 94:5,8 | 120:2,16 122:14 |
| **aspects** 18:11 21:1 | **assistants** 76:17 | **audited** 10:4 119:5 | 99:10,11,12 | 128:7,19 129:7 |
| 21:2 24:24 26:18 | **assisted** 30:17 49:8 | 143:9,11,12,13,14 | 103:16 104:20 | 130:17 131:20 |
| 30:14 45:23,24 | 76:6 77:17 79:1 | 143:23,24 144:2,4 | 108:17 111:20,21 | 132:17 138:21 |
| 60:22 65:5 67:3 | 91:11,15 92:1 | 144:7,9,16 153:2 | 112:18 125:22 | 140:12 142:4,21 |
| 79:1 81:18 92:14 | **assisting** 43:7 92:7 | 153:6 154:5,13 | 129:20 130:18 | 143:2 147:8 152:5 |
| 122:14 137:19 | **assume** 8:1 19:15 | 155:6,18 156:4,6 | 133:4 137:24 | 153:19 155:9,10 |
| 148:11 151:14 | 59:15 90:11,13 | **auditing** 9:14,22 | 142:8 146:19 | 155:12,13 166:24 |
| 200:9 211:1 | 150:14 159:23 | 86:5 | 147:3,4 148:5,8 | 174:9,18 184:20 |
| **assert** 238:5 | 160:1 175:13 | **auditor** 9:15,16 | 154:8 167:1 169:1 | 187:20 188:20 |
| **asserted** 187:18 | 196:5 197:3 | 10:3 | 177:16,17 180:1 | 195:1 231:9 |
| **assertion** 184:1,9 | **assumed** 12:5 19:9 | **audits** 75:21 | 181:17 183:21 | 242:10 |
| 186:8,23 187:8 | 82:15 93:24 | **augment** 105:17 | 185:15 190:14,17 | **basic** 66:24 119:6 |
| 193:15 194:2 | 195:23 | **August** 207:5 208:4 | 195:20,21 202:9 | 121:4,5 131:21,23 |
| 212:14 213:1 | **assuming** 74:14 | 210:7 | 203:20 204:8 | 131:24 132:8,16 |
| **assess** 142:21 | 155:16 167:1,12 | **authority** 42:12 | 207:22 219:6 | 132:24 133:1 |
| **assessment** 25:13 | 230:18 | 134:18 | 226:6 227:19 | 144:10,11,16 |
| 44:5,13 109:20 | **assumption** 74:1 | **auto** 38:4,11 75:23 | 229:5 231:22 | 145:24 146:21 |
| 125:7,8 137:21 | **assurance** 190:12 | 110:11,18,21 | **backed** 36:9 57:23 | 147:6,9 153:8,11 |
| 142:21 158:17 | 191:18 | **available** 51:15 | 118:12 125:10 | 153:11,14,17 |
| **assessments** 44:7 | **assurances** 187:10 | **avenue** 140:20 | 136:5 137:6,8 | 154:22 156:8,14 |
| 45:9 56:22 57:21 | 187:15 207:24 | **aware** 14:9,15 | 156:11 187:23 | 157:7,15,19 160:6 |
| 58:14 60:24 61:4 | 208:16 212:15 | 83:12 84:8 113:5 | 189:1 | 160:16 161:14 |
| 63:6 65:6 66:24 | 213:12 214:17 | 113:10 114:22 | **background** 4:11 | 164:3 185:5,5 |
| 79:7 81:19 92:22 | 220:21 | 115:5 145:11 | **backs** 131:7 192:9 | 187:21 193:20 |
| 94:5 96:10 97:8 | **assure** 206:22 | 154:3 158:21 | **backwards** 197:21 | 195:12,17 240:10 |
| 97:13 100:9 101:5 | **attached** 136:11 | 170:5,10,12,15,16 | **bad** 208:2 228:18 | **basically** 56:7 90:3 |
| 102:15 103:8 | 148:12 181:7 | 170:20,21 190:8 | **balances** 102:17 | 139:15 |
| 108:21 109:16 | 182:4,8,14 225:15 | 190:11 210:2 | **Ball** 49:4,10 76:9 | **basics** 160:20 |
| 111:18 112:22 | **attachment** 207:6 | 213:11 218:20,24 | 76:21 77:7,9,18 | **basis** 25:24 58:1 |
| 113:15 119:24 | **attachments** 50:8 | 219:3,6,8,16,18 | 79:1 92:5,6 93:4 | 61:6 73:23 76:14 |
| 121:3 131:17 | 167:5 202:3 203:6 | 220:20 227:3 | 93:17 125:21 | 88:9 109:4,5,20 |
| 137:20 147:11 | **attempt** 105:12 | 233:17,23 234:4,6 | 227:14,24 232:13 | 110:16 126:18 |
| 148:10 151:19 | **attempted** 49:18 | 234:7 236:3,7 | 232:18 | 132:16 142:7 |
| 152:4 155:11 | **attempting** 106:3 | **A-l** 22:3 | **ballpark** 52:17 | 145:17,20 146:12 |
| 161:14 184:11,21 | 221:15,18 | **a.m** 1:15 227:17 | 89:14 90:9 | 160:7 186:8,23 |
| 188:22 190:1 | **attend** 29:6,8 | 229:1,7 | **base** 218:4 | 187:8 189:1 |
| 199:20 221:17 | **attended** 28:18 | **A2** 207:14 | **based** 39:7,11 | 193:15 194:1,8 |
| **assign** 221:13 | 38:8 | | 46:22 56:20,21 | 196:13 212:13,19 |
| 222:15,23 | **attention** 200:22 | **B** | 57:13,16 58:5,12 | 214:16 241:3,15 |
| **assigned** 221:18 | 238:3 | **B** 229:3 244:7 | 62:13,17 65:5 | **Bates** 50:10 69:9 |
| **assist** 43:14,22 45:6 | **attorney** 247:13 | **Baa1** 207:14 | 66:17 67:2,5 73:9 | 71:9,10 107:7 |
| 48:12 49:2 75:18 | **audit** 10:5,10,20 | **Baa2** 207:15 | 73:11 97:13 100:9 | 207:7 225:14 |
| 91:8 | 143:9 157:14 | **back** 15:10 26:21 | 100:13 109:12,15 | 232:14 239:11 |
| **assistance** 27:1,3 | 192:24 193:9,17 | 29:18 40:11 43:24 | 112:8 114:6,13 | **Ba1** 207:15 |
| 45:14 | 194:11,18,21,23 | 44:3,18 45:12,18 | 117:16,17 119:23 | **bearing** 137:19 |
| | | 70:7,7,12 75:20 | | |

CONFIDENTIAL          E.I. duPont de Nemours & Company       v.          Lumbermens Mutual Casualty Company
Eugene Slesicki          C.A. # 05-699 (KAJ)          September 27, 2006

Page 251

beginning 1:15
  58:3 92:18 146:22
  217:5 222:24
behalf 99:5,7
  186:14 232:24
belief 115:12 211:4
  211:17
believe 3:8 8:23
  37:20 39:20 49:13
  56:24 57:7 59:20
  60:14,16 63:15
  78:4 82:16 83:4,6
  84:5 92:5 97:18
  99:7 146:23
  178:13 179:15,19
  188:2,10 189:6,17
  189:19 191:19
  193:4 199:9 204:3
  206:15,20 208:5,7
  208:11,23 209:1
  210:6,12,17,19,23
  211:14 212:4,23
  215:5,21 216:12
  216:21 217:3
  218:15 221:14
  222:3 223:12
  228:7 234:20
  239:3 243:5
believed 226:21
believes 202:11
  239:23
believing 120:10
bell 85:20
benchmark 50:18
  51:3,4,8
benchmarking
  51:14
benefit 155:16
Benefits 7:2
Berkeley 234:15
Berkshire 229:5
best 43:9,10,12
  52:1 56:6 73:15
  73:16 105:16
  157:8 164:8,10
  208:15,21 228:10

229:1
Best's 206:16
  208:14
Beyer 86:3,4,23
  87:2,12,14,17
beyond 146:18
  188:10 195:8
  196:1 197:4
  213:10 242:10
bill 94:12,12 240:8
billing 146:17
billion 82:2
bills 21:22
bind 96:17 98:2
  101:17,18,20
  105:22
binders 76:1
binding 80:2 97:10
  97:12,19
bio 161:22 201:3
Birmantas 239:16
bit 72:4 160:1
blink 54:11,15
board 55:3 56:13
  64:21,24 65:20
  115:17 116:17
  120:7,11 127:22
  128:13 129:16,17
  129:21,23 130:12
  130:18 133:6,11
  133:20 134:3,16
  151:6,23 154:13
  171:10,10 172:11
  174:13,22 176:10
  178:21 179:9
  181:23
Bob 86:23 87:2,12
body 173:11,24
bond 19:2,4 112:1
  132:5
bonds 75:23 238:17
book 231:7
bookkeep 160:11
  161:12
books 10:4 157:4
bottom 71:9 164:6

231:1 239:19
bought 25:15
Bowan 40:17
Bowman 41:12
box 54:16
Brad 76:19 78:21
Brady 85:20
break 40:3,19,23
  104:19 105:3
  121:10,12,18
  161:22 201:3,10
  242:2
brief 40:21 105:7
  163:4 201:5
briefly 90:18 107:1
bring 214:3
Broadspire 21:22
  145:16 235:19
broke 186:2
broker 38:2 41:17
  41:20 42:7 51:20
  224:21
brokerage 70:16
  71:19
brokers 24:23
Broomfield 39:6
brought 46:7,13
  47:2 198:9
Bruce 5:20 12:14
  28:8
Brundage 25:23
  26:4,6,17,23
  44:19 45:14,18,22
  94:13,14 191:17
  192:1,6,16 204:4
bucks 90:11
Building 1:19
built 129:13
bullet 72:13,17
  232:17
bunch 54:6
burden 198:14
burdens 199:13,15
bureau 169:8,14
business 10:6 11:20
  62:16 142:23

184:16 197:1,1,2
  198:10 206:23
  208:12 209:6
  210:12 212:22
  213:2,5,10 216:8
  216:13,15 218:19
  219:9,15,23 220:6
  220:15 223:20
  224:5 229:5 231:8
businesses 137:24
  157:11 223:14
  224:1
busy 224:4
B.S 4:20,23

_____

C

C 1:18
calculated 120:17
  160:19
calculating 134:5
calculation 61:2,3
  70:3 75:22 124:17
  132:15 133:22
  139:15 146:13
  160:9 173:8 240:3
  240:14,18,19
  241:4,9,14
calculations 69:21
  92:22 124:15
  132:1
California 171:2,3
  171:23 172:20
call 3:4 59:19 62:19
  62:20 109:21
  124:12 129:19
  131:12 132:2,3
  133:23,23 145:23
  149:3 157:24
  174:6 193:12
  236:21,21
called 9:17 46:20
  54:17 62:21,22,24
  63:2 67:8,10,13
  67:21 68:1,2,2,3
  69:20 70:4 82:20
  114:3,5 115:13
  118:18 119:17

121:4 141:3 149:9
  151:5 158:15
  159:10 163:19
  181:21 184:24
  222:16 236:23
calling 69:14
  164:16 182:9
  193:13,14
calls 29:7 42:3,19
  68:5 124:13
  131:13 171:19
  178:11 179:23
capability 221:8
capacity 2:13 79:5
  177:2,12 243:5
cards 75:24
care 21:4 206:22
career 168:14
Carleton 84:3
Carmella 84:22
Carol 21:14
Carolina 172:20,23
  173:4
Carpenter 233:9
carrier 13:3 220:12
  221:19 223:17
  227:2 238:11
carriers 11:18
  14:13 41:18 45:5
  45:8 46:4,16,21
  51:13,16,19,22,23
  52:5,10 53:18,22
  223:15 224:5,15
  224:23 231:5
carries 72:23
case 52:8 81:4,7
  102:7 140:16
  148:6 162:7 174:1
  184:1,6,19 185:16
  186:13 187:20
  192:23 193:5
  202:14 207:23
  208:4 238:8
  242:11 243:12
cash 24:12 44:10
  112:7,21 119:23

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                C.A. # 05-699 (KAJ)                September 27, 2006

Page 252

| | | | | |
|---|---|---|---|---|
| 120:5 145:17 | 238:6,10 | **Civil** 1:8 2:11 | **clearly** 106:12 | 43:15,16 49:20 |
| 151:20 240:11 | **changed** 12:10 | **claim** 31:4 75:19 | 238:12 | 89:20 110:10,13 |
| 241:11 | 23:10 39:12 62:14 | 86:5 109:11 | **client** 85:14 215:10 | 110:17 111:4 |
| **Castle** 247:2 | 109:4 146:24 | 111:14 141:8 | 215:11 227:1 | 139:16 141:9 |
| **casualty** 1:10 89:22 | 167:23 206:5 | 153:24 190:3 | **clients** 51:20 | 143:20 145:2,8 |
| 90:5 | 208:6 210:18 | **claimants** 110:3 | **close** 67:23 97:14 | 166:4 168:23 |
| **catastrophic** 35:12 | **changes** 92:11 93:6 | **claiming** 159:2 | **closely** 205:14 | 183:18 197:18 |
| **categories** 54:7 | 93:10 168:20,22 | **claims** 11:21 14:11 | 206:3 219:16 | 226:15 |
| **category** 54:5,17 | 206:7 208:10 | 21:5 30:11,17,19 | **closing** 28:18 29:8 | **companies** 19:4 |
| 89:19 | 209:19 | 30:20,23 32:2 | **coast** 77:22 78:11 | 47:12,18,20 48:1 |
| **certain** 14:17,20 | **characteristic** | 33:9 34:16,21 | 78:18 | 50:19 51:11 166:6 |
| 35:11 76:18 | 120:24 | 35:2,5,12 38:4,12 | **Cobleigh** 84:16 | 221:9,10 224:12 |
| 139:21 140:23 | **characterize** 58:21 | 47:10,11,14,18 | **college** 4:12 | **company** 1:7,10,13 |
| 141:13,14 142:21 | 132:9 | 48:10,19 50:19 | **combination** 25:5 | 5:13 6:1,13 7:8,15 |
| 153:9 162:12 | **charge** 45:8 76:11 | 53:10 57:22,22 | **combinations** 25:7 | 7:23 8:19 9:5,7,9 |
| 170:16 186:11 | 112:12 141:4,11 | 58:13 75:18 86:5 | **combined** 123:24 | 9:15 18:21 19:21 |
| 206:19 223:20 | 188:18 240:9 | 86:6,9,10,11 | **come** 94:1 103:15 | 20:12 25:1 35:4,5 |
| 227:15,24 | **chargeable** 237:4 | 92:14 93:23 96:10 | 104:20 125:11 | 47:13 92:13 |
| **certainly** 81:10 | **charging** 46:5 | 97:15 109:6,10,14 | 139:13 143:10,22 | 133:13 139:21 |
| 150:18 214:3 | 237:3,5 | 110:1,13 111:4,10 | 230:24 235:10 | 140:14 170:6 |
| 219:16 230:4,5,6 | **Charity** 208:13 | 111:19 112:13 | **comes** 21:8 143:19 | 171:11,24 173:1 |
| **certificate** 13:2 | 212:1,3 234:16 | 113:2,23 116:7 | 160:9 198:2 | 173:18 176:11 |
| 38:21 52:11 | **Charity's** 208:23 | 119:1 122:13 | **coming** 15:7 69:22 | 179:10 198:5 |
| 245:11 247:4 | **chart** 107:10 | 128:10 129:5 | 167:7 | 199:2,8,10 200:8 |
| **certificates** 38:1,12 | **chat** 162:14 | 131:7,8 132:20 | **comments** 210:6 | 206:23 208:12 |
| 43:4 75:23 | **chatted** 209:10 | 135:11,14 139:12 | **Commissioner** | 209:22 217:18,24 |
| **Certification** | **cheaper** 224:15 | 140:19 141:14,16 | 173:3 | 219:2 221:13 |
| 247:17 | 231:2,11 232:1 | 141:17,19 142:6 | **commit** 243:22 | **company's** 127:22 |
| **certify** 247:6,11,13 | **check** 167:7 | 145:7,8,15,17 | **commitment** | 128:13 133:6,11 |
| **cetera** 19:5 21:7 | **chemical** 25:17 | 146:6,7,8,9,18 | 243:18 | 133:20 176:8 |
| 108:21 109:20 | 35:21 36:14 44:9 | 148:1,11 149:1 | **common** 175:24 | 177:20 178:20 |
| 110:4 112:22 | 93:1 96:14 100:12 | 150:4,6 158:20 | 176:6,8 178:20 | 179:7 |
| 114:7 120:1 | 113:20 116:6 | 161:19 194:9 | 179:7 243:4 | **comparable** 52:7,7 |
| 132:20 135:15 | 125:7 141:15 | 196:6 198:19 | **commonly** 81:23 | **compare** 51:18 |
| 143:21 153:23 | 193:23 196:2 | 199:11 221:9 | **communicating** | **compared** 54:3 |
| 167:14 | 233:9 | 225:4 226:13,15 | 234:13 | 125:9 203:18 |
| **challenging** 240:13 | **Chester** 4:17 | 227:2 235:21 | **communication** | 226:20 231:5,8,9 |
| 240:15,17 | **Chicago** 1:23 | **clarity** 147:24 | 51:12 207:8 210:1 | **comparing** 54:8 |
| **chance** 41:1 | **Chief** 173:3 | **Claudette** 83:3 | **communications** | 202:22 |
| **change** 12:9 20:3 | **choose** 140:21 | **clause** 129:11 | 207:18 209:8,18 | **comparison** 53:8 |
| 23:12 88:21 92:15 | **Chris** 40:13 | **clauses** 154:1 | 210:2,3 | **comparisons** 55:24 |
| 98:15 110:20 | **CHRISTOPHER** | **clear** 2:20 73:18 | **comp** 14:20 30:14 | **compensated** 88:3 |
| 111:5 112:20 | 1:18 | 102:22 127:18 | 30:21 31:2,3,21 | 88:7,8 |
| 134:18,24 168:19 | **CIGNA** 46:20 | 129:19 131:2,3 | 32:11,19 33:20 | **compensation** 32:7 |
| 168:24 203:16 | **circumstances** | 147:9 162:23 | 34:9,13,14,15 | 33:7 90:9 136:14 |
| 208:3 223:14 | 242:13 | 243:17 | 35:18 37:2,2,7 | 163:14,18 166:11 |

CONFIDENTIAL         E.I. duPont de Nemours & Company        v.         Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)              September 27, 2006

Page 253

169:6 171:6
232:23
**competitive** 46:3
46:22 47:4 48:1
48:11,13 49:2,7
49:15,19 52:15
53:18 226:22
233:13
**complaining**
104:17
**complaint** 213:6
**complete** 2:14 3:14
197:20 242:7
243:19
**COMPLETED**
246:6
**completeness** 65:11
65:16 66:11
**complexity** 108:16
**complicated** 105:24
106:20
**complication**
106:11
**complied** 173:4,18
**comply** 35:1 199:13
199:14
**component** 79:11
81:16 108:4
**components** 143:18
**computer** 247:9
**computer-aided**
247:9
**concentrating**
132:7
**concerning** 2:16
233:18
**conclusion** 42:4,20
**condition** 200:23
205:4,11,15,17,21
206:3,8 208:1,18
209:16,19,21
210:4,11 212:16
213:3,13 214:18
217:23 218:2
220:3,9,22 238:6
**conditions** 65:22

99:21 106:17
115:19 120:9
171:6,9 172:4,10
174:15
**conduct** 176:11
177:23 179:10
238:7
**confer** 215:18
**conference** 29:7
**conferred** 105:11
**conferring** 241:24
**confidential** 1:1,5
81:13 162:2,5,11
**confidentiality** 81:6
81:9 162:7,11,13
162:21
**confused** 146:24
153:13 178:24
**confusing** 117:15
146:14 241:8
**confusing-type**
118:19
**connection** 50:22
51:5 89:24 189:8
**Conoco** 8:22,22
13:4 46:7,13 47:2
**consequence** 238:7
**consider** 159:6
184:14,15 190:21
199:4,5 200:3
**consideration** 51:5
128:5 130:12
160:18 204:4
**considered** 150:5
226:1,14
**considering** 222:12
224:16
**considers** 200:10
**consistent** 60:8
161:1 186:16
**consolidated** 13:4
**consolidating** 13:4
**consolidation** 13:8
**constitutes** 130:9
**consult** 75:17
**consultant** 5:4 9:2

12:12,12,19 15:17
15:20,23 16:12
20:16 22:22 37:12
167:16
**consultants** 37:16
**contact** 87:13 212:8
**contacting** 211:21
**contacts** 54:11
**contain** 61:17,20
80:15 82:5 164:14
**contained** 43:20
89:21 90:4 93:19
121:3 125:4 141:3
142:16 146:12
157:21 168:4
**contains** 60:15
71:10
**content** 55:24
**continuation**
242:15
**continue** 63:6 66:3
117:7,22 118:2,4
118:7 129:1,24
131:8 148:7
151:15 174:17
189:3 206:23
208:12 209:5
217:9 220:11
221:15 231:14
242:17,18
**continued** 128:7
156:12 224:13
**continues** 18:17
19:6 117:3
**continuing** 117:18
242:14
**continuous** 116:24
118:11
**continuously**
176:12 179:11
**contract** 53:14,14
54:2,6,7 55:19
57:6 148:3,11
223:15
**contractors** 25:15

