# EXHIBIT 5

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

T 412.355.6500    www.klgates.com

March 14, 2007

Scott A. Bowan
412.355.6714
Fax: 412.355.6501
scott.bowan@klgates.com

**VIA ELECTRONIC MAIL**

Jeffrey M. Heftman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, IL 60601

Re:  DuPont v. Lumbermens Mut. Cas. Co., Case No. 05-699 (D. Del.)

Dear Jeff:

Following up on our telephone conference of this afternoon with Chris French and Randy Lending regarding Kemper's two most recent deposition notices, I am writing to confirm that Kemper has withdrawn Topic Nos. 2, 3, 4, 6, and 7 of Defendant Lumbermens' Second Notice of Deposition of Plaintiff DuPont Pursuant to Federal Rule of Civil Procedure 30(b)(6) ("Kemper's Second Notice").

Further, we offered to produce a DuPont witness to testify regarding Topic Nos. 1 and 8 of Kemper's Second Notice, provided that doing so would resolve all disputes relating to Kemper's Second Notice and to Defendant Lumbermens' Supplement to Second Notice of Deposition of Plaintiff DuPont Pursuant to Federal Rule of Civil Procedure 30(b)(6). In response, you informed us that Kemper would take our offer under advisement.

Please do not hesitate to contact me if you have any questions in this matter.

Very truly yours,

Scott A. Bowan

cc:  Randall M. Lending, Esq.

Pi-1740943 v1