IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699 *** |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance as additional counsel for Lumbermens Mutual Casualty Company, defendant in the above matter.

OF COUNSEL:

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003

Dated: March 22, 2007

/s/ Phillip T. Mellet
David B. Stratton (Del. Bar No. 960)
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant
Lumbermens Mutual Casualty Company

#8420871 v1