## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM / ECF which will send notification of such filing to the following:

John E. James, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)

#8420871 v1