# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

E. I. du PONT de NEMOURS and      :
COMPANY,      :
     :
         Plaintiff,      :
     :
         v.      :      Civil Action No. 05-699-***
     :
LUMBERMENS MUTUAL CASUALTY      :
COMPANY,      :
     :
         Defendant.      :

## ORDER

At Wilmington this **26**[th] day of **March, 2007**,

IT IS ORDERED that the transcript of the March 23, 2007 teleconference shall serve as an Order in this matter, including for the discovery issues decided during the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE