

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

John E. James
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

April 9, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE: **E. I. du Pont de Nemours and Company v.
Lumbermens Mutual Casualty Company
D. Del., C.A. No. 05-699-*****

Dear Judge Thynge:

    I have enclosed for Your Honor's review and approval the parties' Second Revised Scheduling Order. The Scheduling Order reflects the rulings by Your Honor in recent discovery teleconferences, as well as the parties' collaboration in preparing a schedule that is acceptable to both sides. Accordingly, both Plaintiff and Defendant approve the form of Order that is attached.

    Should Your Honor have any questions concerning the enclosed proposed Scheduling Order, counsel for the parties are available at the Court's convenience.

Respectfully,

John E. James

JEJ/cml
Enclosure
788220/20120-345
  cc: Dr. Peter D. Dalleo, Clerk of Court (w/ enc.) (by CM/ECF and by hand)
       Randall M. Lending, Esquire (w/enc.) (by e-mail)
       M. Duncan Grant, Esquire (w/ enc.) (by CM/ECF)
       Christopher C. French, Esquire (w/ enc.) (by e-mail)