## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : :  : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : : : : |
| Defendant. | : |

## ORDER

At Wilmington this **18th** day of **April, 2007**,

IT IS ORDERED that the telephonic mediation conference call with Judge Thynge scheduled for April 25, 2007 at 3:00 p.m. has been rescheduled to **Thursday, May 17, 2007 at 3:00 p.m. Eastern Time. Randall M. Lending, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE