## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : |
| Defendant. | : |

### ORDER

At Wilmington this **17th** day of **May, 2007**,

IT IS ORDERED that a mediation session, if needed, is scheduled for **Monday, August 27, 2007 to begin at 10:30-11:00 a.m.** The participants required are those under the Court's prior mediation Order dated February 1, 2006. Counsel are to advise whether the parties desire further mediation on or before **Monday, August 20, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE