IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : |
| Plaintiff, | : : : |
| v. | :   Civil Action No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **May, 2007**,

IT IS ORDERED that:

1. Paragraph 4 of the second revised scheduling order of April 10, 2007 is modified so that briefing on case dispositive motions occurs on or before **September 10, 2007.**

2. The parties may file supplemental position papers limited to **four (4) pages** on the at-issue doctrine as it relates to the outstanding discovery matter according to the following schedule: Lumberman's submission is due **May 29, 2007** and DuPont's submission is due **June 6, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE