EXHIBIT "3"

**KEMPER'S REVISED PRIVILEGE LOG**
**E.I. duPont de Nemours v. Lumbermens Mutual Casualty Company (Kemper)**
**U.S. District of Delaware Court No. 05-699**

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 1. | 1-2 | 2/12/04[1] | 2 | E-mail | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Coutu, Mike, Acting President & CEO, Kemper; Schwartz, Bud, Esq., Acting Senior Vice President, Kemper cc: Conway, John, Esq.- General Counsel, Kemper | E-mail discussion regarding legal advice and recommendations concerning corrective order, Board action, coinsurance, contributed surplus and collection of deferred premiums and legal opinion concerning the Department of Insurance Authority. | Attorney-Client Work Product Doctrine |
| 2. | 3-14 | 11/12/03 | 12 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Coutu, Mike, Acting President & CEO, Kemper; cc: Chandler, Art, Manager/Officer, Kemper; McNamee, Mike, Manager/Officer, Kemper; Kist, Frederick, Actuary, Kemper | E-mail discussion regarding legal advice concerning legal issues re: large risk dividend plans and collection of deferred Premium and potential legal issues related to same. Attached is a draft legal memorandum and analysis prepared by Jack McGregor discussing the legal and practical issues re: collection of deferred premium under large risk dividend plans. | Attorney-Client Work Product Doctrine |

---

[1] Kemper's prior privilege log incorrectly identified the date of Kemper Priv. Bates Nos. 1-2 as December 12, 2004, rather than February 12, 2004.

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 3. | 15-19 | 1/19/04 | 5 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Chandler, Art, Manager/Officer, Kemper | E-mail enclosing legal memorandum and analysis prepared by Jack McGregor examining "risk factors" associated with attempts to collect of deferred premium. | Attorney-Client Work Product Doctrine |
| 4. | 20-24 | 3/18/04 | 5 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | McNamee, Mike, Manager/Officer - Kemper; Mengeling, Gail, Collection Team Manager, Kemper; Birmantas, Shelly, Collection Manager, Kemper Risk Management Services ; Mauer, Susan, Division Manager, Kemper | E-mail enclosing legal analysis and questions and answers prepared by Jack McGregor regarding non-declaration of dividends and billing of deferred premiums. | Attorney-Client Work Product Doctrine |
| 5. | 25-30 | 2/19/04 | 6 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Clemens, R., Esq. - Sidley & Austin ; Carlson, W., Esq. - Sidley & Austin, Esq.; Cauley, T., Esq. - Sidley & Austin; cc: Conway, John Esq.- Kemper | E-mail to outside counsel of Kemper seeking legal advice concerning possible modification or amendment to Kemper's Corrective Order. Forwards 2/18/04 e-mail from Jack McGregor to Benjamin Schwartz concerning dividends and encloses a draft corrective order per review by Sidley & Austin. | Attorney-Client Work Product Doctrine |

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 6. | 31-33 | 3/26/04 | 3 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Sullivan, Mike – Vice President, Kemper; Marsh, Harold, Acting Senior Vice President, Kemper; Schwartz, Benjamin, Esq. – Kemper | E-mail discussion regarding legal analyses of insurance code provision relating to dividends. Forwards 3/4/04 e-mail from Mike McNamee to Mike Couto, Harold Marsh (cc: Mike Sullivan and Jack McGregor) requesting direction and legal advice concerning dividend collections from Jack McGregor. Also forwards 3/26/04 e-mail from Mike McNamee to Mike Sullivan (cc: Jack McGregor and Gail Mengeling) regarding conversation with Jack McGregor concerning advice on dividends and Kemper's approach to billing. | Attorney-Client; Work Product Doctrine |

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 7. | 34-37 | 2/9/04 | 4 | E-mail | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Chandler, Art , Manager/Officer, Kemper; cc: Marsh, Harold, Acting Senior Vice President, Kemper; McNamee, Mike, Manager/Officer, Kemper; Coutu, Mike – Kemper, Acting President, CFO and CEO | E-mail discussion regarding Jack McGregor's legal analysis of coinsurance feature contained in certain large risk dividend plans. E-mail chain includes 2/5/04 e-mail from Art Chandler to Harold Marsh, Mike Coutu (cc: Jack McGregor, Mike McNamee) regarding legal advice from Jack McGregor concerning coinsurance provision in certain National Account Agreements. Also forwards 2/4/04 e-mail from Jack McGregor to John Conway (cc: Art Chandler, Mike McNamee) concerning legal advice relating to corrective order, coinsurance and dividends. | Attorney-Client Work Product Doctrine |

