# EXHIBIT 3

Case 1:05-cv-00699-SLR-MPT    Document 147-4    Filed 06/05/2007    Page 1 of 2

## Certification

This certification is made pursuant to Judge Thyne's request of March 23, 2007 that Kemper update the Court and counsel for DuPont on Kemper's efforts to locate additional documents concerning the Kemper Board of Director's determination that dividends would not be declared with respect to the 2002 policy year.

This certification confirms that upon being advised of this request, an investigation was undertaken to identify additional documents which were not previously produced, or withheld from production on grounds of applicable privileges. Kemper has completed this investigation, and has been unable to identify any additional documents which relate to the Kemper Board of Director's determination that dividends would not be declared.

_____
Jack M. McGregor, Associate General Counsel, Kemper
Dated: 4/9/07