IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-699-*** |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : : : : | |
| Defendant. | : | |

### ORDER

At Wilmington this **23**rd day of **August, 2007**,

IT IS ORDERED that:

The continued mediation is scheduled for **Tuesday, September 5, 2006** beginning at **1:30 p.m.** No further submissions are required. Dress may be business casual.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE