IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. Du PONT de NEMOURS and COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 05-699-*** |
| | ) | |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## STIPULATION AND ORDER ON SUMMARY JUDGMENT BRIEFING

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties,

subject to the approval of the Court, that the parties shall file their Motions for Summary

Judgment with Opening Briefs in support of those Motions, and any other supporting papers, on

November 9, 2007.  The briefing schedule and the form of the briefs so filed on such summary

judgment motions shall  comport with the requirements of  Local Rules 7.1.2 and 7.1.3 of the

United States District Court for the District of Delaware.

POTTER ANDERSON & CORROON LLP          PEPPER HAMILTON LLP


By:   */s/ John E. James*                             By:      */s/ David B. Stratton*
      John E. James (No. 996)                             David B. Stratton (No. 960)
      Richard L. Horwitz (No. 2246)                       M. Duncan Grant (No. 2994)
      Hercules Plaza – Sixth Floor                        Hercules Plaza – Suite 5100
      1313 North Market Street                            1313 North Market Street
      Wilmington, DE  19801                               Wilmington, DE  19801
      Telephone:  (302) 984-6000                          Telephone:  (302) 777-6500
      E-Mail:  jjames@potteranderson.com                  E-Mail:  strattond@pepperlaw.com
               rhorwitz@potteranderson.com                         grantm@pepperlaw.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

Dated:  September 21, 2007
820566/20120-345

IT IS SO ORDERED this _____ day of _____, 2007.

_____
U. S. District Magistrate Judge Mary Pat Thynge