

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

John E. James
Partner
Attorney-at-Law
302 984-6018
302 658-1192 Fax
jjames@potteranderson.com

November 6, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

RE:   *E. I. du Pont de Nemours and Company v.*
      *Lumbermens Mutual Casualty Company*
      D. Del., C.A. No. 05-699-***

Dear Judge Thynge:

This letter will confirm that during the status conference with Your Honor this morning, the parties and Your Honor set another status teleconference in the above-styled matter at 10:00 A.M. on Wednesday, November 21, 2007. I will be arranging the conference call for that date and time. Further, Your Honor approved the parties' agreement to stay the initiation of any dispositive motion practice until further order of the Court.

If Your Honor has any questions concerning this matter, counsel for the parties are available at the Court's convenience.

Respectfully,

John E. James

JEJ/cml
829904/20120-345
cc:   Clerk of Court (by CM/ECF)
      Randall M. Lending, Esquire (by e-mail)
      M. Duncan Grant, Esquire (by CM/ECF)
      Christopher C. French, Esquire (by e-mail)