IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du PONT de NEMOURS and COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-699-*** |
| | : | |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **21st** day of **November, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, December 6, 2007 at 5:30 p.m. Eastern Time** with Judge Thynge to discuss the status of negotiations. **John James, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE