

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**John E. James**
**Partner**
Attorney at Law
302 984-6018 Direct Phone
302 658-1192 Fax
jjames@potteranderson.com

December 20, 2007

**By CM/ECF and by Hand**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:    *E. I. du Pont de Nemours and Company v.*
       *Lumbermens Mutual Casualty Company*
       **D. Del., C.A. No. 05-699-***_____

Dear Judge Thynge:

I am pleased to advise the Court that the parties executed a settlement agreement yesterday that has resolved this litigation and DuPont also consummated its transaction with Old Republic. The parties will be filing a Stipulation of Dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) shortly.

Once again, on behalf of both parties, we want to thank Your Honor for Your Honor's involvement and constant availability that played a significant role in the resolution of this matter.

Respectfully submitted,

John E. James

JEJ/cml
838961/20120-345
cc:    Peter T. Dalleo, Clerk of Court (by CM/ECF)
       Randall M. Lending, Esquire (by e-mail)
       M. Duncan Grant, Esquire (by CM/ECF)
       Christopher C. French, Esquire (by e-mail)