IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. Du PONT de NEMOURS and COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-699-*** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff, E. I. du Pont de Nemours and Company, and defendant, Lumbermens Mutual Casualty Company, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims and counterclaims are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By: /s/ John E. James
John E. James (No. 996)
Richard L. Horwitz (No. 2246)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: jjames@potteranderson.com
rhorwitz@potteranderson.com

*Attorneys for Plaintiff*

PEPPER HAMILTON LLP

By: /s/ M. Duncan Grant
David B. Stratton (No. 960)
M. Duncan Grant (No. 2994)
Hercules Plaza – Suite 5100
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
E-Mail: strattond@pepperlaw.com
grantm@pepperlaw.com

*Attorneys for Defendant*

Dated: December 20, 2007
838960/20120-345