34:23 35:1,14,17
36:5,12 37:1 44:8
47:22 56:23 61:5
63:10 79:9 92:23
94:6 96:12 100:11
100:14 113:18,22
114:16 115:22
116:6 121:1 125:6
131:16 133:17
141:5,9,16,17
145:1 150:6
152:15 155:2
167:24 184:13,17
185:9 187:22
188:23 190:3
193:22 195:24
196:21,24 198:6
200:19 233:2,7
**contracts** 223:10
229:12 233:4
**contractual** 79:14
173:10
**contradictory**
220:3
**contrary** 173:12
**contributory** 55:2
56:12 65:22
113:13 115:19
120:9 136:8,14,17
149:18,21 150:14
151:7 174:16
180:6 181:2,17,24
**control** 208:17
**conversation**
125:14 126:6
209:13
**conversations**
83:13 134:8
**converted** 119:6
144:17,20,22
146:1,7,16 240:23
241:18
**copied** 175:20
**copy** 68:20 182:5
201:15 228:19
**copying** 56:7

**copyright** 164:5
**corporate** 6:10,19
6:24 8:3,7,9 73:20
74:13,15,17 187:7
208:10 212:12
215:13
**corporations** 139:7
**correct** 9:21 12:1
12:19,20 14:20,21
15:8,17 17:21
18:4,13,14 20:24
23:21 24:18,21
26:1,13,23,24
27:15 28:9 29:21
30:4,7 31:23
32:20,23 33:12,21
34:2 35:12 36:2,7
36:15,16,19 41:3
42:16,24 43:11,18
43:21 44:16 45:3
45:14,19 46:24
49:16 50:13 51:19
52:3,15,20 53:9
53:15,19 54:3,8
55:10 57:19 58:10
58:22 59:5,10,11
59:13,17 60:12,17
61:9,10,13,18,22
62:11 63:1,3,18
64:9,12,18,21,24
65:2 66:15,16,22
67:9,22 68:6,11
69:10,16,23 70:2
70:5,14,18 71:2
71:18 73:8 74:10
75:3,7,12 77:18
80:5,10 82:7,18
83:1 84:2 88:12
89:3 91:1,3,9,19
92:4,19 94:10,21
94:22 95:1,3,8,11
95:13,22 96:19,21
97:1,11,22 98:3
99:19,23 101:1,17
101:12 102:12,13
102:19 103:6,22

CONFIDENTIAL          E.I. duPont de Nemours & Company        v.                    Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)                      September 27, 2006

Page 254

103:24 104:7,8,12
105:23 106:18,22
107:21 108:14,19
108:22 110:1,9,18
111:6,10 112:14
113:3 114:23
115:6 116:19
117:14 118:9,18
120:21 122:4,20
132:22 133:2
136:24 137:12,15
138:12,18 139:3
140:23 141:15,16
141:20,23 143:2,2
143:6,9,11,16
144:5,11,13 145:9
147:16 148:2
149:4,10,12,15
150:11,16,20,24
152:23 153:2,12
156:17,22,24
157:2 158:6,24
159:1,11,20
160:17 164:17,21
165:9,21 166:13
166:23 167:13,19
168:12 169:16
170:3 174:1
175:14 180:8,11
180:20,23 181:7
182:5 183:6,19
184:4 185:1,18
189:22 191:4
193:13 196:11
197:24 198:3,24
199:6,17 200:6
201:22,24 202:20
203:22 205:1,21
206:9 207:16,19
208:21 211:13,16
211:19 217:7,10
218:13,22 219:2,4
219:7,17,20 221:6
225:16,17 226:20
227:4 228:2,5,16
229:3,10 230:7,12

230:16,20 231:13
231:16 233:14,21
234:11 236:1,11
240:6,14 243:19
247:11
**correction** 126:14
**corrections** 148:9
**correctly** 59:7
148:4 210:24
**correspondence**
84:5,13
**cost** 44:1,3,9 46:10
47:2,15,20 61:3
63:6 86:10 91:18
92:22 94:18 96:9
102:15 107:17
108:20 113:16
119:22 120:1
124:9 125:5,8,8
130:5 135:14,15
142:24 152:8,14
153:16 154:24
157:7,9,10,11
158:2 161:14
185:5,5 188:21
193:20 197:2
226:2,15 231:18
233:6 238:14
**costs** 11:22 14:14
19:14 21:4 25:11
25:12,13,14 28:20
35:4 37:6,6 44:6
45:9,9,11,24
58:14 63:8 66:24
67:5,16 76:12
81:19 90:4 95:17
103:9 118:24
119:1 121:2 130:3
130:7 131:15
137:24 142:23
154:22 156:9
158:17 187:21
190:2 198:20
230:19
**Council** 164:6
**counsel** 18:6 22:24

27:22 42:18 50:11
58:23 59:22 61:23
63:21 65:10,19,24
68:9,18 73:18
98:9,9 100:3,6
101:23 102:24
103:13 104:1
121:9 161:20
163:24 177:1
178:23 181:13
185:19 186:3
202:2 213:22
214:20 215:4
227:18 241:19
242:2 243:24
247:7,13
**County** 247:2
**course** 56:17 134:4
**court** 1:3 2:21
242:18
**cover** 243:4
**coverage** 36:5,8,19
36:23 45:5 47:16
140:14,15,23
183:19 196:17,17
196:20 197:4,13
197:19 199:23
**coverages** 90:20
111:3 138:9,11
139:21 172:19
184:16
**covered** 142:15
162:4
**CPA** 5:1
**created** 158:19
**credit** 66:20 112:1
128:8 130:4,20
132:5,13,19,21
156:5,10 159:3,7
159:10 160:11
174:9 193:1,18
194:12,19 195:6
238:17,22 240:2,5
240:12,20 241:16
**credited** 188:12,15
236:19 239:24

**crediting** 160:15
**CRR** 247:17
**current** 5:3,15 9:2
21:10 52:23,24,24
53:8 76:2 78:7
187:18 232:22
**currently** 5:7 6:15
6:21,21 14:24
15:1 16:3,4,5 23:1
38:15 205:5,6
234:13
**customer** 218:1,4
226:23
**customers** 38:2,3
209:3 210:24
220:2 223:9,10,12
223:20 229:12
**cut** 28:1 103:13
104:20

---

**D**

**D** 244:4
**data** 21:7 75:22
**database** 225:23
226:1
**date** 36:16 101:13
101:15 164:2,10
213:4 221:10
223:4 243:15
**dated** 23:4 50:8
203:6 207:5
225:13 230:3
247:19
**dates** 164:24
**David** 84:16
**day** 227:8 228:8
**days** 222:10
**day-to-day** 45:12
**de** 1:6,13
**deal** 21:23 25:21
26:11 27:3 43:10
74:3 103:16,19
**dealing** 44:10 47:18
82:9 121:1 147:24
167:17 226:13
**dealings** 87:4
**deals** 21:2 75:8

**dealt** 26:5 52:8
53:10 90:6 110:14
111:13 126:22
168:2 233:2,5
**debit** 160:11
**decades** 61:8,9,12
63:7 67:7,8 122:3
**December** 10:23
147:23 203:21
209:20 211:6,9
212:23 213:7
217:18 218:22
219:6 220:15
221:4 223:4 224:4
228:2 229:7
**decide** 130:18
152:1 197:12
**decided** 48:10
196:23 199:16
**decision** 29:13
36:22 37:4 50:23
52:3 198:22
224:11 229:4
**declaration** 130:11
155:5 175:1
**declarations**
164:14
**declare** 65:21 84:11
115:18 116:18
117:7,22 118:3
120:8 154:14
159:5 174:14
233:19 236:5,9
237:10
**declared** 55:3 56:12
118:8 120:11
127:21 128:13,24
129:18 133:6,10
133:19 159:18
172:10 173:11
174:6 176:9
178:21 179:8,21
**declined** 104:21
214:1
**declining** 65:12
**decrease** 205:18

CONFIDENTIAL       E.I. duPont de Nemours &  Company        v.       Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)            September 27, 2006

Page 255

**deductible** 25:16
  47:23 79:9 82:2
  145:10,12,13
  150:7 199:7,8
**deductibles** 11:5
  33:13,16 42:11
**Defendant** 1:11,24
**define** 77:4 131:1
  138:9 156:18
  200:20,20 235:18
  238:12
**defined** 67:1 110:15
  119:20 144:21
  153:17 154:22
  157:22 158:15
  170:23
**definitely** 3:6
**definition** 62:23,23
  89:21 132:5 177:8
  178:1
**degree** 4:12,14,18
  35:11
**Delaware** 1:4,15,25
  4:6 247:1
**delegated** 23:13
  76:18
**deliver** 76:1
**delve** 81:2
**Dennis** 208:4
**depend** 167:20
**depending** 3:18
  31:24 38:3
**deponent** 2:2 244:5
  246:7 247:7,8
**deposit** 76:15 109:6
  111:14,23 120:14
  125:4 131:19,20
  131:21,22 132:2,6
  132:9,16 153:18
  193:19 195:17
**deposited** 238:23
**deposition** 1:13
  2:10 3:13,20 22:9
  22:13 23:23 24:3
  40:6,10,16,24
  41:1 49:23 66:3

**68:13** 71:4 102:7
  107:4 163:5
  165:17 166:3
  175:6 176:24
  180:16 183:22
  201:6 203:2 207:1
  213:24 216:5
  225:7 227:11
  228:13 229:19,21
  232:8 233:4 239:6
  242:3,5,16,21
  243:13,19 244:2,8
  245:1,3
**depositions** 162:18
**deposits** 62:13
  81:19 112:1
**describe** 57:2
  107:23
**described** 59:8
  110:9
**description** 56:10
  57:5 116:12,14
**desginee** 1:14
**designated** 162:2
  177:3
**designation** 162:14
  169:19
**despite** 174:19
**detail** 108:15 165:3
**detailed** 108:13
  219:12
**details** 28:20 45:23
  81:2 142:22 213:3
  237:7
**determination**
  134:16 135:2
**determine** 83:20
  143:10 158:10
  237:12
**determined** 90:2
  151:6 171:9
  181:22 223:8
**determining** 47:17
  233:5
**detriment** 219:23
  220:5,14,18

**developing** 208:6
  210:18
**dialogue** 45:21
  126:9,11
**Dianna** 6:8
**died** 7:9
**Diego** 78:15
**difference** 109:13
  132:18 160:11,20
**differences** 52:18
  53:7,11
**different** 9:4 36:3
  53:14 54:2,6
  58:24 61:24 85:23
  98:9,14 108:2
  138:11 160:20
  182:10 205:11
  228:22 233:4
**differs** 113:6
**DiLeo** 7:20 8:1,12
**Diplomate** 1:16
  247:5
**direct** 26:18 35:5
  39:23 45:21 53:22
  87:4,13 91:9
  181:9 200:22
  209:8 238:2
**directing** 176:3
**direction** 29:10,11
  42:8,11 43:5,22
  49:4 76:15 107:21
  247:10
**directly** 7:7 14:12
  16:10 17:15 18:9
  24:17 26:16,20
  27:3,6,16 28:15
  28:20,24 29:20
  31:13,16,21 32:7
  32:11,19 33:11,23
  34:17 35:11 37:14
  38:2,16,21 44:2
  54:1 82:21 197:24
  198:8,13,15,24
  200:1
**directors** 55:3
  65:20 115:17

**116:17** 120:7
  127:22 128:14
  129:17 130:12
  133:7,11,20 134:3
  134:16 151:7,23
  154:14 171:10
  172:11 174:14
  176:10 178:22
  179:9 181:23
**disagreed** 60:7
**disallowed** 185:1
  239:20
**discounts** 143:21
**discretion** 55:4
  56:13 64:24
  127:21 128:13
  133:6,10,19 151:6
  151:23 152:10
  173:11,23 174:21
  181:23
**discretionary** 184:8
  185:17 186:10,15
  187:1
**discuss** 44:19 55:21
  92:10,17 204:15
  212:9 236:16
  237:2
**discussed** 55:23
  122:15 123:2,14
  126:19 131:11
  237:15
**discussing** 86:6
  189:13 209:15
**discussion** 40:8
  55:17 59:15 60:11
  60:13 80:21 92:18
  94:11 122:6 123:6
  123:24 124:1,14
  127:8,9 161:24
  185:13 195:13
  204:7 213:19,21
  227:21 229:16
  235:1,5,7,24
  236:12 237:24
  241:22
**discussions** 26:19

**26:22** 56:1 59:24
  78:5,6 83:12 84:9
  93:3 122:10,19,23
  123:10,21 127:2,3
  127:7 134:11
  147:24 170:22
  171:14 189:10
  191:8,20 192:1,5
  192:7,13,15
  195:10 212:5
  221:23 233:17,23
  234:2,5,7 235:21
  236:3,7 237:20,21
**dispute** 78:7 83:15
  123:12,15 159:19
  162:12 235:2,10
  236:1,9,19,24
  237:9,11,13 240:4
**disputing** 240:19
  241:3
**dissatisfied** 104:24
**distribute** 137:20
  137:24 158:18
**distributed** 142:20
  157:11
**distributing** 11:22
**DISTRICT** 1:3,4
**dividend** 48:4,8
  54:17,21 55:1,2,8
  55:18 56:11,12,16
  56:17 57:6,7,19
  57:20 58:2,7,9,21
  59:9,20 60:16
  61:1,2 62:4,10,15
  62:20,22 63:1,2
  63:16,17 64:8
  65:4,7,9,17,21,23
  66:21 67:1,8,13
  67:21 68:1,3,5,8
  68:10 69:10,12,13
  69:15,20,23 70:1
  70:5 75:21 79:11
  81:16,21 82:6
  84:11 113:5,9,13
  114:3,10 115:12
  115:13,16,18,19

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                  C.A. # 05-699 (KAJ)                September 27, 2006

Page 256

| | | | | |
|---|---|---|---|---|
| 116:10,18 118:8 | 174:20 175:1 | 167:8 168:15,20 | 13:4 14:11,19 | 146:9,18,20 147:3 |
| 118:18,20,21 | 176:9 177:20 | 168:23 188:5,8 | 15:24 17:20 18:8 | 147:5,9 148:8,19 |
| 119:4,5,16,17,19 | 178:1,19,21 179:2 | 237:17 241:10 | 18:9 19:4 22:14 | 149:11 150:3 |
| 120:8,9,10,12,15 | 179:8 181:22 | 242:10 243:8,12 | 22:16,23 23:20 | 151:2 152:7 153:7 |
| 120:19 124:13 | 191:5 | 245:2 | 24:4 27:6,9,14 | 153:8 154:4,12 |
| 127:4 128:24 | **dividend-type** | **doing** 17:18 98:16 | 28:23 29:3,12,19 | 155:5,13,16,17 |
| 129:6,18 130:11 | 80:12 | 116:21,23 123:24 | 30:2,3,16,24 | 156:3,5,8,11 |
| 130:24 131:1,3,12 | **division** 20:11 | 129:5 208:10 | 31:12,19 32:6,10 | 157:2 159:20 |
| 132:11,14 133:23 | **doctrine** 65:11,16 | 209:5 223:21,22 | 32:19,23 33:3,18 | 160:4,4,13,15 |
| 134:16 135:1 | 66:11 | **dollar** 25:16 35:20 | 33:19 34:8 35:2,5 | 161:9,15 162:16 |
| 136:8,14,17,23 | **document** 22:15 | 44:8 47:22 79:8 | 36:21 41:16,21 | 163:17 164:21 |
| 144:8,9,15 145:22 | 24:5 41:2 50:5,6 | 82:2 96:14 133:17 | 42:8 43:8,10,11 | 166:7 167:4,17 |
| 147:7 149:19,21 | 50:16,17 53:2 | 141:19,22 148:9 | 43:13,14 44:3,14 | 168:2 174:17,24 |
| 150:14 151:7 | 55:21 56:3,4 | 150:6 196:23 | 45:13 46:2 47:13 | 175:12 176:17 |
| 154:5,14 155:5,17 | 58:17 59:13,21 | 233:8 | 47:16 49:18 50:9 | 177:19,22 181:10 |
| 156:7 158:23 | 60:1,12 63:22 | **dollars** 36:14 | 50:10,21 51:12,23 | 182:14,23 184:7 |
| 159:4,10,17,17,24 | 70:4 71:8,12,16 | 100:11 113:19 | 52:22 56:9 58:6,9 | 184:18 185:7 |
| 170:7,7,14,17 | 72:11,17 79:17,18 | 119:22 125:7 | 60:15 61:10 62:17 | 186:9,14,24 |
| 171:7 172:5 | 81:21 88:23 95:22 | 141:4,14 160:8 | 66:14,20 67:11 | 188:12 189:8 |
| 173:10 174:4,6,15 | 96:16 97:18 99:5 | 193:22 196:2 | 70:14,18 71:14,17 | 190:6,11,12 191:3 |
| 174:16 176:12,17 | 99:19,22 101:22 | 197:3 | 72:7,19 73:4,5,11 | 191:9 192:10,24 |
| 176:18 177:4,5,6 | 104:3 107:7,9,13 | **Doris** 17:1 18:15 | 73:14 74:9 75:2 | 193:10,16 194:10 |
| 177:8 178:2,8,15 | 107:21 108:7 | 19:1,2 39:20 | 76:7 77:8 78:2,6 | 194:11,18 195:10 |
| 179:11,16,21 | 115:2,4 117:23 | **double** 185:20 | 79:15 80:2,10,14 | 195:13,16,16 |
| 180:7 181:3,6,24 | 118:19 121:3 | **downgrade** 206:11 | 83:10,13,21 84:9 | 196:6,16 197:6,7 |
| 184:7,14,19,20 | 148:21 149:22 | 206:21 207:10,19 | 84:23 85:1,22 | 197:12,14,16,17 |
| 185:1,17 186:9,15 | 158:13 163:12 | 211:10 229:8 | 86:8 87:20 88:5 | 197:23 198:5,7,11 |
| 186:24 187:19 | 164:1,2 165:5,6 | **downgraded** | 88:10,14 90:19 | 198:22 199:4,5,10 |
| 188:12 191:4,8 | 165:20,21,23 | 207:13,14 211:7 | 91:12,13,22,22 | 199:16 200:1,3,9 |
| 193:1,6,10,13,18 | 166:2,18 168:4 | 212:24 217:20 | 92:8 93:18 94:2,9 | 200:10 201:1 |
| 194:12,19 202:19 | 175:22 181:10 | 218:21 228:10 | 94:22 95:1 96:18 | 202:10 203:7 |
| 233:19 236:5,9 | 182:16,19,23 | **downgrades** 206:8 | 97:10,12,19 98:2 | 204:14 205:3,19 |
| 237:5,10 239:20 | 201:23 203:1,7,11 | 206:19 211:19 | 99:6,8,15 101:17 | 205:21 207:6,7,10 |
| **dividends** 60:20 | 203:13,15,18,18 | 227:4,15,24 230:5 | 101:18,20 103:7 | 209:4,6,24 210:3 |
| 61:18,21 64:17,20 | 203:24 204:18 | **downside** 211:1 | 105:22 106:4 | 212:13 213:13 |
| 64:23 79:16 80:18 | 205:16 210:14,16 | **draft** 203:11 | 108:18 109:2,24 | 217:6,9 219:19,22 |
| 115:9 117:8,13,22 | 220:16,17,19 | **drafts** 148:5 | 111:9 113:2,8,14 | 219:24 220:5,13 |
| 117:22 118:3 | 225:12,15,23 | **drastically** 238:19 | 114:8,18,20 | 220:17 221:2,4,12 |
| 121:7,19 123:7 | 241:16 243:10 | **du** 1:6,13 168:3 | 115:20 117:21 | 221:23 222:12,19 |
| 127:17,21 128:12 | **documentation** | **due** 120:21 172:5 | 118:2,15 122:22 | 222:21 223:4,9,21 |
| 133:5,10,12,19 | 49:14 | 239:20 240:8 | 128:4,10 129:18 | 224:13 225:14 |
| 135:3,9,9,17 | **documents** 2:13 | **Dugan** 86:20 | 130:4,5,16 133:14 | 228:17,17 230:3,4 |
| 136:3 151:5 | 3:14,19 49:21 | **duly** 2:3 247:7 | 135:10,18 136:1 | 230:18 231:14,18 |
| 170:19,23 171:5,8 | 62:5 79:14 136:9 | **DuPont** 2:10,14,17 | 139:7 140:11,23 | 232:14 233:17 |
| 171:24 172:3,5,17 | 137:4 148:6 | 4:8,9 9:11 10:4,16 | 141:2,20 142:11 | 234:4,7 235:3 |
| 173:7,10,22 | 149:14 158:10,22 | 11:1,19 12:23 | 142:19 145:23 | 236:4,8,19 237:12 |

CONFIDENTIAL          E.I. duPont de Nemours & Company       v.                    Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)              September 27, 2006