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 8. | 38-45 | 3/23/04 | 8 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Coutu, Mike, Acting President, CFO and CEO, Kemper; cc: Marsh, Harold, Acting Senior Vice President, Kemper; Conway, John, Esq., General Counsel, Kemper | E-mail containing legal advice and recommendations concerning Board of Directors' rejection of dividends. E-mail chain includes 3/23/04 e-mail from Mike Coutu to Harold Marsh, Jack McGregor; 3/23/04 e-mail from Mike McNamee to Mike Coutu (cc: Harold Marsh, John Conway and Jack McGregor); and 2/4/04 e-mail from Jack McGregor to John Conway (cc: Art Chandler and Mike McNamee) which all pertain to legal advice from Jack McGregor concerning Corrective Order 03-2003 and Kemper's rejection of dividends and the Board's actions concerning the same. Also encloses legal analysis and questions and answers prepared by Jack McGregor relating to non-declaration of dividends and billing of deferred premiums. | Attorney-Client, Work Product Doctrine |

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 9. | 46-59 | 3/31/04 | 14 | E-mail w/ attachment | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Conway, John, Esq., General Counsel, Kemper; Schwartz, Benjamin, Esq., Acting Senior Vice President, Kemper; Miranti, Richard, Esq. – Deputy General Counsel, Kemper | E-mail containing legal advice relating to Board of Directors' rejection of dividends and enclosing draft finance committee meeting minutes of 2/26/04 and draft Board of Directors' minutes of 2/26/04 as edited by Sidley and Austin. The draft Board minutes relate to various topics, including dividends. | Attorney-Client, Work Product Doctrine |

CHICAGO #1579688.3   46:07

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 10. | 60-63 | 5/12/04 | 4 | E-mail | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Donovan, Marla, Manager/Officer, Kemper; cc: Schwartz, Benjamin, Esq., Acting Senior Vice President, Kemper; Sullivan, Mike, Vice President, Kemper; McNamee, Mike, Manager/Officer Kemper | E-mail chain discussing legal analysis of Jack McGregor concerning whether Kemper intends to reverse dividends previously declared. E-mail chain includes 5/12/04 e-mail from Jack McGregor to Marla Donovan (cc: Benjamin Schwartz, Michael Sullivan and Mike McNamee) containing legal advice and analysis concerning the issue of Kemper reversing dividends previously declared. Also included are the following related e-mails in this chain: 5/12/04 e-mail from Marla Donovan to Mike McNamee (cc: Benjamin Schwartz, Jack McGregor, Marla Donovan, Michael Sullivan); 5/12/04 e-mail from Mike McNamee to Jack McGregor (cc: Benjamin Schwartz, Marla Donovan, Michael Sullivan); and 5/11/04 Marla Donovan to Jack McGregor. | Attorney-Client Work Product Doctrine |

| Doc # | Kemper Priv. Bates # | DATE | NO. OF PAGES | DOC. TYPE | AUTHOR(s) | RECIPIENT(s) | SUBSTANCE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 11. | 64-66 | 3/26/04 | 3 | E-mails | McGregor, Jack, Esq. – Assistant General Counsel, Kemper | Sullivan, Mike, Manager/Officer, Kemper; cc: Marsh, Harold, Acting Senior Vice President, Kemper; Schwartz, Benjamin, Esq., Acting Senior Vice President, Kemper | E-mail discussion regarding legal analyses of insurance code provision relating to dividends. Forwards 3/4/04 e-mail from Mike McNamee to Mike Coutu, Harold Marsh (cc: Mike Sullivan and Jack McGregor) requesting direction concerning dividend collections and advice of Jack McGregor. Also forwards 3/26/04 e-mail from Mike McNamee to Mike Sullivan (cc: Jack McGregor and Gail Mengeling) regarding conversation with Jack McGregor concerning advice on dividends and Kemper's approach to billing. | Attorney-Client Work Product Doctrine |