Page 257

| | | | | |
|---|---|---|---|---|
| 238:5 239:23 | **Eileen** 76:19 77:17 | entire 95:11 154:5 | 143:3,5,7,15,17 | 198:14 232:23 |
| 240:5,20 241:2 | **either** 8:11 14:4,12 | 154:13 155:18 | 143:18,20 144:3,5 | **excluded** 25:17 |
| 242:11,22 | 16:10 44:2 57:12 | 161:7 162:1,5 | 152:17,21,22 | **excluding** 44:9 93:1 |
| **DuPont's** 42:2,14 | 59:11 60:2 93:23 | 167:12 202:10,11 | 153:20 155:23,24 | 125:7 141:9,15 |
| 42:22 50:22 57:9 | 97:4 102:20 | **entirely** 196:19 | 157:20 158:5 | 193:22 233:8 |
| 74:18 78:7 101:8 | 153:13 176:24 | **entitled** 103:2 | 160:7,16 161:7 | **exclusion** 36:14 |
| 112:6 114:6 128:8 | 198:10 209:20 | 151:4 176:9 | **estimates** 89:5 | 196:2 |
| 129:14 136:2 | 216:1 239:15 | 178:20 179:8 | 92:21 118:10 | **excuse** 10:19 20:3 |
| 145:8 167:21 | 247:13 | 181:20 240:20 | 119:24 130:21 | 36:10 41:23 47:23 |
| 177:7 182:15 | **elected** 46:22 | **equal** 131:18 | **et** 19:5 21:7 108:21 | 48:21 76:2 101:16 |
| 184:1,6,9 185:16 | 196:16 217:6,9 | **equals** 119:5 131:4 | 109:20 110:4 | 109:5 124:6 |
| 186:8,13,23 187:7 | 231:14,14 | 144:9,15 | 112:22 114:7 | 145:16 185:10 |
| 187:8,14 192:22 | **electing** 196:19 | **equity** 175:24 176:1 | 119:24 132:20 | 201:2 216:18 |
| 193:4 195:22 | **element** 11:4 25:16 | 229:5 | 135:15 143:21 | 217:8 223:11 |
| 205:10 207:22 | 96:13 | **equivalent** 208:14 | 153:23 167:14 | 225:22 230:13 |
| 212:14 229:11 | **elements** 44:3,6 | **ERRATA** 245:10 | **Eugene** 1:14 2:1 | **execute** 76:13 |
| 231:8 238:12 | **eleven** 147:19 | 246:4 | 4:4 244:5 247:7 | **executed** 92:8 |
| 240:13 243:12 | **Elmendorf** 209:9 | **errors** 108:23 | **European** 39:7,14 | **execution** 76:1 |
| **DuPont-related** | 212:1,4 234:16 | 124:17 134:4 | **Eustace** 83:17 | **executive** 84:23 |
| 85:13 | 235:1,13 | **escrow** 110:5 142:4 | 123:18,22 124:3 | 85:1,12 |
| **duties** 10:11,15 | **employed** 4:7,9 | 142:6 | 127:8,9 | **exhaustion** 189:4 |
| 11:13,23 12:21 | **employee** 82:21 · | **especially** 209:3 | **Evancho** 5:20,23 | **exhibit** 22:9,13 |
| 15:19 16:18 17:13 | 83:7 233:18,20 | **ESQ** 1:18,22 | 6:7 12:14 28:9 | 23:23 24:3 40:4 |
| 23:8 24:16 31:16 | 234:8,8 235:17,18 | **essence** 33:19 | **Evancho's** 6:17 | 40:24 49:23 50:3 |
| **dying** 214:9 | **employees** 234:14 | **essentially** 44:23 | **event** 247:14 | 57:7 68:13,16,17 |
| | 235:19,20,24 | 45:13 51:18 71:1 | **eventually** 228:7 | 69:2,5 71:4,7 72:6 |
| ——————— | **Employers** 163:14 | 90:20 113:1 | **evidence** 34:5 | 75:11 80:16 81:17 |
| **E** | 169:7 | 145:23 146:21 | **exact** 18:24 186:1 | 82:6 91:20 95:7 |
| **E** 1:6,13 168:3 | **employer's** 166:4 | 147:7 231:24 | 217:1 | 97:20 99:17 107:2 |
| 244:4,7 | **encapsulate** 32:5 | **establish** 75:18 | **exactly** 46:21 68:7 | 107:4 115:1 |
| **earlier** 2:8 | **endeavored** 243:1,3 | **established** 75:5 | 85:4 87:21 143:16 | 121:22 136:24 |
| **early** 13:9 38:9 | **endorsement** | 124:9 154:9 | **examination** 2:5 | 137:10 149:8 |
| 87:11 223:1 | 149:19,21 150:14 | **establishing** 75:19 | 216:3 244:6 | 163:5,9,10,13 |
| **earning** 174:8,8 | 168:7 180:7 181:3 | **estimate** 57:14 90:9 | 247:12 | 165:16,17 166:3 |
| **earnings** 172:24 | 181:6,18 | 132:24 142:11 | **examine** 243:8 | 166:11,19,19,19 |
| 173:17 | **endorsements** | 143:14 157:8,8 | **examined** 2:3 247:7 | 169:1 175:6,10 |
| **easily** 107:17 | 148:13,17 150:10 | 240:10 | **example** 63:12 | 180:1,15,16 181:4 |
| **Ed** 49:9,11 | 150:15,23,24 | **estimated** 56:21 | 88:17 161:8 207:8 | 181:10,14,15,17 |
| **education** 4:12,22 | 164:15 166:8,8 | 58:12 62:13 66:17 | 218:3 220:1 | 182:8,11,13,20,21 |
| **educational** 4:11 | 167:6 168:1 | 67:6 68:3 76:12 | **exceed** 189:3 | 182:23 192:20 |
| **effect** 61:20 121:19 | **engagement** 70:17 | 91:18 109:11,16 | **Excel** 93:12 203:19 | 201:6,11,18 203:2 |
| **effective** 136:15 | 70:22 71:13,20 | 109:17 119:22 | **excellent** 206:24 | 203:5,22 204:1,16 |
| 222:9 | **ensure** 45:24 47:10 | 125:4 137:11,14 | **excess** 30:14 31:2,3 | 204:23 205:1 |
| **effectively** 33:9 | 79:18 167:21 | 137:17 138:3,4,7 | 89:23 90:6,6 93:1 | 207:1,4,5 211:24 |
| **efforts** 243:12 | **enter** 191:8 | 138:10,16 142:9 | 141:14 149:6 | 216:5,10 225:7,11 |
| **eight** 10:9 19:19 | **entered** 93:5 | 142:10,18 143:1,2 | 172:7 197:18 | 227:9,11,14,23 |
| **eighties** 13:9 39:13 | | | | |
| 46:12 87:11 | | | | |

CONFIDENTIAL          E.I. duPont de Nemours & Company     v.          Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)          September 27, 2006

Page 258

228:5,12,13,20
229:18,21 230:1,1
232:8,12 233:4
238:4 239:6,9
245:1
**exhibits** 70:11
148:2 229:19,20
244:8 245:3
**existed** 61:8 88:20
106:14
**expect** 3:17 42:13
43:9 62:7 67:12
67:12,23 93:22
102:3 128:24
156:13 161:11,13
161:16 175:22
**expectation** 129:23
178:7 179:20
**expected** 61:1
66:14,15 67:19,20
93:18 115:23
118:6 132:21
156:5,8 218:1
220:8
**expecting** 52:9 62:9
**expedite** 242:3
**expense** 112:8,8
141:8 157:5
**expenses** 62:8
104:14 125:3,3
153:8,11 178:3
186:21
**experience** 73:11
114:6 117:17
120:16 122:13
128:8 129:6,7,14
129:14 140:13
143:21 155:10,13
174:9,18 186:20
**expiration** 76:2
130:10 171:11
**expired** 172:6,9
**Expires** 247:18
**explain** 55:8 125:13
**explained** 106:2
145:1 147:21

190:20 191:19
240:10
**explaining** 190:20
**explanation** 126:15
188:1 190:12
191:18
**explanations** 187:9
187:15 207:24
212:15 213:12
214:17 220:21
**explosion** 35:21
100:12 141:15
233:9
**explosions** 25:17
36:15 93:2 96:15
116:7 196:3
**express** 170:13,18
**expressed** 126:7
**expressly** 170:6
**extension** 166:9
**extensively** 90:24
91:5
**extent** 171:18
**E-i-l-e-e-n** 78:20
**e-mail** 3:11 50:7
83:5 203:6 206:10
207:5 209:9,18
212:5 225:13
226:7 227:16
230:2 232:12,17
**e-mails** 29:7 206:21
232:13
**E-v-a-n-c-h-o** 5:22

---

**F**

**face** 138:20
**facilitate** 75:22
191:12
**facilities** 11:3 51:15
94:1
**facility** 233:10
**fact** 3:5 64:16 73:19
74:2,11 80:4
90:13,14 117:12
122:3 170:16
177:3 180:10
189:21 191:24

201:21 218:5
**factor** 173:8
**factors** 44:9 154:18
**facts** 211:4,9
**failed** 65:21 115:17
116:18 120:7
174:14 221:20
**failure** 233:19
236:5,9 237:9
**fair** 27:4 64:1 89:6
205:13
**fairly** 23:7 107:23
108:13
**fall** 92:17,19
**falls** 226:19
**false** 173:13 187:9
187:15 188:3
189:7,18,20,23
190:5,6,12,24
191:17 207:23
208:24 210:7,9,13
210:15,22 211:5
212:14 213:11
214:16 216:12
220:20
**familiar** 84:4,15
85:21 109:22
125:15,23 156:16
**family** 46:21
**far** 125:18 198:14
**Faughnan** 48:19
86:22,23
**Faughnan's** 87:14
**favor** 129:18
**Favorable** 24:12
**Faye** 13:14 14:2
15:11
**feasible** 198:12
222:10
**feature** 55:8 57:8
57:19 58:7,9,21
59:9,21 60:16
**February** 19:17,20
21:14 222:9 225:5
**Federal** 2:11
**fee** 33:5,18 34:24

37:6 60:22 88:9
88:10,15,18,20
89:4,19 90:9
111:15 112:4,10
112:12 113:16,17
125:5 139:7,8,9
139:10 158:17
198:16,17
**feedback** 223:13,19
**feel** 65:15 154:7
240:16
**fees** 44:7 47:21
56:20,22 57:14,15
57:21 58:14 60:24
61:4 65:5 66:24
81:19 86:10,11
92:22 93:23 94:5
96:10 97:7,13
100:9 101:5
102:15 103:8
104:14 109:16,20
111:18 112:22
121:2 131:15
140:19 142:14
148:10 151:19
152:4 155:10
156:9 174:9
184:10,21 188:22
189:24 192:11
199:19 221:17
226:13 238:21,23
238:24
**fell** 222:18 224:10
**felt** 66:11 112:9
124:18 208:9
237:3,11
**Fetzer** 1:16,25
247:5,17
**field** 9:17,17 10:9
10:12,13
**fifteen** 235:14,15
**fight** 3:21
**file** 56:7 69:5 93:19
182:14,15
**filed** 30:24 136:19
136:21 173:3

186:13
**files** 53:24 86:6
202:9
**filing** 31:15 200:1
**filings** 17:15,18,19
18:2,9 19:10 21:6
**final** 88:23 94:21
94:23
**finalized** 108:10
**finally** 148:3,4
**financial** 148:22
200:9,20,23 205:2
205:4,11,15,17,20
206:3,8 207:13
208:1,17 209:15
209:19,21 210:4
210:11 212:10,16
213:3,13 214:18
216:18,20 217:23
218:2,12,16
219:10,17 220:3,9
220:22 221:3
229:2
**financially** 101:7
198:12,20 200:5
218:5,8,10
**financing** 114:1
**find** 43:10 87:6
127:15 128:1,12
137:5 231:22
**finding** 221:8
**fine** 15:15 68:23
89:1 104:6 121:11
159:23 177:11
182:13 201:4
202:23 215:15
**Finish** 27:24
**finished** 27:23
116:1,2
**first** 2:2 3:5 52:22
72:22 78:20 92:24
97:17 101:21
102:11,19 103:5
104:4 113:19
115:8 117:12
124:1 127:16

CONFIDENTIAL        E.I. duPont de Nemours & Company        v.        Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)              September 27, 2006

Page 259

151:3 155:19
168:21 174:19
175:21 181:19,19
183:6 217:4 223:1
226:6 230:21
**firsthand** 145:14
**fit** 128:10 211:21
**five** 11:10 14:1 39:2
58:24 98:13
222:10
**fixed** 88:9,10,18
132:2,3 135:15
157:10,24 193:20
**flow** 107:10 112:7
**focus** 48:9 127:3
**folks** 20:14,23
28:15 87:22 123:3
**followed** 76:15
109:1
**following** 67:24
75:24 110:7
171:11
**follows** 2:4 157:2
**foregoing** 247:11
**forget** 214:15
228:17
**forgetting** 140:11
**forgotten** 221:1
**form** 18:5 24:22
29:22 32:14 33:4
34:3 40:17 42:3
42:15,19 43:1
52:4 55:11,23
61:23 62:10,12
63:19 66:21,23
95:14,23 114:3
132:22 169:7,15
174:5 175:2,15
176:22 185:23
**formal** 4:22 22:7
**format** 35:4 107:17
**former** 233:18,20
234:8,13 235:17
**forms** 169:8,14
**formula** 69:22 70:1
70:5 119:4,16,19

125:11 130:10,22
130:23,24 131:1,2
131:4,4,10,10,14
132:11 134:17,18
135:12 144:8,15
147:7,12
**formulaic** 240:13
**formulas** 130:17
**forth** 41:9 45:12
57:6 71:16 72:6
94:8 97:10 98:3
100:24 105:23
106:17 108:17
137:11 148:5,8
187:8 204:8
**forward** 109:3
112:18 126:15,23
217:6
**foundation** 42:6,20
43:2 55:12 73:10
89:9,12 95:15,24
96:7 112:15 119:8
119:13 120:22
129:3 138:13
139:24 175:3,16
176:22 177:13
178:10 179:23
200:15 224:17
**four** 5:24 13:7 14:1
16:16 20:3 22:6
37:21 58:24 98:9
98:13 211:7
**fourth** 54:16
176:13 178:9
179:2,12 222:4
**frame** 87:18 207:10
221:7
**Franklin** 7:12 8:1
8:12
**FRENCH** 1:18 3:1
3:9,15,21 17:22
18:5 22:24 24:22
27:22 29:22 32:14
34:3 40:2,12,14
41:8,12 42:3,6,15
42:17 43:1 50:11

50:14 52:4 55:11
58:23 59:2,6,22
61:23 63:19,21
64:1 65:10,15
66:4,10 68:17,20
69:17 71:22 72:2
73:9,18,22 74:11
80:17,19,22 86:1
89:9,12 90:12
95:14,23 96:6
97:2,20 98:4,8,13
98:21 99:1 100:2
100:5,18 101:2,23
102:1,23 103:13
104:1,16 105:4,10
111:11 112:15
115:24 119:8,12
120:22 121:9
128:15 129:2
138:13 139:24
140:3 161:20
162:1,15,22
163:24 164:5,8
165:10 171:18
175:2,15 176:19
177:7,13 178:10
178:16,23 179:4
179:17,22 181:13
182:7,20 183:4
184:2 185:10,19
185:23 186:3
187:3 200:12,15
201:14,17,19
202:2,6,13 213:17
213:20 214:6,11
214:19,23 215:3,7
215:13,17 216:4
217:11 224:17
227:18 232:6
241:19,23 243:17
243:23
**friendly** 107:17
**Fritzsche** 13:14
**front** 56:21 63:22
64:2 65:14 66:6,8
104:3 126:1 169:2

197:20
**fronted** 31:4
**fronting** 11:20
30:13 50:18 92:12
137:7 139:22
199:2 221:9 224:5
224:12 226:2
**full** 65:21 115:18
116:18 120:8
151:3 174:14
181:19 192:24
193:9,17 194:11
194:18,21,23
195:3 211:13,14
**fully** 106:2
**fun** 168:16,17
**function** 20:6,11
30:23 187:11,16
188:4 189:9
190:13
**functions** 10:11
13:3 31:7,18
156:22
**fund** 110:5
**further** 72:4 127:2
127:3 137:6
204:21 208:18
212:24 216:2
217:20 237:15
242:9 243:15
247:11,13
**future** 117:7 118:3
171:4 176:11
177:23 179:10,16
203:17 204:4
211:2
**fuzzy** 12:9
**F-a** 48:22
**F-a-u-g-h-n-a-n**
48:23 86:22
**F-r-i-t-c-h-e** 13:15
**F.R.C.P** 1:13

---

**G**

**GAAP** 156:16,18
157:2 161:11
**gather** 73:20 177:1

**Gebhart** 17:4 19:24
20:12,19
**Gene** 50:9
**general** 72:22 80:24
110:11,18 139:6
140:9 158:16
165:10,11,12
175:13 177:5
**generally** 10:2
11:14 88:21
108:24 113:5
139:20,23 148:9
156:19 161:1
164:17
**generated** 189:5
**gentleman** 237:8
**George** 85:23,23
**Gerald** 7:12 8:12
**getting** 52:1 66:20
98:11 102:4
104:15,18 114:8
120:15 153:8
195:4 204:21
223:13 231:11
**gist** 23:9
**give** 23:5 40:4
48:18 75:21 89:8
90:8 126:2 156:9
162:17 178:5,6
190:14 191:13,17
201:14 212:13
222:7
**given** 74:11 103:2
114:15 129:21
132:22 134:16
159:3 160:3 247:8
247:11
**gives** 179:15 208:15
**giving** 209:3
**GL** 110:21
**glasses** 54:13
**global** 5:4 9:3 89:10
89:11,11
**globally** 90:10
**Gloria** 13:21 15:11
**go** 26:21 27:24 28:3

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                C.A. # 05-699 (KAJ)          September 27, 2006

Page 260

29:18,20,21 30:2
40:13 42:21 59:1
61:15 63:20,24
65:24 67:17 69:19
70:7,12 71:21
72:10 73:23 75:20
75:20 80:20 85:17
90:19 96:8 98:24
103:14 105:3,5
109:21 111:2,6,15
111:16,17,17,20
111:21 112:3,16
116:4 118:7
126:16 140:4
153:22 177:14
185:10 190:16
195:20 198:22
199:1 200:14,17
201:2 202:9,23
207:21 213:17
214:14,18,22
217:6 226:24
238:11 241:19
242:6
**goals** 24:8
**goes** 22:7 92:21
112:17 137:6
171:8 173:7
**going** 2:15 14:16
22:12 24:2 40:10
45:4 46:9 54:1
56:8 66:4 75:20
76:4 80:22 81:2
83:21 96:2 98:15
102:5 104:23
105:12,14,16
109:3 111:9
112:11 115:14
116:3 122:16,17
122:17 124:19
161:20 163:8
175:9 203:5 207:4
224:2 227:9
232:11 239:9
240:5
**good** 40:2,19,20

121:9 162:19
163:3
**Gorke** 76:19 77:17
78:6
**gotten** 98:6
**governing** 171:10
173:11,23
**grabbed** 229:18
**grade** 223:11,12
**GRAHAM** 1:19
**great** 175:17
**Griffin** 76:20 78:21
**group** 12:14,23
20:14 72:24 73:12
107:14
**guarantee** 170:13
174:5,16,22
176:11,16 177:22
179:10,16
**guaranteed** 61:21
63:18 64:17
115:10,14 117:14
121:7,20 123:8
127:5,17 154:24
170:19 173:8
174:4,21 184:11
226:2
**guaranteeing**
117:21 191:3
**guess** 3:4,15 17:5
86:18 104:23
**guidelines** 219:1
221:3 223:6 229:9
230:7
**Guy** 233:9
**guys** 92:16 102:20
224:16
**G-o-r-k-e** 78:19

**H**

**H** 244:7
**half** 7:7 17:17
86:18 155:19
242:2
**Hamilton** 1:14
**hand** 22:12 24:2
40:10 50:2 71:7

152:18 163:8
175:9 203:5 207:4
228:21 229:24
232:11 239:9
**handed** 166:2
**handing** 225:10
**handle** 26:18 34:15
72:23
**handled** 19:2 30:11
38:4,5
**handler** 227:2
**handlers** 225:4
**handles** 21:21 79:6
**handling** 26:16
30:18,19,23 34:21
47:10,11,14 50:19
53:10 86:5,11
92:14 97:15 148:1
148:11 221:9
226:13,15 235:22
**handwritten**
239:12
**hangup** 225:2
**happen** 93:15
**happened** 111:22
150:2 203:24
224:20 235:19
**happy** 2:19
**hard** 216:19
**Hartford** 46:19
**Hathaway** 229:6
**hats** 86:1
**head** 2:21 15:23
16:2
**heads** 16:7
**hear** 119:10 213:24
214:10 230:13
**heard** 3:5 78:17
162:22 163:18,19
163:21
**Heftman** 40:18
41:13
**Heights** 234:15
**held** 5:5 39:9
**hello** 234:17
**help** 104:16,17

136:16
**Henry** 1:19
**Hercules** 1:14
**high** 11:4 42:11
**higher** 238:24
241:5
**highlighted** 179:3
182:5
**historically** 112:4
218:17
**history** 186:22
187:2,5
**hold** 6:21 89:14
**Holders** 176:8
178:19 179:7
**holding** 8:2
**holds** 6:22
**holidays** 224:7
**hook** 196:11
**hopefully** 243:21
**hour** 228:6 242:2,6
242:7,10 243:21
243:22
**hours** 64:6,9

_____

**I**

**identification** 22:10
23:24 40:7 49:24
68:14 71:5 75:24
107:5 163:6
165:18 175:7
180:17 201:7
203:3 207:2 216:6
225:8 227:12
228:14 229:22
232:9 239:7
**identified** 16:6 26:7
27:21 28:8 34:10
52:20 54:7 70:13
75:10 77:17 87:22
138:11 149:8
189:6 190:9
198:21
**identify** 22:15 24:5
50:3,6,16 69:2,5
107:2,9 163:9,13
165:7,21 201:11

225:19
**ignored** 160:5
**Illinois** 1:23 170:24
**implied** 117:19
**impossible** 224:7
**improvement**
208:8 210:20
**INA** 46:20
**incentive** 88:15
**incentives** 88:13
**incidents** 35:23
**include** 10:5 11:17
12:22 15:20 27:2
89:23 145:4
**included** 11:24
193:21
**includes** 75:11
144:12 180:6
187:22 230:18
**including** 11:16
113:16 141:7,8
162:3 166:7 243:9
**Income** 112:8
**incorporates**
180:11
**incorrect** 30:8 57:1
124:15 189:19
218:8
**incorrectly** 59:20
153:23
**increase** 111:18
226:8,11,19
230:20 231:19,23
233:6
**increases** 233:6
**incurred** 109:9,12
110:15,15 111:5
111:24,24 126:17
**indemnified** 31:4
36:11 139:12
**indemnify** 193:21
**indemnifying**
115:21 190:1
**indemnity** 137:7
191:13 196:8
197:20

CONFIDENTIAL        E.I. duPont de Nemours & Company      v.        Lumbermens Mutual Casualty Company
Eugene Slesicki         C.A. # 05-699 (KAJ)         September 27, 2006

**indicate** 45:7 59:10
178:13
**indicated** 71:9
205:16 208:3
223:10
**indicates** 231:17
**indicating** 164:15
165:6 180:3
204:20
**indication** 45:10
51:24 209:5
**indirectly** 44:2
198:19 199:1
**individual** 2:13 3:3
3:13 35:18 177:11
177:12 243:5
**individuals** 16:6
28:12 190:9,23
**information** 19:22
43:24 44:14 45:22
45:19 46:4,23
47:5 48:2,13 49:3
49:8,14,15,19
51:3,5,17,21,22
52:6 53:19 62:13
62:18 84:5 91:17
92:21 94:16 97:14
105:13 109:19
166:5,6,9,24
167:14 205:20,22
205:24 206:12,13
213:23 214:3
217:21,22 219:19
219:21 222:1,6,8
226:5 228:5
230:15 233:14
**informed** 213:22
242:4
**inherited** 125:16
**initial** 159:12
**initially** 13:7 17:14
107:13
**Inneo** 84:22
**input** 107:15,18
**inquire** 177:2
243:14

**inquiry** 81:11 184:3
**instructed** 222:4
**insurance** 2:16 6:10
6:19,24 8:3,8,9,15
9:11,24 10:1,6,16
10:22,24 11:4,6,8
11:9,14,18,24
12:4,12,22 13:1,3
14:13 15:24 17:6
17:7,21 18:2
19:14 22:22 23:19
24:9,20,23 25:1
25:14,16 26:12
29:13 33:6,20
34:1,5,9 35:11,19
35:22 37:22 38:1
38:2,9,11,12,16
38:21,23 39:1,2,7
39:15 41:17,18,20
42:2,10,23 43:17
44:8 45:8 46:9,16
46:18 47:15,16,21
49:19,20 50:18
51:10,12,15,21,23
52:5,10,11,11
53:17 56:8 58:15
60:15 61:4 63:9
64:3,9 66:21 67:4
72:20 73:12 74:5
74:19 75:23 79:8
80:9,14 85:13
92:13,23 95:6
96:13 97:1,8,11
97:15 100:10
101:5,10 102:15
105:21,23 106:17
109:17 113:9
114:16,21 118:13
118:22,23 119:24
120:2,15 121:19
124:10 125:6
130:6 131:15
133:21 137:3
138:22,24 139:2
139:14,21 140:13
140:15,17 141:10

141:12,13 145:1
148:18,24 149:2,9
149:11,16,23,24
150:11,16 152:16
155:3 156:24
158:14,17 163:15
164:19,20 165:8
166:7,23 167:22
168:15 170:6
171:24 173:3
177:9 180:22
183:18 184:12,17
186:10 187:1,10
187:16,22 188:3
188:19 190:13
191:13 193:21
195:23 196:17,18
196:20 197:4
198:17,18,23
199:3,17,19,23,23
200:8 201:12
203:10 204:1,9
209:22 212:22
213:2,5,10 216:8
216:13,15 218:4
218:19 219:2,10
219:15,23 220:2,6
220:12,15 221:5
221:13,18,24
223:15,16,16,23
224:23 227:2
231:15 233:7,16
236:14 237:22
238:11 242:23
**insurance-related**
11:15 79:23
167:17 172:19,21
**insure** 113:21 141:1
196:22,23
**insured** 36:12,13
151:3 172:17,24
173:4,9,17,18
181:20 197:10
236:4,8 237:21
239:20
**insurer** 171:4 172:2

172:11,16 173:12
173:24 174:2
223:21
**insurers** 75:17 90:7
221:9
**integrity** 216:17
218:11
**intended** 125:12
139:17 140:8
147:8
**intending** 153:22
**intent** 62:6 125:19
135:13 154:8
192:23 193:8,16
194:4 195:2 232:3
**intentions** 238:13
**intents** 82:2
**interest** 42:14
43:10,13 112:7
**interested** 247:14
**interests** 42:22
**internal** 9:15,16
10:3 24:9 53:24
131:17 149:5
225:6
**internally** 44:16
160:13
**interpret** 117:5
176:16
**interpretation**
120:12 151:21
171:19,20
**interrogatory**
243:10
**interrupt** 28:4
42:18 59:23 71:22
**interrupted** 27:23
100:6
**interrupting** 100:2
**interruption** 65:24
**interupt** 65:11
**introduced** 2:8
**investment** 223:11
**invitation** 104:21
214:1
**involve** 127:9

**involved** 21:3 24:23
25:19 27:9,13
28:16,20,23 29:4
30:14 36:22 37:3
38:6,20 44:12
49:5,9 51:11
61:12,14 74:20
77:3,11 78:1,4
82:13 83:19 84:8
84:19 86:7,12,12
87:10 90:24 91:5
91:21 138:23
139:2 197:13
222:13 237:18
238:21
**involvement** 14:5
37:23 38:18 39:3
39:17 82:10,18
83:9,17,23 85:5
85:22 86:24 87:24
**involving** 78:7
**in-house** 206:1
**issue** 81:3 111:8
154:21 159:19,21
193:12 202:14
**issued** 70:23 168:8
172:7
**Issuer** 176:1
**issues** 82:10 162:20
223:8
**issuing** 43:4
**item** 176:3 180:23
183:24 185:15
186:7 187:6,6,12
192:18 195:20
196:15 199:21
200:22 201:9
205:9 207:21,22
212:12 238:3
**items** 24:11 26:7
32:22 41:7 72:24
75:13 132:6
144:12 147:24
237:3 240:24
243:13

**J**

CONFIDENTIAL        E.I. duPont de Nemours & Company        v.        Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)        September 27, 2006

Page 262

| | | | |
|---|---|---|---|
| **J** 1:14 2:1 4:4 244:5 | 24:12,17 25:1,2,6 | 122:10 123:12,15 | 211:22 212:9 | 107:18 |

**J** 1:14 2:1 4:4 244:5
247:7
**jacket** 163:19,19,20
163:23 164:3,16
164:19 165:8
166:22,23 167:10
167:14 168:12
169:12,18 171:2
**James** 7:5
**January** 21:12
217:5,13,14
218:20 219:15
221:10,20 222:4
222:20,24 223:1,2
223:13 247:18
**Jean** 38:14 73:1
**Jeffery** 40:18
**Jerry** 189:11
**Jersey** 234:15
**job** 167:16
**John** 39:6 48:19
49:4,9 76:9,21
77:1,1,2,6,9,17
79:1 86:22,23,24
87:4 92:5,9 93:17
125:21 227:14
232:18
**joined** 8:15 9:13,14
82:16,17,22,23
**joint** 94:2
**Jon** 84:14

─────────────
**K**
─────────────
**Kane** 210:15
211:22
**Kane's** 208:4 210:6
**Karr** 21:14
**Kathy** 17:4 19:24
20:12,19
**keep** 98:18 102:5
103:19 119:18
152:18
**Kemper** 2:17 9:10
10:24 11:16 14:5
14:7,8 15:7 17:6
17:21,24 18:3,6
20:24 21:21 23:19

24:12,17 25:1,2,6
25:7,10,13,19,21
26:13 27:7,16
28:13,16,24 29:4
29:14,16 30:6,9
30:11,17,22 31:4
31:6,13,15,19
32:5,12,12,22
33:2,18 34:7,11
34:18 35:3,6,10
36:11,17,19,23
37:3,24 38:3,5,7
38:11,19,22 39:4
39:18,18 42:24
43:3,8,11,15,19
44:1,4,18,19
45:13,18 46:23
47:1,11 48:11
50:19,23 51:6,9
51:18 52:2,14,19
52:23 53:8,15
54:3,9,20 55:1,9
55:14 56:14 57:1
57:8,18 58:7,10
58:21 59:21 60:1
60:15 61:8,10
62:3,6,15 64:21
64:24 67:1,10
68:2 69:6,20 75:5
75:9,12 76:8,22
77:15 78:1,7 79:2
80:6,10 81:17,20
82:1,5 83:4,9 84:6
84:10 85:6 86:8
90:20 92:8,12,12
94:9,12,12,22,23
95:1 101:4,11,19
102:14 103:9
106:6 107:18
108:18 109:2,7
110:2 111:14,15
112:4,19,24
113:14 114:3,5,9
114:12,17 115:13
117:7,20 118:1,5
120:21 121:6

122:10 123:12,15
124:9,12,13,18
125:10,20 126:13
126:20,24 128:4
128:11,20,23
129:16 131:13,17
134:4,12 136:19
136:21 137:22
139:12,18,23
140:12,19,22
141:1,13,18,22
142:2,12 145:19
146:6,9,17,17,19
146:21 147:3,4,5
148:3,8,19 149:11
149:23 150:19,23
151:14 152:7,10
153:11,23 154:4
154:11 155:5
156:9 158:2 159:4
159:10,17,20
160:14 162:9,16
162:20 163:12,17
164:14,21 166:23
167:8 168:8
170:22 171:15
172:18 174:1,3
177:21 182:15,18
183:1 184:24
185:2,7 187:9,14
187:18 188:2
189:7,20 190:1,5
190:7,11,22 191:2
191:11,15 193:13
194:10,17 195:10
195:15,17,23
196:10,11,17,21
197:6,12,18 198:2
198:9,16 199:2,17
199:18,22 200:7
200:23 204:3,21
205:11 206:13,18
207:6,9,12,23
208:17,21 209:1
209:16 210:3,8,10
210:23 211:12,22

211:22 212:9
213:13 216:16,22
217:7,10 218:15
218:21 219:1,11
219:17 220:1
221:2,5,11,19
222:1,6,14,22,22
223:5,24 224:14
224:15,21,22
225:3,16 226:3,9
226:10,19 227:4
227:15 228:1,10
229:4,9 230:6,24
231:1,11,15,22
232:1 233:7,15,18
234:8,8 235:2,17
235:18,19 236:4,8
236:17,24 237:2,5
237:9,21 238:8,22
239:10 240:4,8
241:1 242:23
**Kemper's** 43:6
44:6 52:7 55:3
56:12 57:4 76:12
83:20 113:16
116:13 129:14
150:1 154:15
160:8 174:8 177:8
177:24 184:7
185:16 189:10
190:4 193:7
203:16 205:4,14
205:20 206:3,7
207:13,14 208:1
209:15 210:4
213:12 214:17
230:10,16,19
233:19 236:4,8
240:15 242:3
**Kemper-DuPont**
82:11 83:18,24
84:20 87:1,24
90:1 133:21 157:5
**Kemper-related**
82:24
**Kemper/Marsh**

107:18
**Kemper/NATLS...**
194:8
**Ken** 5:8,9 28:8 37:9
37:14,16 38:16
**kept** 129:9
**kind** 102:2
**King** 1:25
**KIRKPATRICK**
1:19
**Kloos** 49:9
**knew** 199:8
**Knotts** 17:1 18:15
19:1,2 39:20
**know** 3:11 9:12
18:24 26:5 46:15
48:4 49:18 59:11
64:11 72:1 77:20
77:21,22 78:9,11
78:17 84:18 86:16
86:16 87:9 89:13
100:1 136:21
137:1 144:21
157:16,17 163:1
164:22,24 165:1
165:12 168:17
175:4,5 178:12,17
179:24 188:5
190:5 194:14
210:10 226:4
227:7 237:16
239:14
**knowledge** 48:24
49:11 73:15,17
84:19,21 145:5,14
175:14 177:12
195:1 205:8 230:5
230:6
**knowledgeable**
200:24 205:4
**known** 39:13
**Kurt** 1:16 247:5,17
**K-a-r-r** 21:15

─────────────
**L**
─────────────
**Lane** 4:6
**language** 58:16

CONFIDENTIAL        E.I. duPont de Nemours & Company      v.        Lumbermens Mutual Casualty Company
Eugene Slesicki            C.A. # 05-699 (KAJ)            September 27, 2006

Page 263

62:11 63:12,23
64:2,16 65:12,13
65:16 66:5,12
82:6 94:20 113:9
114:10,22 115:6
121:18,21,24
122:7 123:12
126:3,4,8 127:4
127:14 128:12
169:16,21,22
170:18 174:12,19
181:5,16,18 182:1
182:3 183:2 195:7
202:19
**large** 55:2 56:11
65:22 113:12
115:19 120:9
136:7,14,17
149:18,21 150:13
174:15 180:6
181:2,17 221:12
222:2
**larger** 175:22
**Lasalle** 1:23
**late** 13:8 49:15 78:3
78:22 87:16,17
**lateral** 20:10
**law** 1:14 30:13 35:2
171:3 172:1 173:1
**laws** 145:12
**lawsuit** 235:5,10
236:1,10 238:12
**Lawter** 8:16,18,24
9:20 11:11
**lead** 77:1,2 179:19
221:19
**leadership** 12:5
**leak** 141:15
**leaks** 113:20 116:7
**learn** 229:13
**learned** 205:20
221:2 222:19,21
223:5 228:7 229:1
229:8,13
**learning** 229:4
**leave** 19:21 86:17

**led** 77:1 146:22
**ledger** 158:14,15,16
**ledgers** 158:12,12
160:12
**Lee** 5:12,13,17,19
6:20 23:3 28:8
**left** 20:20,22 78:16
104:22
**left-hand** 179:2
**legal** 42:4,19 110:4
171:19,20 238:21
**Lending** 1:22 2:6,7
3:8,11,18,23 4:1
22:11 24:1 40:4,9
40:13,20,22 41:5
41:11,14 50:1,13
50:15 65:13 66:2
66:7,13 68:15,19
68:22 69:1 71:6
72:1,3,5 73:21
74:3,6,17,22 81:8
81:14 90:14 96:4
98:6,11,19,23
99:4,10,16 102:8
102:9 103:17,18
105:3,8,18 107:6
119:14 121:11,17
162:8,19 163:3,7
164:7,10,12
165:19 175:8
177:4,10,16 178:4
179:1,6 180:14,18
182:13,22 184:4,5
185:12,14,21
190:16 191:1
201:8,16,18,20
202:5,7,16 203:4
207:3 214:2,9,13
214:21 215:1,5,9
215:15,21 216:7
217:12 225:9
227:9,13,20,22
228:15 229:15,17
229:23 232:10
239:8 241:21
242:20 243:20

244:6
**letter** 3:12 40:17
41:10 45:17 70:17
71:20 88:19 93:17
93:19 94:15 112:1
132:4 216:2
**letters** 70:22,23
238:17
**let's** 15:1 17:3
27:12 29:1,14,18
33:1 36:23 72:20
74:23 76:7 80:20
91:24 102:7 108:2
124:1 149:17
157:13 159:16,23
160:1,7 162:8
163:9 165:4,15
171:1 172:23
175:23 181:16
186:7 205:9
213:17 214:10
228:19 241:19
**level** 142:22
**liability** 38:4,11
89:23 90:6 110:11
110:12,18 146:5
157:12,13,18
158:4,19,20 161:9
161:9,10,15
163:15 166:5
169:7
**liaison** 75:16
**Liberty** 48:3,7
**liked** 98:8
**limit** 141:3
**limitation** 141:7
145:2
**limitations** 11:4
**limited** 35:11 80:23
119:6 144:17,20
144:23,24 146:1,7
146:16
**limits** 189:3
**Limmer** 84:14
**line** 69:24 81:11
94:6 138:9,11

231:1
**lines** 108:7 122:20
138:17 192:1,6,15
237:1
**liquidation** 83:22
**Lisa** 17:1,11 18:18
18:19 19:9,11,13
20:7 107:14,20
**list** 8:14 24:8 76:5
180:22 225:4
**listed** 144:12 176:7
**listing** 22:19 226:4
**litigation** 162:6
237:18 238:22
**little** 7:22 20:1
24:11 72:4 86:18
160:1 196:10
**lives** 77:21 78:11
234:16
**LLP** 1:14,19
**locations** 9:19
39:11 168:2
**LOCKHART** 1:19
**Logan** 233:24
234:2,5
**long** 4:9 5:5,9,17,23
6:11 7:6,13,21
8:24 9:16 11:9
12:8 13:18,22
17:11 18:15 19:8
19:15,24 22:5
37:19 38:23 39:9
41:20 85:2 227:2
**longer** 17:6 51:10
77:23 82:18 86:19
219:1 221:2 229:9
229:20 230:7
**long-term** 117:1
226:23
**look** 44:16 45:4
47:9,15 62:2,15
63:12 84:12 88:16
93:12 97:22 114:8
114:24 127:14
136:12 144:8
149:17,19 150:13

151:2 153:3
158:11 159:4
160:14 161:6
165:4,15 166:15
168:12 169:4,21
170:9 171:1
172:23 175:23
177:19 178:18
180:2 181:1,11,16
183:24 187:6
192:18 196:15
199:21 202:17,21
203:10 205:9
208:18 222:11
224:2 225:11,18
226:6,7 227:23
230:1,9 232:16
233:13 239:17
**looked** 64:6,8 80:16
82:6 97:23 113:10
114:23 116:9
119:2 121:1,22
127:4 130:24
144:13 152:17,21
153:1,3 155:24
161:4 180:7
196:18 204:24
233:3
**looking** 48:10
51:17 58:17 63:13
89:14,14 137:2
164:1 177:10
220:11 222:22
231:6,7
**looks** 203:11
228:18
**loss** 11:4 21:5 31:8
31:11 44:8 65:8
75:22 102:3 109:9
109:22,22 110:8
110:15,15,16
111:1,5,6,18,24
111:24 120:16
126:17,22 129:7
133:16 141:3,7
145:2 155:10

CONFIDENTIAL        E.I. duPont de Nemours & Company        v.        Lumbermens Mutual Casualty Company
Eugene Slesicki            C.A. # 05-699 (KAJ)            September 27, 2006

Page 264

| | | | | |
|---|---|---|---|---|
| 174:9 196:23 233:8 | **Lynley** 4:6 **L-a-w-t-e-r** 8:18 | 245:3 **market** 1:15 42:23 | 241:1 **Marsh's** 27:1 45:14 | 124:20 230:6 235:13 |

losses 33:10 35:20
36:9,11,13 44:11
56:18 58:1 61:5
67:4 76:15 95:18
95:19 96:11 97:16
100:14 101:6
109:6 113:18
114:7 115:21,22
116:5 118:11,13
119:7 126:13,17
129:8 130:2 132:4
133:15 136:4
137:9 142:14
144:17,20,23,24
145:3,4,19 146:1
146:7,10,11,16,23
147:1,2 152:7
153:21 154:20
156:12 158:18
178:3 184:11
185:8 187:20,24
188:24 189:2
191:7 192:10
193:22,24 194:7
199:20 240:23
241:2,3,11,13,14
241:18
lot 73:22 108:17
168:15 202:4
lots 104:4
Louisiana 166:12
167:13 183:9,11
183:13,14
low 226:19
lower 239:19 241:6
lowering 229:2
lowest 142:22
Lucas 85:23,23
Lumbermens 1:10
186:9 196:21
212:14,16 220:21
238:7
lunch 121:10,13
242:2

**M**
M 1:22
magazine 216:16
main 48:9
maintained 29:16
109:7
major 22:19,21
23:20
making 112:7
116:22 124:12
170:6,12,13
191:16 192:10
193:11 215:17
man 16:9
management 5:4
9:3 24:9 27:16,20
28:6,11,14,15
37:8 70:24 79:19
86:10
manager 6:10,16
6:19 8:3,4,8,9,10
12:15 16:11 23:3
39:7,15 84:17
236:14 237:22
managers 28:7
manages 21:22
mandate 170:17
March 17:7
mark 24:2 68:15
81:12 180:14
227:9 228:11,23
marked 22:10,12
22:14 23:24 40:7
40:23 49:24 50:2
68:14 71:5 94:20
94:23 95:6 107:5
163:6,9 165:18
166:3 175:7
180:17 201:7
203:3,7 207:2
216:6,9 225:8,10
227:12 228:14
229:22 232:9,11
239:7 244:8 245:2

245:3
market 1:15 42:23
46:9,10 47:9 56:8
175:24 232:22,23
233:11,16
marketed 224:6
markets 222:7
230:17
Marsh 24:20 25:4,4
25:7 26:15,18,20
26:23 38:21 41:16
41:17,20 42:1,13
43:9,14 44:14,20
45:1,5,16,17,19
45:22 46:3 48:12
48:16,24 49:8,11
50:8,17 51:4,20
53:20 54:8,8 55:7
55:18,22 56:2,10
56:24 58:19 59:8
59:20 60:2,6,9,11
70:12,14,18,23
71:8,10,14,17
72:7,19 73:3,13
74:8,20 75:1 76:6
76:21 77:23 78:15
78:15,16 79:4
82:16,21,22 83:7
84:4,6,9,24,24
85:1,19 86:13,16
87:23,23 88:3,10
90:10 91:8,21,22
91:24 92:1 99:19
99:22 107:11,15
122:7,21,24 123:2
123:6,11,11,15
126:7 127:3 134:6
134:9 150:19,22
162:10,18 167:20
168:5,9,21 171:14
202:6,7 205:13,19
205:23 206:1,9
207:19 219:11,16
221:3 222:4 223:6
226:20 231:10
233:10,13 239:10

241:1
Marsh's 27:1 45:14
52:6 126:3 208:19
219:1 225:23
229:9 230:7
Martelloni 79:3,4
82:9,11,22 83:6
85:8 123:16,21
124:2,4,14,20,23
125:13,22 126:7
Martelloni's 84:17
239:15
material 232:3
matter 21:5 75:9
112:20 114:11
224:2 234:9,10,14
matters 6:24 42:2
44:10 72:20 85:13
109:6 148:22
167:17 176:1
205:2 206:22
235:22,23
mean 42:17 59:22
60:1 65:10 85:14
102:5 122:24
130:15 133:7
139:6 152:10
165:10
meaning 110:24
212:1
means 122:20
123:7,12,15
130:16 134:9,12
134:23,24 135:7
135:17,23 151:12
151:22,24 152:9
171:17,22,23
172:15 173:16,21
208:9
meant 122:7,22
126:3,4,8
mechanism 62:20
63:9 114:1
meet 198:12 215:10
223:5
meeting 28:18

124:20 230:6
235:13
meetings 29:9 38:8
member 29:6 37:14
memory 214:7
mention 189:14
mentioned 31:10
39:21 123:3,3
183:11 190:23
201:10
merely 16:18
met 219:1 221:3
229:9 230:7
235:16
method 130:4
mid 78:3 87:15,17
middle 45:22
234:23
midnineties 47:7
48:13 87:12
Mike 7:20 8:12
25:23 26:3,6,12
26:17,19,23 27:3
94:14 191:17,20
204:3
million 25:16 35:19
36:14 44:8 47:22
79:8 89:8 90:11
90:15,16 92:24
93:1 96:14 100:11
113:19,21 116:5
119:22 125:6
133:17 138:12,17
141:14 150:6
152:16,23 156:1
158:5,5,24 159:24
160:8,14 188:16
189:21 193:11,21
196:2,23 197:3
233:8 240:18
Mills 21:10
mind 201:3
mine 181:11 214:24
minimum 92:20
219:1 221:3 223:6
223:10 229:9,11

CONFIDENTIAL          E.I. duPont de Nemours &  Company        v.          Lumbermens Mutual Casualty Company
Eugene Slesicki          C.A. # 05-699 (KAJ)          September 27, 2006

Page 265

230:7 243:21
**minor** 240:9,12
**minus** 119:6 144:10
 144:16 206:24
 208:12,14,21
 223:11,11,12,16
 223:21 228:11
 229:2
**minute** 40:5 103:15
 207:22
**minutes** 234:17
 235:14,15
**misleading** 208:24
**misrepresent** 171:6
 172:4
**misrepresentation**
 189:17
**missed** 155:19
**misspoke** 18:6
**misstate** 59:4
**misstated** 58:20
**misstatement**
 216:21
**misstates** 17:22
 32:15 57:7,9,18
 69:17 101:2
 111:11 119:9,13
 129:2 138:14
 187:4 200:16
**misstating** 29:23
**mistake** 229:15
**Mitchell** 7:5,11 8:2
 8:9,10
**mix** 47:3
**mods** 143:21
**moment** 68:18,19
 70:12
**money** 112:5,6,8
 189:16 238:23
**moneys** 111:22
**monitoring** 205:14
 206:3,5 219:17,18
**Monsier** 83:3,13
**month** 224:4
 234:19,22
**months** 58:4 109:18

147:15,19,19,20
 211:7
**Moody's** 206:16
 207:12,14 208:5
 210:17 228:1,8,9
**motion** 94:4
**move** 81:13 183:22
 215:8
**moved** 238:10
 243:5
**moving** 221:24
**multiplier** 119:7
 147:6,10 153:12
**Mutual** 1:10 48:3,7
**mutually** 243:15
**M-o-n-s-i-e-r** 83:3

———————— **N** ————————
N 244:4
**name** 2:7 4:2 5:21
 8:17 22:7 78:20
 84:4,15 85:21
 86:2,21 97:9
 181:19 206:16
 236:15
**Named** 151:3
**names** 13:11 15:14
 17:8 49:6 123:3
 123:20
**narrowing** 75:4
**National** 164:6
**NATLSCO** 110:2
 141:24 145:16
 225:3
**nature** 161:16
**NCCI** 169:15,18,21
**Near** 222:20
**necessarily** 160:14
**necessary** 242:19
**necessitate** 170:17
**need** 3:21 25:14
 38:3 54:13 65:16
 106:10 161:22
 170:9,18 202:14
 202:23 208:18
 243:18,20,22
**needed** 11:19 27:2

66:11 92:11
 197:19 209:23
 237:16
**needing** 23:10
**needs** 47:16 49:20
 167:22
**negative** 129:9
 185:20 194:14
**negotiate** 24:12
 25:8 26:11
**negotiated** 24:17
 34:24 125:20
 186:19
**negotiating** 26:6
**negotiation** 26:19
 27:10 28:24 43:8
 74:4,18,21 91:1
 204:8 222:18
**negotiations** 25:2
 25:10,19,22 26:15
 27:7,17 28:13,16
 28:19 29:4,8 38:6
 39:4 45:12 86:7
 91:21 95:3 148:7
 222:16,22
**neighborhood** 89:7
**Neither** 20:23
 173:7
**Nemours** 1:6,13
**never** 65:21 115:17
 116:17 120:7
 122:15,15 128:21
 134:2 139:18,19
 151:17 152:2
 153:16 155:7,15
 174:5,14 186:19
 192:23 193:8,16
 194:20 195:2,13
 204:20 208:2
**nevertheless** 183:2
**new** 20:19 21:6
 78:15 93:24 186:4
 205:20 221:21
 224:3 234:15
 247:2
**Newark** 4:6

**NICHOLSON** 1:19
**nine** 58:4 109:18
**nineties** 13:9 26:8
 46:6 47:5 78:3,22
 87:11,16,17
**nod** 2:21
**nodded** 90:17
**non-U.S** 39:16
**non-work-related**
 234:14
**normal** 56:17
**North** 1:23
**Nos** 245:1
**Notary** 1:16 247:6
**note** 71:23 81:5
 182:7 208:4
 210:11 213:20
 231:17 245:1
**notes** 207:15 208:3
 239:12 247:9
**notice** 2:10 40:10
 40:16 41:1 74:1
 74:13 124:11
 176:24 183:22
 202:4 243:13
**notification** 227:14
 227:24
**noting** 127:20
**novation** 83:20
 84:1 123:24
 189:10,13,14
**November** 232:14
**number** 2:16 16:9
 53:3,6 71:16
 89:15 129:21
 132:8,18 148:12
 150:10 160:14
 162:3 169:19
 170:5 180:11,19
 182:10 197:5
 201:17 219:10
 232:5 241:7 243:7
 243:7
**numbers** 245:2

———————— **O** ————————
**oath** 2:3

**object** 171:18
 185:23
**objecting** 73:23
**objection** 17:22
 18:5 24:22 29:22
 32:14 34:3 42:3
 42:15,19 43:1
 52:4 55:11 59:6
 61:23 63:19 69:17
 73:9 80:17,19
 89:9,12 90:12
 95:14,23 96:6
 97:2 98:4 100:18
 101:2,23 111:11
 112:15 119:8,12
 120:22 128:15
 129:2 138:13
 139:24 175:2,15
 176:19,20,22
 178:10 179:22
 187:3 200:12,15
 224:17
**objections** 40:16
 41:9 178:16
 179:17
**objective** 108:9
 222:8
**objectives** 24:8
**obligation** 196:5
**obtain** 29:7,13,15
 29:20 30:2 36:22
 43:22,24 45:2,2
 46:10 48:1 51:3
 53:18 76:14
 107:16 196:16
 224:11
**obtained** 196:20
**obtaining** 42:9
 48:12 76:11
**obtains** 173:9
**obviously** 52:18
 95:10 176:23
 218:2
**occasion** 28:19
 82:20 168:11
**occur** 31:5 147:12

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki          C.A. # 05-699 (KAJ)          September 27, 2006

Page 266

188:7 208:8 210:20
occurred 35:23 44:24 88:22 113:20 206:11
occurring 209:2
October 92:9 101:12,14 102:13 112:19 143:4 147:14,23 157:9 222:6
offer 114:19 216:2
offered 114:12
offering 3:2 47:12
offhand 15:14
office 45:10 167:1
offices 1:14
offset 120:20 153:8 154:6 156:6 241:9
offsets 241:17
Oh 68:22 72:15 147:2
okay 18:15 32:18 53:5 54:13 70:10 72:3,11,15,16 74:17 87:8 108:8 160:21 162:8 166:1,17 183:14 215:15 216:4 243:23
old 52:23 53:9 79:7 79:9,11,15 80:7 82:9,24 83:2 109:8 222:8,11 224:11,23
Oliver 1:19
once 21:7 54:15 109:13 112:19 168:13 175:17 222:1
ones 13:13 17:10 80:15
one-sided 211:3
one-year 129:12
open 220:8 240:24
operate 152:14

operated 135:13 155:8,11
operation 145:18
opinion 84:6 136:2
opportunity 99:18
opposed 43:11 73:19 168:2 197:14 198:24 199:24
opposite 76:16 93:12 130:20 197:17
option 224:10
oral 210:2,3
order 52:1 75:16 114:19 120:17 149:24 153:7 158:3 162:21 198:10 210:12 240:7
Oregon 172:1,2,16 172:20
organization 169:15
originally 160:16
outline 243:2
outlook 208:6 210:18 211:8
outside 9:18 147:11 147:12 155:12 162:6 168:6 194:7 195:13
overall 43:17 47:15 62:16 73:2,3 88:6 88:7 133:13 148:1 226:16,17
overlap 74:23
overpaid 57:12
oversight 156:21
owe 147:5 195:14
owed 240:16,17
owes 238:22,22
o'clock 242:1
O'Neill 17:1 19:8 19:16 21:14,17,18

——————————
P

package 222:5
page 52:22 53:4,7 53:12,13 69:8,22 72:12 88:18,19 89:2 95:8 97:22 97:23 105:21 114:23,24 115:6 116:10 119:3,20 120:6 127:10,14 130:24 131:24 132:1,11 133:4 136:12 137:10,11 138:2 141:4,8,12 142:8 144:8,12 147:14 149:18 151:2 152:18 155:23 157:22,23 157:24 158:6 161:8 166:5,6,9 167:14 169:4,5,20 169:20,22 171:1 174:12 175:18,21 175:23 178:18,24 179:1 180:2,4 202:18 203:10 226:6 228:18,21 232:18 239:18 244:5 245:10,11 246:3
pages 50:12 72:22 96:24 97:17 98:3 99:6,14 100:17,24 101:10,21 102:11 102:19 103:5,7,21 103:24 104:2,5,6 104:7,9,11 120:4 146:12 169:19 175:21 225:18
paid 36:10,10 57:22 57:24 58:3,13,13 89:7 96:11 100:8 100:10 109:21,22 110:7,8,16,24 111:5,17 118:11 118:24 119:1 120:13 125:12

130:3 132:4,15 135:10 139:21 140:13 142:6 146:9,19 147:3 151:17 152:13,14 153:14,23 160:8 170:14 176:12 178:8,9,14 179:11 179:16,21 184:13 184:21 188:12 194:7,9 200:9 240:11,23
papers 31:1
paragraph 55:15 55:16 115:15,16 116:10 127:10 136:13 151:3 176:7 181:19,19 183:4,6 210:16 230:10,21,23 232:17
paragraphs 127:10
paraphrasing 65:19
part 24:16 31:14 43:3,16 91:19 100:15 125:2,9 134:6 137:2 142:16 149:23 150:8,10 152:7 156:21 164:19,20 165:6,8 166:7,9 166:19 167:11,13 167:16 169:21,23 174:8 178:7 179:20 181:8 197:19 218:6 226:14,16 230:13 233:12 239:20
partially 126:12
participate 172:24 173:17
particular 75:16
parties 62:19,20 69:14 70:4 131:10 150:9 192:23

193:16 204:12,22 247:8
party 242:14 244:1 247:13
Patterson 17:1,11 18:18,19 19:10 20:7 107:15,20
Paul 79:3,4 83:6 84:3,17 85:8,9 123:16 239:15
Pause 68:12 69:4 78:12
pay 25:14 33:5,8,18 35:2 52:12 57:22 60:22 61:5 63:5,6 88:10 92:24,24 109:11,21 110:1,3 111:2,6,9,13,14 111:16,17 112:3 112:13,13 113:1 116:8 126:16 131:8 135:14 137:9 139:18 141:18 146:20 147:4,9 152:13 153:7,10 156:8,12 156:13 170:7 172:2 176:17 189:4,24 192:24 193:9,17 194:11 194:18,20,23 195:3,11,17 196:6 198:16,18 199:19 221:16
payable 171:9 172:5,8
paying 14:11,13 65:6 67:3 71:2 76:15 97:7 112:5 112:22 113:15 127:12 131:6,14 131:16 132:19 133:15 140:19 145:24 153:21 154:23,23,24 155:10 174:10

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                C.A. # 05-699 (KAJ)          September 27, 2006

Page 267

184:10 185:7
187:24 188:24
191:7 193:19
199:8,10
**payment** 95:18,19
97:12,16 100:13
101:6 113:23
126:12 132:2
146:2 151:17
161:18 171:5,7
172:5 173:6,19
184:7 185:17
186:9,15,24
189:15,21 191:3
192:11
**payments** 21:21
36:17 57:24 110:6
115:21 132:3
142:3 154:20
157:24 192:9
**payroll** 43:24 56:22
56:23 58:5 66:18
92:21 100:10,13
108:22 109:19
114:7 118:11
119:23 120:3
124:16 132:18
141:5 143:2,3,7
143:10,16,19,20
152:5
**payrolls** 94:15
**pays** 21:22 241:2
**pay-as-you-go** 61:6
76:14 109:4,5
145:17 146:12
189:1 241:3,15
**pending** 177:17
**Pennsylvania** 1:20
4:17
**people** 10:13 13:6
13:13 16:12,23
17:9 21:9 23:15
67:11 87:6
**Pepper** 1:14
**percent** 226:8,11
226:19 230:20

**percentage** 137:23
**percentages** 137:23
**perform** 11:19
12:24 13:1 18:10
43:12 67:18 71:17
74:9,9 88:5,11
139:16 168:9
**performance** 88:13
211:2
**performed** 14:6
17:14 20:6 30:19
70:14 72:7,19
124:16
**performing** 13:3
151:14
**period** 15:14 16:24
20:2 23:5,6,18
29:1,5 36:23 58:5
87:5 132:17 134:1
172:6,7,9 209:2
209:17 212:20
223:18
**Periodically** 29:6
**periods** 8:11 16:11
**permit** 145:12
**permitted** 224:21
**person** 11:21 16:20
21:6,20 27:6
29:12 76:11,21
83:4,8 124:20
188:8,10 189:5
200:24 205:3
242:21
**personal** 235:12
**personally** 25:3
90:24
**personnel** 49:5
187:18 206:1
**persons** 27:20 76:6
190:23 191:2
**perspective** 57:9
208:19
**phase** 224:9
**phone** 26:20 44:20
124:21,22
**phrase** 127:16

128:1 130:8 133:5
133:9,18 134:9,12
134:15 135:17
**picked** 82:23
**piece** 90:5
**pieces** 126:10
**pile** 228:24
**Pittsburgh** 1:20
**place** 87:12,14
108:10 215:8
221:21 228:2
238:18
**placed** 81:1,1
139:17 157:7
216:16
**placements** 76:1
**placing** 55:16
**Plaintiff** 1:8,21
**plan** 2:12 3:6 54:17
54:21 55:1,2,8,18
56:11,12 57:6,8
57:24 58:21 65:18
65:23 109:4
113:13,17,23
115:20 120:10
136:15,18,19,23
149:19,21 150:14
151:7 170:7 173:1
174:16 180:7
181:3,6,18,24
193:24
**planning** 177:2
**plans** 242:8
**play** 108:11 153:16
154:19 184:19
198:2
**Plaza** 1:14
**pleadings** 186:11
186:12 192:22
238:9
**please** 2:18 4:2
**Pluard** 189:12,13
**plus** 26:9 95:18
96:10 119:6
139:11 143:20
144:16 145:24

147:6,9 152:8,15
153:12 158:1
161:14 178:3
186:21 224:6
229:3 231:18
238:14
**point** 3:1 8:23 38:4
49:6 51:13 53:23
72:13 77:5 78:16
93:6,20 125:18
168:21 194:15
198:6 239:5
241:17 242:5,13
**pointing** 74:13
117:6 215:19
**points** 72:17 106:6
106:7
**policies** 31:5 35:1,3
35:18 52:11 76:2
80:24 92:13 95:18
139:13,17 148:24
149:16 167:18,20
183:20,23 184:17
198:17 202:11
**policy** 30:14 31:2,3
33:4,6,14,14,19
34:1,6,9 50:24
51:7 58:5 68:11
74:19 97:14 108:3
109:18,19 120:14
132:17 137:3
138:20 148:7
149:10,15,23
150:11 151:4,8
159:14,16,18
163:15,17 164:13
164:13,16 165:2
166:5,7,9,12,23
167:4,12,13,22
168:2 169:7,15,24
171:6,11 172:4,6
172:7 173:2,5,9
173:19 180:1,3,6
180:11,13,19,22
181:20,24 182:10
182:17,18 183:8

183:10,15,16
195:9,24 199:19
201:22 223:16
**policyholder** 172:3
**Pont** 1:6,13 168:3
**Poor's** 228:1
**Porter** 5:8,9,11
6:21,21 16:2 28:8
37:9,15,17 38:17
71:24 72:4 201:24
**portion** 37:7 44:7
45:10 55:19 64:8
68:10 69:10 89:20
107:24 139:10
172:3 200:19
**position** 5:3,5,15
6:9,15,17,20,22
8:2 9:2 11:7 12:3
17:16 18:23 20:7
22:5 37:19,20
39:10 104:22
154:3,15,17 184:6
184:18 185:16
186:14 187:14
193:4 207:23
219:17
**positions** 9:4
**positive** 129:9
158:9 194:14
208:7 210:19
211:8
**possibilities** 211:1
**possibly** 93:24 94:3
168:13
**potential** 45:5
69:23 81:10
**potentially** 38:12
142:11
**practice** 116:14
**practices** 116:13
**precede** 104:7,9
**preceding** 98:3
**predecessor** 125:21
**prefer** 3:9
**prejudicial** 238:6
**premium** 58:15

CONFIDENTIAL          E.I. duPont de Nemours & Company     v.                    Lumbermens Mutual Casualty Company
Eugene Slesicki               C.A. # 05-699 (KAJ)          September 27, 2006

Page 268

61:4 63:9 97:15
100:10 101:6
109:17 119:6,6,24
120:2,20,24 121:4
121:5 130:6,21
131:16,20,23,23
131:24 132:3,6,8
132:9 137:14,18
138:10,16,21
139:5,20 140:1,6
140:12,16 142:19
143:1,6,11,12,13
143:15,16,24
144:2,4,5,7,9,10
144:11,16,16
145:24 146:21
147:6,9 151:5
152:3,18,22,22,23
153:2,6,12,14,15
153:15 154:5,13
154:20,21 155:3,6
155:18,23,24
156:5,6,15 157:5
157:7,12,13,15,18
157:19,20 158:4,6
160:6,16 161:7,8
172:8 173:6,20
174:8 181:21
184:12 187:21,22
188:23 193:1,9,17
193:20,21 194:11
194:19,21,23
195:3,11,12,17,18
240:10
**premiums** 124:8
137:12 138:4,7
142:9,10,13,16,21
152:14 153:15
158:14
**prepare** 23:2 50:18
129:20
**prepared** 22:20
24:9 93:13 107:11
107:12,13,20
203:20 205:16
**prescribed** 172:10

**present** 12:18 16:24
17:2 116:20
**presented** 126:20
190:22 223:8
**presenting** 241:4
**press** 228:11,16
**pretty** 8:14 20:14
23:7 26:16 32:4
39:14
**previous** 93:5
**previously** 18:13
27:21 28:8 35:10
90:23 96:9 100:22
112:9 127:8
147:21 180:8
183:11 188:17
197:5 203:19
220:22 233:3
**price** 1:22 27:17
40:18 52:8 231:19
231:23 233:5
**prices** 231:10
**pricing** 51:21
224:24 226:22
230:10,11,11,16
231:1
**primarily** 47:10
**primary** 43:4 76:21
77:1 89:22 90:4
149:3,7 226:1
242:22
**principal** 39:12
**principle** 162:24
**principles** 156:19
161:2
**print** 225:22
**printed** 217:20
**printer** 247:9
**prior** 5:11,19 6:7
7:3,10 24:13 26:3
26:3 29:23 36:3
37:21 40:23 46:7
73:16 76:1 77:9
77:12 80:1 82:14
89:17 91:5 92:9
92:16 93:9 94:6

96:23 99:2,17,22
105:17 109:7
110:23,24 111:3
111:15 116:21,22
117:18 121:18
122:1 126:13,18
126:21 138:14
150:15 151:13
157:9 187:4
204:18,24 228:4
**probably** 185:21
227:6,8
**problem** 81:8 85:17
85:18 102:24
163:1
**Procedure** 2:11
**procedures** 75:19
**proceed** 3:22,23
221:10
**proceeded** 133:24
221:4,21 222:3,7
**process** 27:10 28:24
43:8 44:23 46:2
48:12 74:21 75:22
83:22 90:19 91:1
94:9 107:2,16,24
108:13,13,15,24
109:3 129:16
134:6 150:8,9
233:12 240:1
**processing** 75:23
**produce** 113:17
**produced** 22:15
71:8 188:8,11
202:5,6 242:11
**production** 2:13
3:13 167:4,7
**profiles** 52:6
**profit** 62:16 65:8
113:16
**profits** 56:17 61:1
152:6
**program** 10:16
11:2 15:24 17:24
19:2 21:3 22:23
25:11,12,15 26:12

28:21 29:13,16,17
30:6,9 34:23
35:14 36:6,12
37:3,7,24 38:11
38:19 39:18 42:10
43:4,15,17 44:2
45:23 46:23 47:22
48:4,5,8 51:9,18
52:2,12,14,19
55:9 56:5,14,16
56:19 57:1,3,8,10
57:18 58:7,10
59:21 60:15,21,23
61:5 62:5 63:7,10
65:6 67:16 69:6,8
69:10 70:21 71:18
72:8 74:5,10,19
75:3,5,6 76:12,14
76:22 77:4,11,15
78:2 79:2,9,12
80:6,12 81:22,23
82:1,5,12 83:10
83:18,24 84:11,20
85:6 87:1,10
88:18 89:6,10,11
89:22,24 90:5,8
91:11 92:14,23,24
93:18 94:2,6
95:16,20 96:12,12
100:8,11,14 101:7
101:19 103:9,12
105:24 106:4,5,14
106:20 107:24
108:21 109:8,9
110:16 112:23
113:6,6,18,22
114:9,16,19,20
115:22 116:6
117:2 118:4,13,16
118:23 120:18
121:1 124:10
125:2,6,9,10,12
125:15,17,20
127:15 128:22
130:3 131:5,15,16
132:14 133:14,15

133:17,21 135:1
135:13,18 136:1,8
136:13 137:19
139:22 140:5,10
140:11,17,17,18
142:15,19 145:3
146:15 147:15,18
147:20,22 148:23
149:2,3,6,7 150:6
150:9,16 151:14
151:19 152:8,8,15
152:15 153:17
154:9 155:1,2,8
155:11 156:10
157:5 159:7
160:17 161:13,16
165:8 167:19,24
169:2,5 170:8,18
174:7 182:4,9,24
184:10,13 185:8,9
186:18 187:10,16
187:19,23 188:4
188:19,20,23
189:3,8,24 190:2
190:3,13,19 191:7
191:9,10,11,13,21
194:3,4,8 195:6,6
195:23 196:18,22
198:6,23 199:16
199:24 200:19
201:12,21 202:12
203:10 204:1,5,9
204:17,23 217:7
217:10 218:6,7
221:5,16,17,22,24
223:23 224:14
225:6,16 226:9,12
226:16,17 230:12
230:16 231:15,18
231:18 233:2,8
236:17 238:10,14
238:17,18 239:1
241:14 242:23
**programs** 11:16,20
12:2 13:5 30:15
41:18 42:10 51:19

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)              September 27, 2006

Page 269

52:15,19 76:16
80:9 81:1,3 158:3
225:24 226:1,2,2
**progression** 15:22
**prohibit** 170:6
**prohibitions**
  170:13
**promise** 117:6,7,19
  170:7 171:4,24
  172:2,16
**promised** 61:21
  63:18 64:17 115:9
  115:14 117:13
  121:7,20 123:8
  127:5,17 170:19
  174:20
**promising** 117:21
  118:2
**promoted** 15:16
  17:16 37:20 39:1
**promotion** 12:11
  12:13 16:21,22
**proof** 13:1 198:18
  199:3,18 216:2
**properly** 58:20
**proposal** 36:1 57:4
  58:22 62:10 64:3
  64:9 66:5,21,22
  68:5,11 91:12,20
  92:7,16 93:5,9,14
  94:20 95:6,11
  97:1,11 99:6,15
  100:17 101:1,10
  103:21 105:21,23
  106:17 108:18
  113:9 114:21
  115:5 116:10
  118:18 119:2
  121:19 127:11
  147:13 148:12,18
  149:9 150:8
  174:12 177:9
  181:7,8,9 182:18
  186:10 187:1
  195:8,8 201:12
  202:20 203:16

225:16
**proposals** 46:15,18
  58:17 60:19 61:7
  61:9,13,15 122:1
  122:3 196:9
  202:12
**propose** 93:10
**proposed** 93:7
  126:24 129:17
  130:10,22,23
  131:1,4,11 134:17
  231:20
**provide** 11:18
  25:12 31:8,11,14
  32:1,12,12,13
  33:4 34:5,24
  35:18 36:19 43:3
  43:23 44:3,6 45:5
  45:18 47:20 51:4
  52:10 53:20 60:22
  60:22 62:4 68:21
  68:23 75:2,2 79:8
  88:14 92:20 94:16
  105:12 114:19
  120:17 128:7
  130:4 132:13
  140:20,22 145:12
  151:15 152:1
  158:2 167:22
  172:18 184:17
  191:12 197:13
  198:17 199:2,18
  205:22,24,24
  206:11 209:23
  214:7 224:21
  226:9
**provided** 13:2
  23:19 30:12 31:2
  31:9 32:22,23
  35:6,10 44:14
  45:1 46:18 47:1
  56:10 84:5 92:12
  122:11 141:10
  142:5,5 143:5
  149:23 150:3
  153:18 172:21

173:4,18 183:18
  183:20 197:6,18
  204:3 208:16
  222:1,6 241:1
**providers** 110:3
**provides** 199:23
**providing** 9:10
  10:24 11:2 15:9
  47:15 62:16 95:18
  103:1 128:11
  141:13 142:3
  178:1 198:14
  219:19,21 233:6,7
  235:7
**provision** 63:14
  64:11 68:9 80:15
  122:20 123:7,14
  171:15,17 172:15
**provisions** 60:20,21
  61:17,20 65:19
  97:17 99:18,22
  100:4,16,24 101:9
  101:21 102:11
  104:7 105:22
  106:22 170:3
**Public** 1:16 247:6
**publication** 220:15
**pull** 93:4,9 202:10
**pulling** 192:22
**Purchases** 176:1
**purchasing** 173:9
**purely** 235:12
**purpose** 132:11
  142:18,24 148:18
  148:21 149:7
**purposes** 17:7
  62:15 82:3 160:2
  168:23
**pursuant** 1:13 2:10
  62:10 66:22 171:9
**pursue** 237:16
**pursued** 204:20
**pursuing** 189:15,21
  189:23 220:1
**put** 55:18 56:24
  58:19 63:21 64:2

65:12,13,16 66:11
  70:11 104:3
  119:22 138:19
  151:19 157:4,15
  158:4 170:18
  181:1 194:14
  215:8 222:5
**Putnam** 37:11 73:1
**putting** 66:5,7
  132:11 142:18
**p.m** 121:13,16
  244:2

_____
**Q**

**qualification**
  103:11
**qualifications**
  198:11
**qualified** 209:22
**qualifying** 103:10
  103:20
**quality** 52:13
**quarter** 176:13
  178:9 179:12
**quarterly** 176:12
  179:11
**question** 2:19 18:1
  29:2,23,24 30:1
  32:16 51:1 53:5
  58:24 69:11 73:2
  75:4 95:24 98:7
  98:14,18,20 99:9
  99:13 102:2,21,22
  104:15,23 105:11
  108:16 115:2
  117:24 119:16
  133:8 134:2
  138:15,16 139:1
  146:24 157:16
  159:15 161:23
  177:15,18 186:2,5
  190:18 232:2,4
  236:6 242:9
**questioning** 59:23
  214:4
**questions** 2:16,18
  2:23 73:23 74:14

80:23 150:18
  215:16 242:12
  243:2,4 247:8
**Quetzy** 50:8 55:22
  76:24 77:2,6
  82:15,17 92:5,10
  93:17 125:21
  203:20 225:13
  227:7 230:2
  231:17 232:22
**quickly** 243:6
**quotation** 130:8
**quote** 65:23 93:20
  192:22 193:6,11
  200:3
**quotes** 48:2 224:11
**Q-u-e-t-z-y** 77:6

_____
**R**

**raise** 60:8 214:4
**RANDALL** 1:22
**Randy** 2:7
**range** 22:6 225:14
  229:20 235:15
**rated** 208:21
  223:16
**rates** 52:23,23,24
  52:24 53:8,9
  137:21 143:21
**rating** 205:18
  206:14,15,17,24
  207:13,15 208:14
  208:15 211:6
  229:2
**ratings** 208:9
  210:21
**rational** 52:3
**RDR** 247:17
**reached** 94:19
**read** 23:11 68:9
  72:9,10,18 79:22
  95:10 96:18,21,22
  96:24 97:4 99:10
  99:11,12 115:3
  116:16 125:17
  136:11 167:18,20
  168:20 175:17

CONFIDENTIAL        E.I. duPont de Nemours & Company        v.        Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)              September 27, 2006

Page 270

177:16,17 178:6
183:7 190:17
216:19,24 217:3,9
217:13 218:19,24
**reading** 108:4
168:15
**real** 51:22 72:22
118:22,23 120:15
123:1 139:14
140:15 154:2
188:19 220:9
**really** 51:10 56:16
60:24 61:2 65:4
90:4 94:4 111:8
113:24 118:14,20
118:22 119:17
121:5 122:12,13
128:8,21 129:6
131:19 132:15,19
133:13,24 134:14
135:8,9,11 146:10
146:14 152:3
153:16 155:12
168:1 185:6
187:19 188:22
191:8 199:10
208:2 213:2
226:14 231:21
**reason** 107:16
138:1 198:21
199:12 202:14
211:18 224:13
233:16
**reasonable** 233:9
**reasonably** 161:11
161:12
**reasoning** 189:23
190:4
**reasons** 124:16
231:19,23
**recall** 7:4,10,19
8:14 16:24 36:4
46:18 56:1 60:11
60:19 62:1 64:21
70:21 91:12
121:21,24 127:7

183:9 191:24
192:5 197:9
209:15 210:2
212:6 226:10
**recallable** 135:4,12
135:17
**receive** 4:18 46:15
151:4 152:12
176:9 178:20
179:8 181:20
**received** 12:11
47:11 51:21 57:11
59:16 124:7,11
126:14 152:2
183:1 188:6
205:17 206:13
207:9 223:19
227:5,7,16,23
241:11
**receiving** 130:20
228:4
**recess** 40:21 105:7
163:4 201:5
**Recessed** 121:13
**recognize** 71:12
154:7 199:10
239:17
**Recognizing** 115:9
127:16 198:4
**recollect** 15:14
17:10 26:8 32:8
41:23 48:6,7,9
49:6,12,17,22
60:5 70:20 78:23
83:5,6,11 84:12
85:4,21 86:2,21
87:15,21 88:23
89:18 114:11
123:20 125:18
126:5 195:19
209:10 210:5
212:7,8,11 217:1
220:24 227:5
236:14 237:7,23
238:1 239:4,5
**recollection** 63:14

66:8 121:8 123:5
123:10 134:10
192:15 209:12
224:21
**recommend** 130:9
**recommendation**
129:17
**recommendations**
24:24
**reconciliation**
120:5
**reconfirmed**
206:14
**record** 2:9,12 3:2
4:3 22:14 24:3
40:8,9,15 41:5
50:7 65:17,20
66:12 68:10 69:3
71:10,23 80:20,21
81:5 103:14 107:3
107:7 115:17
116:17 120:7
161:24 163:11
165:20,22 174:13
175:12,20 180:13
182:7 185:11,13
207:5 213:17,19
213:21,21 214:14
214:22 215:8,17
215:20 216:14
225:12 227:21
229:16,17 241:20
241:22,24
**records** 10:4
158:19 160:9
**reduce** 124:8 240:8
**reduced** 47:2
238:19
**reducing** 161:10
**redundant** 60:2
**refer** 118:20 136:9
182:17 183:21
**reference** 79:15
**referenced** 63:15
**references** 170:2
**referencing** 182:11

**referred** 81:23
139:20 174:13
181:3 182:3
194:24 213:6
**referring** 35:16,24
69:15,24 88:19
89:2 118:17 119:3
119:19 120:4
169:11 193:10
200:18 213:5,8
216:9
**refers** 118:21
**reflect** 2:9 57:21
125:11 151:18
**reflecting** 102:16
**refresh** 214:7
**refund** 153:9
**refunded** 153:24
**refunds** 151:4,16
152:1,2,6,12
153:22 154:2
181:21
**refuse** 84:10
**regard** 187:10,16
212:15 213:12
214:17 220:21
**regarding** 75:17
94:9 188:3 204:8
212:10 234:14
237:9
**Regardless** 190:4
**Registered** 1:16
247:5
**Registrant's** 175:24
**regulators** 136:20
136:22 139:16
140:7 149:24
**regulatory** 199:14
199:15 200:6,7
**reimburse** 35:3
95:17 99:24 101:4
102:14 103:8
110:4 126:21
142:1 196:12
241:12

**reimbursed** 60:23
110:6 118:24
141:21,23 142:7
194:8 196:7,13
**reimbursement**
44:11 111:2
112:10,14 113:2
125:5 132:4 196:6
**reimbursing** 63:7
110:13 130:7
145:16 146:11,16
241:13
**reinsurance** 233:10
**relate** 30:6,9 84:1
122:10 177:8
235:21
**related** 10:16 11:22
14:7,14 21:4
25:14 33:9 35:14
35:20 37:6 39:16
42:9 58:14 73:2
76:8 83:1 103:9
111:19 120:1
125:8 152:5
175:24 192:2
193:20 196:21
241:11
**relates** 42:2 57:18
83:15 86:24 89:19
110:20 111:8
156:24 175:23
177:4
**relating** 49:19
60:20 61:17 69:6
80:18 83:24 84:10
123:6 157:5
207:19 210:4
243:2
**relationship** 2:17
14:9 17:21,23
23:19 41:15 87:3
88:1 90:1 114:14
117:1,17 128:3,19
129:13 149:12,13
151:13 209:7
220:8 226:22

CONFIDENTIAL   E.I. duPont de Nemours & Company   v.   Lumbermens Mutual Casualty Company
Eugene Slesicki   C.A. # 05-699 (KAJ)   September 27, 2006

Page 271

242:24
**relative** 247:13
**relaying** 230:15
**release** 35:21 44:9
  125:7 193:23
  210:7 228:11,16
**relevance** 81:11
**relied** 168:9 217:21
  220:7
**rely** 217:16 219:22
  219:24 220:5,14
  220:16,17,19
**remember** 13:13,16
  20:15 23:4 41:4
  46:19,20 78:14
  164:24 165:2
  204:6 206:15
**removed** 162:13
**renamed** 225:3
**renew** 50:23 51:6
  90:20 221:4
**renewal** 25:3 26:1,6
  44:23 46:2 90:18
  107:1,24 108:13
  147:22 194:5
  222:16,23 233:12
**renewed** 221:7
  224:6
**renewing** 51:9
**repaid** 141:19
**repayment** 145:19
**repeat** 104:23
**rephrase** 2:19
**REPLACE** 246:3
**replaced** 21:14,17
**replaces** 191:15
**replied** 100:20,22
  128:17
**report** 5:7,11,17,23
  6:7,11 7:3,13,21
  8:24 13:18,22
  16:20 17:11 18:15
  18:17,19 19:8,24
  28:12 34:1 37:8
  85:11 116:22
**reported** 5:9 6:18

9:20 11:11 13:6
  13:10 15:12 16:10
  20:15 30:20 77:6
  86:23 87:2
**reporter** 1:16 2:22
  99:12 177:17
  190:17 245:11
  247:4,6
**REPORTER'S**
  245:1
**reporting** 37:16
  75:19
**reports** 37:14 38:16
  39:23 85:9
**represent** 167:3
**representation**
  174:4 240:16
**representations**
  173:12
**representative** 41:7
  73:20 74:16 85:15
  187:7 189:11
  192:4 212:13
  215:14
**representing** 42:13
  42:22
**Republic** 52:23
  53:9 79:7,10,12
  79:15 80:7 82:10
  82:24 83:2 222:8
  222:11 224:11,23
**repurchase** 229:5
**reputation** 216:18
  218:12,16
**request** 33:3 38:1
  45:15 47:4 76:13
  91:8 242:3 243:11
**requested** 45:7,17
  46:6 50:17 75:24
  199:18
**requesting** 38:20
**requests** 42:8
  243:10
**required** 13:1
  30:13 31:3 32:3
  47:1 91:17 139:16

147:4 148:24
  192:24 193:8,17
  194:11,18 195:11
  195:17
**requirement** 14:15
**requirements**
  229:11
**requires** 54:15
**requiring** 223:14
  223:20 230:19
**researched** 232:22
**reserve** 3:12 242:9
  242:15 243:14
**reserving** 3:4 244:1
**reside** 4:5
**respect** 14:12,19
  18:2 20:24 26:2
  27:11 30:16 31:6
  31:19 32:2,5,9
  34:19,20 35:7
  36:5 37:1,2,5,24
  43:15,16,23 47:9
  56:4,11,22 65:7
  72:19 75:11 77:8
  80:7 81:18 82:13
  85:6 86:5,9 87:12
  88:6 94:14 96:22
  97:6,7 101:20
  106:3,23 108:1
  109:10 110:10,17
  111:4 112:3
  113:23 126:15,23
  128:3 135:1
  139:22,23 140:5
  140:16,24 146:15
  152:15 154:1
  159:12 162:16
  163:17 164:22
  167:24 171:2
  173:5,19,21
  177:20,21 184:13
  191:9,23 192:3,10
  193:6 194:5
  195:12 203:24
  204:10 205:7
  206:19 207:24

209:18 223:23
  230:12 232:23
  236:10 242:15
**respective** 247:8
**respectively** 245:1
**response** 40:15
  231:24 243:11,11
**responses** 243:10
**responsibilities**
  6:23 10:15 11:13
  11:17,23 12:11,21
  15:20 16:19 17:13
  22:19,22 23:8,14
  23:21 24:16 32:2
  39:12 76:18 77:9
  82:24
**responsibility** 19:9
  19:15 29:15 79:22
  82:15 96:17
  242:22
**responsible** 11:15
  18:10 27:7 29:12
  33:15 36:22 76:13
  86:4 141:18,22
  142:11,13,14
  145:24 146:2,20
  153:10 154:4,12
  155:6,17 156:4
  168:5
**responsive** 98:11
  213:23
**rest** 105:5
**restate** 194:16
**resulting** 116:8
**resume** 66:2
**retire** 6:5
**retired** 6:4 7:9,17
  7:18 8:21,23
  13:19,23
**retrospective** 113:6
  114:9
**retro-type** 81:23
**return** 195:4
**returned** 111:23
**review** 41:1 49:21
  75:21 79:22 93:21

99:18,21 167:18
  168:5,12,18
**reviewed** 25:11
  59:16,18 64:3
  150:15 168:13
  186:13 219:14
**reviewing** 50:5
  61:12 72:11 79:17
  93:6 108:7 115:2
  201:23 210:16
**reviews** 219:11
**rid** 113:8
**right** 3:4,12 21:16
  25:24 39:21 41:11
  49:6 58:17 59:14
  65:17 66:3,9
  84:10 89:11 97:24
  143:3 153:5
  159:19 160:24
  162:9 164:7
  165:24 170:9
  173:10 178:14
  186:2 195:21
  197:22 198:7
  201:10 214:8,8
  215:22 227:17
  242:9 243:14
**rights** 222:17,23
  242:15 244:1
**ring** 85:20
**rise** 178:5,7 179:15
**rising** 230:19
**risk** 5:4 9:3 55:2
  56:12 62:7 65:22
  101:8 113:13
  115:19 118:15
  120:9 136:8,14,17
  141:1 149:18,21
  150:1,14 174:16
  180:6 181:2,17
  196:1,5,7,10,22
  196:23 197:3,4
  222:2
**risks** 114:13 140:23
  195:22
**Rivera** 50:8 55:22

CONFIDENTIAL          E.I. duPont de Nemours & Company      v.          Lumbermens Mutual Casualty Company
Eugene Slesicki            C.A. # 05-699 (KAJ)            September 27, 2006

Page 272

56:2 59:16,19
76:24 82:15 92:5
93:4,17 125:21
203:20 225:13
226:18 230:2,15
232:13
**road** 3:22
**Robert** 86:3,4
**role** 12:5,9 32:5
37:23 38:18 39:3
39:9,17 83:17
85:5 87:24
**roles** 11:23
**room** 105:6 129:20
130:18
**Rose** 17:1 19:8,16
20:22 21:14,17,18
**Rules** 2:11
**run** 154:10
**runoff** 84:6
**r's** 21:16

_____
**S**

**S** 244:7
**San** 78:15
**saw** 81:16 91:20
95:5 152:18,22
181:4,6 183:3,5
202:19 228:5
**saying** 3:12 53:2
58:19 71:1 87:15
93:18 100:7 131:5
143:19 144:1
159:4 181:8,14
208:13 218:7
230:17,22 231:22
232:3 240:5,20
241:12
**says** 63:17,23 68:8
69:24 115:8,16
117:13,16 118:22
120:6 127:16,20
130:8 134:15
135:3,19,19,20,20
135:22 136:13
137:8 138:3 141:7
144:8 151:3 164:6

165:1 168:3 169:6
169:7 171:1,3
172:1,23 174:20
179:2 186:8
218:13 240:8
**schedule** 166:10
**scheme** 199:14,15
**scope** 73:24
**Scott** 40:17
**se** 58:2
**second** 3:6,17 53:4
80:20 136:12
176:7 185:11
213:18 227:20
228:18,21 230:9
230:23 232:17
**section** 10:22 11:7
60:1 145:2 179:3
**sections** 104:4
**secure** 243:12
**Securities** 176:2
**security** 19:22,23
111:24 120:5
**Sedgwick** 52:24
53:9
**see** 24:14 51:14
52:1,5,7,16,24
53:6 54:5,10,16
54:18,23 55:5
59:8 68:7,7 69:8
88:18 93:10
103:16 104:20
105:16 115:6,8,10
118:18 127:10,23
130:13 134:20
135:5 136:16
137:4 138:5
144:18 147:13
148:14 151:9
155:23 158:6,11
161:8 163:9 164:5
166:20 168:19
169:9,18,23,24
171:3,12 172:12
172:13 173:14
176:3,14 179:13

181:18 182:1
186:7,7 187:12
193:2 203:9
204:23 211:21
212:17 228:22
231:3 232:5,19
233:1,15 239:19
239:21 241:16
242:13
**seeing** 56:8 60:19
121:24 136:24
211:24 232:1
**seen** 41:3 49:13
61:9 137:1 167:4
167:6 185:1 195:7
203:13 219:9,10
**self** 124:9 191:12
**self-insurance** 11:2
11:20 13:5 14:7,8
14:10,10,16 17:14
17:18,19 18:3,7,8
18:9 19:10 21:2,6
29:16,17,19,20
30:13,24 31:10
37:5 42:10 43:20
44:1 45:9 46:10
47:20 50:21 51:9
55:14 56:5,15
57:3 60:23 67:3
81:18 82:3 95:16
100:8 106:5
108:21 114:1
117:2 118:15
120:18 121:2
122:14 124:8
130:6,19 131:6
132:14,19 136:4
140:18 156:10
159:7 184:15
185:6 188:21
191:6,21 192:8
194:6 195:6
198:14 200:20
218:7 221:16
240:2
**self-insure** 17:15

63:5 79:7 101:7
101:18 103:8
114:18 128:9
140:21 150:4
158:3 191:10,22
198:11,13
**self-insured** 14:17
14:19 15:3,7
17:20 29:21 30:4
30:12,17,20,24
31:20,21 32:6,10
32:19 33:10,11,13
33:23 34:17
110:13,18,21
113:19 150:5
184:10 196:19
197:7,11,14,16,17
197:23 198:8,19
198:20,24 199:1,6
200:2,4,5,11,18
238:16
**self-insuring** 62:7
106:12 114:13
115:20 130:5
150:1
**sell** 222:16
**selling** 94:3
**senior** 11:8,9,14
12:4 37:22 38:15
38:23 39:2
**sense** 61:1 65:8
112:23 199:9
**sensitive** 162:3,20
**sent** 3:8,11 60:6
176:24 227:7,8
**sentence** 55:15
115:8,15 116:9
117:5,12 127:20
130:13 135:3
151:12 174:11,19
226:8
**separate** 123:21,23
146:6 149:5
164:16 183:8,10
**September** 1:15
5:10 40:16 41:9

234:20,23 247:6
**series** 232:12
**serve** 40:16
**service** 13:2 15:9
45:1 47:10,18
48:10 52:8,10,12
52:13 70:17 85:18
88:14 93:23
140:20 148:23
158:2,17 168:10
**services** 11:19,21
12:2 14:6 27:18
32:11,13 33:4,5
42:9 43:3 46:11
47:1,21 50:20
70:13 71:17,19
72:7,14,18 73:13
74:8 75:1 86:5,9
86:10 88:5,11
92:12 139:9,10
149:1 172:19,21
209:23 225:3
226:9
**servicing** 167:21
**SESSION** 121:15
**set** 41:9 57:6 62:6
72:6 93:22 94:4
94:14 97:10 98:3
100:24 105:23
106:17 187:8
**sets** 71:16 137:11
**setting** 55:23
**seven** 241:23
**seventh** 98:15
169:20
**Shannon** 22:3,7
**share** 237:17
**shared** 210:17
**shareholders** 175:1
176:17 178:8,14
179:20
**Sharon** 21:10
**sheet** 238:4 246:4
**SHEET/DEPON...**
245:10
**Shelley** 239:15

_____

Wilcox & Fetzer, Ltd. Registered Professional Reporters          302-655-0477

CONFIDENTIAL          E.I. duPont de Nemours & Company        v.          Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)          September 27, 2006

Page 273

**short** 217:19
**show** 34:8 158:22
　210:14
**showed** 121:18
　188:11
**Showell** 22:1,3
**shown** 140:7
**shows** 53:7 108:12
**side** 48:19 52:13
　94:3 179:2 241:8
**sign** 129:21 147:18
**signals** 208:7
　210:19
**signature** 32:1 95:8
　97:23 104:6,8,10
　147:13 245:10
**signed** 61:13 63:1
　63:11 65:2,3 68:6
　70:5 79:19,20,21
　79:23 88:24 94:21
　94:24 95:5,10
　96:16 97:1,9,22
　99:5 101:13
　108:19 115:4
　117:23 147:22
　148:4,19 182:24
　201:24 204:11,19
　246:6
**signing** 63:3 95:22
　96:5,18 99:17,23
　105:21 106:18
　116:21 150:16
　196:9
**similar** 8:5,7 10:11
　45:8 50:19 80:15
　81:16 121:24
　159:10 204:24
　205:2 226:3
**simple** 102:19
**sir** 4:5 14:10 58:6
　60:14 61:7 64:3
　66:14 95:21 96:16
　97:9,17 101:9
　103:10,20 107:1
　113:5 119:2 121:6
　127:14 130:8,22

132:10 133:4
134:8 137:10
140:22 145:21
147:13 148:12
152:17 154:3
155:4,15 156:16
158:21 170:5
174:11 180:1
183:8,21,24
185:15 189:5
192:21 203:9
205:3 207:16,21
216:8 221:2
225:10,15 233:17
238:3,15 239:12
**sit** 92:16 105:1
　164:1
**site** 205:7
**sites** 197:1,1
**situation** 50:21
　84:7 210:24
　212:10
**six** 7:14 17:12 58:4
**sixth** 98:15
**skipped** 245:1
**Slesick** 229:21
**Slesicki** 1:14 2:1,7
　2:12,15 3:2 4:2,4
　22:9,13 23:23
　24:3 40:6,23,24
　41:6,15 49:23
　50:3,9,16 68:13
　68:15 71:4,7
　74:24 81:15 98:24
　102:10 103:4
　105:9,16,19 107:4
　163:5,8 164:11
　165:17 167:10
　175:6,9,9 180:15
　180:16 186:5,7
　201:6,9 203:2
　207:1 214:15
　216:5 225:7,11
　227:11 228:12,13
　229:19,24,24
　232:8,12 239:6

242:9,12,21 243:9
243:15 244:5,8
245:1,3 247:7
**Slesicki's** 242:16
**small** 25:15 44:7
　45:9 54:14 225:22
**smaller** 202:4
**Smith** 6:8 7:3
**Smithfield** 1:20
**sole** 55:3 56:13
　64:24 127:21
　128:13 133:6,10
　133:19 173:11
　174:21
**somebody** 9:13
**sorry** 27:24 28:1
　42:17 50:11 54:12
　65:24 68:22 70:9
　71:22 75:20 86:2
　115:24 116:4
　153:11 155:22
　178:23 180:5
　181:13 183:12,14
　185:19 186:3
　197:21 201:14
　227:18 228:8
**sort** 186:4
**sought** 24:24
**sound** 84:15
**sounded** 3:16
**sounds** 84:4 85:21
**South** 172:20,23
　173:4
**speak** 104:19
　116:23
**specific** 14:23
　26:12 35:20 53:22
　56:4 58:16 60:13
　63:12 70:21 75:14
　75:18 87:5 89:15
　93:13 123:1,5,6
　126:2 136:10
　137:2 149:15
　158:13,22 165:12
　169:22 180:10
　191:24 192:5,14

204:7 209:12
212:5
**specifically** 72:23
　72:24 77:21
　117:13 134:14
**specification**
　167:23
**specifications**
　25:13 167:23
　168:7
**specifics** 212:10
**specify** 59:12 168:1
**speculating** 211:12
**speculation** 178:11
　179:23 211:16
**spell** 5:21
**spend** 202:15
**spit** 215:11
**split** 112:2
**spoken** 235:16
**spreadsheet** 55:16
　57:2 93:13 203:20
　225:19
**spreadsheets** 21:23
**stability** 216:18,20
　217:22 218:12,16
**stabilizing** 209:20
**stable** 218:5,8,11
**stack** 229:18
**staff** 12:24 24:10
　29:6 37:14
**stamp** 69:9 71:9,10
　232:14
**stamped** 50:9
　239:11
**stamps** 50:10
**standard** 153:14
　168:18 169:7,14
　204:15 228:1
**standpoint** 112:22
　133:23 135:10
　152:3 200:6,7,21
**stands** 63:4
**start** 91:24 221:23
**started** 9:4,6,9
　41:24 78:3 112:19

222:12 229:18
**starting** 93:6
**starts** 176:7
**state** 4:2 30:1 31:3
　31:14,17,22 32:1
　32:17 34:17 51:1
　53:5 59:7 99:9
　106:12 115:2
　133:8 136:19,21
　145:12 155:19
　170:24 190:14
　194:13 198:11
　199:3 247:1
**stated** 33:14 59:20
　96:9,23 101:4,24
　104:13 161:13
　177:22 206:21
　209:11 213:16
**statement** 57:4,5
　108:5 174:24
　178:6 179:15
　186:12 188:3,9,11
　189:6,8,18,20
　190:21 194:20,22
　195:19 208:23
　210:13,14,22
　211:5 212:19
　214:13 216:12
　218:9 220:4
　230:14 239:10
　243:23
**statements** 2:22
　177:7 179:19
　187:9,15 190:5,6
　190:24 194:24
　207:24 212:15
　213:11,16 214:16
　220:10,14,20
**states** 1:3 9:19
　14:13,16,20,22
　15:4,6 17:15,20
　18:3,10,12 25:14
　29:21 30:2,3,7,10
　30:12,16,23 31:1
　31:7,9,12,19 32:3
　32:6,7,9,10,11,18

CONFIDENTIAL        E.I. duPont de Nemours & Company        v.        Lumbermens Mutual Casualty Company
Eugene Slesicki            C.A. # 05-699 (KAJ)        September 27, 2006

Page 274

32:20 33:1,6,9,12
33:12,20,24,24
34:1,7,8,16,17,20
34:21 35:7,13,15
35:16 44:3 55:2
56:11 64:19,20,23
65:17,18,20
137:16,21 140:21
141:6,11 142:21
145:4,15 166:12
170:5,12,16
172:20,22 178:19
180:23 183:9
197:7,8,11,13,15
197:17,23,24
198:2,7,8,10,23
199:4,5,9,16,22
199:24 200:1,2,10
**stating** 106:14
127:12 148:2
211:7 217:17
233:15 241:1
**statistics** 31:8,11
**status** 27:17 28:7
28:13 29:8
**statutorily** 197:19
**statutory** 35:2
143:20
**stay** 46:23
**Stenotype** 247:9
**step** 108:15
**Steve** 37:11 73:1
**stipulate** 162:9
**stock** 176:7,8
178:20 179:7
**Stockholder** 176:1
**stop** 72:12 102:7
**stop-loss** 35:20
47:23,24 96:14
100:12 133:17
152:16 155:2
**story** 211:13,15,23
**straight** 114:8
**strategy** 86:6 208:5
210:17
**Street** 1:15,20,23

1:25
**strength** 207:13
216:20 218:13,16
229:2
**structure** 54:6
55:19 57:6 88:15
88:20 108:20
208:11
**structured** 56:19
**structures** 53:14,15
54:2,7
**stuff** 162:4
**subject** 41:8 64:20
81:6 112:13 113:2
114:11 119:5
134:18 137:14
141:19,23 143:1,6
143:11,12,13,14
143:15,23,24
144:2,4,5,7,9,16
152:23 153:2,6,15
154:5,13 155:6,17
155:18,24 156:4,6
161:9 162:6,11,20
196:6
**submit** 129:16
**subsequent** 11:12
143:9 161:10
**subset** 75:10
**subsidiaries** 19:5
94:2 168:4
**subsidiary** 30:11
110:3
**suffered** 238:5
**suit** 247:14
**Suite** 1:14
**summarize** 22:21
23:7 72:18
**supervised** 16:13
16:23
**supervising** 10:13
12:24 77:3
**supervision** 9:23
**supervisor** 10:10
10:20 12:5,12,18
12:22 107:22

**supervisors** 7:10,19
8:13 15:10
**supervisory** 12:10
**supervisor-type**
77:4
**supplement** 214:4
214:22,22 215:19
215:22 216:1
**supplementation**
215:24
**supplemented**
215:24
**supplied** 217:22
**supply** 213:3
**support** 211:4
**supposed** 161:12
202:3
**sure** 51:2 52:14
60:3 80:1 108:4,6
121:11 152:20
155:21 158:8
164:11 167:3,8
168:8 185:12
194:13 242:6
**surety** 19:2,4 112:1
132:5 238:17
**surplus** 207:15
**sworn** 2:3 247:7
**system** 21:8 107:19
**S-h-o-w-e-l-l** 22:4

---

**T**

**T** 244:7
**tab** 181:2,2
**tabbed** 166:15
**take** 2:12,22 3:12
3:17 40:11 42:8
51:10 70:7 88:16
89:8 97:22 114:24
121:12 149:17,19
150:13 151:2
160:6,18 165:4,15
166:15 169:4,20
171:1 175:23
178:18 180:2
181:1 183:24
185:7 187:6

192:18 196:15
199:21 202:17
203:9 205:9 218:6
222:2 225:11,18
226:6,7 228:19,20
230:1,9 232:16
233:13 239:17
242:18
**taken** 1:13 2:10
40:21 105:7 128:5
154:4 163:4
166:18 186:14
201:5 238:9 247:8
**takes** 21:4 181:2
**talk** 27:12 33:1
72:3 103:15 109:8
124:1 150:22
215:10 236:13
**talked** 40:1 63:15
85:7 90:18 107:1
126:9 144:10,11
150:19,23 153:4,5
167:10 186:22
187:2 188:17
196:1 203:19
**talking** 28:7 64:11
72:13 85:8 109:24
119:18,21 122:8
129:13 132:23
142:8 146:3,23
158:23 165:14
184:2,23 185:3,4
188:13,14 191:5,6
198:4,5 200:2
226:8 230:11,11
**talks** 52:22 64:16
74:18 130:22
131:24 169:4
176:6 230:10
**task** 45:6
**tasks** 23:14
**tax** 18:24 20:9
119:7 147:6
153:12
**taxed** 137:22
**telephone** 29:7

**tell** 2:18 59:19 92:6
121:6 163:24
168:6 194:17
201:11 203:15
214:15 218:1
237:8
**telling** 3:16 136:17
211:13,14 220:9
226:18 231:10
232:21,21
**ten** 5:6 26:9 147:15
147:19,19
**tend** 168:23
**tendered** 41:6
**term** 109:22 130:10
139:6 149:4,5
163:18,20,21,23
172:4
**terminology** 185:2
**terms** 24:12 25:9
25:21 26:12 28:12
65:22 80:1 92:6
95:21 96:5 97:10
98:2 99:18,21,24
100:1,1,4,7,16,23
101:9 104:11,13
105:22 106:1,10
106:13,16,22
115:5,18 120:6,8
157:18 173:5,19
174:15 204:14
214:16
**Terrence** 86:20
**test** 198:12
**testified** 2:4 18:13
34:22 35:8,10
74:7 90:23 102:10
103:4 197:5
220:23 222:13
**testify** 214:20 215:3
**testimony** 17:23
29:23 32:15 57:17
58:6,11 60:16
66:15 67:12 69:18
74:12 101:3
111:12 119:9,13

CONFIDENTIAL        E.I. duPont de Nemours & Company      v.                    Lumbermens Mutual Casualty Company
Eugene Slesicki            C.A. # 05-699 (KAJ)            September 27, 2006

Page 275

129:3 138:14
142:10 159:11
162:23 187:4
200:16 214:19,24
215:2 235:8
247:11
**text** 226:6
**Thank** 50:14 105:4
106:24 179:4,5
201:19
**Thanks** 40:14
97:21
**theirs** 218:1
**ther** 78:20
**thereto** 173:2
**thing** 243:6
**things** 14:17 25:8,9
43:4 47:23 86:11
90:7 152:4 162:3
162:12 197:6
240:22
**think** 12:15 13:19
18:5 27:2,22 28:2
28:5 30:3 57:17
58:24 64:1 81:10
83:7,7 85:3 88:1,8
93:19 95:5,24
98:14 102:23,24
103:1,13 104:1
108:16 149:3
162:14 163:1
210:22 216:1
227:18 229:15
241:5 242:14
243:20,24
**thinking** 107:14
**thinks** 63:23
**third** 203:10 232:16
232:17
**third-party** 31:15
41:19 141:24
**thirty** 122:24
**thought** 91:22
162:17 186:1
**thousand** 141:4
**three** 6:6,12 9:1

13:8 16:16 20:1,1
37:21 72:22 132:6
205:11 222:9
**Three-and-a-half**
22:6
**throw** 228:23
**thumbing** 163:11
**tier** 47:12
**Tim** 85:20
**time** 3:7,17 6:9
8:11,23 10:24
11:7 12:6 13:10
13:23 16:11,17
17:5,5 18:18
19:11 20:2,15
23:4,17,18 24:17
24:17 26:1,6 29:5
38:9 40:2,19,20
46:6,7,12,16,20
77:22 82:23 87:18
98:15 105:15
106:6,7 108:7
113:10 121:9
122:9 123:1
124:11,24 126:4
126:19 129:13
134:1 150:22,22
168:11,11 190:15
202:15 207:10
208:20 209:3
212:20,23 217:1,4
217:19 218:19,24
219:9,14,14
220:24 221:7,14
224:4 225:5 227:2
227:3 229:3 230:4
235:20 242:5
243:3,16,18
**timely** 196:13
**times** 58:24 98:10
98:14 119:7
205:12
**timing** 109:1 111:9
227:6
**title** 8:4 12:10
16:20,21 18:24

37:12 151:16
**titled** 38:15 71:19
163:14
**today** 2:16 3:2,10
79:6 122:8 154:7
182:10 187:17
242:1,14 243:17
244:1
**told** 66:7 104:18
191:2 208:2 209:1
214:11 221:11
237:13,21
**top** 47:12 72:12,13
169:5 181:18
**topic** 74:12 80:23
161:21 177:1
213:23
**topics** 184:3 243:9
**total** 137:14 157:13
157:24
**toxic** 35:21
**TPA** 21:21 110:2
141:24 225:2
**TPA's** 51:11,13,16
52:6,9 53:22
**trade** 212:21
**trading** 51:22
**transcribed** 247:9
**transcript** 162:2,5
247:11
**transcription** 247:9
**transfer** 87:19
**transferred** 10:22
11:6 19:22 20:7
23:13 78:15
**Travelers** 53:15,17
54:1,3,9,21 55:9
59:9
**treasurer** 5:16
**treasury** 20:8,11
**treated** 162:10
**trends** 232:22
**trick** 102:20,24
104:2
**trigger** 208:8
210:20

**triggered** 47:8
**true** 65:8 73:15
109:20 190:21
218:8 224:13
247:11
**trued** 109:18
**try** 2:20 3:6,9
105:12,15 113:8
155:21 186:5
242:3
**trying** 43:10 53:18
55:8 87:6 102:18
102:20,23 104:2
104:16 127:2
154:11 186:4
212:8 221:11
222:15 230:24
**turn** 53:12 137:10
175:18
**twenty** 61:24
235:15
**twice** 168:13
**two** 5:18 6:6,12
10:10,20 16:9
17:17 21:16 31:7
53:17,21 123:20
153:20 160:20
190:22 212:24
222:7
**type** 70:17 74:8
75:1 88:20 111:1
114:20 136:1
140:10,22 170:7
172:19 208:12
223:12 235:7
238:6
**types** 25:8,9 35:22
54:2 71:13 72:7
225:24
**typical** 147:18
**typically** 46:3 60:6
140:13 145:14

───────────
**U**
───────────
**uh-huh** 2:21
**ultimate** 146:5
**ultimately** 92:8

94:17,19,21,24
108:18 120:21
146:20 153:7,10
204:22
**unabsorbed** 151:5
152:3 153:15
181:21
**unclear** 127:15
128:2,14,18
129:11 131:4
**underneath** 35:3
94:1 96:11
**underpaid** 57:12
**underrated** 209:22
**understand** 2:18
3:3 18:1 32:16
80:1 88:15 89:13
96:18,21,22 97:5
102:3 106:11
116:12 117:5
129:15 130:15
154:11,15,16
155:4 163:23
171:17 173:21
174:11 178:5
185:24
**understanding**
42:1 55:7 56:14
60:8 73:3 74:24
80:24 81:22 106:4
106:10,19 113:12
114:17 117:20
118:1 119:4
120:19,23 130:23
131:9,22 132:10
133:5,9,18 134:22
135:7,16,23,24
136:7 137:17
140:1,9 144:22
145:21 146:8,19
147:5,8 148:17
149:20,22 151:11
151:22,24 152:9
155:7,15 156:3
160:24 163:16
165:7 169:11

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)          September 27, 2006

Page 276

171:21 172:14,18
173:16 177:5
186:17,18 192:21
195:22 205:10
206:2 208:20,22
**understood** 95:13
95:16,21 96:5,17
96:24 97:6,9
114:2 116:18
142:2 205:14
229:8
**underwriter** 77:5
**unexpired** 171:5
172:3
**unit** 82:19 233:10
**United** 1:3 9:19
**units** 142:23 223:20
**unlawful** 171:4
172:1
**unsigned** 72:2
**upcoming** 93:7,11
**use** 118:5 137:23
193:7 243:3 247:9
**user** 107:17
**usual** 209:6
**utilizes** 136:13
**U.K** 39:8
**U.S** 184:16

_____
**V**
_____

**v** 1:9
**vacations** 224:7
**validate** 45:2
**validated** 45:19
**value** 240:22
**valued** 106:6,7
**values** 148:10
**varied** 147:21
**various** 9:18 11:15
11:18 13:13 14:15
15:13 19:4 21:23
29:21 30:2 31:9
34:8 39:11 41:17
42:9 124:16
137:21 138:17
170:2 197:8
209:19 213:16

226:24 229:12
**Vedder** 1:22 40:18
**vehicle** 56:6
**vendor** 106:8
**ventures** 94:2
**verbal** 94:11
236:12
**verification** 134:6
**versus** 52:23 53:8
55:9 66:17,24
67:6 68:4 76:14
83:21 110:16
131:19 227:7
**viable** 217:17
220:11
**view** 126:3 128:23
178:7 191:23
210:15
**views** 126:2,7
**volunteered** 111:20

_____
**W**
_____

**W** 1:19
**Wait** 227:20
**waiting** 186:4,5
**walk** 9:3
**want** 3:1 13:11 28:1
52:2 63:13 66:2
71:7 74:14,15
98:17,19 102:6,21
103:10 104:17,18
105:1,15 107:2
114:24 118:5
137:10 157:17
162:1 165:7
175:18 183:21
190:4 192:18
194:13 195:20
200:22 201:10
202:17 214:6,11
214:19,23,24
215:9,10,12,18
227:19 229:24
238:3
**wanted** 27:1 44:21
52:5,14,16 56:5
68:21 76:16 92:15

93:10 94:5 104:19
111:13,15 112:4
112:10,21 114:18
114:20 128:10
198:22 199:1
213:24 214:21
221:15 237:11
**wanting** 191:9
199:13
**warrant** 95:19
101:6 113:22
**warranted** 100:13
130:2
**warranting** 115:21
140:18 154:19
161:18
**warranty** 33:16
36:9 57:23 96:11
100:15 118:12
131:7 136:5 137:8
142:17 150:3
156:11 184:12
187:23 189:2
191:14,22 192:8
193:24 196:9
**wasn't** 46:8 56:16
60:24 120:15
122:16 125:15,23
129:6 130:5 140:5
142:13 147:21
155:12 168:8
198:12 211:12
**way** 57:10 77:13
94:15 106:14
110:12,22,23,24
112:21 114:12,14
125:24 128:1
133:24 135:13
150:1 154:9 155:8
156:6 183:23
190:19,20 214:4
237:6
**Web** 205:7
**Webber** 5:12 23:3
28:8
**Wednesday** 1:15

247:6
**week** 110:7 142:4
158:19 212:24
222:4 223:1
**weekly** 58:1 110:4
110:14 111:2
112:14 113:2
141:21 142:7
145:20 194:8
196:8 241:13
**weeks** 234:24
**went** 8:22 13:8
19:13 32:18 45:18
80:10 110:8
111:14 115:15
126:10,16 129:8
**weren't** 99:7
154:24 213:1
218:5
**west** 77:22 78:11,17
**Western** 38:14 73:1
**we're** 15:3 40:12
67:3 72:13 73:18
81:2 93:24 104:22
106:12 109:24
116:20 118:17
120:15 121:4
127:12 129:12
131:6 133:15
136:24 140:18,19
142:8 153:21,22
154:19 158:22
165:14 174:7,10
178:23 182:8
184:10,23 186:3
187:17 190:1
191:5,5,7 198:4,5
198:19 232:1
240:5,20 241:13
243:17,24
**We've** 210:17
**Widener** 4:15
**WILCOX** 1:25
**William** 8:16 11:11
**Williams** 13:21
**willing** 114:19

196:22 197:1
222:2
**willingness** 128:9
**Wilmington** 1:15
1:25 9:18 10:10
**Wisconsin** 145:5,11
183:9,12,16,19
**witness** 3:3,5 64:2
68:24 73:19 74:2
74:11 90:13,14,17
96:2 99:3,11,14
103:15 104:19
105:5 119:11
161:22 164:3
177:3,15,19
182:17,21 190:19
214:5,5,20 215:18
216:3 247:12
**witnesses** 162:9,10
**witness's** 214:23
215:2,22
**word** 22:3 81:20
202:22,22,23,24
**wording** 54:20,21
55:1
**words** 63:2 67:7
68:7 118:6 168:7
188:18 193:7
238:8
**work** 13:1 21:1
26:15 89:24 227:1
**worked** 35:19
56:14 57:10 76:22
113:13 114:14
**worker** 232:23
**workers** 163:14
169:6 171:5
**worker's** 14:20
30:13,21 31:2,3
31:21 32:7,10,19
33:6,20 34:9,13
34:14,15 35:18
37:2,2,7 43:15,16
49:20 89:20
110:10,13,17
111:4 136:14

Wilcox & Fetzer, Ltd.    Registered Professional Reporters          302-655-0477

CONFIDENTIAL          E.I. duPont de Nemours & Company          v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                    C.A. # 05-699 (KAJ)          September 27, 2006

Page 277

139:16 141:9
143:20 145:1,8
163:18 166:4,11
168:23 183:18
197:18 226:14
**working** 42:24
138:22
**works** 77:20 78:13
79:4 84:23,24
**work-related**
234:10 235:23
**world** 41:19 75:8
**worldwide** 75:6
85:19
**wouldn't** 81:11
160:13 165:2
199:4
**write** 45:16,16
93:17
**writing** 212:22
**written** 99:15 210:1
**wrong** 160:19
**wrote** 231:17
**www.wilfet.com**
1:26
**Wyeth** 236:12
237:5,8,22,24

**X**

**X** 244:4,7

**Y**

**yeah** 8:6 32:8 58:11
71:19 85:18 96:2
98:1 108:20
125:24,24 154:16
234:23
**year** 7:7,22 9:6
14:23 17:17 19:17
19:20 21:5 23:5
24:13 26:2 27:11
27:11 38:22 44:24
44:24 46:8,14
48:17 50:24 51:7
58:4 60:19,20
61:8,8 62:8,14,14
64:13 67:14,16,18

67:19,20,23,24
70:16,19,20 71:18
76:24 86:18 88:11
88:17,20,21 89:7
89:17 90:8,19
91:2,11 92:3,9,16
93:5,7,11 97:14
106:9,23 108:1,3
108:11 109:1,1,13
109:14,18 111:17
111:21 112:17
116:15 117:3,3,4
117:19 118:7,9
120:14 122:8
129:9 136:13
140:24 143:8
146:3 147:15,20
148:8 157:9,10,14
158:23 159:9,12
159:16,18,22,22
160:7 161:10
164:22 165:2,13
165:13 167:5
168:18,22 172:7
188:7,24 192:2
194:5 195:24
201:13,22 204:5
204:23 206:4,6
217:5,7,10 220:10
221:6 223:7,19
224:3,6,14 226:12
230:12,16 231:15
238:1
**yearly** 25:24
**years** 4:10 5:6,18
5:24 6:6,12 7:14
9:1,5,18 10:9,10
10:20 11:10 13:24
17:12,17 19:18,19
20:1,3 22:6 24:13
26:3,5,9 29:14
36:3 37:21 38:22
39:2 46:1 57:11
57:13 61:24 62:3
62:4 70:21 72:8
72:20 73:11,16

74:10,20 75:3
76:7,12,23 78:1
80:5 82:15 83:20
84:11 87:15 91:6
94:4,7 106:5,7,15
109:7,13 111:15
114:13 116:21,23
117:18 122:1,24
126:13,15,18,21
128:6,19,24
129:24 134:1,13
138:21,23,23
139:1,4,5 151:13
154:10 155:9
159:9,13,14 168:9
186:19 188:20
192:3 194:4 195:1
196:14 203:17
204:4,19 209:4
217:21 218:6
238:13 242:23
**year's** 93:9
**York** 78:15

**Z**

**z** 13:16
**zero** 146:15

**$**

**$1** 152:16
**$1.125** 141:4
**$1.7** 89:8
**$297,000** 241:7
**$4** 159:24 160:14
**$4,532,000** 240:14
**$4,532,579** 239:21
**$4.5** 158:24 188:16
193:11 240:18
**$5.6** 138:12,17
156:1
**$5.7** 158:5
**$97,000** 240:12

**0**

**0003710** 165:23
**02** 147:14 203:21
207:5 211:9

212:23 223:5
**02-03** 74:10 75:3
**03** 17:7 50:24
**05-699(KAJ)** 1:9
**06** 21:12

_____

**1**

**1** 5:10 17:7 21:12
22:9,13 50:12
115:16 136:12
151:2 244:9
**1st** 21:14 217:13
221:10 222:9
**1.6** 89:8
**1/1/02** 136:15
**1/1/03** 136:15
**1:20** 121:16
**10** 132:2 157:23,24
175:6,10 187:6,7
244:18
**10-K** 175:12,14,19
175:21 177:7
178:6,19
**10-31-02** 147:14
**10:27** 229:7
**100-RPR** 247:17
**1001** 232:14
**1002** 232:15
**1003** 50:10
**1004** 52:22 53:4
**1015** 50:10
**107** 244:15
**11** 180:15,16
181:14,17 182:11
182:20,21 207:21
207:22 212:12
244:19
**12** 69:8 114:23,24
115:6 116:10
120:6 127:11,14
133:4 174:12
201:6,11,18
202:18 204:16,23
234:20 238:4
239:10 244:20
**12-16-2002** 216:15
**12-23-02** 211:18

**12-24** 223:18
**12-24-02** 225:13
227:3,16
**12-3-02** 50:8
**12-30-02** 230:3
**12:37** 121:10,13
**1247** 239:11
**1265** 239:18
**1282** 239:11
**13** 192:18 203:2,5
204:1 234:20
244:21
**1313** 1:15
**1330** 1:25
**14** 95:8 96:24 97:17
97:22,23 100:16
100:24 101:10,21
102:11,19 103:5,7
103:21,24 104:2,4
104:6,7,9,11
105:21 147:14
207:1,4,5 211:24
234:20 244:22
**14th** 234:20
**15** 50:12 216:5,10
226:8,11,19
230:20 234:17
244:23
**15th** 234:20,21
**1520** 158:15
**15222-2312** 1:20
**1528** 228:17
**1536** 228:17
**16** 175:18,23
199:21 210:7
220:15 229:19
245:1
**16th** 208:5
**1613** 68:16
**163** 244:16
**1631** 69:9
**1648** 149:18 151:2
152:19 181:10,15
**165** 244:17
**1682** 202:7
**1686** 68:16

Wilcox & Fetzer, Ltd.    Registered Professional Reporters                    302-655-0477

CONFIDENTIAL         E.I. duPont de Nemours & Company      v.                    Lumbermens Mutual Casualty Company
Eugene Slesicki              C.A. # 05-699 (KAJ)           September 27, 2006

Page 278

| | | | | |
|---|---|---|---|---|
| **17** 175:21 | **2002** 15:1,2 26:2 | 224:14 225:16,17 | 228:20 245:6 | **31st** 101:16 |
| **1712** 202:8 | 33:17 35:24 38:22 | 226:11 230:12,16 | 247:6 | **317** 4:6 203:8 |
| **175** 244:18 | 43:23 49:15,20 | 231:15 233:13 | **278** 203:7 | **34** 4:10 9:5 |
| **18** 9:18 | 64:13,14 67:19,20 | **2003-2004** 87:18 | **28** 229:21 230:1,1 | **363** 207:7 |
| **180** 244:19 | 69:6 72:8 76:24 | **2004** 23:8 76:7 | 232:6,7 245:7 | **365** 207:7 |
| **185,000** 158:1 | 77:2 82:14 87:20 | 82:13,16,17,22 | **29** 232:8,12 245:8 | **3710** 165:20 |
| **1904** 176:13 178:9 | 90:8 91:2,11,12 | 85:3 124:6 201:24 | **297,000** 241:6,6 | **3718** 180:2 |
| 179:12 | 92:3,7 95:6 | **2005** 20:4 124:6 | | **3740** 163:12 166:16 |
| **1972** 4:19 9:8,9,14 | 106:19 108:2 | 175:11,12 238:1 | **———— 3 ————** | 166:18 167:11 |
| **1980** 41:22 | 114:21 116:15 | 239:10 | **3** 40:6,24 72:12 | **3751** 163:12 165:21 |
| **19801** 1:25 | 137:12,15 138:10 | **2006** 1:16 40:17 | 192:20 238:4 | 167:11 |
| **1982** 10:23 61:14 | 138:17 141:1 | 41:9 247:6 | 244:11 | |
| 139:4 | 142:9,12 154:8 | **2008** 247:18 | **3A** 180:23 | **———— 4 ————** |
| **1987** 12:6,17 13:5 | 157:4,14,14,18 | **201** 244:20 | **3-1-03** 23:16 | **4** 49:23 50:3 57:7 |
| 46:14 48:14 77:12 | 158:23 164:22 | **203** 244:21 | **30** 15:3,4 17:20 | 68:17 70:11 151:2 |
| **1990** 27:12 29:1,14 | 165:2,13 166:23 | **207** 244:22 | 18:3,12 30:3,7,10 | 203:22 233:4 |
| **1990's** 26:8 | 167:5 169:2,5 | **21** 207:5 | 30:16,23 31:7,19 | 244:12 |
| **1991** 164:6 165:1 | 182:4,12 187:20 | **21455** 22:14 | 32:6,18 33:24 | **4,532,579** 240:4 |
| **1995** 12:17,18 | 188:7,24 192:2 | **21457** 22:14 | 57:10 62:4 106:7 | **4.5** 188:19 189:16 |
| 15:19 16:24 36:23 | 194:5 202:11,19 | **21458** 24:4 | 114:13 128:6,19 | 189:21 |
| **1999** 126:13,18 | 205:1,13 206:4 | **21459** 24:4 | 128:24 129:24 | **4:15** 215:22 |
| | 207:9 209:16 | **216** 244:23 | 134:1,13 138:21 | **40** 244:11 |
| **———— 2 ————** | 210:4,7 211:6 | **22** 244:10 | 138:22 151:13 | **49** 244:12 |
| **2** 23:23 24:3 244:6 | 212:9 213:14 | **22nd** 40:17 41:9 | 154:10 155:8 | |
| 244:9,10 | 217:2,11,18 | **222** 1:23 | 159:9 186:19 | **———— 5 ————** |
| **20** 15:6 32:9 33:1 | 218:22 219:7 | **225** 245:4 | 188:20 194:3 | **5** 68:13,16 69:2,5 |
| 33:12,24 34:7,20 | 220:10 221:4 | **227** 245:5 | 195:1 196:14 | 70:11 80:16 81:17 |
| 34:20 35:7,12,15 | 222:6 228:2 | **228** 245:6 | 197:6,13,17,23 | 82:6 91:20 95:7 |
| 35:16 198:2,23 | 235:20 239:1 | **229** 245:7 | 199:24 209:4 | 99:17 115:1 |
| 199:5,15,22 200:2 | 240:8 | **23** 211:9 | 218:6 238:13 | 121:22 136:24 |
| 200:10 228:2 | **2002-2003** 73:14 | **23rd** 209:20 211:6 | 239:6,9 242:23 | 137:10 149:8 |
| **20th** 101:14,15 | 74:5,20 84:11 | 217:18 218:22 | 245:9 | 169:1,4,5 176:4 |
| **2000** 23:6,8,18 | 159:22 195:24 | **232** 245:8 | **30(b)(6)** 1:13 2:10 | 181:10,15 182:8 |
| 72:20 76:7,7,23 | **2003** 15:2 17:3 | **239** 245:9 | 3:19,24 40:10,24 | 182:14,23 200:22 |
| 77:10 108:1 109:3 | 20:17,18 27:12 | **24** 64:6,9 139:4,5 | 41:6 73:24 74:3 | 201:9 205:1,9 |
| 109:8 110:9,21 | 29:1,14 36:24 | 219:6 221:4 223:4 | 74:18 183:21 | 207:22 244:13 |
| 111:3,5,20,21 | 51:6 71:18,19 | 229:7,19 245:1 | 185:15 192:20 | **5CL** 180:11,19 |
| 112:17,18,19 | 72:8,21 85:3,4 | **24th** 218:22 | 205:10 207:21 | **5,601,988** 137:15 |
| 126:15,23 | 87:20 88:17 89:6 | **246** 245:10 | 238:4 242:21 | **5.6** 152:22 158:5 |
| **2000-2001** 77:2 | 141:1 201:12,12 | **247** 245:11 | 243:2,9,13 | **5:00** 241:23 |
| 78:4,23 | 201:22 202:11,13 | **25** 225:7,11 228:5 | **30-year** 117:17 | **5:10** 244:2 |
| **2001** 5:10 20:4 | 202:18 204:5,17 | 229:18 232:14 | 128:3 186:22 | **50/50** 112:2 |
| 24:13 76:23 92:9 | 204:23 214:18 | 245:4 | 187:2,5 217:24 | **509-10** 180:11,19 |
| 92:19 111:16,16 | 217:2,3,7,10,11 | **26** 227:10,11,14,23 | 220:7 226:21 | **5100** 1:15 |
| 112:11,17,18 | 217:12,13 218:20 | 245:5 | 242:24 | **534** 225:14 |
| 159:16,16,18,19 | 219:15 221:5 | **27** 1:15 228:12,13 | **302** 1:26 | **535** 1:20 |
| 160:7,17 182:10 | | | **31** 102:13 247:18 | **551** 225:18,19 |

Wilcox & Fetzer, Ltd.Registered Professional Reporters          302-655-0477

CONFIDENTIAL          E.I. duPont de Nemours & Company     v.          Lumbermens Mutual Casualty Company
Eugene Slesicki                    C.A. # 05-699 (KAJ)          September 27, 2006

**564** 225:14
**5905** 71:10
**5911** 88:18
**5914** 71:11

---
**6**
---
**6** 71:4,7 72:6 75:11
  137:10,11 142:8
  155:23 158:6
  161:8 244:14
**6-25-02** 203:7
**60601** 1:23
**614** 230:3
**615** 230:3
**655-0477** 1:26
**6657** 107:8
**68** 244:13

---
**7**
---
**7** 88:19 89:2 107:2
  107:4 169:20,20
  171:2,2 195:20,21
  244:15
**7-12-02** 203:6
**70** 104:3
**71** 244:14

---
**8**
---
**8** 131:24 141:4,12
  144:12 163:5,9,10
  163:13 166:19
  196:15 201:24
  244:16
**80-page** 104:3
**82** 11:7 41:23,23
**858,343** 158:1
**87** 36:8 46:8 48:20
  49:7

---
**9**
---
**9** 69:22 119:3,20
  130:24 132:11
  141:8 144:8
  165:16,17 166:3
  166:11,19,19
  180:1 181:4
  183:24 185:15

  186:8 244:17
**9:00** 242:1
**9:05** 1:15
**9:44** 227:17
**92** 13:19
**947** 180:11,19
**95** 12:16 48:20,21
  49:2
**96** 12:16
**99** 126:17,21